*02CV857 Settlement Conf*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258
November 5, 2003

10:00 a.m.

FILED
2003 NOV -5  P 1:53
US DISTRICT COURT
HARTFORD CT

3-02-cv-857   (DJS) Nastro v D'Onofrio
-----------------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Edwin L. Doernberger | Saxe, Doernberger & Vita, PC, 1952 Whitney Ave., Hamden, CT 203-287-8890 |
| Nicole D. Dorman | Sack, Spector & Karsten, 836 Farmington Ave., West Hartford, CT 860-233-8251 |
| Michelle N. Holmes | Sack, Spector & Karsten, 836 Farmington Ave., West Hartford, CT 860-233-8251 |
| Scott M. Karsten | Sack, Spector & Karsten, 836 Farmington Ave., West Hartford, CT 860-233-8251 |
| Thomas P. O'Dea Jr. | Halloran & Sage, 315 Post Rd. West, Westport, CT 203-227-2855 |
| James M. Sconzo | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| Brett Michael Szczesny | Halloran & Sage, 315 Post Rd. West, Westport, CT 203-227-2855 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf held w/ TPS - Did not settle*

*Time: 3 hours*