# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3: 02 CV 00857(DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: The Plaintiff, Vincent Nastro

---

11/10/03
**Date**

CT 24655
**Connecticut Federal Bar Number**

203-287-8890
**Telephone Number**

203-287-8847
**Fax Number**

hhz@sdvlaw.com
**E-mail address**

_(Signature)_
**Signature**

Heidi Zapp
**Print Clearly or Type Name**

1952 Whitney Avenue
**Address**

Hamden, CT 06517

_Stamp: US DISTRICT COURT HARTFORD CT 2003 NOV 12 P 2:01 FILED_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

_(Signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001