UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,                                : NO.:  3:02CV00857(DJS)
    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, CAROLYN
D'ONOFRIO, ARTHUR A. D'ONOFRIO,
PAUL D'ONOFRIO, NICOLE D'ONOFRIO,
NEW ENGLAND PROPELLER SERVICE OF
CT, INC., DIV-ACQ, INC., ADMW, LLC,
THE CHANA TRUST, THE CONTINENTAL
TRUST COMPANY LIMITED, KLEBAN &
SAMOR, P.C., ELLIOT I. MILLER and
U.S. PROPELLER SERVICE OF CT., INC.,         : DECEMBER 10, 2003
    Defendants.

## MOTION FOR EXTENSION OF TIME

Defendants, ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC and U.S. PROPELLER SERVICE OF CT., INC., in the above-referenced matter hereby respectfully request an enlargement of time until January 13, 2004, within which they may respond or object to plaintiff's Second Request for Production of Documents dated November 11, 2003.

This enlargement of time is necessary since these production requests are voluminous, and the additional time is needed to

gather the requested information and documents.  In addition, the parties are attempting to resolve discovery issues in related cases.

This is the first such request for an enlargement.

Pursuant to the Local Rules, on December 10, 2003, the undersigned's office telephoned plaintiff's counsel, Attorney Edwin Doernberger, and in the absence of a return phone call was unable to ascertain his position as to such an extension.

DEFENDANTS, ARTHUR M.
D'ONOFRIO, CAROLYN D'ONOFRIO,
ARTHUR A. D'ONOFRIO, PAUL
D'ONOFRIO, NICOLE D'ONOFRIO,
NEW ENGLAND PROPELLER SERVICE
OF CT, INC., DIV-ACQ, INC.,
ADMW, LLC and U.S. PROPELLER
SERVICE OF CT., INC.

BY _____
Scott M. Karsten
Federal Bar Number:  ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney
Phone No.: (860)233-8251

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of December, 2003, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Scott M. Karsten