UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv857(DJS) |
| **ARTHUR M. D'ONOFRIO, ET AL**<br>    **Defendants** | : |

**ORDER**

The Defendants' Motion For Extension of Time (Doc. #84) to respond or object to plaintiff's Second Request for Production of Documents is hereby **GRANTED to and including January 13, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   8th   day of January, 2004.


                               /s/DJS
                               Dominic J. Squatrito
                               United States District Judge