UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,                         :   NO.:  3:02CV00857(DJS)
    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,            :   JANUARY 9, 2004
    Defendants.

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT CAROLYN D'ONOFRIO

Defendant Carolyn D'Onofrio hereby requests an extension of time of three weeks, until January 30, 2004, within which she may respond to plaintiff's Motion to Compel Production of Documents dated December 18, 2003. The additional time is necessary because identical discovery and a deposition subpoena have been filed in the underlying California action, by plaintiff's counsel in this action. Undersigned counsel has just received objections from California counsel to that discovery, and it is necessary to coordinate with California counsel and plaintiff's counsel the objections and responses to the discovery requests directed to Carolyn D'Onofrio in both actions.

This is the first such request for an extension of time.

Pursuant to the Local Rules, on January 9, 2004, the undersigned's office telephoned plaintiff's counsel, Attorney Edwin Doernberger, who stated he does not consent to such an extension.

DEFENDANT, CAROLYN D'ONOFRIO

BY _____
Scott M. Karsten
Federal Bar Number: ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Her Attorney
Phone No.: (860) 233-8251

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of January, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Scott M. Karsten

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103