UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv857(DJS) |
| **ARTHUR M. D'ONOFRIO, ET AL**<br>    Defendants | : |

**ORDER**

The Motion For Extension of Time to Respond to Plaintiff's Motion to Compel Production of Documents Directed to Defendant Caroyn D'Onofrio (Doc. #87) is hereby **GRANTED to and including January 30, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   13th   day of January, 2004.


                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge