**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 JAN 26  P 2: 38

U.S. DISTRICT COURT
HARTFORD, C.T.

VINCENT NASTRO,                          :

                Plaintiff,        :        CIVIL ACTION NO.

v.                                       :        3:02CV00857(DJS)

                    :

ARTHUR M. D'ONOFRIO, et. al.             :

              Defendants.       :        JANUARY 23, 2004

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY EAST COAST PROPELLER SERVICE, INC. AND GOODSPEED AIRPORT DEVELOPMENT CORP.

Pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure plaintiff Vincent Nastro ("Nastro") moves for an order compelling production of documents by: (1) East Coast Propeller Service, Inc. ("ECPS"), and (2) Goodspeed Airport Development Corp. ("GADCO"). In support of this Motion, Nastro represents as follows:

1.      On November 24, 2003, Nastro caused to be served upon ECPS a Subpoena in a Civil Case in this matter commanding the production of documents as set forth in the subpoena. A copy of the ECPS subpoena is attached hereto as Exhibit 1.

2.      On December 4, 2003, Nastro caused to be served upon GADCO a Subpoena in a Civil Case in this matter commanding the production of documents as set forth in the subpoena. A copy of the GADCO subpoena is attached hereto as Exhibit 2.

1

3.    On or about December 9, 2003, "defendants Arthur D'Onofrio, et. al." filed a Notice of Objection to Production Subpoenas, by which these defendants objected to the production of documents called for in the ECPS and GADCO subpoenas.  A copy of the objection is attached hereto as Exhibit 3.

By this motion Nastro seeks an order from this Court compelling the production of the documents as set forth in the ECPS and GADCO subpoenas on the following grounds:

1.    Any objection made by "defendants Arthur D'Onofrio, et. al." under FRCP 45(c)(2)(B) is improper since said rule relates to the subpoenaed party; a party to the action should proceed under FRCP 26(c).

2.    These defendants have made material misrepresentations in the objections filed.

3.    Contrary to the claims of these defendants, the documents requested are designed to lead to the discovery of evidence admissible at the trial of this action, are not over-broad or burdensome, and do not exceed the geographical limitations of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff Vincent Nastro moves for an Order of this Court compelling the production of the subpoenaed documents by East Coast Propeller Service, Inc and Goodspeed Airport Development Corp.

THE PLAINTIFF
VINCENT NASTRO

by: _Heidi H. Zapp_
Heidi H. Zapp
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
Fed. Bar No. ct05199

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail,

postage pre-paid, to the following counsel of record on January 23, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

and a copy was mailed via first class mail, postage pre-paid, to the following

subpoenaed parties on January 23, 2004:

East Coast Propeller Service, Inc.
Industrial Park
6 Matthews Drive
East Haddam, CT 06423

Goodspeed Airport Development Corp.
c/o M. Jackson Webber, Esq.
661 Whethersfield Avenue
Hartford, CT 06114

Heidi H. Zapp