FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 JAN 26  P 2: 38

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:02CV00857(DJS) |
| ARTHUR M. D'ONOFRIO, et. al. | : | |
| Defendants. | : | January 23, 2004 |

### AFFIDAVIT OF HEIDI H. ZAPP

STATE OF CONNECTICUT   )
                       )  ss: Hamden
COUNTY OF NEW HAVEN    )

I, Heidi H. Zapp, being first duly sworn, on oath deposes and says:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am counsel for plaintiff Vincent Nastro in this matter and make this affidavit based upon my personal knowledge.

3. As set forth in the attached motion, the dispute at issue regards subpoenas for the production of documents served upon East Coast Propeller Service, Inc. (Ex. 1) and Goodspeed Airport Development Corp. (Ex. 2), to which objections were filed on or about December 9, 2003 (Ex. 3).

4. Attached hereto as Exhibit 4 is a copy of a U.S. Corporation Income Tax Return (Form 1120) for New England Propeller Service, Inc. for the fiscal year 7-1-2002 through 6-30-2002, which document was produced to the undersigned by counsel for defendant New England Propeller Service, Inc.

5

5.      Attached hereto as Exhibit 5 is a copy of a Connecticut Corporation Business Tax Return (Form CT-1120) for New England Propeller Service, Inc. for the fiscal year July 1, 2002 through June 30, 2002, which document was produced to the undersigned by counsel for defendant New England Propeller Service, Inc.

6.      Attached hereto as Exhibit 6 is a true and correct copy of documents obtained from the "Concord" web-site maintained by the office of the Connecticut Secretary of State regarding business filings for Goodspeed Airport Development Corp. ("GADCO"). These documents indicate that GADCO is "active" (page 1), that no certificate of dissolution was filed (page 2), and that defendant Arthur D'Onofrio is the President and a Director of GADCO (page 3).

Further affiant sayeth not.


Dated at Hamden, Connecticut, January 23, 2004.

_____
Heidi H. Zapp


Subscribed and sworn to before me this 23rd day of January, 2004.

_____
Commissioner of the
Superior Court