# Form 1120

**U.S. Corporation Income Tax Return**

Department of the Treasury
Internal Revenue Service

For calendar year 2001 or tax year beginning *7-1-*, 2001, ending *6-30-*, 20 *02*

► Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

OMB No. 15__-0123

**2001**

**A Check if a:**
1 Consolidated return (attach Form 851) ☑
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T—see instructions) ☐

Use IRS label. Otherwise, print or type.

**Name** *NEW ENGLAND PROPELLER SERVICE, INC.*
**Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.)** *INDUSTRIAL PARK - P.O. BOX 244*
**City or town, state, and ZIP code** *EAST HADDAH, CONN. 06423*

**B Employer identification number** 06:0675523
**C Date incorporated** 7/1952
**D Total assets (see page 8 of instructions)** $ *1,811,627*

**E Check applicable boxes:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales *5,863,343* b Less returns and allowances *359,917* | c Bal ► 1c | *5,503,426* |
| | 2 Cost of goods sold (Schedule A, line 8) | 2 | *4,180,331* |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | *1,323,095* |
| | 4 Dividends (Schedule C, line 19) | 4 | |
| | 5 Interest | 5 | *3,141* |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | *0* |
| | 10 Other income (see page 8 of instructions—attach schedule) | 10 | *21,719* |
| | 11 **Total income.** Add lines 3 through 10 ► | 11 | *1,346,955* |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (Schedule E, line 4) | 12 | |
| | 13 Salaries and wages (less employment credits) | 13 | *429,742* |
| | 14 Repairs and maintenance | 14 | |
| | 15 Bad debts | 15 | |
| | 16 Rents | 16 | *88,940* |
| | 17 Taxes and licenses | 17 | *93,471* |
| | 18 Interest | 18 | *39,914* |
| | 19 Charitable contributions (see page 10 of instructions for 10% limitation) | 19 | *1,355* |
| | 20 Depreciation (attach Form 4562) *(54,320 + 2,476)* 20 *56,796* | 21b | *56,796* |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return 21a | | |
| | 22 Depletion | 22 | |
| | 23 Advertising *+ PROMOTIONAL* | 23 | *6,124* |
| | 24 Pension, profit-sharing, etc., plans | 24 | |
| | 25 Employee benefit programs | 25 | *76,645* |
| | 26 Other deductions (attach schedule) | 26 | *478,765* |
| | 27 **Total deductions.** Add lines 12 through 26 ► | 27 | *1,271,752* |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | *75,203* |
| | 29 **Less:** a Net operating loss (NOL) deduction (see page 13 of instructions) 29a | | |
| | b Special deductions (Schedule C, line 20) 29b | 29c | |
| | 30 **Taxable income.** Subtract line 29c from line 28 | 30 | *75,203* |
| | 31 **Total tax** (Schedule J, line 11) | 31 | *13,819* |
| **Tax and Payments** | 32 Payments: a 2000 overpayment credited to 2001 32a | | |
| | b 2001 estimated tax payments 32b *9,000* | | |
| | c Less 2001 refund applied for on Form 4466 32c ( ) d Bal ► 32d | 32d | *9,000* |
| | e Tax deposited with Form 7004 | 32e | *6,000* |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) 32f | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions 32g | 32h | *15,000* |
| | 33 Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| | 34 **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| | 35 **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | *1,181* |
| | 36 Enter amount of line 35 you want: **Credited to 2002 estimated tax** ► **Refunded** ► | 36 | *1,181* |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title *PRESIDENT*

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | | | | EIN | |
| | | | | Phone no. ( ) | |

Cat. No. 11450Q

Form **1120** (2001)

000118

Form 1120 (2001)

06-0675523

Page **2**

## Schedule A — Cost of Goods Sold (See page 14 of instructions.)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | 617,985 |
| 2 | Purchases | 2 | 3,024,623 |
| 3 | Cost of labor | 3 | 635,331 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) *SCHEDULE ATTACHED* | 5 | 299,208 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 4,577,147 |
| 7 | Inventory at end of year | 7 | 396,816 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on line 2, page 1 | 8 | 4,180,331 |

9a Check all methods used for valuing closing inventory:
   (i) ☒ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (Specify method used and attach explanation.) ▶ ................................................

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . N/A . ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . N/A . ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . N/A. | 9d | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☒ No

## Schedule C — Dividends and Special Deductions (See page 15 of instructions.) N/A

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See page 16 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | N/A |

## Schedule E — Compensation of Officers (See instructions for line 12, page 1.)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| 2 | Total compensation of officers | | | | | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | | | | | NONE |

Form **1120** (2001)

06- 0675523

Form 1120 (2001)                                                                                                                    Page **3**

## Schedule J   Tax Computation (See page 16 of instructions.)

1   Check if the corporation is a member of a controlled group (see sections 1561 and 1563) . . . . ▶ ☒

   **Important:** Members of a controlled group, see instructions on page 16.

2a  If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):

