STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES
(Rev. 12/01)AB

# FORM CT-1120
## Corporation Business Tax Return

**2001**

ENTER INCOME YEAR BEGINNING July 1, 2001, AND ENDING June 30, 2002

**Total Assets** ► 1,683,312
**Gross Receipts** ► 4,165,935
**NAICS Code for Principal Business Activity** ► 336,410
**Audited By** ☐ F ☐ O

**Corporation Name:** NEW ENGLAND PROPELLER SERVICE, INC.
**Number and Street:** INDUSTRIAL PARK - P.O. BOX 244
**PO Box:**
**City or Town:** EAST HADDAM,  **State:** CONN.  **ZIP Code:** 06423

**Connecticut Tax Registration Number:** 0585836 000
**DRS USE ONLY:** - -20
**Federal Employer ID Number:** 06-0675523

### CHECK AND COMPLETE ALL APPLICABLE BOXES

Is this corporation exchanging R & D tax credits? ☐ Yes (See instructions) ☒ No

**Change of:** ☐ Closing Month  ☐ Address  (N/A)
**Return Status:** ☐ Initial Return  ☐ Final Return  ☐ Short Period Return (N/A)
**If this is a short period, check the corresponding box:** ☐ Merger  ☐ Acquisition (N/A)  ☐ Change of Filing Status
**If this is a final return, has the corporation:** ☐ Dissolved  ☐ Withdrawn (N/A)  ☐ Merged/Reorganized (Enter survivor's Connecticut Tax Registration Number)
**Federal return was filed on:** ☒ 1120  ☐ 1120A  ☐ 1120H  ☒ Consolidated Basis  ☐ Other:

Is this company included in a Connecticut combined business tax return? ☐ Yes (Complete Form CT-1120CR) ☒ No
Was this company included in a Connecticut combined business tax return for the previous year? ☐ Yes ☒ No (If this is the first year electing or revoking combined status, attach Form CT-1120CC or CT-1120 CC-R)
Is this corporation a financial service company? ☐ Yes (Attach Form CT-1120A - FS) ☒ No
Is this corporation annualizing its income? ☐ Yes (Attach Form CT-1120I) ☒ No

— ATTACH A COMPLETE COPY OF FORM 1120 INCLUDING ALL SCHEDULES AS FILED WITH THE INTERNAL REVENUE SERVICE —

### COMPUTATION OF NET INCOME

| # | Description | Amount |
|---|---|---|
| 1 | Federal taxable income (loss) before net operating loss and special deductions | 46,934 |
| 2 | Interest income wholly exempt from federal tax | |
| 3 | Unallowable deduction for corporation tax (Schedule F, Line 8) | |
| 4 | Intangible expenses and interest expenses paid to a related member (See instructions) | 2,690 |
| 5 | TOTAL (Add Lines 1, 2, 3, and 4) | 49,624 |
| 6 | Dividend deduction (Form CT-1120 ATT, Schedule I, Line 4) | |
| 7 | Capital loss carryover (if not deducted in computing federal capital gain) | |
| 8 | Capital gain from sale of preserved land | |
| 9 | Other (Attach explanation) | |
| 10 | TOTAL (Add Lines 6, 7, 8, and 9) | — |
| 11 | NET INCOME (Subtract Line 10 from Line 5) | 49,624 |

### SCHEDULE A — COMPUTATION OF TAX ON NET INCOME

| # | Description | Amount |
|---|---|---|
| 1 | Net income (Line 11) (If 100% Connecticut, enter also on Schedule A, Line 3) | 49,624 |
| 2 | Apportionment fraction (Carry to six places. See instructions.) | 0. |
| 3 | Connecticut net income (Multiply Line 1 by Line 2) | 49,624 |
| 4 | Operating loss carryover (Form CT-1120 ATT, Schedule H, Line 6, Column A) | 12,237 |
| 5 | Income subject to tax (Subtract Line 4 from Line 3) | 37,387 |
| 6 | TAX: Multiply Line 5 by 7.5% (.075) | 2,804 |

### SCHEDULE B — COMPUTATION OF MINIMUM TAX ON CAPITAL

| # | Description | Amount |
|---|---|---|
| 1 | Minimum tax base (Schedule D, Line 6, Column C) (If 100% Connecticut, enter also on Line 3) | 679,684 |
| 2 | Apportionment fraction (Carry to six places. See instructions.) | 0. |
| 3 | Multiply Line 1 by Line 2 | 679,684 |
| 4 | Number of months covered by this return | 12 |
| 5 | Multiply Line 3 by Line 4, divide the result by 12 | 679,684 |
| 6 | TAX: (3 and 1/10 mills per dollar) Multiply Line 5 by .0031. (Maximum tax for Sch. B is $1,000,000) | 2,107 |

