**FILED**

2004 FEB -9 P 2: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO,<br>    Plaintiff, | : NO.:  3:02CV00857(DJS) |
| vs. | |
| ARTHUR M. D'ONOFRIO, ET AL.,<br>    Defendants. | : FEBRUARY 9, 2004 |

## MOTION FOR EXTENSION
## OF TIME TO FILE OPPOSITION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant CAROLYN D'ONOFRIO respectfully requests an extension of the time in which she may respond to plaintiff's Motion to Compel dated December 18, 2003 (Doc. #85). This defendant's one previous extension apparently expired January 30, 2004; therefore, defendant requests this extension be granted *nunc pro tunc*. Defendant requests until February 16, 2004, to file her opposition to plaintiff's motion.

In support of her motion for extension, this defendant and her counsel represent as follows:

1.    Undersigned counsel was on trial before Judge Covello from January 26 through and including January 30, 2004, in a

case captioned M.H. v. Bristol Board of Education, and apparently missed the expiration of the previous extension.

2. In both this litigation and the underlying California litigation between plaintiff Nastro and defendant Arthur D'Onofrio, plaintiff has filed discovery requests, document production requests and subpoenae duces tecum which are patently overly broad, duplicative and unreasonably voluminous, and which on their faces are not reasonably calculated to lead to the discovery of admissible evidence.

3. In both this litigation and the California litigation, defendants' counsel have filed objections to plaintiff's oppressive discovery efforts, although they have also produced substantial portions of the documents plaintiff claims are subject to discovery.

4. Most recently, in the California litigation, plaintiff's counsel filed a deposition notice and subpoena duces tecum directed to Carolyn D'Onofrio, which was virtually identical to that at issue on plaintiff's instant motion. As an example of the oppressive nature of plaintiff's discovery efforts, those requests related to all years since 1994 --

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221• WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

despite the fact that the <u>only</u> issue there relates to Mr. D'Onofrio's financial condition in March, 2004. Mr. D'Onofrio's California counsel, with the assistance of Connecticut counsel, prepared objections to those document requests, and briefed and argued the objections to the California trial court. As of this motion, the California court has not ruled.

5. While there are differences in the two litigations, and Carolyn D'Onofrio is a party in the Connecticut action but not in California, plaintiff's discovery efforts here have been equally oppressive. Defendants will so demonstrate in their opposition to the instant motion to compel.

6. The court granted an extension of time to February 16, 2004 for a response by defendants to other discovery/motions by plaintiff. Defendants intend to respond to all outstanding discovery issues at that time, in order to address the redundant, confusing and scatter-shot discovery tactics of plaintiff in a more coherent manner.

This is this defendant's second request for an extension. Plaintiff's counsel has previously informed the office of

- 3 -

defendants' counsel that he will not agree to any extensions regarding discovery.

WHEREFORE, defendant Carolyn D'Onofrio respectfully requests this motion be granted *nunc pro tunc*.

                        DEFENDANTS, CAROLYN D'ONOFRIO

BY _/s/ Scott Karsten_
Scott M. Karsten
Federal Bar Number: ct05277
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney
Phone No.: (860)233-8251

- 4 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been telecopied, e-mailed and mailed, postage prepaid, this 9th day of February, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Scott M. Karsten

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103

- 5 -