UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | : | CIVIL ACTION<br>NO. 3:02 CV 00857 (DJS) |
| V. | : | |
| ARTHUR M. D'ONOFRIO, et.al. | : | FEBRUARY 10, 2004 |

### MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

This Memorandum is submitted by plaintiff Vincent Nastro ("Nastro") in opposition to the Motion for Extension of Time to File Opposition (the "Motion") by defendant Carolyn D'Onofrio to Plaintiff's Motion to Compel Production of Documents directed to defendant Carolyn D'Onofrio. The Motion is dated February 9, 2004. Nastro opposes the Motion because the motion is nothing more than a continuation of the deliberate delay in this case as evidenced by the failure of this defendant to produce even a single document in response to the request for production served upon her.[1]

Nastro further responds as follows:

1.  Although similar documents were subpoenaed from Carolyn D'Onofrio in the California Litigation, no documents have as yet been produced. Contrary to the position taken by Carolyn D'Onofrio in paragraph 4 of the Motion that only documents relating to March, 2004 are relevant to the California Litigation, the

---

[1] Contrary to the implication contained in paragraph 3 of the Motion, defendant *Carolyn D'Onofrio* has produced no documents.

Court Ruling in the California Litigation dated February 5, 2004,[2] a copy of which is attached hereto, documents were ordred produced from May 8, 1996. Moreover, the issues in the California Litigation are different from those pending in the present action.

      2.    No adequate reason is given for the failure to respond to the Motion to Compel. The original document production was filed by Nastro on August 5, 2003. Carolyn D'Onofrio's failure to produce a single document in this case, led to the filing of the Motion to Compel dated December 18, 2003. When Carolyn D'Onofrio filed her initial objection and thereafter refused to produce documents, she should have been prepared to justify such actions with the court. Moreover, the Court granted additional time for her to respond to the Motion to Compel. Instead of immediately filing papers responsive to the Motion to Compel, Carolyn D'Onofrio has only moved for additional time to respond. It is time for Carolyn D'Onofrio to produce the documents requested.

By reason of the foregoing, it is respectfully requested that the Motion for Extension of Time to respond to Nastro's Motion to Compel be denied.

THE PLAINTIFF
VINCENT NASTRO

by: _____
Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
Fed. Bar No. ct05199

---

[2] The Ruling was served by the clerk on February 6, 2004, prior to the date of the Motion.

Filed FEB 6 2004
ROSA JUNQUEIRO, CLERK
By _____ DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

Plaintiffs: VINCENT NASTRO

CASE NO. CV 019153

vs

CERTIFICATE OF SERVICE BY MAIL

Defendants: ARTHUR M D'ONOFRIO

I, the undersigned, declare that I am a Deputy Superior Court Clerk of the County of San Joaquin, State of California, and not a party to the action, and that on **FEB 6 2004** I deposited in the United States Post Office at Stockton, California, true and correct copies of **RULING** a printed copy of which is hereto attached and made a part hereof, one copy of which being addressed to each of the following named persons at the following address:

- KATHLEEN M ABDALLAH
  ATTORNEY AT LAW
  KROLOFF BELCHER SMART PERRY CHRISTOPHERSON
  P O BOX 692050
  STOCKTON CA 95269 2050

- DOUGLAS L JOHNSON ESQ
  ATTORNEYS FOR DEPT OF TRANSPORTATION
  1120 N ST
  P O BOX 1438
  SACRAMENTO CA 95812

☐ See attached mailing list

I further declare that each of said copies so mailed and addressed was enclosed in a separate envelope, sealed, with the postage thereon fully paid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Stockton, California, on the date above specified.

_____
Deputy Superior Court Clerk

**CERTIFICATE OF SERVICE BY MAIL**

Filed FEB 5 2004
ROSA JUNQUEIRO, CLERK
By _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

STOCKTON BRANCH

VINCENT NASTRO,

    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,

    Defendants.

CASE NO. 293975

RULING

The above-entitled matter came on for hearing January 23, 2004 in Department 13, before the Honorable K. Peter Saiers, presiding. Attorney Kathleen M. Abdallah of the Law Offices of Kroloff, Belcher, Smart, Perry & Christopherson, appeared on behalf of Plaintiff, Vincent Nastro, and Douglas L. Smith, Esq., appeared on behalf of Defendant, Arthur M. D'Onofrio.

Having heard and considered the oral and documentary evidence presented by counsel, the court now makes a ruling on the matter taken under submission.

The court orders production of documents from May 8, 1996 to present. Motion on offshore trust granted and substantially complied with. Additional documents found to be delivered.

Dated: 2-5-04

K. PETER SAIERS
Judge of the Superior Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on February 10, 2004.

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

Edwin L. Doernberger

3