UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv857(DJS) |
| **ARTHUR M. D'ONOFRIO, ET AL**<br>    Defendants | : |

**ORDER**

The Motion for Extension of Time to File Opposition (Doc. #92) to plaintiff's Motion to Compel is hereby **GRANTED to and including February 16, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th   day of February, 2004.


        /s/DJS
Dominic J. Squatrito
United States District Judge