FILED

2004 FEB 13 P 3: 27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | NO.: 3:02CV00857(DJS) |
| Plaintiff, | | |
| vs. | | |
| ARTHUR M. D'ONOFRIO, ET AL., | : | FEBRUARY 13, 2004 |
| Defendants. | | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS DIRECTED TO EAST COAST PROPELLER
SERVICE, INC. AND GOODSPEED AIRPORT DEVELOPMENT CORP.**

East Coast Propeller Service, Inc. and Goodspeed Airport Development Corp. hereby request an extension of time of thirty days until March 24, 2004, within which they may respond to plaintiff's Motion to Compel Production of Documents dated January 23, 2004. The additional time is necessary because numerous other discovery requests and deposition subpoenae have been issued by plaintiff's counsel in this action and in the California action. Defendants' counsel in this action is in the process of coordinating the objections and responses to the discovery requests directed to the parties in both actions, because the requests are oppressive, duplicative, and unreasonable as to scope.

This is the first such request for an extension of time.

Pursuant to the Local Rules, plaintiff's counsel has been contacted on previous occasions and has stated that he does not consent to other extensions of time regarding discovery.

>DEFENDANTS, EAST COAST
>PROPELLER SERVICE, INC. AND
>GOODSPEED AIRPORT DEVELOPMENT
>CORP.
>
>BY _____
>Scott M. Karsten
>Federal Bar Number: ct05277
>Sack, Spector & Karsten
>836 Farmington Avenue
>West Hartford, CT 06119
>Her Attorney
>Phone No.: (860)233-8251

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of February, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Scott M. Karsten

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103