UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO** | : |
|     Plaintiff | |
| | |
| v. | : CIVIL NO.: 3:02cv857(DJS) |
| | |
| **ARTHUR M. D'ONOFRIO, ET AL** | : |
|     Defendants | |

**ORDER**

The Motion for Extension of Time to Respond to Plaintiff's Motion to Compel Production of Documents Directed to East Coast Propeller Service, Inc. And Goodspeed Airport Development Corp. (Doc. #95) is hereby **GRANTED to and including March 24, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  19th   day of February, 2004.


                                             /s/DJS
                                             Dominic J. Squatrito
                                             United States District Judge