UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | ) ) ) ) ) | Case No. 3:02CV00857 |
| v. | ) ) | Judge (DJS) |
| ARTHUR D'ONOFRIO, et al | ) ) ) ) ) ) | Notice of Manual Filing |

    Please take notice that Plaintiff, Vincent Nastro has manually filed the following document or thing

    Exhibit B, Arthur D'Onofrio's Federal Tax Return
    (bates No. 1370-1388)

This document has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                           Respectfully submitted,

                                                           Edwin L. Doernberger
                                                           1952 Whitney Avenue
                                                           Hamden, CT 06517
                                                           Phone: (203) 287-8890
                                                           Fax: (203) 287-8847
                                                           E-mail: eld@sdvlaw.com
                                                           CT05199

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | ) ) ) ) | Case No. 3:02CV00857 |
| v. | ) ) ) | Judge (DJS) |
| ARTHUR D'ONOFRIO, et al | ) ) ) ) ) | |

## Certificate of Service

I hereby certify that on February 27, 2004, a copy of foregoing Exhibit B, Arthur D'Onofrio's Federal Tax Return was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Edwin L. Doernberger
1952 Whitney Avenue
Hamden, CT 06517
Phone: (203) 287-8890
Fax: (203) 287-8847
E-mail: eld@sdvlaw.com
CT05199