5/17/88

SCHEDULE A
(Arthur D'Onofrio)

Done 1. Any and all Federal and State Tax Returns for the years 1994 7 onward.

Done 2. All records concerning any checking account, savings account, certificate of deposit or any other deposit account with any bank, savings institution or credit union for any such account during the period from January 1, 1994 7 onward.
AVAILABLE CHECK STUBS INCLUDED

Done 3. All records concerning any brokerage accounts for the period from January 1, 1994 7 onward, including, but not limited to, the most recent account statement.

Done 4. All records concerning any life insurance owned by you or insuring your life, including copies of policies, which policies were in existence during the period from January 1, 1994 7 onward.

Done 5. All documents indicating the ownership of any motor vehicles, boats or aircraft owned by you now or during the period from January 1, 1994 onward.

NONE 6. All documents concerning the leasing of any motor vehicles, boats or aircraft by you now or during the period from January 1, 1994 7 onward.

Done 7. Any financial statement or other document indicating your financial status prepared during the period from January 1, 1994 7 onward.

Done 8. All documents relating to the ownership of real property owned by you now or during the period from January 1, 1994 7 onward, including, but not limited to, deeds, mortgages or other security agreements, leases and/or rental agreements, insurance policies and all appraisals. LUMBERYARD ROAD - SOLD 7 MATTHEW DRIVE - NOW PART OF ADMW, LLC. (X)

Done 9. All documents indicating the ownership of personal property owned by you now or during the period from January 1, 1994 7 onward, including, but not limited to, collections of any type, artwork, antiques, firearms, jewelry or any other personal property of any value. SEE ITEM #5

NONE 10. All applications for credit or loans applied for by you or by any organization and/or entity for which you signed any guaranty, including all supporting documentation, during the period from January 1, 1994 7 onward

" 11. All loan documents, line of credit agreements or other similar documents relating to or reflecting the extension of credit by any person or entity to you during the period from January 1, 1994 onward.

DEH0001279

EXHIBIT C

(X) ADMW OWNS 8 MATTHEWS DRIVE

ART

NONE 12. All records indicating any office equipment, inventory, tools and other equipment in which you now have or had during the period from January 1, 1994 onward.

NONE 13. All records concerning any accounts receivable in which you now have or had any interest during the period from January 1, 1994 onward. 7

DONE 14. All stock certificates, bonds, certificates of deposit or any other document indicating your financial interest in any organization or account in which you now have or had any interest during the period from January 1, 1994 onward, including, but not limited to the following entities:

N/A Goodspeed Airport Development Corp.
(x) New England Propeller Service, Incorporated
✓ U.S. Propeller Service - North Carolina FINAL RETURN 9-30-98 - SEE #15
✓ U.S. Propeller Service - Florida FINAL RETURN 3-31-97 - SEE #15
(x) U.S. Propeller Service - Connecticut
✓ U.S. Propeller Service - Pennsylvania FINAL RETURN 3-31-2000 SEE #15
✓ U.S. Propeller Service - Oklahoma FINAL RETURN 8-31-98 SEE #15
Aerocess, Inc. - RECORDS AT AEROCESS
✓ Prop Care, Inc. FINAL RETURN 2-28-95 - SEE #15
✓ Accuworks, Inc. FINAL RETURN 9-30-97 SEE #15
✓ AIM-HI, Inc. - FINAL RETURN 5-31-99 - SEE #15
(x) DIV-ACQ, Inc.
Real Estate Services of Haddam, Inc. ANY RECORDS - GENE HAYBER & WEBBER
ADMW, LLC RECORDS AT WEBBER

DONE 15. All state and federal tax returns for each corporation or business entity in which you had any ownership interest for the period of time from January 1, 1994 7 onward. (x) SEE ITEM #1 - N.E.P.S., DIV-ACQ, US-CONN. FOR TAX RETURNS ✓ COPY OF LAST TAX RETURNS INCLUDED

NONE 16. All documents indicating ownership or leasing of any safe deposit box or any other secure storage area.

