## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 3:02CV00857(DJS) |
| | : | |
| | : | |
| ARTHUR M. D'ONOFRIO, et. al. | : | |
| | : | |
| Defendants. | : | APRIL 5, 2004 |

## PLAINTIFF'S MOTION FOR ENTRY OF
## ORDER GRANTING MOTION TO COMPEL (Doc. # 89)

Plaintiff Vincent Nastro ("Nastro") moves for entry of an order granting "Plaintiff's Motion to Compel Production of Documents by East Coast Propeller Service, Inc. and Goodspeed Airport Development Corp." filed January 26, 2004 (Doc. #89)(hereinafter the "Motion"). In support of this motion, Nastro represents as follows:

1.  On January 26, 2004, Nastro filed the Motion seeking to enforce subpoenas served upon non-parties East Coast Propeller Service, Inc. and Goodspeed Airport Development Corp." as to which subpoenas filed objections.

2.  Defendants moved for an extension of time to respond to the Motion (Doc. # 95), and the Court granted defendants until March 24, 2004 to file a response (Doc. #97).

3.  As of today, no response has been received by the undersigned,.

**WHEREFORE**, plaintiff Vincent Nastro moves for the entry of an Order of this Court granting the Motion compelling the production of the subpoenaed documents by East Coast Propeller Service, Inc and Goodspeed Airport Development Corp.

THE PLAINTIFF
VINCENT NASTRO

by:

Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
Fed. Bar No. ct05199

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on April 5, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

and a copy was mailed via first class mail, postage pre-paid, to the following subpoenaed parties on April 5, 2004:

East Coast Propeller Service, Inc.
Industrial Park
6 Matthews Drive
East Haddam, CT 06423

Goodspeed Airport Development Corp.
c/o M. Jackson Webber, Esq.
661 Whethersfield Avenue
Hartford, CT 06114

Edwin L. Doernberger