UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 16  P 4: 15

U.S. DISTRICT COURT
HARTFORD, CT.

VINCENT NASTRO,
    -Plaintiff(s)

-v-                                    NO. 3:02 CV 857 (RNC)

CITY OF NEW BRITAIN ET AL.,
    -Defendant(s)

### ORDER

A settlement conference will be held before the undersigned on **JUNE 18, 2004, at 10:00 a.m.** The parties shall submit **ex parte** statements (including damages analyses) to the Chambers of Judge Smith, Room 258, not to exceed three pages, no later than 3 calendar days prior to the conference. **Facsimiles will not be accepted**. Counsel shall be accompanied by the appropriate persons with the authority to settle, including insurance carriers. It will not be sufficient for such individuals to be "available by telephone." See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut, this 16th day of April, 2004.

                                            Thomas P. Smith
                                            United States Magistrate Judge