```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

VINCENT NASTRO,                       :  NO.: 3:02CV00857(DJS)
     Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, CAROLYN
D'ONOFRIO, ARTHUR A. D'ONOFRIO,
PAUL D'ONOFRIO, NICOLE D'ONOFRIO,
NEW ENGLAND PROPELLER SERVICE OF
CT, INC., DIV-ACQ, INC., ADMW, LLC,
THE CHANA TRUST, THE CONTINENTAL
TRUST COMPANY LIMITED, KLEBAN &
SAMOR, P.C., ELLIOT I. MILLER and
U.S. PROPELLER SERVICE OF CT., INC.,  :  AUGUST __, 2002
     Defendants.
```

## AFFIDAVIT OF COUNSEL

The undersigned Nicole D. Dorman, being duly sworn, hereby deposes and states as follows:

1. I am over the age of twenty-one and believe in the obligations of an oath.

2. I am counsel of record for defendants ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC and U.S. PROPELLER SERVICE OF CT., INC., in the above captioned action.

3. In connection with this action, the undersigned on behalf of above defendants, is submitting a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure.

4. The attorneys' fees incurred by defendants to date, in connection with the defense of this litigation are $10,158.15.

5. The foregoing fees were reasonably and necessarily incurred in the course of this litigation, are correctly stated herein and were actually incurred in the defense of this action.

_____
Nicole D. Dorman

Subscribed and sworn to before me, this ____ day of August, 2002.

_____

Notary Public/Commissioner of the Superior Court