,v

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    CALIFORNIA

Vincent Nastro

v.

Arthur M. D'Onofrio

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 1 District of Connecticut
3:02-CV-00857 (DJS)

To. 9§e~1~d~so~rnltgnue, Suite 710
'Citrus Heights, CA 95610

0  YOU ARE COMMANDED to appear in the United States District Court at theplace, date, and time spr.:cified be~cwtP ~est:fy in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

0  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a depositipn in the above case.

| PLACE OF DEPOSITION | DATE AND TIME. |
|---|---|

[!] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A attached

| Saxe Doernberger & Vita, P.C.<br>1952 Whitney Ave., Harnden, CT 06517 | May~, 2004<br>9:00 A.M. |
|---|---|

0  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b){6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorne for Plaintif | 4/19/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Heidi H. Zapp, Esq., Saxe Doernberger & Vita, P.C., 1952 Whitney Avenue, Hamden, CT 06517  (203) 287-8890

(See Rule 45, Federal Rules of Civ~ Procedure. Parts C & D on Reversel

If action is pending in district other than district of issuance. state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| SERVED | |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

 (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limi.ted 10, lost earnings and reasonable attorney's fee.

 (2) (A) A person commanded to produce and permit inspection and cop~;ng of designated books, papers, documents or tangible things, or inspection of premises need nol appear in person atthe place of production or inspection unless commanded to appear for deposition, hearing or trial.

 (B) Subjectto paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuantto an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice 10 the person commanded to produce, move at any time for an order to compel lhe production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

 (3) (A) On timely motion, the court by which asubpoena was issued shall quash or modify the subpoena if it

 (i) fails to allow reasonable time for compliance;
 (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of dause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel froin any such place within the state in which the trial is held, or

 (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

 (iv) subjects a person to undue burden.

 (B) If a subpoena

 (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

 iii) lequires c~sclosureof an ul'1re.!ain.ed ~)(pert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

 (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

 (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

 (2) When information subjectto asubpoena is withheld on a claim thatil is privileged or subject to protection as trial preparation materials, the claim shalt be made expressly and shall be supported by a description olthe nature ofthe documents, communications, orthings not produced that is sufficient toenable the demanding party to contest the claim.

## SCHEDULE A

1. Any and all retainer agreements with Arthur M. D'Onofrio.
2. Any and all records of the payment of legal bills, including the name of the payor, relating to the retainer with Arthur M. D'Onofrio.

AO B8 (Rev. 119~ Subpoenll in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

EASTERN        DISTRICT OF        CALIFORNIA

Vincent Nastro

### SUBPOENA IN A CIVIL CASE

v.

CASE NUMBER: District of Connecticut
3:02-CV-00857 (DJS)

Arthur M. D'Onofrio

TO: Jay-Allen Eisen
    980 Ninth Street, Suite 1900
    Sacramento, CA 95814

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY                                                                COURTROOM

                                                                                  DATE AND TIME

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE OF DEPOSITION

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A attached

PLACE                                                                             DATE AND TIME
Saxe Doernberger & Vita, P.C.                                                     ~~~tcgl~E 2004
1952 Whitney Avenue                                                               9:00 A.M.

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES                                                                          DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE
                                                                                         4/19/04
/s/ Heidi H. Zapp              Attorney for Plaintiff

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heidi H. Zapp, Esq.,
(203) 287-8890
Saxe Doernberger & Vita, P.C., 1952 Whitney Ave., Hamden, CT 06517

ISee Rule 45, ~8Cl/It"'l'Iu;.. gf c..~ P1oc«1IKO. ~. C & 0 on
Rev8r$01

If action is pending in district other than district of issuance, Siale district under CIIS8 number,

AO 88 (Roil. 1194) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | MeE |
|---|---|---|
| SERVED |  |  |

| SERvED ON (PAINT NAMEI) | MANN~A OF SERVICE |
|---|---|
| SERveD BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

J declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

|  | DJITE | SIGNATURE OF SERveR |
|---|---|---|
|  |  | ADDRESS OF SERvER |

Rule 45, Federal Rules of Civil Procedure, Parts C & 0: (c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a 9Ubpoena $halilake reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued $hall enforce this duty anclimpose upon the party or

anorney in breach *of* this duty an appropria1e sanction which *may* include, but is not limited to, lost earnings and reasonable attomey.s fee.

(2) (A) A person commanded to prOduce anCi permit inspection and

copying of dOGignated books. papers. documents or tangible 1I"\in9s. or

Inspection of premises need not appear in person allhe place of production or

in$pectron unless commanded to appear for deposition. hearing or trial.

(8) Subject to paragraph (d) (2) of this rule, II person commanded 10

produce and permit Inspection and copying may. within 14 days after service of subpoena or before the lime specified *for* compliance If such time is less than 14 days alter service, serve upon the party or attorney designated in the

subpoena wrin8n objection to inspection or copying of any or all of the

designated malerials or of the premises. If ObjeCtIon is m~e,the party serving the subpoena shall not be entitled 10 inspect and copy materials or inspectlhe

premises except pursuant to ao order 01 the court by which the subpoena WQS

issued. If objection has been made. the party serving the subpoena may. upon

notice 10 the parson commanded 10 produce. move at anytime for 8" orc!erto

compellhe production. Such an order to compel production shall protect any

person who is not a party or an officer of a party from significant expense resuning from lhe inspection and copying commanded.

(3) (A) On timely motion. the courtbywhichasubpoena was is&I.lod shall quash or modify the subpoena II it

(I) fails to allow reasonable lime for compliance;

(ii) requiras 8 person who is not a party or an officer of a party 10 travel to a place more than 100 miles/romtne place where that person resides.. is employed or regularly ttansacts business in persol'l, except thai.

5ubiectlo the provisions of clause (c) (3)(B)(iii) ofl/'lls rule, suCh 8 person may in order to anand trial be commanded to travel from any such place within the state in which the trial is held. or

(iii) requires disclosureof privileged or other protected matter and no exception or waiver applies. or

(iv) subjects a person to undue burden.

(B) "a subpoena

(i) requires CIIsclosure of a trade secrel or other conficlenlia/ research. development. or commerciat Information. or

(ii) requires disclosure of an unretalned expert's opinion or information not Clescriblng specific el/ents or oocurrenc9$ in dispute and resulting from Ihe expert's siudy made not al the request 01 any party. *Of*

(iii) requires II person wno is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial. l1e court quash or may. 10 protect II person subject to *or* affected by the subpoena. otherwise modify the subpoet\8, *or*. jf the party in whose behalf the subpoena Is Issued the shows a substantial need for the testimony or material thatcannot be order met without undue hardship and assures that the person to whom subpoena Is addressed will De reasooably compensated. \he court may appearance *or* production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to it subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label1hem to correspond with the categories in the demand.

(2) When Information subject to &subpoena is withheld on 8 claim that itis privileged *or* subject to protection as trial preparation materials, the claim shall be made expressly and shall be suppOt1ed by a description of the nature of the documents.communlcations,orthingsnotproduoedthal iS$ufflcienl toentlble the demanding party to contest the Claim.

## SCHEDULE A

1. Any and all retainer agreements with Arthur M. D'Onofrio.

2. Any and all records of the payment of legal bills, including the name of the payor, relating to the retainer with Arthur M. D'Onofrio.