```
                                          FILED

                                          2004 MAY 25  A 11: 03

            UNITED STATES DISTRICT COURT  U.S. DISTRICT COURT
                  DISTRICT OF CONNECTICUT    HARTFORD, CT.
```

VINCENT NASTRO,                  :   NO.:  3:02CV00857(DJS)
    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,     :   MAY 24, 2004
    Defendants.

### MOTION FOR EXTENSION OF TIME
### PURSUANT TO COURT'S ORDER DATED APRIL 16, 2004

Defendants East Coast Propeller Service, Inc., Goodspeed Airport Development Corp. and Carolyn D'Onofrio hereby request an extension of time of two weeks until June 11, 2004, within which they may comply with the Court's Order dated April 16, 2004. The additional time is necessary because defendants have not yet completed compilation of the documents including those from banking institutions. In addition, plaintiff has caused about thirty (30) subpoenas to be served on various individuals and defendants, which are the subject of various motions to quash in state and federal courts.

This is the first such request for an extension of time since the Court issued its order.

Pursuant to the Local Rules, the undersigned counsel telephoned plaintiff's counsel on May 21, 2004, and in the absence of a return call, cannot ascertain his position as to this requested extension.

DEFENDANTS, EAST COAST
PROPELLER SERVICE, INC.,
GOODSPEED AIRPORT DEVELOPMENT
CORP. AND CAROLYN D'ONOFRIO

BY /s/ Nicole D. Dorman
Nicole D. Dorman
Federal Bar Number: ct07030
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Her Attorney
Phone No.: (860)233-8251

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of February, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103