UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv857(DJS) |
| **ARTHUR M. D'ONOFRIO, ET AL**<br>    Defendants | : |

### ORDER

The Motion for Extension of Time Pursuant to Court's Order Dated April 16, 2004 (Doc. #110) is hereby **GRANTED to and including June 11, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   2nd   day of June, 2004.

   /s/DJS  
Dominic J. Squatrito  
United States District Judge