UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | : | CIVIL ACTION |
| | | NO. 3:02 CV 00857 (DJS) |
| V. | : | |
| ARTHUR M. D'ONOFRIO, et.al. | : | June 1, 2004 |

## MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION FOR EXTENSION OF TIME

The plaintiff Vincent Nastro ("Nastro") submits this memorandum of law in opposition to the Motion for Extension of Time Pursuant to Court's Order dated April 16, 2004 (the "Motion"), which motion is dated May 24, 2004. Nastro opposes the Motion as this motion is nothing more than a continuation of the deliberate delay in this case. Every discovery request filed herein has been met with a request for additional time, objection and then, in most instances a failure to comply.

With respect to the Order of the Court directed to Carolyn D'Onofrio, as more particularly set forth in the Motion to Compel dated December 18, 2004 filed by Nastro, the present controversy commenced by Nastro filing a request for production of documents directed to Carolyn D'Onofrio on August 5, 2003. Carolyn D'Onofrio's failure to produce *any* documents, even after the good faith conference, led to the filing of the motion to compel. By Order dated April 16, 2004, the Court ordered production by Carolyn D'Onofrio of

certain limited documents on or before May 28, 2004, 42 days later.[1] The response to the Court's Order is to request further additional time.

No justifiable reason has been advanced by Carolyn D'Onofrio for the additional time. Carolyn D'Onofrio states, through counsel, that additional subpoenas have been served in state court proceedings, which subpoenas are the subject of motions to quash. The undersigned acknowledges the filing of such subpoenas in connection with the remanded proceedings in the California litigation, but further states that the documents subpoenaed have also not yet been produced. Carolyn D'Onofrio is not requesting additional time to comply with the state court subpoenas.

With respect to East Coast Propeller Service, Inc. ("ECPS") and Goodspeed Airport Development Corp. ("GADCO"), these entities are not yet "defendants" in this proceeding; apparently, however, they are somehow "tied" to the D'Onofrio Defendants. Most importantly, however, these entities have also not set forth any adequate grounds for further extensions of time to comply with the subpoenas served upon them. The subpoenas were served on ECPS on November 24, 2003 and on GADCO on December 4, 2003. Again, these entities were given 42 days to comply by the Court. Compliance with the Court order should not take additional time.

---

[1] Under Local Rule 9(d)(5), the normal time for compliance with discovery after a Court ruling is ten (10) days, but in this case the Court granted an extended period of time.

2

For the foregoing reasons, it is respectfully requested that the motion for additional time to produce documents be denied.

THE PLAINTIFF
VINCENT NASTRO

by: _____
Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
Fed. Bar No. ct05199

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | : | CIVIL ACTION<br>NO. 3:02 CV 00857 (DJS) |
| V. | : | |
| ARTHUR M. D'ONOFRIO, et.al. | : | June 1, 2004 |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on June 1, 2004.

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

Edwin L. Doernberger