## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VINCENT NASTRO,                          :

           Plaintiff,          :      CIVIL ACTION NO.
                           :

v.                                       :      3:02CV00857(DJS)

                           :

ARTHUR M. D'ONOFRIO, et. al.             :

          Defendants.         :      June 1, 2004

### AFFIDAVIT OF EDWIN L. DOERNBERGER

STATE OF CONNECTICUT      )
                            )    ss. HAMDEN
COUNTY OF NEW HAVEN        )

Edwin L. Doernberger, being first duly sworn, on oath deposes as says:

        1.     I am over the age of eighteen, believe in the obligations of an oath, and make this affidavit based upon my personal knowledge:

        2.     I am counsel to plaintiff Vincent Nastro ("Nastro") herein, and I have also been admitted pro hac vice as counsel to Nastro in that certain civil action entitled Vincent Nastro v. Arthur M. D'Onofrio, Superior Court of California, County of San Joaquin, Stockton Branch, Case No. 293975 (the "California Litigation") for the purpose of conducting Connecticut discovery as required in the California Litigation. I make this affidavit based upon my personal knowledge as counsel for Nastro in both this litigation and the California Litigation.

3.     In connection with the current litigation, I issued a "Subpoena in a Civil Action" to Jay-Allen Eisen ("Eisen") of Sacramento, California, a copy of which is attached hereto as Exhibit A. Eisen was counsel of record for Arthur D'Onofrio ("D'Onofrio") in the California Litigation since approximately March, 2001. The purpose of the subpoena was to ascertain the source of funds for payment of Eisen's legal bills for the representation of D'Onofrio since D'Onofrio has testified that he is not currently receiving any salary from any source.

4.     In response to the subpoena, Eisen produced the documents attached hereto as Exhibit B, which, after receipt were Bates-stamped as numbers E-1 through E-153. These documents are all of the documents produced by Eisen.

5.     Included in the documentation produced by Eisen are copies of check from New England Propeller Service, Inc. ("NEPS") issued in payment of the legal invoices issued by Eisen, a summary of which is attached hereto as Exhibits C. The total amount of such payments is $151,146.41, of which $33,348.57 was paid on or after May 16, 2003.

6.     I have reviewed the invoices from Eisen and my review demonstrates that, in my opinion, these invoices were for legal services incurred in the representation of D'Onofrio and not for the representation of NEPS.

Further affiant sayeth not.

Dated at Hamden, Connecticut, June 1, 2004.


_____
Edwin L. Doernberger, Esq.



Subscribed and sworn to before me this 1st day of June, 2004


_____
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on June 1, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

_____
Edwin L. Doernberger