New England Propeller Serv, Inc

Page    3

| | | Hours | Amount |
|---|---|---|---|
| 5/20/2003 JAE | Telephone conference with Mr. D'Onofrio; Research re client's right to enforce award of attorney fees; Telephone conference with Mr. Pearl re same; confer with Ms. Roussos re motion to quash execution | 2.30 | 805.00 |

For professional services rendered

44.00 $11,536.00

Additional Charges :

| | | |
|---|---|---|
| 5/20/2003 | Postage charges. | 13.13 |
| | Photocopy charges. | 187.90 |
| | Facsimile charges. | 12.00 |
| | Binding Charges | 30.00 |

Total costs

$243.03

Total amount of this bill

$11,779.03

Previous balance

$8,620.91

5/19/2003 Payment check #4278

($6,161.25)

Total payments and adjustments

($6,161.25)

Balance due

$14,238.69

E 0000046

New England Propeller Serv, Inc

Page    4

### Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Athena Roussos | 7.20 | 180.00 | $1,296.00 |
| JAY-ALLEN EISEN | 27.20 | 350.00 | $9,520.00 |
| MICHELLE MICCICHE | 4.00 | 75.00 | $300.00 |
| SANTIAGO AVILA-GOMEZ | 5.60 | 75.00 | $420.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E620000047

General
mailed on
4/3/03

NEW ENGLAND PROPELLER SERV, INC          1280.01 GENERAL
P, BOX 244                                                3969
HADDAM, CT  06423                        Date  3-21-03        61-7011/2111
                                                              271

Pay to the
order of  Jay Allen Eisen Law Corp          $ 183.05

hundred eighty-three and 05/100 —          Dollars

CITIZENS BANK

Memo

Not Paid

⑆211170⑆141:  22100·29990⑈     3969     DEPOSIT 4/3/03

POSTED
4/7/03

Ⓚ

E20000048

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

May 02, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18381

For the period March 21, 2003 through April 20, 2003

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2003 | JAE | Review notice from District Court of Appeal; email to client; Review District Court of Appeal opinion; further email to client, co-counsel | 0.80 | 280.00 |
| 4/2/2003 | JAE | Telephone conference with Mr. D'Onofrio re decision | 0.30 | 105.00 |
| 4/8/2003 | JAE | Telephone conference with Mr. D'Onofrio re rehearing, review and publication; confer with Ms. Roussos re rehearing | 0.30 | 105.00 |
| 4/15/2003 | JAE | Research and notes re petition for rehearing | 1.50 | 525.00 |

E  0000049

New England Propeller Serv, Inc

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/16/2003 | JAE | Drafting petition for rehearing; edit, revise and final draft; Letter to court requesting publication of Parts I and III of opinion | 3.80 | 1,330.00 |
| | SAG | Proof petition for rehearing. | 0.60 | 45.00 |
| 4/17/2003 | MM | Finalized Petition for Rehearing; Table of Contents; Table of Authorities | 1.00 | 75.00 |

For professional services rendered

8.30    $2,465.00

Additional Charges :

| 4/20/2003 | Binding Charges | 20.00 |
|---|---|---|
| | Photocopy charges. | 29.40 |

Total costs

$49.40

Interest on overdue balance

$58.00

Total amount of this bill

$2,572.40

Previous balance

$6,231.56

4/3/2003 Payment check #3969. Check No. 3969

($183.05)

Total payments and adjustments

($183.05)

Balance due

$8,620.91

E 0020000050

New England Propeller Serv, Inc

Page    3

| Name | Professional Summary | Hours | Rate | Amount |
|------|------|------|------|------|
| JAY-ALLEN EISEN | | 6.70 | 350.00 | $2,345.00 |
| MICHELLE MICCICHE | | 1.00 | 75.00 | $75.00 |
| SANTIAGO AVILA-GOMEZ | | 0.60 | 75.00 | $45.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|------|------|------|------|------|
| 2,572.40 | 6,048.51 | 0.00 | 0.00 | 0.00 |

E 0000051

# Jay-Allen Eisen Law Corporation
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

March 28, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18306

For the period February 21, 2003 through March 20, 2003

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/24/2003 | JAE | Review briefs, begin argument prep | 0.80 | 280.00 |
| 2/25/2003 | KT | Update of cases for oral argument | 1.75 | 131.25 |
| 3/3/2003 | JAE | Review briefs, update research | 2.50 | 875.00 |
| 3/12/2003 | JAE | Review record references, begin digesting briefs | 3.00 | 1,050.00 |
| 3/14/2003 | JAE | Digesting briefs, oral argument preparation | 1.70 | 595.00 |
| 3/18/2003 | JAE | Digesting briefs, checking record | 4.50 | 1,575.00 |

E   0000052

New England Propeller Serv, Inc

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/19/2003 | JAE | Final argument prep; Court appearance in District Court of Appeal re oral argument; e-mail to client | 4.20 | 1,470.00 |
| 3/20/2003 | JAE | Telephone conference with client | 0.20 | 70.00 |
| | JAE | Telephone conference with client re oral argument | 0.20 | 70.00 |
| | SAG | Searched for transcripts on sanctions issues. | 0.60 | 45.00 |

