New England Propeller Serv, Inc

Invoice # 17550
1280.01

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 000010





E B 0 0 0 0 1 0 2

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

April 2, 2002

Invoice # 17404

Vincent Nastro v. D'Onofrio

For the period February 21, 2002 through
March 20, 2002

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 2/21/02 JAE | Review faxes from client, Mr. Simpson | 0.50 | 150.00 |
| JAE | Telephone conference with client | 0.25 | 75.00 |
| 2/27/02 FLS | Prepare request for extension of time; draft attorney declaration; telephone call to opposing counsel re: stipulation. | 0.75 | 112.50 |
| 3/5/02 FLS | Begin review of reporter's transcript and clerk's transcript; confer with Mr. Eisen re: possible issues. | 1.75 | 262.50 |

E■■0000103

New England Propeller Serv, Inc

Invoice # 17404
1280.01

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/5/02 JAE | Review record; confer with Mr. Snowden re potential issues | | 2.25 | 675.00 |
| 3/6/02 FLS | Continue work on summary of reporter's transcript. | | 0.75 | 112.50 |
| 3/7/02 FLS | Confer with Mr. Eisen re: issues; continue summary of reporter's transcript. | | 3.50 | 525.00 |
| 3/8/02 FLS | Continue review of record and RT summary. | | 2.25 | 337.50 |
| JAE | Telephone conference with Mr. D'Onofrio | | 0.25 | 75.00 |
| 3/11/02 JAE | Confer with Mr. Snowden re transcript review, sanctions issue; Research re sanctions | | 1.50 | 450.00 |
| 3/13/02 JAE | Review trial court pleadings; Research re sanctions issue | | 2.25 | 675.00 |
| 3/15/02 JAE | Research re punitive damages | | 1.75 | 525.00 |
| | For professional services rendered | | 17.75 | $3,975.00 |

Additional charges:

| | | Amount |
|---|---|---|
| 3/20/02 | Lexis legal research charges. | 4.98 |
| | Postage charges. | 1.36 |
| | Photocopy charges. | 6.90 |
| | Facsimile charges. | 19.00 |

E█B█0000104

New England Propeller Serv, Inc

Invoice # 17404                                                Page    3
1280.01


|  |  | Amount |
|---|---|---|
| 3/20/02 Federal Express on 2/28/02 from Kroloff, Belcher, Smart |  | 11.25 |
| Total costs |  | $43.49 |
| Total amount of this bill |  | $4,018.49 |
| Previous balance |  | $1,946.10 |
| 3/5/02 Payment check #1449 |  | ($1,926.18) |
| 4/1/02 Payment check #1647 |  | ($228.92) |
| Total payments |  | ($2,155.10) |
| Balance due |  | $3,809.49 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 9.00 | 150.00 | $1,350.00 |
| JAY-ALLEN EISEN | 8.75 | 300.00 | $2,625.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000105



E 00000010

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

March 1, 2002

Invoice # 17264

Vincent Nastro v. D'Onofrio

For the period January 21, 2001 through
February 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/30/02 | JAE | Initial review of transcripts for completeness, confer with Mr. Snowden re potential issues to watch for | 0.75 | 225.00 |
| | For professional services rendered | | 0.75 | $225.00 |
| | Additional charges: | | | |
| 2/20/02 | AT & T Charges | | | 3.92 |
| | Total costs | | | $3.92 |

EBC0000107

New England Propeller Serv, Inc

Invoice # 17264

1280.01

| | Amount |
|---|---|
| Total amount of this bill | $228.92 |
| Previous balance | $2,276.20 |
| 2/5/02 Payment check #1260 | ($559.02) |
| Balance due | $1,946.10 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E██0000108



E BB0000109

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 31, 2002

Invoice # 17190

Vincent Nastro v. D'Onofrio

For the period December 21, 2001 through
January 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/21/01 JAE | Review fax from Mr. Eisenstein; Telephone conference with Mr. Eisenstein | | 0.25 | 75.00 |
| 12/26/01 JAE | Research re abstract of judgment; memo to Mr. Eisenstein re same | | 1.25 | 375.00 |
| 1/4/02 JAE | Telephone conference with Mr. Eisenstein re motion to quash execution | | 0.25 | 75.00 |

New England Propeller Serv, Inc

Invoice # 17190                                         Page    2
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 1/7/02 JAE | Review fax from Mr. Eisenstein re Nastro points and authorities on abstract of judgment and Flannery; Research re abstract of judgment | 1.75 | 525.00 |
| 1/8/02 FLS | Research recall of remittitur; confer with Mr. Eisen. | 0.25 | 37.50 |
| JAE | Further research re abstract of judgment, Flannery; draft memo responding to Nastro supplemental points and authorities | 2.75 | 825.00 |

| For professional services rendered | | 6.50 | $1,912.50 |
|---|---|---|---|

Additional charges:

1/20/02 Facsimile charges.                                              13.00

Postage charges.                                                      0.68

Total costs                                                         $13.68

Total amount of this bill                                         $1,926.18

Previous balance                                                  $2,253.06

1/16/02 Payment check #1087                                      ($1,903.04)

Balance due                                                      $2,276.20

E 0000 11

New England Propeller Serv, Inc

Invoice # 17190                                         Page    3
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 0.25 | 150.00 | $37.50 |
| JAY-ALLEN EISEN | 6.25 | 300.00 | $1,875.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E000118





# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 3, 2002

Invoice # 17113

Vincent Nastro v. D'Onofrio

For the period November 21, 2001 through
December 20, 2001

Professional services

| | Hours | Amount |
|---|---|---|
| 12/7/01 JAE   Review clerk's estimate for transcript; Telephone conference with client re same, status of Connecticut motion to quash enforcemnt of fee motion; Research new Cal Supreme Court decision on attorney's ownership of court-ordered fees; fax to Mr. Eisenstein | 1.75 | 525.00 |
| For professional services rendered | 1.75 | $525.00 |

E 0000114

New England Propeller Serv, Inc

Page    2

Invoice # 17113
1280.01

Additional charges:

|  |  | Amount |
|---|---|---|
| 12/20/01 Postage charges. |  | 0.34 |
| AT & T Charges |  | 0.44 |
| Lexis legal research charges. |  | 17.46 |
| Total costs |  | $18.24 |
| Interest on overdue balance |  | $15.78 |
| Total amount of this bill |  | $559.02 |
| Previous balance |  | $5,310.46 |
| 12/4/01 Payment check #151362 |  | ($209.00) |
| 12/13/01 Payment check #9590 |  | ($3,407.42) |
| Total payments |  | ($3,616.42) |
| Balance due |  | $2,253.06 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 1.75 | 300.00 | $525.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000115

New England Propeller Serv, Inc

Page    3

Invoice # 17113
1280.01

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 559.02 | 1,694.04 | 0.00 | 0.00 | 0.00 |

E 0000116

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT ANGLE TO VIEW.

SUPERIOR COURT MISC DEPOSIT TRUST

| D151362 | 50247 | 91537 | NO. 8 2001 | D 151362 ✓ |
|---------|-------|-------|------------|------------|
| WARRANT NO. | DEPT. NO. | NUMBER | DATE OF ISSUE | |

County of San Joaquin
The Treasurer of San Joaquin County
State of California

THIS WARRANT VOID SIX MONTHS FROM DATE OF ISSUE    11-24
12T0(8)

PAY THIS AMOUNT

$*******209.00

PAY *TWO HUNDRED NINE DOLLARS & 00 CENTS*

TO THE
ORDER OF

**EISEN AND JOHNSTON LAW CORP
PO BOX 111
SACRAMENTO        CA  95812**

ADRIAN J. VAN HOUTEN
AUDITOR CONTROLLER

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

October 31, 2001

Invoice # 16964


Vincent Nastro v. D'Onofrio


For the period September 21, 2001 through
October 20, 2001


Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/24/01 | FLS | Work on record on appeal. | 3.00 | 450.00 |
| 9/25/01 | JAE | Office conference with with Mr. Johannessen, Mr. Snowden re documents for clerk's transcript | 2.00 | 600.00 |
|  | MMJ | Review and research levy on writ of execution. | 1.25 | 375.00 |
| 9/26/01 | MMJ | Finalize research on response to levy. | 0.75 | 225.00 |

New England Propeller Serv, Inc

Page   2

Invoice # 16964
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/9/01 FLS | | Telephone call with client re: enforcement of early sanction order. | 0.25 | 37.50 |
| 10/15/01 FLS | | Telephone call to superior court clerk and trial counsel re: court file | 0.25 | 37.50 |
| 10/17/01 FLS | | Review superior court file in Stockton. | 5.75 | 862.50 |
| | JAE | Confer with Mr. Snowden re clerk's transcript documents; telephone conference with Mr. Johannessen | 0.25 | 75.00 |
| 10/18/01 FLS | | Begin prepare designation of record; confer with Mr. Eisen. | 2.00 | 300.00 |
| | JAE | Telephone conference with Mr. D'Onofrio and Mr. Walsh re efforts to enforce sanctions in Connecticut, ▮▮▮▮▮▮ | 0.25 | 75.00 |
| 10/19/01 JAE | | Review documents from Mr. D'Onofrio, Mr. Walsh; Telephone conference with Mr. Johannessen | 0.50 | 150.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 16.25 | $3,187.50 |