   (1) $ 50,000     (2) $ 25,000     (3) $ 203

b   Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) . . . $ —

   (2) Additional 3% tax (not more than $100,000) . . . $ —

| | | |
|---|---|---|
| 3   Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 17) N/A ▶ ☐ | **3** | 13,819 |
| 4   Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . | **4** | |
| 5   Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . | **5** | 13,819 |

| | | | |
|---|---|---|---|
| 6a  Foreign tax credit (attach Form 1118) . . . . . | 6a | | |
| b   Possessions tax credit (attach Form 5735) . . . . | 6b | | |
| c   Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) | 6c | | |
| d   General business credit. Check box(es) and indicate which forms are attached. | | | |
|     ☐ Form 3800 · ☐ Form(s) (specify) ▶ .......... | 6d | | |
| e   Credit for prior year minimum tax (attach Form 8827) . . . . | 6e | | |
| f   Qualified zone academy bond credit (attach Form 8860) . . . . | 6f | | |

| | | |
|---|---|---|
| 7   Total credits. Add lines 6a through 6f . . . . . . . . . . . . . . . | **7** | – o – |
| 8   Subtract line 7 from line 5 . . . . . . . . . . . . . . . . . | **8** | 13,819 |
| 9   Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . | **9** | |
| 10  Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697<br>☐ Form 8866  ☐ Other (attach schedule) | **10** | |
| 11  Total tax. Add lines 8 through 10. Enter here and on line 31, page 1 . . . . | **11** | 13,819 |

## Schedule K   Other Information (See page 19 of instructions.)

1   Check method of accounting:  a ☐ Cash

   b ☒ Accrual  c ☐ Other (specify) ▶ ...................

2   See page 21 of the instructions and enter the:

a   Business activity code no. ▶ 336410

b   Business activity ▶ OVERHAUL / REPAIR

c   Product or service ▶ AIRCRAFT PROPELLERS

3   At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).)  — No ☒

   If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.

   SCHEDULE ATTACHED

4   Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?  — No ☒

   If "Yes," enter name and EIN of the parent corporation ▶ NEW ENGLAND PROPELLER SERVICE, INC. 06-0675523

5   At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).)  — No ☒

   If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ 100 %

   SCHEDULE ATTACHED

6   During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . .  — No ☒

   If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.  N/A

If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7   At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? . . . . . . . . . .  — Yes ☒

   If "Yes," enter: (a) Percentage owned ▶ 100 %

   and (b) Owner's country ▶ ENGLAND

c   The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ N/A

   NO TRANSACTIONS

8   Check this box if the corporation issued publicly offered debt instruments with original issue discount N/A ☐

   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. (N/A)

9   Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ ...... O ........

10  Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ ......... O N E (1)

11  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐

   N/A

   If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid.  N/A

12  Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ ...........

00000120

**Note:** *If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

Form **1120** (2001)

Form 1120 (2001)                                                                                              Page **4**

06-06 75 523

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 164,753 | | 280,614 |
| 2a Trade notes and accounts receivable | 278,919 | | 368,799 | |
| b Less allowance for bad debts | ( — ) | 278,919 | ( ) | 368,799 |
| 3 Inventories | | 617,985 | | 396,816 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | 25,102 | | |
| 7 Loans to shareholders | | | | 203,697 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 836,515 | | 883,759 | |
| b Less accumulated depreciation | ( 299,869 ) | 536,646 | ( 349,132 ) | 534,627 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 18,474 | | 18,474 | |
| b Less accumulated amortization | 10,776 | 7,698 | ( 14,471 ) | 4,003 |
| 14 Other assets (attach schedule) | | 26,669 | | 23,071 |
| 15 Total assets | | 1,657,772 | | 1,811,627 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 313,472 | | 470,394 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 70,222 | | 98,960 |
| 18 Other current liabilities (attach schedule) | | 57,019 | | 60,513 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 454,482 | | 379,343 |
| 21 Other liabilities (attach schedule) | | 32,764 | | 28,875 |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 15,150 | 15,150 | 15,150 | 15,150 |
| 23 Additional paid-in capital | | 4,297 | | 4,297 |
| 24 Retained earnings—Appropriated (attach schedule) | | | | |
| 25 Retained earnings—Unappropriated | | 710,366 | | 754,095 |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 1,657,772 | | 1,811,627 |

*(Left margin handwritten: CONSOLIDATED SCHEDULE ATTACHED)*

**Note:** *The corporation is not required to complete Schedules M-1 and M-2 if the total assets on line 15, col. (d) of Schedule L are less than $25,000.*

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (See page 20 of instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 43,728 | 7 Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax per books | 13,819 | Tax-exempt interest $ .............. | |
| 3 Excess of capital losses over capital gains | | DEFERRED INCOME TAXES | 3,890 |
| 4 Income subject to tax not recorded on books this year (itemize): ........... | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ .............. | |
| a Depreciation $ 17,886 | | b Charitable contributions $ .............. | |
| b Charitable contributions $ .......... | | | |
| c Travel and entertainment $ 711 | | | |
| OFFICERS LIFE INSURANCE 2,949 | 21,546 | 9 Add lines 7 and 8 | 3,890 |
| 6 Add lines 1 through 5 | 79,093 | 10 Income (line 28, page 1)—line 6 less line 9 | 75,203 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 710,366 | 5 Distributions: a Cash | |
| 2 Net income (loss) per books | 43,728 | b Stock | |
| 3 Other increases (itemize): ........... | | c Property | |
| ROUNDING | 1 | 6 Other decreases (itemize): ........... | |
| | | 7 Add lines 5 and 6 | — |
| 4 Add lines 1, 2, and 3 | 754,095 | 8 Balance at end of year (line 4 less line 7) | 754,095 |

*(Right margin handwritten: 00000121)*

Form **1120** (2001)

Form **4797**

Department of the Treasury
Internal Revenue Service

## Sales of Business Property
### (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
► Attach to your tax return.    ► See separate instructions.