### SCHEDULE C — COMPUTATION OF AMOUNT PAYABLE (MINIMUM TAX $250)

| | | | | |
|---|---|---|---|---|
| 1. TOTAL TAX | (a) Tax (Larger of Schedule A, Line 6; Schedule B, Line 6; or $250) ► 1a | 2,804 | ENTER TOTAL OF LINES 1a and 1b | |
| | (b) Recapture of Tax Credits (See instructions) ► 1b | | 1 | 2,804 |
| 2. Tax Credits (Form CT-1120K, Part III, Line 13, Column B) | | | 2 | 114 |
| 3. Balance of tax payable (Subtract Line 2 from Line 1. If zero or less, enter -0-) | | | 3 | 2,690 |
| 4. TAX PAYMENTS | (a) Paid with application for extension (Form CT-1120 EXT) ► 4a | 300 | ENTER TOTAL OF LINES 4a, 4b, 4c | |
| | (b) Paid with estimates (Forms CT-1120 ESA, ESB, ESC, & ESD) ► 4b | 4,700 | | |
| | (c) Overpayment from prior year ► 4c | 2,000 | 4 | 7,000 |
| 5. Balance of tax due (overpaid) (Subtract Line 4 from Line 3) | | | 5 | (4,310) |
| 6. Add Penalty ►(6a) _____ Interest ► (6b) _____ CT-1120I Interest ► (6c) _____ | | | 6 | |
| 7. Amount to be credited to 2002 estimated tax ► (7a) 2,000 Refunded ► (7b) 2,310 | | | 7 | (4,310) |
| 8. Balance due with this return (Add Line 5 and Line 6) | | | 8 | -0- |

Make check payable to: **Commissioner of Revenue Services**
(Attach check to return with paper clip. Do not staple.)
Mail to: Department of Revenue Services, PO Box 2974, Hartford CT 06104-2974

☐ Check if you do not want a booklet sent to you next year. (Checking this box does not relieve you of your responsibility to file.)

0580000139

## SCHEDULE D – COMPUTATION OF MINIMUM TAX BASE (See instructions)

| | COLUMN A BEGINNING OF YEAR | COLUMN B END OF YEAR | COLUMN C (COLUMN A plus COLUMN B) DIVIDED BY 2 |
|---|---|---|---|
| 1. Capital stock (Federal Schedule L, Lines 22a and 22b) | 15,150 | 15,150 | |
| 2. Surplus and undivided profits (Federal Schedule L, Lines 23, 24, and 25) | 655,207 | 675,861 | |
| 3. Surplus reserves (Attach schedule) | | | |
| 4. Total (Add Lines 1, 2, and 3). Enter average in Column C | 670,357 | 691,011 | 680,684 |
| 5. Holdings of stock of private corporations (Schedule E). Enter average in Column C | 1,000 | 1,000 | 1,000 |
| 6. Balance (Subtract Line 5, Column C from Line 4, Column C). Enter here and on Schedule B, Line 1 | | | 679,684 |

## SCHEDULE E – HOLDINGS OF STOCK

| NAME OF CORPORATION | BEGINNING OF YEAR AMOUNT | END OF YEAR AMOUNT |
|---|---|---|
| EAST COAST PROPELLER SERVICE, INC. | 1,000 | 1,000 |
| | | |
| | | |
| TREASURY STOCK | | |
| TOTAL (Enter here and on Schedule D, Line 5) | 1,000 | 1,000 |

## SCHEDULE F – TAXES

| | COLUMN A | COLUMN B |
|---|---|---|
| 1. Payroll | | |
| 2. Real property | 87,164 | |
| 3. Personal property | | |
| 4. Sales and use | 3,617 | |
| 5. Other (See instructions) | | |
| 6. Connecticut corporation business (deducted in the computation of Federal Taxable Income) | | |
| 7. Tax on or measured by income or profits imposed by other states or political subdivisions (deducted in the computation of Federal Taxable Income). ATTACH SCHEDULE | | 2,690 |
| 8. Total unallowable deduction for corporation business tax purposes (Add Line 6 and Line 7, Column B. Enter here and on front, Computation of Net Income, Line 3.) | | 2,690 |

## SCHEDULE G – ADDITIONAL REQUIRED INFORMATION

| Name of Officer | Home Address | Title |
|---|---|---|
| ARTHUR M. D'ONOFRIO | 1304 SAYBROOK RD., HADDAM CT 06438 | PRES./TREAS. |
| BARBARA SPECTOR | P.O. BOX 340040, HARTFORD, CT 06134 | SECRETARY |

1. Is the principal place of business located in Connecticut? ☒ Yes ☐ No  If "No," enter state where principal place of business is located N/A  State of incorporation CT  Date of organization 7/1952
Date qualified in Connecticut 7-1952  Date business began in Connecticut 7-1952

2. In which Connecticut towns does the corporation own or lease (as lessee) real or tangible personal property, or perform services?
EAST HADDAM

3. (a.) Did this corporation transfer a controlling interest in an entity owning Connecticut real property?  ☐ Yes ☒ No
If "Yes," enter: Entity Name ► N/A  Federal Employer ID Number ► N/A
(b.) Was there a transfer of a controlling interest in your company owning Connecticut real property?  ☐ Yes ☒ No
If "Yes," enter: Transferor Name ► N/A  Federal Employer ID Number ► N/A

4. Did any corporation at any time during the year own a majority of the voting stock of this corporation?  ☐ Yes ☒ No
If "Yes," enter the name of such corporation: N/A  Federal Employer ID Number N/A

5. Last taxable year this corporation was audited by the Internal Revenue Service ► Y/E 6-30-84
Were adjustments reported to Connecticut? ☐ Yes ☐ No  (If "No," attach explanation.) NO CHANGES