DONE 17. All documents relating to your ownership interest (past or present) in property located at 7 Matthews Drive, East Haddam, Connecticut, including, but not limited to, any deeds, mortgages and/or transfers relating to the property. SEE ITEM #8

DONE 18. All documents relating to your ownership interest (past or present) in ADMW, LLC. INCLUDED IN FILE FOR ITEM #14

DONE 19. All documents relating to your ownership interest (past or present) in property located at 3 Lumberyard Road, East Haddam, Connecticut, including, but not limited to, any deeds, mortgages and/or transfers relating to the property. INCLUDED IN FILE NO 8

PROPERTY NEVER OWNED BY ART

N/A 20. All documents relating to your ownership interest (past or present) in property located at 1304 Saybrook Road, Haddam, Connecticut, including, but not limited to, any deeds, mortgages and/or transfers relating to the property.

N/A 21. All documents relating to the sale and or transfer of the Goodspeed Airport property (or any interest therein) and/or any property owned by Goodspeed Airport Development Corp. CORP. NOT OWNED BY ART ON 5/17/1988 & AFTER

PREVIOUSLY FURNISHED 22. All documents relating to any trust established by you as grantor or settler individually or together with any other person or entity, including, but not limited to, all trust documents (draft or final), correspondence relating to the trust, documents relating to assets transferred into or out of the trust, distribution reports and tax returns.

NONE 23. All documents relating to any trust of which you are or were a beneficiary, including, but not limited to, all trust documents (draft or final), correspondence relating to the trust, documents relating to assets transferred into or out of the trust, distribution reports and tax returns.

NONE 24. All documents relating to any trust for which you serve or served as a trustee, including, but not limited to, all trust documents (draft or final), correspondence relating to the trust, documents relating to assets transferred into or out of the trust, distribution reports and tax returns.

NONE 25. All powers of attorney granted by you for the period of time from January 1, 1994 onward.

NONE 26. All powers of attorney issued in your favor for the period of time from January 1, 1994 onward.

DONE 27. All documents and records concerning or relevant to the transfer [SALE] to [5/17/1988] Carolyn D'Onofrio by Arthur M. D'Onofrio of any property, real or personal, from and after January 1, 1994. The aforesaid request includes, but is not limited to, transfers by sale, gift, deed or conveyance in any manner whatsoever.

LUMBERYARD RD - SEE # 8

N/A 28. All documents and records concerning or relevant to transfers of any property referenced in document request 27 by Carolyn D'Onofrio to any other person or entity. The aforesaid request includes, but is not limited to, transfers by sale, gift, deed or conveyance in any manner whatsoever.

DONE 29. All tax returns, Federal and state, regarding or reflecting the income and or financial affairs of any business entity in any manner related to the property referenced in document request 27 for the period of time from and after January 1, 1994. By way of example, and not in limitation, if stock in any company was transferred from Arthur D'Onofrio to Carolyn D'Onofrio, any tax returns of that company are requested. SEE ITEM #1 - TAX RETURNS

MAY 17, 1998 ON

30. All documents and records concerning or relevant to the transfer to any family member (including blood relatives and those related by marriage) by Arthur M. D'Onofrio of any property, real or personal, from and after January 1, 1994. The aforesaid request includes, but is not limited to, transfers by sale, gift, deed or conveyance in any manner whatsoever.

DONE

SEE ITEMS # 8 & # 5 LUMBERT AND & CAR

31. All documents and records concerning or relevant to transfers of any property referenced in document request 30 by the transferee to any other person or entity. The aforesaid request includes, but is not limited to, transfers by sale, gift, deed or conveyance in any manner whatsoever.

DONE

SEE ITEMS # 8 & # 5

32. All tax returns, Federal and state, regarding or reflecting the income and or financial affairs of any business entity in any manner related to the property referenced in document request 30 for the period of time from and after January 1, 1994.

NONE

SEE TAX RETURNS - ITEM #1

33. All documents relating to any patents, trademarks copyrighted material, FAA supplemental type certificates (STC's), FAA parts manufacturing authorities (PMA's) or any other intellectual property owned by you or in which you had any interest during the period of time from January 1, 1994 onward, including, but not limited to, any documents relating to transfers or assignments of such items.

SEE US-CONN ITEM # 13

34. All credit card statements for all credit cards in your name or on which you are or were an authorized signer for the period of time from January 1, 1996 onward.

DONE

35. All retainer agreements with any attorney providing legal services/and or advice to you for the period of time from January 1, 1994 onward.

N/A

ATTORNEY CLIENT PRIVILEGE ?

36. All documents relating to any judgment issued in your favor during the period of time from January 1, 1994 onward.

NONE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on February 25, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

Edwin L. Doernberger