For professional services rendered                          19.45    $6,161.25

Previous balance                                                        $183.05

3/4/2003   Payment check #3847. Check No. 3847            ($112.74)

Total payments and adjustments                             ($112.74)

Balance due

$6,231.56

**Professional Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| JAY-ALLEN EISEN | | | | |
| KIMBERLEE TRIPLETT | | | | |
| SANTIAGO AVILA-GOMEZ | | | | |

*Credited twice 3/4/03 + 3/14/03* (handwritten)

EE20000053

New England Propeller Serv, Inc

Page     3

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

EUB000051

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

February 28, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18240

For the period January 21, 2002 through February 20, 2003

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/21/2003 JAE | Telephone conference with client re oral argument | | 0.10 | 30.00 |
| 1/22/2003 JAE | Telephone conference with client, Mr. Walsh re oral argument; Telephone conference with trial counsel re same; prepare oral argument request | | 0.50 | 150.00 |
| | For professional services rendered | | 0.60 | $180.00 |

E□□0000055

New England Propeller Serv, Inc

Additional Charges :

Page    2

| | | Amount |
|---|---|---|
| 2/20/2003 Postage charges. | | |
| | | 1.85 |
| Photocopy charges. | | |
| | | 1.20 |
| Total costs | | |
| | | $3.05 |
| Total amount of this bill | | |
| | | $183.05 |
| Previous balance | | |
| | | $11,110.30 |
| 2/12/2003 Payment check #3609. Check No. 3609 | | ($5,345.00) |
| 2/14/2003 Payment check #3732 | | ($5,652.56) |
| 2/14/2003 Payment check # | | ($112.74) |
| Total payments and adjustments | | |
| | | ($11,110.30) |
| Balance due | | |
| | | $183.05 |

Professional Summary

| ame | Hours | Rate | Amount |
|---|---|---|---|
| AY-ALLEN EISEN | 0.60 | 300.00 | $180.00 |

LL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
ONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
HIRTY DAYS PAST DUE

E BB000005 6







# Jay-Allen Eisen Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 10, 2003

Invoice # 18099

Vincent Nastro v. D'Onofrio

For the period November 21, 2002 through
December 20, 2002

Additional charges:

| | Amount |
|---|---|
| 11/21/02 Westlaw research charges | 109.85 |
| Total costs | $109.85 |
| Interest on overdue balance | $193.35 |
| Total amount of this bill | $303.20 |
| Previous balance | $16,039.36 |
| Balance due | $16,342.56 |

EB20000058

New England Propeller Serv, Inc

Invoice # 18099                                                Page    2
1280.01

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 303.20 | 16,039.36 | 0.00 | 0.00 | 0.00 |

E20000059



E 0000060

# Jay-Allen Eisen Law Corporation
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 28, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18199

For the period December 21, 2002 through Januaury 20, 2003

| | | Hours | Amount |
|---|---|---|---|
| 1/20/2003 JAE | Review notice from court of appeal re oral argument; memo to client re same. | 0.20 | 60.00 |
| | For professional services rendered | 0.20 | $60.00 |
| | Interest on overdue balance | | $52.74 |
| | Total amount of this bill | | $112.74 |
| | Previous balance | | $16,342.56 |
| 1/20/2003 | Payment check #3493. Check No. 3493 | | ($5,345.00) |
| | Total payments and adjustments | | ($5,345.00) |

E 8820000061

New England Propeller Serv, Inc

Page    2

_____ Amount

Balance due

$11,110.30

Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JAY-ALLEN EISEN | 0.20 | 300.00 | $60.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 415.94 | 0.00 | 10,694.36 | 0.00 | 0.00 |

E020000062





E 2000063

# Jay S. Allen Eisen Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

November 27, 2002

Invoice # 18031


Vincent Nastro v. D'Onofrio


For the period October 21, 2002 through
November 20, 2002


Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/21/02 | SAG | Research and review case law re premature appeal and dismissal. Read cases re issue and terminating sanctions. Pulled record cite (1446). Research CCP and Evidence Issue re Affidavit/Declaration. | 2.75 | 206.25 |
| 10/22/02 | SAG | Research and review case law re premature appeal and dismissal. Research court rules and record | 6.00 | 450.00 |

E**0000064

New England Propeller Serv, Inc

Invoice # 18031                                                    Page    2
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
|  | cites in brief.   Continued research into affidavit/declaration evidence issue. |  |  |
| 10/23/02 JAE | Confer with law clerk re issues to research; Review initial results; Telephone conference with client re respondent's brief | 0.75 | 225.00 |
| SAG | Continued research into evidence issue re affidavit/declaration, effect of judicial notice on record and "truth" of record. | 5.00 | 375.00 |
| 10/24/02 JAE | Telephone conference with client and Larry Walsh | 0.25 | 75.00 |
| SAG | Read briefs and prepared analysis of cases and statutes cited. Began checking record cites, Began analysis of Nelson, Shaw and Smith. | 4.00 | 300.00 |
| 10/25/02 SAG | Continued research of derivative action, fraud and causation. | 3.00 | 225.00 |
| 10/29/02 SAG | Writing memo on fraud, causation and derivative actions. | 2.50 | 187.50 |
| 11/1/02 JAE | Review memos from law clerk; Review record references in respondent's brief | 3.00 | 900.00 |