Additional charges:

| | | Amount |
|---|---|---|
| 10/20/01 | Lexis legal research charges. | 22.81 |
| | Lexis legal research charges. | 9.97 |

New England Propeller Serv, Inc                              Page    3

Invoice # 16964
1280.01

|  |  | Amount |
|---|---|---|
| 10/20/01 | AT & T Charges | 1.66 |
|  | Photocopy charges. | 2.90 |
|  | Postage charges. | 2.16 |
|  | Facsimile charges. | 10.00 |
|  | Fredric Snowden's travels to Stanislaus Superior Court, 10/17/01 and 10/22/01. | 70.42 |
|  | Filing Fees for designation of Clerks transcript, Appeals Clerk, San Joaquin Superior Court. | 100.00 |
|  | Total costs | $219.92 |
|  | Total amount of this bill | $3,407.42 |
|  | Previous balance | $3,572.17 |
| 10/24/01 | Payment check #9310 | ($3,572.17) |
|  | Balance due | $3,407.42 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 11.25 | 150.00 | $1,687.50 |
| JAY-ALLEN EISEN | 3.00 | 300.00 | $900.00 |
| MARIAN M. JOHNSTON | 2.00 | 300.00 | $600.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

November 30, 2001

Invoice # 17042

Vincent Nastro v. D'Onofrio

For the period October 21, 2001 through
November 20, 2001

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 10/22/01 FLS | Review superior court file (San Joaquin County) ▓▓▓▓▓ | 6.50 | 975.00 |
| 10/23/01 FLS | Confer with Mr. Eisen re: designation of record; begin draft of CT designation. | 1.75 | 262.50 |
| JAE | Confer with Mr. Snowden, review documents for clerk's transcript. | 0.50 | 150.00 |
| 0/24/01 FLS | Continue work on record designation; finish draft designation. | 1.75 | 262.50 |

E 0000121

New England Propeller Serv, Inc

Invoice # 17042                                            Page   2
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/25/01 FLS | Finalize CT designation. |  | 0.50 | 75.00 |
| 11/8/01 FLS | Research cost of CT counter-designation; confer with Mr. Eisen. |  | 0.25 | 37.50 |
| JAE | Review countr-designation; confer with Mr. Snowden. |  | 0.25 | 75.00 |

For professional services rendered                   11.50  $1,837.50

Additional charges:

| 11/20/01 Postage charges. |  |
|---|---|
| Photocopy charges. | 4.56 |
| AT & T Charges | 12.90 |
| Federal Express - Appeals Clerk, San Joaquin County Superior Court 10/25/01 | 3.17 |
|  | 16.90 |

Total costs                                              $37.53

Interest on overdue balance                              $28.01

Total amount of this bill                             $1,903.04

Previous balance                                     $3,407.42

Balance due                                          $5,310.46

New England Propeller Serv, Inc

Page    3

Invoice # 17042
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 10.75 | 150.00 | $1,612.50 |
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 1,903.04 | 3,407.42 | 0.00 | 0.00 | 0.00 |

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

September 28, 2001

Invoice # 16890

Vincent Nastro v. D'Onofrio

For the period August 21, 2001 through
September 20, 2001

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 8/30/01 JAE | Review motion from Nastro to require clerk's transcript; confer with Mr. Snowden | 0.25 | 75.00 |
| 8/31/01 JAE | Telephone conference with Roger Eisenstein re ▉▉▉▉▉ ▉▉▉▉▉ Telephone conference with Mr. D'Onofrio; confer with Mr. Snowden re motion for stay of execution | 0.75 | 225.00 |

New England Propeller Serv, Inc                                    Page    2

Invoice # 16890
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/4/01 | JAE | Telephone conference with Ms. Abdallah re motion for clerk's transcript | 0.25 | 75.00 |
|  | JAE | Research stay of money judgment ████████ confer with associate re motion for stay. | 1.25 | 375.00 |
| 9/5/01 | JAE | Further Research re stay ██████ confer with Mr. Snowden re motion to stay enforcement; Telephone conference with Mr. Johannessen re same | 0.50 | 150.00 |
| 9/6/01 | FLS | Research bond waiver; confer with Mr. Eisen | 1.75 | 262.50 |
|  | JAE | Confer with Mr. Snowden re Connecticut enforcement of judgment law; Telephone conference with client re stay, motion objecting to rule 5.1 appendix; Telephone conference with Ms. Abdallah | 1.00 | 300.00 |
| 9/7/01 | FLS | Work on opposition to motion re: 5.1 designation. | 5.00 | 750.00 |
|  | JAE | Telephone conference with Mr. Chang re motion to compel use of clerk's transcript; Telephone conference with Mr. Snowden; draft declaration opposing motion | 1.75 | 525.00 |
| 9/10/01 | FLS | Work on Mr. Eisen's declaration re: motion to use clerk's transcript. | 1.00 | 150.00 |