OMB No. 1545-0184

**2001**

Attachment
Sequence No. 27

Name(s) shown on return

*NEW ENGLAND PROPELLER SERVICE, INC.*

Identifying number

*06-0675523*

1   Enter the gross proceeds from sales or exchanges reported to you for 2001 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions)                                    **1**

## Part I    Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (See instructions.)

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| **2** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3   Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . **3**

4   Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . **4**

5   Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . **5**

6   Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . **6**    —0—

7   Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . **7**    —0—

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

8   Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . . **8**

9   Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions): **9**
**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 15, and skip lines 11 and 12 below.
**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II    Ordinary Gains and Losses

10   Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

11   Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . **11** ( —0— )

12   Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . **12**

13   Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . **13**

14   Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . **14**

15   Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . **15**

16   Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . **16**

17   Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . . . . . . . . . . . . . . . . **17**

18   Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: . . **18**    —0—

**a**   For all except individual returns. Enter the gain or (loss) from line 18 on the return being filed.

**b**   For individual returns:

   (1)   If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions . . . . . . . . . . . . . . . . . . . . . . . . **18b(1)**

   (2)   Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18b(2)**

For Paperwork Reduction Act Notice, see page 7 of the instructions.

06- 0675523

Form 4797 (2001)                                                                                        Page **2**

**Part III**   **Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255**

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | *AIRCRAFT PROPELLER EQUIPMENT AND TOOLING* | *JAN 1995* | *MAR. 1, 2002* |
| B | *ROLLING MACHINE* | *JAN. 2002* | *MAR 1, 2002* |
| C | | | |
| D: | | | |

| | These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: *See line 1 before completing.*) | 20 | *10,442* | *12,818* | | |
| 21 | Cost or other basis plus expense of sale | 21 | *25,061* | *12,818* | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | *14,619* | *—0—* | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | *10,442* | *12,818* | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | *—0—* | *—0—* | | |
| 25 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | *14,619* | *—0—* | | |
| b | Enter the smaller of line 24 or 25a | 25b | *—0—* | *—0—* | | |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b | Applicable percentage multiplied by the smaller of line 24 or 26a (see instructions) | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the smaller of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c | Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b | Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b | Enter the smaller of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | *—0—* |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | *—0—* |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | *—0—* |

**Part IV**   **Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less** (See instructions.)

N/A

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)

*(1 of 2)*

▶ See separate instructions.    ▶ Attach this form to your return.

OMB No. 1545-0172

**2001**

Attachment
Sequence No. **67**

Name(s) shown on return: *NEW ENGLAND PROPELLER SERVICE*

Business or activity to which this form relates: *AIRCRAFT PROPELLER OVERHAUL*

Identifying number: *06-0675523*

**Part I**  **Election To Expense Certain Tangible Property Under Section 179**
Note: *If you have any "listed property," complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions . . . | 1 | $24,000 |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions). . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions . . . . . . . . . . . . . | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27. . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from 2000 (see page 3 of the instructions). . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . | 12 | |
| 13 | Carryover of disallowed deduction to 2002. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

**Part II**  **MACRS Depreciation for Assets Placed in Service Only During Your 2001 Tax Year (Do not include listed property.)** *(RE: NEW ENGLAND PROPELLER SERVICE, INC. 06-0675523)*

### Section A—General Asset Account Election

14  If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions . . . . . . . . . . . . ▶ ☐

### Section B—General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **15a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | 909 | 10 YRS | H-Y | ADS | 46 |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Alternative Depreciation System (ADS) (See page 5 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **16a** Class life | | | | | S/L | |
| **b** 12-year | | 34,060 | 12 yrs. | H-Y | S/L | 1,420 |
| **c** 40-year | | | 40 yrs. | MM | S/L | |

**Part III**  **Other Depreciation (Do not include listed property.) (See instructions beginning on page 5.)**

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 2001 | 17 | 34,705 |
| 18 | Property subject to section 168(f)(1) election . . . . . . . . . . . . | 18 | |
| 19 | ACRS and other depreciation . . . . . . . . . . . . . . . | 19 | |

**Part IV**  **Summary (See page 6 of the instructions.)**

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26. . . . . . . . . . . | 20 | 18,149 |
| 21 | **Total.** Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 21 | 54,320 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . | 22 | -0- |

For Paperwork Reduction Act Notice, see page 9 of the instructions.    Cat. No. 12906N    — GUED —    Form **4562** (2001)

*0000124*

06-0675523

Form 4562 (2001)

(RE: NEW ENGLAND PROPELLER SERVICE)    1 of 2

Page **2**

**Part V**    **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)**

23a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No    23b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| VAN VEH. | 6/96-6/200 | 100% | 17,916 | | | | | |
| VAN VEH | 6/2001 | 100% | 48,772 | 17,916 | 5YRS | ADS | 3,583 | |
| VAN VEH | 6/2002 | 100% | 48,112 | 48,772 | 5YRS | ADS | 9,754 | |
| 25 Property used 50% or less in a qualified business use (see page 6 of the instructions): | | | | 48,112 | 5YRS | ADS | 4,812 | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| 26 Add amounts in column (h). Enter the total here and on line 20, page 1 | | | | | | 26 | 18,149 | |
| 27 Add amounts in column (i). Enter the total here and on line 7, page 1 | | | | | | | 27 | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (**do not** include commuting miles— see page 2 of the instructions) | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | 100% BUSINESS USE | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see page 8 of the instructions).

N/A

| | | Yes | No |
|---|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? (See page 8 of the instructions.) | | | |

**Note:** If your answer to 35, 36, 37, 38, or 39 is "Yes," do not complete Section B for the covered vehicles.

**Part VI**    **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 2001 tax year (see instructions beginning on page 8): | | | | | |
| 41 Amortization of costs that began before your 2001 tax year | | | | 41 | 2,855 |
| 42 Total. Add amounts in column (f). See page 9 of the instructions for where to report | | | | 42 | 2,855 |

0000125

Form **4562**

**Depreciation and Amortization** (2 of 2)

**(Including Information on Listed Property)**

OMB No. 1545-0172

Department of the Treasury
Internal Revenue Service

► See separate instructions.    ► Attach this form to your return.