6. Is this corporation exempt from Connecticut corporation business tax?  ☐ Yes (If "Yes" attach explanation of exemption including statutory cite) N/A

**DECLARATION:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand that the penalty for willfully delivering a false return to DRS is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

| SIGN HERE Keep a copy of this return for your records | Signature of Corporate Officer | Date | May DRS contact the preparer shown below about this return? ☐ Yes ☐ No (See instructions, Page 16) |
|---|---|---|---|
| | Title PRESIDENT | Telephone Number (860) 873-1494 | |
| | Paid Preparer's Signature | Date | Preparer's SSN or PTIN |
| | Firm's Name and Address | FEIN | Telephone Number ( ) |

Form CT-1120 Back (Rev. 12/01)

0000140

STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES

(Rev. 12/01)

# FORM CT-1120 ATT
Corporation Business Tax Return Attachment
Schedules H and I

**2001**

— See Instructions on Reverse —

**Corporation Name:** NEW ENGLAND PROPELLER SERVICE, INC.
YEAR ENDED 6-30-2002

**CONNECTICUT TAX REGISTRATION NUMBER:** 058583600 0

## SCHEDULE H — CONNECTICUT APPORTIONED OPERATING LOSS CARRYOVER

| | | Connecticut Apportioned Income (Loss) | Loss Applied to Income Year 1997 | Loss Applied to Income Year 1998 | Loss Applied to Income Year 1999 | Loss Applied to Income Year 2000 | COLUMN A Loss Applied to Income Year 2001 | COLUMN B Remaining Loss Available for 2002 |
|---|---|---|---|---|---|---|---|---|
| 1. | 1996 | | | (6/30/99) | (6/30/2000) | (6/30/2001) | (6/30/2002) | |
| 2. | 1997 | (6/30/98) 100,990 | | 42,092 | 47,171 | —0— | 11,727 | —0— |
| 3. | 1998 | | | | | | | |
| 4. | 1999 | | | | | | | |
| 5. | 2000 | (6/30/2001) 510 | | | | | 510 | —0— |
| 6. | TOTAL (Add Lines 1 through 5 in Column A, and Lines 2 through 5 in Column B, and enter here. Enter the amount from Line 6, Column A on Form CT-1120, Schedule A, Line 4.) | | | | | | ▶ 12,237 | ▶ —0— |

## SCHEDULE I — DIVIDEND DEDUCTION  (N/A)

| | | COLUMN A Amount | COLUMN B Deduction Rate | COLUMN C Balance (Col. A x Col. B) | COLUMN D Related Expenses (attach schedule) | COLUMN E Dividend Deduction (Col. C – Col. D) |
|---|---|---|---|---|---|---|
| 1. | Dividend Income included in Computation of Federal Taxable Income (Form CT-1120, Computation of Net Income, Line 1). See instructions. | ▶ | | | | |
| 2. | Dividends from domestic corporations less than 20% owned. | ▶ | 70% (.70) | | ▶ | |
| 3. | Dividend Balance (subtract Line 2 from Line 1). | | 100% (1.0) | | ▶ | |
| 4. | TOTAL DIVIDEND DEDUCTION (Add Line 2, Column E, plus Line 3, Column E. Enter here and on Form CT-1120, Computation of Net Income, Line 6) | | | | | |

STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES
(Rev. 12/01)

# FORM CT-1120K
## Business Tax Credit Summary

**2001**

YEAR ENDED 6-30-2002

– See Instructions Before Completing This Form –

Corporation Name: NEW ENGLAND PROPELLER SERVICE, INC.

CT TAX REGISTRATION NUMBER: 0585836000

## PART I - TAX CREDITS FROM 2001 INCOME YEAR

### PART I-A (N/A)
Financial Institutions Tax Credit

| | A Credit Amount Claimed | B Amount Applied to Corporation Tax | C Amount Applied to Other Taxes | D Carryback Amount |
|---|---|---|---|---|
| 1 Financial Institutions | (N/A) | | ///// | ///// |

### PART I-B (N/A)
Tax Credits with Carryback Provisions

| | A Credit Amount Claimed | B Amount Applied to Corporation Tax | C Amount Applied to Other Taxes | D Carryback Amount |
|---|---|---|---|---|
| 2 Neighborhood Assistance (See instructions) | | ► | | ► |
| 3 Housing Program Contribution (See instructions) | | ► | | ► |
| 4 Employer-Assisted Housing (See instructions) | | ► | | ► |
| 5 TOTAL PART I-B (Add Lines 2 through 4 and enter in the appropriate columns) | (N/A) | ► | | ► |

### PART I-C (N/A)
Tax Credits without Carryback or Carryforward Provisions

| | A Credit Amount Claimed | B Amount Applied to Corporation Tax | C Amount Applied to Other Taxes | D Carryback or Carryforward Amount |
|---|---|---|---|---|
| 6 Apprenticeship Training (See instructions) | | ► | ///// | ///// |
| 7 Manufacturing Facility Credit for Facilities Located in a Targeted Investment Community/Enterprise Zone (Form CT-1120 TIC/EZ) | | ► | ///// | ///// |
| 8 Computer Donation (See instructions) | | ► | | ///// |
| 9 Grants to Institutions of Higher Education (Form CT-1120GC) | | ► | ///// | ///// |
| 10 Machinery and Equipment (Form CT-1120 MEC) | | ► | ///// | ///// |
| 11 Traffic Reduction (See instructions) | | ► | ///// | ///// |
| 12 Displaced Electric Worker (Form CT-1120 DEWC) | | ► | ///// | ///// |
| 13 TOTAL PART I-C (Add Lines 6 through 12 and enter in the appropriate columns) | (N/A) | ► | | ///// |