E 20000065

New England Propeller Serv, Inc

Invoice # 18031                                          Page   3
1280.01

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/02 | JAE | Begin Drafting reply brief | 3.75 | 1,125.00 |
| 11/5/02 | JAE | Continue Drafting closing brief | 4.00 | 1,200.00 |
| 11/6/02 | JAE | Drafting reply brief; confer with law clerk re additional issues to research; Telephone conference with Mr. D'Onofrio | 4.75 | 1,425.00 |
| 11/7/02 | JAE | Drafting reply brief | 3.25 | 975.00 |
| 11/8/02 | JAE | Complete first draft of reply brief | 2.75 | 825.00 |
| | SAG | Research constitutionality of punitive damage award absent showing of D's wealth. | 4.75 | 356.25 |
| 11/9/02 | JAE | Editing reply brief | 3.00 | 900.00 |
| 11/10/02 | JAE | Editing, revising and second draft reply brief | 4.75 | 1,425.00 |
| | SAG | Further research constitutionality of punitive damage award absent showing of D's wealth. | 3.50 | 262.50 |
| 11/11/02 | JAE | Edit, revise and third draft reply brief | 5.25 | 1,575.00 |
| 11/12/02 | JAE | Telephone conference with Mr. D'Onofro, Mr. Walsh; Review fax from Mr. Walsh; further revisions to draft | 3.00 | 900.00 |
| | CAR | Review draft closing brief and provide comments on same. | 2.50 | 450.00 |

E020000066

New England Propeller Serv, Inc

Page    4

Invoice # 18031
1280.01

|  | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/02 | JAE | Final revisions to draft reply brief; Telephone conference with client; Drafting introduction and conclusion; Review final brief | 2.75 | 825.00 |
|  | SAG | Cite-check legal and record cites, proof reply brief. | 6.75 | 506.25 |
| 11/14/02 | MM | Finalized Appellant's Reply Brief; Table of Contents; Table of Authorities | 2.50 | 187.50 |
|  | SAG | Final cite, record check, verify tables of contents, authorities. | 2.75 | 206.25 |

For professional services rendered       87.25  $16,087.50

Additional charges:

| 10/21/02 | Lexis legal research charges. | 45.36 |
|---|---|---|
| 11/20/02 | Postage charges. | 9.95 |
|  | Binding Charges | 21.25 |
|  | Photocopy charges. | 84.30 |

Total costs                                     $160.86

Total amount of this bill                 $16,248.36

Previous balance                           $10,155.16

E 0000067

New England Propeller Serv, Inc                                      Page    5

Invoice # 18031
1280.01

|                                                    | Amount |
|---|---|
| 10/29/02  Payment check # 2966                     | ($5,004.24) |
| 11/18/02  Payment check #3093                      | ($5,071.25) |
| 11/26/02  Payment check #3213                      | ($288.67) |
| Total payments                                     | ($10,364.16) |
| Balance due                                        | $16,039.36 |

## Professional summary

| Professional         | Hours | Rate   | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN      | 41.25 | 300.00 | $12,375.00 |
| MICHELLE MICCICHE    | 2.50  | 75.00  | $187.50 |
| Athena Roussos       | 2.50  | 180.00 | $450.00 |
| SANTIAGO AVILA-GOMEZ | 41.00 | 75.00  | $3,075.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E B 0 0 0 0 0 0 6 8

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

October 25, 2002

Invoice # 17967


Vincent Nastro v. D'Onofrio


For the period September 21, 2002 through
October 20, 2002


Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/18/02 | JAE | Review respondent's brief, notes re reply, confer with law clerk | 0.75 | 225.00 |
| | | For professional services rendered | 0.75 | $225.00 |
| | | Additional charges: | | |
| 9/21/02 | | AT & T Charges | | 23.92 |
| | | Photocopy charges. | | 17.60 |


E820000069

New England Propeller Serv, Inc

Invoice # 17967                                         Page    2

1280.01

| | Amount |
|---|---|
| 9/21/02 Postage charges. | 2.44 |
| Total costs | $43.96 |
| Interest on overdue balance | $19.71 |
| Total amount of this bill | $288.67 |
| Previous balance | $9,866.49 |
| Balance due | $10,155.16 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 5,359.92 | 4,795.24 | 0.00 | 0.00 | 0.00 |

E000000070



P.O. BOX 244
EAST HADDAM, CT 06423

2682

Date 8-28-02                        51-7011/2111
                                            271