New England Propeller Serv, Inc

Page    3

Invoice # 16890
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/10/01 JAE | | Review and revise draft points and authorities and declaration re motion for clerk's transcript | 1.25 | 375.00 |
| 9/18/01 JAE | | Review tentative ruling; Confer with Ms. Johnston; Telephone conference with and memo to Ms. Abdallah and court re appearance; review documents and prepare for court appearance. | 0.75 | 225.00 |
| 9/19/01 FLS | | Research rules for appellant's appendix; confer with Mr. Eisen prior to hearing. | 0.25 | 37.50 |
| | JAE | Travel to, from Stockton; Court appearance re motion to compel use of clerk's transcript; Telephone conference with Mr. Johannessen; confer with Ms. Johnston | 3.75 | 1,125.00 |
| 9/20/01 JAE | | Memo to client re not seeking stay and waiver of bond | 0.50 | 150.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 20.00 | $4,800.00 |

Additional charges:

| | |
|---|---|
| 9/20/01 AT & T Charges | 5.02 |
| Facsimile charges. | 70.00 |
| Photocopy charges. | 15.30 |
| Postage charges. | 4.57 |

E 0000126

New England Propeller Serv, Inc

Page 4

Invoice # 16890
1280.01

|  | Amount |
|---|---|
| 9/20/01 Filing Fees 9/12/01 Superior Court of California | 47.96 |
| Total costs | $142.85 |
| Total amount of this bill | $4,942.85 |
| Previous balance | $5,524.49 |
| 9/4/01 Payment check #9000 | ($5,524.49) |
| 9/28/01 Payment from Account - | ($1,370.68) |
| Total payments | ($6,895.17) |
| Balance due | $3,572.17 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 8.00 | 150.00 | $1,200.00 |
| JAY-ALLEN EISEN | 12.00 | 300.00 | $3,600.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| | |
|---|---|
| Previous balance of Client funds | $0.00 |
| 9/4/01 Payment to Account - ck#9000 | $1,370.68 |
| 9/28/01 Payment from Account - | ($1,370.68) |
| New balance of Client funds | $0.00 |

E 0000127

**EISEN & JOHNSTON LAW CORPORATION**
P.O. BOX 111
SACRAMENTO, CA 95812-0111

REMITTANCE ADVICE

4195

90-2267/1211 811

PAY

*THE SUM I 370 DOLS 68 CTS*

DOLLARS

DATE

TO THE ORDER OF

Eisen & Johnston Law Corp

1280.01

CHECK AMOUNT

1370 68

TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

⑈004195⑈ ⑆121122676⑆1534010111066⑈

E 0000128

EISEN & JOHNSTON LAW CORPORATION
P.O. BOX 111
SACRAMENTO, CA 95812-0111

4186

90-2267/1211 811

THE SUM **II 29** DOLS **32** CTS

DOLLARS

TO THE ORDER OF

Eisen & Johnston Law Corp. 12800

CHECK AMOUNT
129 32
TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

⑈004186⑈ ⑆121122676⑆ 153401011066⑈

---

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

9000

51-7011/2111
271

Date X-31-01

Pay to the
Order of Eisen + Johnston Law Corp.    $ 6895.17

Six thousand eight hundred ninety five 17/100    DOLLARS

CITIZENS BANK
Connecticut

For Inv. 16789

⑆211170114⑆ 2210029990⑈    9000

---

PAY

DATE    TO THE ORDER OF

Eisen & Johnston Law Corp. 12800

CHECK AMOUNT
1050 81
TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

⑈004174⑈ ⑆121122676⑆ 153401011066⑈

E 0000129



NEW ENG ND PROPELLER SERV INC    1200. 01    8844
P.O. BOX 244                                          51-7011/2111
EAST HADDAM, CT  06423                Date 8-10-01

Pay to the
Order of  Elsea . . .  Corp  $ 5000

Five Thousand nd 00/100                     Dollars

CITIZENS BANK
Connecticut

For  Inv# 16789

⑂ H153. 00

E 0000130