**2001**

Attachment
Sequence No. **67**

Name(s) shown on return

NEW ENGLAND PROPELLER SERVICE

Business or activity to which this form relates

AIRCRAFT PROPELLER OVERHAUL

Identifying number

06-0675523

**Part I**  **Election To Expense Certain Tangible Property Under Section 179**
**Note:** *If you have any "listed property," complete Part V before you complete Part I.*

| | | | | |
|---|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions . . | **1** | $24,000 |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . | **3** | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions . . . . . . . . . . . . . | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from 2000 (see page 3 of the instructions) . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . | **12** | |
| 13 | Carryover of disallowed deduction to 2002. Add lines 9 and 10, less line 12 ► | **13** | |

**Note:** *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

**Part II**  **MACRS Depreciation for Assets Placed in Service Only During Your 2001 Tax Year (Do not include listed property.)** (RE EAST COAST PROPELLER SERVICE, INC - 52-2103860)

**Section A—General Asset Account Election**

14    If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one
or more general asset accounts, check this box. See page 3 of the instructions . . . . . . . . . . . . . ► ☐

**Section B—General Depreciation System (GDS) (See page 3 of the instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **15a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Alternative Depreciation System (ADS) (See page 5 of the instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **16a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | | | 40 yrs. | MM | S/L | |

**Part III**  **Other Depreciation (Do not include listed property.)** (See instructions beginning on page 5.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 2001 | **17** | 1,131 |
| 18 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . | **18** | |
| 19 | ACRS and other depreciation . . . . . . . . . . . . . . . | **19** | |

**Part IV**  **Summary (See page 6 of the instructions.)**

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 . . . . . . . . . . . . . | **20** | 1,345 |
| 21 | **Total.** Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **21** | 2,476 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . | **22** | —c— |

For Paperwork Reduction Act Notice, see page 9 of the instructions.    Cat. No. 12906N    Form **4562** (2001)

06-067523    2-52

(RE: EAST COAST PROPELLER SERVICE, INC)

Form 4562 (2001)

**Part V   Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)    Page 2

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See page 7 of the instructions for limits for passenger automobiles.)**

23a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  23b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| '86 FORD P.U. | 6/99 | 100% | 3500 | 3500 | 5 YRS | ADS | 583 | |
| '91 CHVY P.U. | 6/99 | 100% | 4568 | 4568" | 5 YRS | ADS | 762 | |
| 25 Property used 50% or less in a qualified business use (see page 6 of the instructions): | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| 26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . | | | | | | | 26 | 1345 |
| 27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . | | | | | | | | 27 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (do not include commuting miles— see page 2 of the instructions) | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | 100 % BUSINESS USE | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 . . . . . | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? . . . | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? . . . . . . | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see page 8 of the instructions).

N/A

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37 Do you treat all use of vehicles by employees as personal use? . . . . . . . . | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? (See page 8 of the instructions.) | | |

**Note:** If your answer to 35, 36, 37, 38, or 39 is "Yes," do not complete Section B for the covered vehicles.

**Part VI   Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 2001 tax year (see instructions beginning on page 8): | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before your 2001 tax year . . . . . | | | | 41 | 3,695 |
| 42 Total. Add amounts in column (f). See page 9 of the instructions for where to report . . . | | | | 42 | 3,695 |

Form **851**
(Rev. September 2000)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

► File with each consolidated income tax return.

Tax year ending ........ *JUNE 30, 2002* ...........

OMB No. 1545-0025

Name of common parent corporation
*NEW ENGLAND PROPELLER SERVICE, INC.*

Employer identification number
*66 : 0675523*

Number, street, and room or suite no. (If a P.O. box, see instructions.)
*MATTHEW DRIVE, P.O. BOX 244*

City or town, state, and ZIP code
*EAST HADDAM, CONN. 06423*

## Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . | | 9,000 | 6,000 |
| | Subsidiary corporations: | | | |
| 2 | *EAST COAST PROPELLER SERVICE* | 52 2103860 | 0 | 0 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) ► | | 9,000 | 6,000 |

## Part II — Principal Business Activity, Voting Stock Information, Etc. (See instructions.)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: *NEW ENGLAND PROPELLER SERVICE* | 336410 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | *EAST COAST PROPELLER SERVICE* | 336410 | | ✓ | 100 | 100 % | 100 % | 1 |
| 3 | | | | | | % | % | |
| 4 | | | | | | % | % | |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 9 | | | | | | % | % | |
| 10 | | | | | | % | % | |

For Paperwork Reduction Act Notice, see instructions.    Cat. No. 16880G    Form **851** (Rev. 9-2000)

*36-667552-1* *(Y/E 6-30-2002)*

Form 851 (Rev. 9-2000)

| Part III | Changes in Stock Holdings During the Tax Year | | | | | | | Page **2** |

| Corp. No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percent of voting power | Percent of value |
| 1 | NEW ENGLAND PROPELLER SERVICE | | | 0 | 0 | — % | — % |
| 2 | EAST COAST PROPELLER SERVICE | | | 0 | 0 | — % | — % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

(c)   If any disposition listed above caused a deconsolidation of a group member, did the basis of any shares retained by the group exceed the value of those shares immediately before the deconsolidation? . . . ☐ Yes   ☐ No   (N/A)

If "Yes," see Regulations section 1.1502-20(b) regarding basis adjustment requirements.