000014

Form CT-1120K (Rev. 12/01)

Page 1 of 4

0585836-000
Y/E 6-30-2002

**PART I-D**
**2001 Tax Credits with Carryforward Provisions** (N/A)

| | | A 2001 Credit Amount Claimed | B Amount Applied to Corporation Tax | C Amount Applied to Other Taxes | D 2001 Carryforward Amount | E Total Carryforward Amount to 2002 |
|---|---|---|---|---|---|---|
| 14 | Housing Program Contribution (See instructions) | ▓ | ▓ | ▓ | | ► |
| 15 | Employer-Assisted Housing (See instructions) | ▓ | ▓ | ▓ | | ► |
| 16 | Hiring Incentive (Form CT-1120 HIC) | | ► | ▓ | | ► |
| 17 | Clean Alternative Fuel-Vehicles, Equipment, and Related Filling or Recharging Stations | | ► | | | ► |
| 18 | Research and Experimental Expenditures (Form CT-1120RC) (Enter amount exchanged in Column C.) | | ► | | | ► |
| 19 | Research and Development (Form CT-1120 RDC) (Enter amount exchanged in Column C.) | | ► | | | ► |
| 20 | Fixed Capital Investment (Form CT-1120 FCIC) | | ► | ▓ | | ► |
| 21 | Human Capital Investment (Form CT-1120 HCIC) | | ► | ▓ | | ► |
| 22 | Insurance Reinvestment Fund (Form CT-IRF) | | ► | | | ► |
| 23 | Small Business Administration Guaranty Fee | | ► | ▓ | | ► |
| 24 | Historic Homes Rehabilitation (See instructions) | | ► | | | ► |
| 25 | Donation of Open Space Land | | ► | ▓ | | ► |
| 26 | TOTAL PART I-D (Add Lines 14 through 25 in Columns A, B, D, and E. In Column C, add only Lines 17, 22, and 24. Do not include Lines 16 and 19 in Column C total amount.) | (N/A) | ► | | | ► |

**PART I-E**
**Electronic Data Processing Equipment Property Tax Credit**

| | | A Credit Amount Claimed | B Amount Applied to Corporation Tax | C Amount Applied to Other Taxes | D 2001 Carryforward Amount | E Total Carryforward Amount to 2002 |
|---|---|---|---|---|---|---|
| 27 | Electronic Data Processing Equipment Property Tax Credit (Form CT-1120 EDPC) | 114 | ► 114 | — | — | ► — |

SSN0000143

Form CT-1120K (Rev. 12/01)

Page 2 of 4

| PART II - CARRYFORWARD CREDITS FROM PREVIOUS INCOME YEARS (N/A) | A<br>Carryforward Amount from Previous Income Years | B<br>Amount Applied to Corporation Tax | C<br>Amount Applied to Other Taxes |
|---|---|---|---|
| 1  Air Pollution | | ▶ | |
| 2  Industrial Waste | | ▶ | |
| 3  Child Day Care | | ▶ | |
| 4  Housing Program Contribution | | ▶ | |
| 5  Clean Alternative Fuel | | ▶ | |
| 6  Employer-Assisted Housing | | ▶ | |
| 7  Electronic Data Processing Equipment Property Tax Credit (Enter amount from 2000 Form CT-1120 EDPC, Part II, Line 8) | | ▶ | |
| 8  Research and Development (Enter amount from 2000 Form CT-1120 RDC, Part III, Line 7) | | ▶ | /////// |
| 9  Research and Experimental Expenditures (Enter amount from 2000 Form CT-1120RC, Part II, Line 5) | | ▶ | /////// |
| 10  Hiring Incentive (2000 Form CT-1120 HIC, Part II, Line 5) | | ▶ | /////// |
| 11  Fixed Capital Investment (2000 Form CT-1120 FCIC, Part II, Line 4) | | ▶ | /////// |
| 12  Human Capital Investment (2000 Form CT-1120 HCIC, Part III, Line 4) | | ▶ | /////// |
| 13  Insurance Reinvestment Fund (2000 Form CT-IRF, Part II, Line 3) | | ▶ | |
| 14  Small Business Administration Guaranty Fee | | ▶ | /////// |
| 15  Historic Homes Rehabilitation | | ▶ | |
| 16  Donation of Open Space Land | | ▶ | /////// |
| 17  TOTAL PART II (Add Lines 1 through 16 and enter in the appropriate columns) | N/A | ▶ | |