**PAY** to the
order of    Eisen + Johnston Law Corp    $ 12224.05

Twelve thousand two hundred twenty five and 05/100        Dollars

**CITIZENS BANK**
Connecticut

For Inv 17762

⑆211170114⑆  221002990⑈  2682

---

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423                                    2841

                        Date 9-24-02        51-7011/2111
                                                  271

**PAY** to the
order of    Eisen + Johnston Law Corp    $ 12224.04

Twelve thousand two hundred twenty five and 04/100        Dollars

**CITIZENS BANK**
Connecticut

For 17763

⑆211170114⑆  221002990⑈  2841

E 2 0 0 0 0 0 7 1

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

October 10, 2002

Invoice # 17908

Vincent Nastro v. D'Onofrio

For the period August 21, 2002 through
September 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/23/02 | MMJ | Research dismissal for failure to pay judgment. | 4.50 | 1,350.00 |
| 9/3/02 | JAE | Review motion to dismiss appeal; Research re cases cited in motion to dismiss | 1.50 | 450.00 |
| 9/5/02 | JAE | Telephone conference with Mr. D'Onofrio re motion to dismiss appeal; confer with Ms. Johnston | 0.75 | 225.00 |

E 0000072

New England Propeller Serv, Inc

Invoice # 17908                                                                      Page    2
1280.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/6/02 JAE | Confer with law clerk re issues for opposition to dismissal motion; confer with Ms. Johnston | | 0.25 | 75.00 |
| KT | Research Contempt. | | 2.00 | 150.00 |
| 9/11/02 JAE | Confer with Ms. Johnston re motion to dismiss; Telephone conference with Ms. Dorman re declaration; revising draft declaration; Drafting reply to motion to dismiss | | 2.25 | 675.00 |
| 9/12/02 JAE | Further drafting opposition to motion to dismiss appeal; Telephone conferences and e-mails with Roger Eisenstein, Nicole Dorman | | 3.50 | 1,050.00 |
| JAE | Final revisions to opposition to motion to dismiss | | 2.50 | 750.00 |
| 9/16/02 JAE | Final review of opposition to motion to dismiss | | 0.25 | 75.00 |
| MM | Finalized Opposition to Motion to Dismiss Appeal; Points and Authorities; Declarations in Support of Motion; Order | | 1.50 | 112.50 |

For professional services rendered

Additional charges:                                                    19.00 $4,912.50

8/21/02 AT & T Charges

                                                                                        17.39

E020000073

New England Propeller Serv, Inc

Invoice # 17906

1280.01

Page    3

| | Amount |
|---|---|
| 8/21/02 Postage charges. | |
| Photocopy charges. | 15.55 |
| Facsimile charges. | 50.00 |
| | 18.00 |
| Total costs | |
| Interest on overdue balance | $100.94 |
| Total amount of this bill | $57.81 |
| Previous balance | $5,071.25 |
| 9/4/02 Payment check #2682 | $29,243.33 |
| 9/26/02 Payment check #2841 | ($12,224.05) |
| | ($12,224.04) |
| Total payments | |
| Balance due | ($24,448.09) |
| | $9,866.49 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 11.00 | 300.00 | $3,300.00 |
| MARIAN M. JOHNSTON | 4.50 | 300.00 | $1,350.00 |
| MICHELLE MICCICHE | 1.50 | 75.00 | $112.50 |
| KIMBERLEE TRIPLETT | 2.00 | 75.00 | $150.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

New England Propeller Serv, Inc

Invoice # 17908
1280.01                                                    Page    4

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 5,071.25 | 4,795.24 | 0.00 | 0.00 | 0.00 |

E B 0000075

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

2480

61-7011/21..
271

Date 7-30-02

PAY to the
order of  Eisen + Johnston Law Corp    $ 75.08.06

Seven thousand five hundred eight and 99/100   Dollars

CITIZENS BANK
Connecticut

For 17739

⑆2111701146⑆ 22100299901⑆ 2480

E 0000075

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

August 27, 2002

Invoice # 17830

Vincent Nastro v. D'Onofrio

For the period July 21, 2002 through August 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/21/02 | KT | Cite check, review of AOB | 5.50 | 412.50 |
| | JAE | Final draft appellant's opening brief | 5.00 | 1,500.00 |
| 7/22/02 | JAE | Final revisions to appellant's opening brief; Draft intro and conclusionProof and correct appellant's opening brief, tables | 3.75 | 1,125.00 |
| | KT | Cite check, proof AOB | 6.50 | 487.50 |

E BR0000077

New England Propeller Serv, Inc
Invoice # 17830
1280.01

Page   2

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/22/02 MM | Finalized Appellant's Opening Brief; Table of Contents; Table of Authorities | | 2.00 | 150.00 |
| 7/23/02 JAE | Telephone conference with client | | | |
| 8/12/02 JAE | Telephone conference with Ms. Abdallah re extending respondent's brief -- | | 0.25 | 75.00 |
| | | | 0.10 | NO CHARGE |

For professional services rendered

Additional charges:

23.10 $3,750.00

| 8/20/02 MM | Printing & Binding charges - 7/22/02 | |
|---|---|---|
| MM | Printing & Binding charges - 7/23/02 | 143.46 |
| | Westlaw Research | 41.76 |
| | Lexis legal research charges. | 469.48 |
| | Lexis legal research charges. | 179.63 |
| | Lexis legal research charges. | 32.61 |
| | Lexis on-line research charges. | 71.54 |
| | Photocopy charges. | 78.95 |
| | Postage charges. | 6.50 |

Total costs                                  11.16

Interest on overdue balance                  $1,035.09

Total amount of this bill                     $219.15

                                             $5,004.24

E□□0000078

New England Propeller Serv, Inc

Invoice # 17830                                                        Page    3
1280.01

|  | Amount |
|---|---|
| Previous balance | $31,747.15 |
| 8/7/02 Payment check #2480 | ($7,508.06) |
| Balance due | $29,243.33 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 9.10 | 300.00 | $2,730.00 |
| MICHELLE MICCICHE | 2.00 | 75.00 | $150.00 |
| KIMBERLEE TRIPLETT | 12.00 | 75.00 | $900.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 5,004.24 | 24,239.09 | 0.00 | 0.00 | 0.00 |

E020000079

NEW ENGLAND PROPELLER SERV, INC          1280, 01          2287
P.O. BOX 244
EAST HADDAM, CT 06423

Date 6/28/02                          51-7011/2111
                                            271

PAY to the
Order of Eisen + Johnston Law Corp   $ 11, 053. 98 —

Eleven thousand fifty - three and 98/100 Dollars    🔒 ≡≡

**CITIZENS BANK**
Connecticut

For 17616

⑈:2⑈⑈⑈70⑈⑈4⑈:  22⑈00 29990⑈⑈  2287

E020000080

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

July 25, 2002

Invoice # 17762


Vincent Nastro v. D'Onofrio


For the period June 21, 2002 through July
20, 2002


### Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/25/02 | JAE | Drafting opening brief | 2.25 | 675.00 |
| 6/26/02 | JAE | Drafting opening brief | 2.75 | 825.00 |
| 6/27/02 | JAE | Drafting opening brief | 2.00 | 600.00 |
| 7/2/02 | JAE | Drafting sanctions argument | 4.00 | 1,200.00 |
| 7/3/02 | JAE | Further drafting sanctions | 3.25 | 975.00 |
| 7/5/02 | JAE | Drafting opening brief, fraud issues | 4.00 | 1,200.00 |

E00000081

New England Propeller Serv, Inc

Invoice # 17762                                                    Page   2
1280.01

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/02 | JAE | Drafting appellant's opening brief, sanctions | 5.00 | 1,500.00 |
| 7/8/02 | JAE | Revising and redrafting facts; e-mails to trial counsel, client | 3.50 | 1,050.00 |
| 7/9/02 | JAE | Drafting appellant's opening brief, sanctions and fraud arguments | 4.00 | 1,200.00 |
| 7/10/02 | JAE | Further Drafting appellant's opening brief, fraud argument; e-mail to client, co-counsel | 4.00 | 1,200.00 |
| | KT | Cite check, review of draft AOB | 6.00 | 450.00 |
| 7/11/02 | JAE | Review e-mail from Mr. Johannessen; Telephone conference with Mr. D'Onofrio, Mr. Walsh; Review transcripts for rulings by judge on admissibility of evidence offered by Mr. Johannessen, evidence that corporate records were sent to Nastro before 12/97; Drafting fraud argument | 4.75 | 1,425.00 |
| | KT | Cite check, review of AOB | 2.00 | 150.00 |
| 7/12/02 | JAE | Edit, revise and redrafting punitive damages argument | 3.25 | 975.00 |
| 7/13/02 | JAE | Further Drafting appellant's opening brief, conversion and contribution arguments; edit and revise factual summary, sanctions argument | 5.00 | 1,500.00 |

E B P 0 0 0 0 0 8 9

New England Propeller Serv, Inc

Invoice # 17762                                              Page    3
1280.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/14/02 | JAE | Edit and revise latest arguments | 3.50 | 1,050.00 |
| 7/15/02 | JAE | Review faxes from Mr. Walsh; Research and Draft addtional sections re evidentiary sanctions, specificity of order to produce documents; revisions to factual summary | 4.50 | 1,350.00 |
| | KT | Cite check, review of AOB | 5.50 | 412.50 |
| 7/16/02 | JAE | Second draft | 4.50 | 1,350.00 |
| | KT | Cite check, review of AOB | 4.75 | 356.25 |
| 7/17/02 | JAE | Telephone conference with client and Mr. Walsh; work on second draft of appellant's opening brief | 2.50 | 750.00 |
| | KT | Cite check, review of AOB | 5.00 | 375.00 |
| 7/18/02 | KT | Cite check, review of AOB | 5.00 | 375.00 |
| 7/19/02 | JAE | Continue second draft; e-mails to client, co-counsel re notes from Mr. Walsh | 3.00 | 900.00 |
| | KT | Cite check, review of AOB | 3.00 | 225.00 |
| 7/20/02 | JAE | Finish second draft; begin third draft | 7.50 | 2,250.00 |