(d)   Is the group claiming that a loss recognized on the disposition of the stock of a group member is allowed under Regulations section 1.1502-20(c)? . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No   (N/A)

If "Yes," attach a statement entitled "ALLOWED LOSS UNDER SECTION 1.1502-20(c)" that contains the information required by Regulations section 1.1502-20(c)(3).

(e)   If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

(N/A)

(f)   If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

(N/A)

Form **851** (Rev. 9-2000)

SEB0000129

06-6675523
(Y/E 6-30-2002)

Form 851 (Rev. 9-2000)

| Part IV | Additional Stock Information (See instructions.) | | | Page **3** |
|---|---|---|---|---|

**1** During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 | | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| | | Yes | No | |
| 1 | NEW ENGLAND PROPELLER SERVICE | | ✓ | N/A |
| 2 | EAST COAST PROPELLER SERVICE | | ✓ | |

**2** During the tax year, was there (a) any member of the consolidated group that reaffiliated within 60 months of disaffiliation or (b) any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 | | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| | | Yes | No | |
| 1 | NEW ENGLAND PROPELLER SERVICE | | ✓ | N/A |
| 2 | EAST COAST PROPELLER SERVICE | | ✓ | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 | | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 1 | NEW ENGLAND PROPELLER SERVICE | | ✓ | N/A % | % | % |
| 2 | EAST COAST PROPELLER SERVICE | | ✓ | % | % | % |
| | | | | % | % | % |
| | | | | % | % | % |

| Corp. No. | Item 3d—Provide a description of any arrangement  N/A |
|---|---|
| | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated. | | |
|---|---|---|---|
| | ▶ Signature of officer | Date | ▶ Title  PRESIDENT |

Form **851** (Rev. 9-2000)

0000130

Form **7004**
(Rev. October 2000)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time
## To File Corporation Income Tax Return

OMB No. 1545-0233

Name of corporation

*NEW ENGLAND PROPELLER SERVICE, INC.*

Employer identification number

06:8675523

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)

*INDUSTRIAL PARK - P.C. BOX 244*

City or town, state, and ZIP code

*EAST HADDAM, CONN. 06423*

Check type of return to be filed:

| | | | |
|---|---|---|---|
| ☐ Form 990-C | ☐ Form 1120-FSC | ☐ Form 1120-PC | ☐ Form 1120S |
| ☒ Form 1120 | ☐ Form 1120-H | ☐ Form 1120-POL | ☐ Form 1120-SF |
| ☐ Form 1120-A | ☐ Form 1120-L | ☐ Form 1120-REIT | |
| ☐ Form 1120-F | ☐ Form 1120-ND | ☐ Form 1120-RIC | |

- Form 1120-F filers: Check here if the foreign corporation does not maintain an office or place of business in the United States . . . . . *N/A* . . . . . . . . . . . . ▶ ☐

**1** Request for Automatic Extension (see instructions)

**a** Extension date. I request an automatic 6-month (or, for certain corporations, 3-month) extension of time until *MARCH 15*, 20*03*, to file the income tax return of the corporation named above for ▶ ☐ calendar year 20 . . . . . . or ▶ ☒ tax year beginning *JULY 1, 2001*, and ending *JUNE 30*, 20*02*.

**b** Short tax year. If this tax year is for less than 12 months, check reason: *N/A*

☐ Initial return     ☐ Final return     ☐ Change in accounting period     ☐ Consolidated return to be filed

**2** Affiliated group members (see instructions). If this application also covers subsidiaries to be included in a consolidated return, provide the following information:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| *EAST COAST PROPELLER SERVICE, INC.* | 52:2103860 | 7-1-2001 6-30-2002 |
| *P.C. BOX 263, EAST HADDAM, CONN. 06423* | | |
| | | |
| | | |
| | | |

| | | | | | |
|---|---|---|---|---|---|
| **3** | Tentative tax (see instructions) . . . . . . . . . . | | **3** | | *15,000* |
| **4** | **Payments and refundable credits:** (see instructions) | | | | |
| **a** | Overpayment credited from prior year . . . | **4a** | *0* | | |
| **b** | Estimated tax payments for the tax year . . . . . . . . . . | **4b** | *9,000* | | |
| **c** | Less refund for the tax year applied for on Form 4466 . . . . | **4c** ( ) Bal ▶ | **4d** | *9,000* | |
| **e** | Credit for tax paid on undistributed capital gains (Form 2439) . . . | | **4e** | | |
| **f** | Credit for Federal tax on fuels (Form 4136) . . . . . | | **4f** | | |
| **5** | Total. Add lines 4d through 4f (see instructions) . . . . . . . | | **5** | | *9,000* |
| **6** | Balance due. Subtract line 5 from line 3. Deposit this amount using the Electronic Federal Tax Payment System (EFTPS) or with a Federal Tax Deposit (FTD) Coupon (see instructions) | | **6** | | *6,000* |

Signature. Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

▶ _(signature)_ _____     *CONTROLLER* _____     *8-10-2002* _____

(Signature of officer or agent)          (Title)          (Date)

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 13804A     Form **7004** (Rev. 10-2000)

NEW ENGLAND PROPELLER, INC.
FORM 1120    JUNE 30, 2002
06-0675523

| Prepared By | Initials | Date |
|---|---|---|
|  | 1 of 2 | |
| Approved By | | |