03-85,836-dec
Y/E 6-30-2002

## PART III - TAX CREDITS APPLIED TO THE CORPORATION BUSINESS TAX

| | | A<br>Corporation<br>Business Tax | B<br>Corporation Tax<br>Credits Claimed |
|---|---|---|---|
| 1 | Corporation business tax (Enter amount from Form CT-1120, *Schedule C*, Line 1) | 2,804 | |
| 2 | Financial Institutions Credit (Enter amount from Form CT-1120K, Part I-A, Line 1, Column B in both columns. Do not exceed amount on Line 1.) | 0 | |
| 3 | Corporation business tax balance (Subtract Line 2 from Line 1) | — | |
| 4 | Tax Credits With Carryback Provisions (Enter amount from Form CT-1120K, Part I-B, Line 5, Column B, in both columns. Do not exceed amount on Line 3.) | 0 | |
| 5 | Corporation business tax balance (Subtract Line 4 from Line 3) | — | |
| 6 | Tax Credits Without Carryback or Carryforward Provisions (Enter amount from Form CT-1120K, Part I-C, Line 13, Column B, in both columns. Do not exceed amount on Line 5.) | 0 | |
| 7 | Corporation business tax balance (Subtract Line 6 from Line 5) | — | |
| 8 | Carryforward Credits From 2000 (Enter amount from Form CT-1120K, Part II, Line 17, Column B, in both columns. Do not exceed amount on Line 7.) | 0 | |
| 9 | Corporation business tax balance (Subtract Line 8 from Line 7) | — | |
| 10 | Tax Credits With Carryforward Provisions (Enter amount from Form CT-1120K, Part I-D, Line 26, Column B, in both columns. Do not exceed amount on Line 9.) | 0 | — |
| 11 | Corporation business tax balance (Subtract Line 10 from Line 9) | 2,804 | |
| 12 | Electronic Data Processing Equipment Property Tax Credit (Enter amount from Form CT-1120K, Part I-E, Line 27, Column B, in both columns. Do not exceed amount on Line 11.) | 114 | 114 |
| 13 | TOTAL CORPORATION BUSINESS TAX CREDITS CLAIMED (Add Part III, Lines 2, 4, 6, 8, 10, and 12, Column B, then enter on Form CT-1120, *Schedule C*, Line 2. Do not exceed amount on Line 1.) | | ▶ 114 |

## PART IV - TAX CREDITS APPLIED TO TAXES OTHER THAN CORPORATION BUSINESS TAX

N/A

Name of tax: _____ (Duplicate Part IV as necessary.)

| | | A<br>Amount Applied to<br>Other Connecticut Tax | B<br>Tax Credits<br>Claimed |
|---|---|---|---|
| 1 | Tax (Enter the actual tax amount from the appropriate tax form) | | |
| 2 | Tax Credits With Carryback Provisions (Enter amount from Form CT-1120K, Part I-B, Line 5, Column C in both columns. Do not exceed amount on Line 1.) | | |
| 3 | Tax balance (Subtract Line 2 from Line 1) | | |
| 4 | Tax Credits Without Carryback or Carryfoward Provisions (Enter amount from Form CT-1120K, Part I-C, Line 13, Column C in both Columns. Do not exceed the amount on Line 3.) | | |
| 5 | Tax balance (Subtract Line 4 from Line 3) | | |
| 6 | Carryforward Credits From 2000 (Enter amount from Form CT-1120K, Part II, Line 17, Column C in both columns. Do not exceed amount on Line 5.) | | |
| 7 | Tax balance (Subtract Line 6 from Line 5) | | |
| 8 | Tax Credits With Carryforward Provision (Enter amount from Form CT-1120K, Part I-D, Line 26, Column C in both columns. Do not exceed amount on Line 7.) | | |
| 9 | Tax balance (Subtract Line 8 from Line 7) | | |
| 10 | Electronic Data Processing Equipment Property Tax Credit (Enter amount from Form CT-1120K, Part I-E, Line 27, Column C in both columns. Do not exceed amount on Line 9.) | | |
| 11 | TOTAL TAX CREDITS APPLIED TO TAX OTHER THAN CORPORATION BUSINESS TAX (Add Lines 2, 4, 6, 8, and 10, Column B, then enter on the appropriate tax return. Do not exceed amount on Line 1.) | | ▶ N/A |

Form CT-1120K (Rev. 12/01)

From: Connecticut Dept. of Revenue Services

**STATE OF CONNECTICUT**
**DEPARTMENT OF REVENUE SERVICES**
(Rev. 12/00)

# FORM CT-1120 EDPC
## Electronic Data Processing Equipment Property Tax Credit

**2000** [handwritten: 2001]

**FOR INCOME YEAR**
Beginning July 1, 2000, and Ending June 30, 2002

Corporation Name: NEW ENGLAND PROPELLER SERVICE, INC.
CT TAX REGISTRATION NUMBER: 05858 36 000

### PURPOSE OF FORM
Complete **Form CT-1120 EDPC**, *Electronic Data Processing Equipment Property Tax Credit*, to claim the credit for personal property taxes paid on electronic data processing equipment to a Connecticut municipality during the income year (Conn. Gen. Stat. §12-217t).

### DEFINITION
*Electronic data processing equipment* means computers, printers, peripheral computer equipment, bundled software, and any computer-based equipment acting as a computer as defined in I.R.C. §168, and any other equipment reported as Code 20 on the Personal Property Declaration, as prescribed by the Secretary of the Office of Policy and Management pursuant to Conn. Gen. Stat. §12-27.