For professional services rendered          104.50  $24,318.75

E  0000083

New England Propeller Serv, Inc
Invoice # 17762                                          Page    4
1280.01

        Additional charges:

                                                              Amount

7/20/02 AT & T Charges
                                                                0.22
        Lexis legal research charges.
                                                               53.81
        Lexis legal research charges.
                                                               15.24
        Lexis legal research charges.
                                                                8.22
        Lexis legal research charges.
                                                               16.55
        Photocopy charges.
                                                               28.30
        Facsimile charges.
                                                                7.00

        Total costs
                                                              $129.34

        Total amount of this bill
                                                            $24,448.09
        Previous balance
                                                            $18,353.04
7/9/02 Payment check #2287
                                                           ($11,053.98)
        Balance due
                                                            $31,747.15

                        Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 73.25 | 300.00 | $21,975.00 |
| KIMBERLEE TRIPLETT | 31.25 | 75.00 | $2,343.75 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E  0000084

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

June 28, 2002

Invoice # 17739

Vincent Nastro v. D'Onofrio

For the period May 21, 2002 through June
20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/02 | JAE | Drafting factual summary | 2.50 | 750.00 |
| 5/28/02 | JAE | Research transcript re evidence of Nastro personal liability; further drafting | 2.50 | 750.00 |
| | JAE | Telephone conference with Mr. D'Onofrio; Further research re causation in fraud cause of action | 2.50 | 750.00 |

- E 0000085

New England Propeller Serv, Inc

Invoice # 17739                                                          Page    2
1280.01

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/29/02 | JAE | Research cases and record re fraud causation | 3.00 | 900.00 |
| 5/30/02 | JAE | Further drafting | 2.75 | 825.00 |
| | JAE | Research re liability of corporate shareholders, officers, directors in fraud cases | 1.75 | 525.00 |
| 5/31/02 | JAE | Telephone conference with Mr. D'Onofrio re theories for brief | 0.25 | 75.00 |
| 6/3/02 | JAE | Research re recovery of payments on behalf of corporation by volunteer | 2.00 | 600.00 |
| | KT | Research voluntary payment as damages, Fraud | 4.50 | 337.50 |
| 6/4/02 | JAE | Further record review re causation of damages issues; Telephone conference with client | 1.25 | 375.00 |
| | KT | Research voluntary payment issues for Appellant's opening Brief | 5.00 | 375.00 |
| 6/6/02 | KT | Research for Appellant's opening Brief | 3.00 | 225.00 |
| 6/10/02 | KT | Research for Appellant's Opening Brief | 1.50 | 112.50 |
| 6/11/02 | JAE | Telephone conference with Mr. Walch | 0.25 | 75.00 |

E□□0000089

New England Propeller Serv, Inc

Invoice # 17739                                                      Page    3
1280.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/18/02 JAE | Review clerk's transcript; Review transcripts of settlement conference hearings; Review final settlement | | 0.75 | 225.00 |
| 6/19/02 JAE | E-mails to, from Mr. Johannessen re problems with settlement argument | | 0.50 | 150.00 |
| 6/20/02 JAE | Compare oral settlement agreement on record in court with final, written settlement; e-mail to Mr. Johannessen re same | | 1.50 | 450.00 |

For professional services rendered

35.50  $7,500.00

Additional charges:

6/20/02 Postage charges.

Photocopy charges.                                                          3.06

                                                                           5.00

Total costs

                                                                          $8.06

Total amount of this bill

Previous balance                                                      $7,508.06

6/6/02 Payment check #2054                                           $15,805.94

Balance due                                                         ($4,960.96)

                                                                    $18,353.04

EDB0000087

New England Propeller Serv, Inc

Invoice # 17739                                          Page    4
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 21.50 | 300.00 | $6,450.00 |
| KIMBERLEE TRIPLETT | 14.00 | 75.00 | $1,050.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

EBB0000088

## Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

ew England Propeller Serv, Inc
. O. Box 244
ast Haddam CT 06423

280.01

ugust 06, 2003

E:  Vincent Nastro v. D'Onofrio

voice # 18650

For the period June 21, 2003 through July 20, 2003

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 23/2003 | CAR | Telephone conference with Mr. Eisenstein regarding information needed for motion to enjoin Nastro from further collection efforts; make revisions to same. | 0.80 | 144.00 |
| 4/2003 | CAR | Additional revisions to motion to enjoin Nastro; voicemail to Mr. Eisenstein to obtain copy of judgment abstract. | 0.60 | 108.00 |
| 5/2003 | SAG | Copy and fax unpublished 3rd District Court of Appeal opinion to Eisenstein. | 0.20 | 15.00 |
| | CAR | Review correspondence from Mr. Eisenstein; review and revise motion for injunction; prepare declaration of Mr. Eisenstein and request for judicial notice; | 1.90 | 342.00 |