PAGE 1 - CONSOLIDATING DETAIL

| Line No. | | | New England Propeller | East Coast Propeller | Elimina-tions | Combined |
|---|---|---|---|---|---|---|
| 1 | 1a | GROSS RECEIPTS ON SALES | 4,965,935 | 1,697,408 | | 5,663,343 |
| 2 | 1b | RETURNS AND ALLOWANCES | (324,491) | (35,426) | | (359,917) |
| 3 | 1c | BALANCE | 3,941,444 | 1,561,982 | | 5,503,426 |
| 4 | 2 | COST OF GOODS SOLD | (D.S.)(3,019,574) | (1,160,757) | | (4,180,331) |
| 5 | | | | | | |
| 6 | 3 | GROSS PROFIT | 921,870 | 401,225 | | 1,323,095 |
| 7 | 5 | INTEREST | 1,373 | 768 | | 2,141 |
| 8 | 6 | GROSS RENTS | 22,800 | — | (22,800) | |
| 9 | 9 | NET GAIN FROM FORM 4797 | -0- | | | -0- |
| 10 | 10 | OTHER INCOME | (D.S.) 129,700 | 19 | (108,000) | 21,719 |
| 11 | | | | | | |
| 12 | 11 | TOTAL INCOME | 1,075,743 | 402,012 | (130,800) | 1,346,955 |
| 13 | | | | | | |
| 14 | 13 | SALARIES AND WAGES | 350,607 | 79,135 | | 429,742 |
| 15 | 16 | RENTS | 49,017 | 63,723 | (22,800) | 89,940 |
| 16 | 17 | TAXES | 64,867 | 28,604 | | 93,471 |
| 17 | 18 | INTEREST | 39,394 | 520 | | 39,914 |
| 18 | 19 | CHARITABLE CONTRIBUTIONS | 1,355 | — | | 1,355 |
| 19 | 20 | DEPRECIATION | 54,320 | 2,476 | | 56,796 |
| 20 | 23 | ADVERTISING AND PROMOTIONS | 4,829 | 1,295 | | 6,124 |
| 21 | 25 | EMPLOYEE BENEFIT PLANS | 53,524 | 23,121 | | 76,645 |
| 22 | 26 | OTHER DEDUCTIONS | (D.S.) 410,896 | 175,869 | (108,000) | 478,765 |
| 23 | 27 | TOTAL DEDUCTIONS | 1,028,809 | 373,743 | (130,800) | 1,271,752 |
| 24 | 28 | TOTAL INCOME | 46,934 | 28,269 | -0- | 75,203 |
| 25 | 30 | TAXABLE INCOME | 46,934 | 28,269 | | 75,203 |

(D.S.) DETAILED SCHEDULE ON PAGE 2

000000139

National Brand   45-600 — Eye-Ease® Green
45-300 2½" Faint     Made in USA

NEW ENGLAND PROPELLER INC
Form 1120          JUNE 30, 2002
06-0675523

Prepared By
Approved By
Initials | Date
2 of 2

PAGE 1 - CONSOLIDATING DETAIL

SCHEDULE A

| Line No. | | NEW ENGLAND PROPELLER | EAST COAST PROPELLER | ELIMINATIONS | COMBINED |
|---|---|---|---|---|---|
| 1 | BEGINNING INVENTORY | $498320 | $119665 | | $617985 |
| 2 | PURCHASES | 2255672 | 768951 | | 3024623 |
| 3 | COST OF LABOR | 383410 | 251921 | | 635331 |
| 5 | OTHER COSTS (DETAIL BELOW) | 206075 | 93133 | | 299208 |
| 6 | TOTAL | 3343477 | 1233670 | | 4577147 |
| 7 | ENDING INVENTORY | (323903) | (72913) | | (396816) |
| 8 | COST OF GOODS SOLD | 3019574 | 1160757 | | 4180331 |
| | | | | | |
| 5 | OTHER COSTS - SCHEDULE | | | | |
| | FREIGHT AND DELIVERY | 79856 | 44540 | | 124396 |
| | OUTSIDE SERVICES | 53260 | 11220 | | 64480 |
| | SHOP SUPPLIES AND EXPENSES | 72959 | 37373 | | 110332 |
| | | 206075 | 93133 | | 299208 |
| | PAGE 1 | | | | |
| 10 | OTHER INCOME - SCHEDULE | | | | |
| | ADMINISTRATIVE + OTHER SERVICES | 129700 | - | (108000) | 21700 |
| | COMMISSION + OTHER | | 19 | | 19 |
| | | 129700 | 19 | (108000) | 21719 |
| | | | | | |
| 26 | OTHER DEDUCTIONS - SCHEDULE | | | | |
| | UTILITIES | 27854 | 12248 | | 40102 |
| | VEHICLE AND TRAVEL | 35576 | 12254 | | 47830 |
| | INSURANCE - GENERAL | 60266 | 22561 | | 82827 |
| | TELEPHONE | 13472 | 4280 | | 17752 |
| | PROFESSIONAL & ADM. SERVICES | 141300 | 109000 | (108000) | 142300 |
| | OFFICES SUPPLIES & EXPENSES | 25728 | 7631 | | 33359 |
| | BUSINESS MEALS - 50% | (711) | | | (711) |
| | COMMISSIONS | 104556 | 4200 | | 108756 |
| | OTHER COSTS AND EXPENSES | - | - | | - |
| | AMORTIZATION - FORM 4562 | 2855 | 3695 | | 6550 |
| | | $410896 | $175869 | (108000) | $478765 |

0000133

National Brand  45-000 Eye Ease® ... 45-508 ... Made in USA   FORM 1120   JUNE 30, 2002