In the case of leased electronic data processing equipment, the lessee, not the lessor, is entitled to claim the credit allowed by Conn. Gen. Stat. §12-217t, if the lease by its terms or by operation imposes on the lessee the cost of the personal property taxes on the equipment. However, the lessor and lessee may elect, in writing, that the lessor may claim the credit. The lessor must attach the written election to the tax return.

### CREDIT COMPUTATION
The electronic data processing property tax credit is allowed only after the application of all other tax credits. The allowable credit is applied first against the corporation business tax. The remaining credit may be applied against the taxes administered under chapters 207, 208a, 209, 210, 211, or 212. The remaining credit balance that exceeds the credit applied may be carried forward for five succeeding income years.

This form must be attached to **Form CT-1120, Form CT-1120S, Form CT-990T, Form CT-207** or **Form CT-207F**, whichever is applicable. Also attach a complete copy of the Personal Property Declaration including all schedules as filed with the municipality for the October 1, 1999, grand list. For further information, see **Informational Publication 95(2.1)**, *Guide to Connecticut Corporation Business Tax Credits*, or contact the Department of Revenue Services, Taxpayer Services Division, 1-800-382-9463 (toll-free within Connecticut) or 860-297-5962 (from anywhere).

### PART I - ALLOWABLE ELECTRONIC DATA PROCESSING EQUIPMENT PROPERTY TAX CREDIT

Enter the amount of personal property taxes paid or incurred on electronic data processing equipment in 2000 from the October 1, 1999, grand list. Enter here and on **Form CT-1120K** or **Form CT-1120SK**, Part I-E, Line 27, Column A.  |  **114**

### PART II - COMPUTATION OF CARRYFORWARD
Credit may be carried forward to the next five succeeding income years.
Lines 1 through 6, Columns A through D - Complete as indicated.
Lines 2 through 5, Column E - Subtract Column D from Column C, and enter the amount on the appropriate lines.
Line 6, Column E - Subtract Column D from Column A, and enter the amount here.
Lines 7 and 8 - Complete as indicated.

| | A<br>Total Credit Earned | B<br>Credit Applied to All Taxes 1995 through 1999 | C<br>Carryforward to 2000 (Subtract Column B from Column A) | D<br>Credit Applied to ~~2000~~ 2001 | E 2002<br>Carryforward to ~~2001~~ (See instructions above) |
|---|---|---|---|---|---|
| 1. 1995 Form CT-1120 EDPC, Line 1. | | | | | |
| 2. 1996 Form CT-1120 EDPC, Line 6. | | | | | |
| 3. 1997 Form CT-1120 EDPC, Line 8. | | | | | |
| 4. 1998 Form CT-1120 EDPC, Part 1. | | | | | |
| 5. 1999 Form CT-1120 EDPC, Part 1. | | | | | |
| 6. 2000 Electronic Data Processing Equipment Property Tax Credit | 114 | | | 114 | —0— |
| 7. Total Electronic Data Processing Equipment Property Tax Credit applied to 2000. Add Lines 1 through 6, Column D. **Form CT-990T** filers only, enter here and on **Form CT-990T**, *Computation of Amount Payable*, Line 2. | | | | 114 | |
| 8. Total Electronic Data Processing Equipment Property Tax Credit Carryforward to 2001. Add Lines 2 through 6, Column E. | | | | | —0— |

0000146

C/F

| | | 2001 | PERSONAL PROPERTY TAX BILL | | | A |
|---|---|---|---|---|---|---|
| LIST NUMBER | DIST. | ON GRAND LIST | | FIRST PAYMENT DUE | SECOND PAYMENT DUE | |
| 00 2 40496 | | OCTOBER 1, 2000 | | JUL 1, 2001 | JAN 1, 2002 | |
| TOWN | MILL RATE | GROSS ASSESSMENT | EXEMPTION | NET ASSESSMENT | | |
| 041 | 29.930 | 53,670 | 6070 | 47,600 | 1,424.68 | 712.34 | 712.34 |

40028000

NEW ENGLAND PROPELLER SERVICE INC
ARTHUR M DONOFRIO
PO BOX 244
EAST HADDAM CT 06423-0244

EDP EQUIP AMT:     114.33

WITHOUT 3.3M STATE GRANT TAX WOULD BE 37.31 MILLS

EDP - Depreciated Values
5452
× 70%
―――――
3816.40
× 29.930
―――――
114.22

0000147

# 2000 PERSONAL PROPERTY DECLARATION

COMMERCIAL AND FINANCIAL INFORMATION IS NOT OPEN TO PUBLIC INSPECTION

...TY INFORMATION

Give actual acquisition costs including any additional charges for transportation and installation by year for each type of property described.