E020000089

New England Propeller Serv, Inc

| | | | Page 2 |
| --- | --- | --- | --- |
| | | Hours | Amount |
| | fax draft of motion and supporting documents to Mr. Eisenstein; attention to reserving hearing date for motion. | | |
| 6/25/2003 JAE | Review, edit and revise motion to enjoin collection | | |
| 6/26/2003 JAE | Telephone conference with Mr. D'Onofrio re denial of review, motion to stop enforcement, motion to vacate judgment | 1.00 | 350.00 |
| 7/2/2003 CAR | Prepare order vacating judgment and letter to judge explaining same. | 0.50 | 175.00 |
| 7/7/2003 CAR | Revise letter to court regarding order vacating judgment; confer with Mr. Eisen regarding possible conflicts of interest with judges and opposing counsel. | 0.70 | 126.00 |
| 7/8/2003 CAR | Revise letter to presiding judge regarding order vacating judgment; finalize same; telephone conference with Judge Humphreys' clerk regarding possible disqualification; prepare letter to Judge Humphreys regarding same. | 0.50 | 90.00 |
| 7/2003 CAR | Review motions filed by Nastro; email to Mr. D'Onofrio regarding same; calendar opposition dates. | 0.70 | 126.00 |
| | | 0.80 | 144.00 |

For professional services rendered

| | | |
| --- | --- | --- |
| | 7.70 | $1,620.00 |

E0020000090

New England Propeller Serv, Inc

Additional Charges :                                                    Page    3

| | | Amount |
|---|---|---|
| 6/30/2003 Filing Fees-Clerk, San Joaquin County Superior Court | | |
| 7/20/2003 Postage charges. | | 25.30 |
| Photocopy charges. | | 20.21 |
| Facsimile charges. | | 54.90 |
| Total costs | | 10.00 |
| | | $110.41 |
| Total amount of this bill | | |
| Previous balance | | $1,730.41 |
| 7/11/2003 Payment check #4638 | | $15,649.74 |
| 7/30/2003 Payment check #4784 | | ($11,779.03) |
| Total payments and adjustments | | ($3,870.71) |
| Balance due | | ($15,649.74) |
| | | $1,730.41 |

| Name | Professional Summary | | |
|---|---|---|---|
| | Hours | Rate | Amount |
| Athena Roussos | 6.00 | 180.00 | $1,080.00 |
| JAY-ALLEN EISEN | 1.50 | 350.00 | $525.00 |
| SANTIAGO AVILA-GOMEZ | 0.20 | 75.00 | $15.00 |

E 000000091

New England Propeller Serv, Inc

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

Page    4

**JAY-ALLEN EISEN LAW CORPORATION**
980 NINTH STREET, STE. 1900
SACRAMENTO, CALIFORNIA 95814

90-3341/1211

REMITTANCE ADVICE

*Filing Fee for motion & argue*

14515

THE SUM 25 DOLS 3...

DOLLAR

CHECK AM

TO THE ORDER OF

Clerk, San Joaquin County Superior Court — 1280.01

Case No. 293875

RIVER CITY BANK
2485 NATOMAS PARK DRIVE    SACRAMENTO, CA 95833

⑧ THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT. ⑧

⑆014515⑆ ⑆121133416⑆    0811042472⑆

03   WED 13:51 FAX 916 441 5810          JAY-ALLEN EISEN LAW CORP                    ☑001

*Mailed on 6/11/03*

...LAND PROPELLER SERV. INC    1280.01                                    4436

Date 5-30-03

...Jay-Allen Eisen Law Corporation

...thousand four hundred fifty-nine and 66/100 ————— Dollars

...ZENS BANK

...881

⑆004436⑆ ⑆211170114⑆ 2240029490⑆

E 0000009...

**NEW ENGLAND PROPELLER SERV. INC**
P.O. BOX 244
EAST HADDAM, CT 06423

2054

51-7011/2111
271

Date 5/30/02

PAY to the
Order of Eisen & Johnston    $ 4960.99

Four thousand nine hundred sixty and 99/100    Dollars

CITIZENS BANK
Connecticut

For INV# 17550

⑆211170114⑆ ⑈22100?????⑈ 2054

⑆5412100 32⑈ 1534010 1 14 96 ⑈

**NEW ENGLAND PROPELLER SERV, INC**
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

1844

51-7011/2111
271

1280.01    Date 4/29/02

Pay to the
Order of Eisen & Johnston    $ 4018.49

Four thousand eighteen & 49/100 —    Dollars

CITIZENS BANK
Connecticut

For

⑆211170114⑆ 22100 25990 ⑈ 1844

E 0000094

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

May 31, 2002

Invoice # 17616

Vincent Nastro v. D'Onofrio

For the period April 21, 2002 through May 20, 2002

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/23/02 | FLS | Continue RT summary | 2.75 | 412.50 |
| 4/24/02 | FLS | Continue RT summary | 3.25 | 487.50 |
| 4/25/02 | FLS | Continue RT summary; confer with Ms. Johnston re: punitive damages. | 2.75 | 412.50 |
|  | MMJ | Begin researching award of punitive damages. | 1.75 | 525.00 |