06-0675523

Prepared By _____  Initials / Date  1 of 2
Approved By _____

### BALANCE SHEET - END OF YEAR

CONSOLIDATION DETAILS

| | | NEW ENGLAND PROPELLER | EAST COAST PROPELLER | ELIMINATIONS | COMBINED |
|---|---|---|---|---|---|
| | ASSETS: | | | | |
| | LINE NO. | | | | |
| 1 | CASH | 324,524 | (43,910) | | 280,614 |
| 2 a | TRADE ACCOUNTS RECEIVABLE | 312,428 | 166,765 | (110,394) | 368,799 |
| 2 b | LESS ALLOWANCE FOR BAD DEBTS | o | o | | |
| 3 | INVENTORIES | 323,903 | 72,913 | | 396,816 |
| 6 | OTHER CURRENT ASSETS (D.S.) | 196,953 | 7,219 | (505) | 203,697 |
| 10 a | DEPRECIABLE ASSETS | 843,055 | 45,704 | | 888,759 |
| 10 b | LESS ACCUMULATED DEPRECIATION | (337,102) | (12,030) | | (349,132) |
| 13 a&b | INTANGIBLE ASSETS - NET | | 4,603 | | 4,603 |
| 14 | OTHER ASSETS (D.S.) | 19,527 | 4,550 | (1,000) | 23,071 |
| | | 1,683,312 | 246,214 | (111,899) | 1,811,627 |
| | | | | | |
| | LIABILITIES AND EQUITY: | | | | |
| | LINE NO. | | | | |
| 16 | ACCOUNTS PAYABLE | 435,124 | 145,664 | (110,394) | 470,394 |
| 17 | MORTGAGES & NOTES ETC. | 98,960 | | | 98,960 |
| 18 | OTHER CURRENT LIABILITIES (D.S.) | 49,999 | 17,019 | (505) | 66,513 |
| 20 | MORTGAGES & NOTES ETC. | 379,343 | | | 379,343 |
| 21 | DEFERRED INCOME TAXES | 28,875 | | | 28,875 |
| 22 b | COMMON STOCK | 15,150 | 1,000 | (1,000) | 15,150 |
| 23 | ADD'L PAID IN CAPITAL | 4,297 | | | 4,297 |
| 25 | RETAINED EARNINGS | 671,564 | 82,531 | | 754,095 |
| | | 1,683,312 | 246,214 | (111,899) | 1,811,627 |

(D.S.) DETAIL SCHEDULE ATTACHED ON PAGE 2

CBB0000134

National Brand 43-302 Eye-Eye Book
43-306 2-Pack
Made in USA

FORM 1120            JUNE 30, 2002

06-0675523

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | 2 of 2 | |

| BALANCE SHEET - END OF YEAR | | NEW ENGLAND PROPELLER | EAST COAST PROPELLER | ELIMINA- TIONS | COMBINED | |
|---|---|---|---|---|---|---|
| CONSOLIDATION - DETAIL SCHEDULES | | | | | | |
| LINE 6 - OTHER CURRENT ASSETS | | | | | | 2 |
| PREPAID INSURANCE | | 8,703 | 3,271 | | 11,974 | 3 |
| EMPLOYEE ADVANCES | | 12,152 | 1,000 | | 13,152 | 4 |
| INCOME TAXES RECEIVABLE | | 4,010 | 2,513 | | 6,523 | 5 |
| ADVANCES RECEIVABLE-AFFILIATES | | 166,848 | 505 | (505) | 166,848 | 6 |
| PREPAID INTEREST | | 2,804 | | | 2,804 | 7 |
| OTHER RECEIVABLES | | 92 | | | 92 | 8 |
| PREPAID RENT | | 2,304 | | | 2,304 | 9 |
| | | 196,983 | 7,219 | (505) | 203,697 | 10 |
| | | | | | | 11 |
| LINE 14 - OTHER ASSETS | | | | | | 13 |
| PREPAID INTEREST | | 2,819 | | | 2,819 | 14 |
| DEFERRED FINANCE COST | | 15,702 | | | 15,702 | 15 |
| COMMON STOCK / SECURITY DEPOSIT | | 1,000 | 4,550 | (1,000) | 4,550 | 16 |
| | | 19,521 | 4,550 | (1,000) | 23,071 | 17 |
| | | | | | | 18 |
| LINE 18 - OTHER CURRENT LIABILITIES | | | | | | 20 |
| ACCRUED AND WITH. PAYROLL TAXES | | 7,516 | 2,430 | | 9,946 | 21 |
| ACCRUED PAYROLL PAYABLE | | 18,150 | 8,234 | | 26,384 | 22 |
| CUSTOMER DEPOSITS | | 13,046 | | | 13,046 | 23 |
| SALES TAX PAYABLE | | 685 | | | 685 | 24 |
| INCOME TAXES PAYABLE | | 4,819 | | | 4,819 | 25 |
| ACCRUED INTEREST | | 2,408 | 70 | | 2,478 | 26 |
| ADVANCES PAYABLE - AFFILIATES | | 505 | | (505) | 0 | 27 |
| ACCRUED PROPERTY TAXES | | 3,271 | | | 3,271 | 28 |
| OTHER ACCRUED LIABILITIES | | 605 | 285 | | 890 | 29 |
| | | 49,999 | 11,019 | (505) | 60,513 | 30 |