COPY AND ATTACH ADDITIONAL SHEETS IF NEEDED

ASSESSOR'S USE ONLY

### MACHINERY & EQUIPMENT

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | 0 | 95% | 0 |
| 10-1-99 | 0 | 90% | 0 |
| 10-1-98 | 0 | 80% | 0 |
| 10-1-97 | 6088 | 70% | 4262 |
| 10-1-96 | 0 | 60% | 0 |
| 10-1-95 | 2022 | 50% | 1011 |
| 10-1-94 | 3500 | 40% | 1400 |
| PRIOR YRS | 109391 | 30% | 32817 |
| Total | 121001 | Total | 39490 |

### #13 -- NEWLY ACQUIRED MANUFACTURING MACHINERY & EQUIPMENT

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | 1831 | 90% | 1648 |
| 10-1-99 | 3697 | 80% | 2957 |
| 10-1-98 | 3783 | 70% | 2649 |
| 10-1-97 | 2367 | 60% | 1420 |
| 10-1-96 | 0 | 50% | 0 |
| Total | 11678 | Total | 8674 |

#10

#13

### #24A -- ALL OTHER GOODS

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | | 95% | |
| 10-1-99 | | 90% | |
| 10-1-98 | | 80% | |
| 10-1-97 | | 70% | |
| 10-1-96 | | 60% | |
| 10-1-95 | | 50% | |
| 10-1-94 | | 40% | |
| PRIOR YRS | | 30% | |
| Total | | Total | |

### #16 - FURNITURE, FIXTURES AND EQUIPMENT

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | 184 | 95% | 175 |
| 10-1-99 | 0 | 90% | 0 |
| 10-1-98 | 450 | 80% | 360 |
| 10-1-97 | 1924 | 70% | 1347 |
| 10-1-96 | 721 | 60% | 433 |
| 10-1-95 | 0 | 50% | 0 |
| 10-1-94 | 0 | 40% | 0 |
| PRIOR YRS | 67087 | 30% | 20126 |
| Total | 70366 | Total | 22441 |

#16

### #24B -- RENTAL VIDEO TAPES

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | | 95% | |
| 10-1-99 | | 80% | |
| 10-1-98 | | 60% | |
| 10-1-97 | | 40% | |
| PRIOR YRS | | 20% | |
| Total | | Total | |

### #20 - ELECTRONIC DATA PROCESSING EQUIPMENT

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | 3479 | 95% | 3305 |
| 10-1-99 | 633 | 80% | 506 |
| 10-1-98 | 2610 | 60% | 1566 |
| 10-1-97 | 187 | 40% | 75 |
| PRIOR YRS | 0 | 20% | 0 |
| Total | 6909 | Total | 5452 |

IN ACCORDANCE WITH SECTION 168 IRS CODES
COMPUTERS ONLY

Average number of video tapes on hand _____

TOTAL #24A _____
TOTAL #24B _____
TOTAL #24 _____

#20

#24

### #23 - EXPENSED SUPPLIES

The average is the total amount expended on such supplies since the previous assessment year divided by the number of months in business in the previous assessment year (12 months maximum).

| Year Ending | Total Expended | # of Months | Average Monthly |
|---|---|---|---|
| 10-1-00 | 7374 | 12 | 615 |

#23

### #22 - Cables, conduits, pipes, poles, towers, underground mains, wires, etc.,

| Year Ending | Original cost, transportation & installation | % Good | Depreciated Value |
|---|---|---|---|
| 10-1-00 | | | |
| 10-1-99 | | | |
| 10-1-98 | | | |
| 10-1-97 | | | |
| 10-1-96 | | | |
| 10-1-95 | | | |
| 10-1-94 | | | |
| PRIOR YRS | | | |
| Total | | Total | |

### RECONCILIATION OF FIXED ASSETS

*Complete- DETAILED LISTING OF DISPOSED ASSETS REPORT See page 4

Assets declared 10/1/99 _____
Assets disposed of since 10/1/99 * _____
Assets added since 10/1/99 _____
Assets declared 10/1/00 _____

Expensed equipment last year _____
Capitalization Threshold _____

#22

DPUC regulated utilities check this box ☐

These are the common pages for the Full Declaration

Page 6

DEPARTMENT OF REVENUE SERVICES
STATE OF CONNECTICUT
PO Box 2974
Hartford CT 06104-2974
(Rev. 12/01)

# FORM CT-1120 EXT
**Application for Extension of Time to File Corporation Business Tax Return**

CT-1120 EXT
**2001**

**ENTER INCOME YEAR** BEGINNING _July 1_, 2001, AND ▶ ENDING _June 30, 2002_

– See Instructions on Reverse –

**TAXPAYER** (Please type or print)

- Corporation Name: NEW ENGLAND PROPELLER SERVICE, INC.
- CT TAX REGISTRATION NUMBER: 0585836 000
- Number and Street: INDUSTRIAL PARK - P.O. Box 244
- DRS USE ONLY: – –20
- City or Town: EAST HADDAM
- State: CONN.
- ZIP Code: 06423
- FEDERAL EMPLOYER ID NUMBER: ▶ 06-0675523

**REQUEST FOR A SIX-MONTH EXTENSION TO FILE FORM CT-1120 OR FORM CT-1120CR**

Each corporation must submit payment of any tax due or believed to be due with this application for an extension of time to file, whether or not an application for federal extension has been approved. (See instructions on reverse.)