E D20000095

New England Propeller Serv, Inc

Invoice # 17616                                                    Page    2
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/02 FLS | Continue work on RT summary | | 2.25 | 337.50 |
| 4/29/02 FLS | Review material sent by Walsh; confer with Mr. Eisen. | | 2.25 | 337.50 |
| 4/30/02 FLS | Telephone call from Walsh; work on request for extension of time. | | 0.75 | 112.50 |
| 5/1/02 MMJ | Research record on punitive damages award. | | 3.75 | 1,125.00 |
| 5/2/02 JAE | Review material from Mr. Walsh; confer with Mr. Snowden; confer with Ms. Johnston re discovery sanction; Research re federal discovery sanction cases | | 2.25 | 675.00 |
| MMJ | Continue research on punitive damages award and begin drafting argument. | | 5.50 | 1,650.00 |
| 5/3/02 FLS | Review punitive damages argument, record citations and cases; confer with Ms. Johnston. | | 2.75 | 412.50 |
| JAE | Review transcript summary to date; confer with Mr. Snowden | | 1.25 | 375.00 |
| 5/7/02 JAE | Review completed transcript summaries; Review transcript re sanctions; Review sanctions motions and oppositions | | 2.25 | 675.00 |
| JAE | Research re ability to impose issue sanctions when discovery responses are produced but tardy | | 2.75 | 825.00 |

E░░0000096

New England Propeller Serv, Inc

Invoice # 17616                                          Page    3
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 5/8/02 JAE | Research re burden of proof re damages claimed for fraud | 2.00 | 600.00 |
| 5/10/02 JAE | Further Research re fraud damages | 1.50 | 450.00 |
| 5/15/02 JAE | Telephone conference with client | 0.50 | 150.00 |
| 5/17/02 JAE | Begin drafting opening brief | 2.25 | 675.00 |
| 5/20/02 JAE | Drafting appellant's opening brief | 2.50 | 750.00 |

For professional services rendered                45.00  $10,987.50

Additional charges:

5/20/02 Lexis legal research charges.                              9.83

AT & T Charges                                                     0.22

Photocopy charges.                                                 6.30

Postage charges.                                                   4.56

Total costs                                                     $20.91

Interest on overdue balance                                    $45.57

Total amount of this bill                                   $11,053.98

Previous balance                                            $8,770.45

5/7/02 Payment check #1844                                 ($4,018.49)

Balance due                                                $15,805.94

E550000097

New England Propeller Serv, Inc

Page    4

Invoice # 17616
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 16.75 | 150.00 | $2,512.50 |
| JAY-ALLEN EISEN | 17.25 | 300.00 | $5,175.00 |
| MARIAN M. JOHNSTON | 11.00 | 300.00 | $3,300.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 11,053.98 | 4,751.96 | 0.00 | 0.00 | 0.00 |

E 0000098

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

April 26, 2002

Invoice # 17550

Vincent Nastro v. D'Onofrio

For the period March 21, 2002 through April
20, 2002

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/02 | JAE | Further Research re sanctions, punitive damages issues | 3.25 | 975.00 |
| 4/2/02 | JAE | Review trial court exhibits; Research re evidence necessary to prove damages in fraud action, out-of-pocket rule | 2.25 | 675.00 |
| 4/4/02 | JAE | Further research re discovery sanctions; notes re brief | 2.25 | 675.00 |
| 4/10/02 | FLS | Confer with Mr. Eisen re: issues on appeal; begin RT summary. | 4.00 | 600.00 |

E&B0000099

New England Propeller Serv, Inc                                    Page    2

Invoice # 17550
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/15/02 FLS | Continue RT summary. |  | 3.00 | 450.00 |
| 4/16/02 FLS | Continue RT summary |  | 2.00 | 300.00 |
| 4/17/02 FLS | Continue RT summary |  | 0.50 | 75.00 |
| 4/18/02 FLS | Continue RT summary |  | 3.75 | 562.50 |
| 4/19/02 FLS | Continue RT summary |  | 4.00 | 600.00 |
|  | For professional services rendered |  | 25.00 | $4,912.50 |
|  | Additional charges: |  |  |  |
| 4/20/02 | Facsimile charges. |  |  | 7.00 |
|  | UPS, 03/20/02, to Ed Simpson, Simpson & Gigounas |  |  | 41.46 |
|  | Total costs |  |  | $48.46 |
|  | Total amount of this bill |  |  | $4,960.96 |
|  | Previous balance |  |  | $3,809.49 |
|  | Balance due |  |  | $8,770.45 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 17.25 | 150.00 | $2,587.50 |
| JAY-ALLEN EISEN | 7.75 | 300.00 | $2,325.00 |

E B 0 0 0 0 1 0 0