SEN0000135

National 34-026
45-306  2 - Pack
Made in USA  FORM 1120

JUNE 30, 2002

06-0675523

| | | Prepared By | Initials | Date |
|---|---|---|---|---|
| | | Approved By | | |

|  | | 1 | 2 | 3 | 4 | BEGIN of YEAR (5) | END of YEAR (6) | |
|---|---|---|---|---|---|---|---|---|
| | SCHEDULE L - BALANCE SHEET | | | | | | | |
| 2 | LINE 6 - OTHER CURRENT ASSETS | | | | | | | 2 |
| 3 | PREPAID INSURANCE | | | | | $ 8786 | $ 11974 | 3 |
| 4 | EMPLOYEE ADVANCES | | | | | -0- | 13152 | 4 |
| 5 | INCOME TAXES RECEIVABLE | | | | | 8996 | 6523 | 5 |
| 6 | ADVANCES RECEIVABLE - AFFILIATES | | | | | -0- | 166848 | 6 |
| 7 | PREPAID INTEREST | | | | | 4198 | 2804 | 7 |
| 8 | OTHER RECEIVABLES | | | | | 1791 | 92 | 8 |
| 9 | PREPAID RENT | | | | | 1334 | 2304 | 9 |
| 10 | | | | | | $ 25102 | $ 203697 | 10 |
| 11 | | | | | | | | 11 |
| 12 | | | | | | | | 12 |
| 13 | LINE 14 - OTHER ASSETS | | | | | | | 13 |
| 14 | PREPAID INTEREST | | | | | $ 3562 | $ 2819 | 14 |
| 15 | DEFERRED FINANCE COST | | | | | 18557 | 15702 | 15 |
| 16 | SECURITY DEPOSIT | | | | | 4550 | 4550 | 16 |
| 17 | | | | | | $ 26669 | $ 23071 | 17 |
| 18 | | | | | | | | 18 |
| 19 | | | | | | | | 19 |
| 20 | LINE 18 - OTHER CURRENT LIABILITIES | | | | | | | 20 |
| 21 | ACCRUED AND WH PAYROLL TAXES | | | | | $ 8902 | $ 7946 | 21 |
| 22 | ACCRUED PAYROLL PAYABLE | | | | | 23297 | 26384 | 22 |
| 23 | CUSTOMER DEPOSITS | | | | | 12039 | 12040 | 23 |
| 24 | SALES TAX PAYABLE | | | | | 291 | 655 | 24 |
| 25 | INCOME TAX PAYABLE | | | | | 2826 | 4819 | 25 |
| 26 | ACCRUED INTEREST | | | | | 3674 | 2478 | 26 |
| 27 | ADVANCES PAYABLE - AFFILIATES | | | | | 1350 | -0- | 27 |
| 28 | ACCRUED PROPERTY TAXES | | | | | 3777 | 3271 | 28 |
| 29 | OTHER ACCRUED LIABILITIES | | | | | 1763 | 880 | 29 |
| 30 | | | | | | $ 57919 | $ 66573 | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | LINE 21 - OTHER LIABILITIES | | | | | | | 33 |
| 34 | DEFERRED INCOME TAXES | | | | | $ 32764 | $ 28875 | 34 |
| 35 | | | | | | | | 35 |

EL80000130

FORM 1120  JUNE 30, 2002

06-6675523

Prepared By | Initials | Date
Approved By |

## SCHEDULE M-1

| Line No. | | NEW ENGLAND PROPELLER | EAST COAST PROPELLER | TOTAL |
|---|---|---|---|---|
| 1 | NET INCOME PER BOOKS | 20,653 | 23,075 | 43,728 |
| 2 | FEDERAL INCOME TAX | 8,625 | 5,194 | 13,819 |
| 5a | DEPRECIATION | 17,886 | — | 17,886 |
| 5c | TRAVEL & ENTERTAINMENT - MEALS | 711 | — | 711 |
| 5c | OFFICER'S LIFE INSURANCE | 2,949 | — | 2,949 |
| 6 | ADD LINES 1 THRU 5 | 50,824 | 28,269 | 79,093 |
| 7 & 9 | INCOME RECORDED ON BOOKS THIS YEAR - NOT ON TAX RETURN: | | | |
| | DEFERRED INCOME TAX | 3,890 | — | 3,890 |
| 10 | INCOME - LINE 6 LESS LINE 9 | 46,934 | 28,269 | 75,203 |

## SCHEDULE M-2

| Line No. | | NEW ENGLAND PROPELLER | EAST COAST PROPELLER | TOTAL |
|---|---|---|---|---|
| 1 | BALANCE AT BEGINNING OF YEAR | 650,910 | 59,456 | 710,366 |
| 2 | NET INCOME (LESS) PER BOOKS | 20,653 | 23,075 | 43,728 |
| 3 | OTHER INCREASES - ROUNDING | | | 1 |
| 4 | ADD LINES 1, 2 & 3 | 671,564 | 82,531 | 754,095 |
| 8 | BALANCE AT END OF YEAR | 671,564 | 82,531 | 754,095 |

000000137

National Brand
45-306   2 - Pack
Made in USA

FORM 1120

06-0675523

JUNE 30, 2002

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

SCHEDULE K- QUESTION 3

a) EAST COAST PROPELLER SERVICE, INC. -   52-2103860
b) 100% OWNERSHIP
c) TAXABLE INCOME BEFORE N.O.L. - $ 28,269    Y/E 6-30-2002
   (ABOVE CORPORATION'S TAXABLE INCOME
   CONSOLIDATED HEREIN.)


SCHEDULE K- QUESTION 5

THE CHANA TRUST - THE CONTINENTAL TRUST COMPANY
LIMITED, TRUSTEE
I.D. NO. 98-6052602

SEB0000138