I request a six-month extension of time, to October 1, 2002, to file a Connecticut Corporation Business Tax Return for calendar year 2001 or until _MARCH 31, 2003_ fiscal year ending _June 30, 2002_

A federal extension has been requested on federal Form 7004, Application for Automatic Extension of Time to File Corporation Income Tax Return, for calendar year 2001, or for fiscal year beginning _7-1-_, 2001, and ending _6-30-2002_  ☒ Yes  ☐ No

If NO, the reason for the Connecticut extension is ... _N/A_

FOR DRS USE ONLY
▶ Ext. To:

– NOTIFICATION WILL BE SENT ONLY IF EXTENSION REQUEST IS DENIED –

Are you filing a combined return?  ☐ Yes  ☒ No  (If "Yes," see Special Instructions on reverse.)

**TENTATIVE RETURN**

**Computation**

| | | | |
|---|---|---|---|
| 1. Tentative amount of tax due for this income year | | 1 | 7,000.00 |
| 2a. Tax credits | 2a | | |
| 2b. Payments of estimated tax | 2b | 4,700.00 | |
| 2c. Overpayment from prior year | 2c | 2,000.00 | |
| 2. Total tax credits and payments (Add Lines 2a, 2b, and 2c) | | 2 | 6,700.00 |
| 3. Balance due with this return (Subtract Line 2 from Line 1) | | 3 | 300.00 |

Make check payable to: COMMISSIONER OF REVENUE SERVICES. Write the corporation's Connecticut Tax Registration Number and "2001 Form CT-1120 EXT" on the check. Attach check to return with paper clip. DO NOT STAPLE.

Mail to: Department of Revenue Services
State of Connecticut
PO Box 2974
Hartford CT 06104-2974

NOTE: If the due date falls on a Saturday, Sunday, or legal holiday, the next business day is the due date.

**DECLARATION:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand that the penalty for willfully delivering a false return to DRS is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

**SIGN HERE**
Keep a copy of this return for your records

- Signature of Corporate Officer: [signed]
- Title: Controller
- Date: 9-16-2002
- Telephone Number: (860) 873-9402
- Paid Preparer's Signature:
- Date:
- Preparer's SSN or PTIN:
- Firm's Name and Address:
- FEIN:
- Telephone Number: ( )

9800000149

```
SS6V                        CONCORD                    01/23/2004
                    VALIDATE NAME FOR INQUIRY              10:02:19
                                                       1   OF    1
         NAME  GOODSPEED AIRPORT DEVELOPMENT CORP.


          0164866    GOODSPEED AIRPORT DEVELOPMENT CORP.       ACTIVE




    ENTER "S" TO MAKE A SELECTION FOR PROCESSING
    PF: 1-HELP  3-END  12-MENU
```

Enter    Clear

PF1   PF2   PF3   PF4   PF5   PF6   PF7   PF8   PF12

    Sign-off of the Concord system

```
SS14                   CONCORD                01/23/2004
                  DISPLAY FILING HISTORY          09:56:26
                                                         1  OF  2
              GOODSPEED AIRPORT DEVELOPMENT CORP.

    BUSINESS ID:   0164866
       FILING           FILING DATE/TIME       FILING        VOL   ST    NBR OF
       NUMBER          EFFECTIVE DATE/TIME      TYPE               PG    PAGES
       0000373608                        00:00 AM  REPORT(1993)               0

       0000373606   JAN 14 1985    00:00 AM  INCORPORATION   10420 C 2705    0

       0000373607   MAR 12 1985    00:00 AM  ORG REPORT      10440 C 3050    0

       0001546266   MAY 10 1995    08:30 AM  REPORT (1995)   00023 B 0618    2

       0001588470   JAN 19 1996    08:30 AM  REPORT (1996)   00047 B 1289    2



    PF: 1-HELP   3-END   5-BOT   8-FWD   12-MENU
    Enter    Clear


    PF1   PF2   PF3   PF4   PF5   PF6   PF7   PF8   PF12

       Sign-off of the Concord system
```

```
SS18                        CONCORD                    01/23/2004
                        DISPLAY PRINCIPALS                09:57:14
                                                              1 OF

                 GOODSPEED AIRPORT DEVELOPMENT CORP.

        BUSINESS ID:  0164866
S=SELECT             OFFLINE PRINCIPALS:
      PRINCIPAL NAME      PRINCIPAL TITLE
      BARBARA D'ONOFRIO                              SEC

      ARTHUR D'ONOFRIO                               PRES

      ARTHUR D'ONOFRIO                               DIR




  PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
  Enter    Clear


  PF1   PF2   PF3   PF4   PF5   PF6   PF7   PF8   PF12

       Sign-off of the Concord system
```

```
SS0X                        CONCORD                           01/23/2004
                  DISPLAY CORPORATION ADDRESS DETAIL           09:55:52


                    GOODSPEED AIRPORT DEVELOPMENT CORP.

   BUSINESS ID: 0164866   ORGANIZATION MEETING DATE:    JAN 07 1985
   PRINCIPAL   STREET: NONE
    PLACE OF
    BUSINESS
                     CITY:                              STATE:     ZIP:
                  COUNTRY:
   MAILING     STREET: GOODSPEED LANDING
    ADDRESS

                     CITY: EAST HADDAM                  STATE:  CT ZIP: 06423
                  COUNTRY:


   PF: 1-HELP   3-END   12-MENU
   Enter    Clear


   PF1   PF2   PF3   PF4   PF5   PF6   PF7   PF8   PF12

       Sign-off of the Concord system
```