

EISEN & JOHNSTON LAW CORPORATION
880 NINTH STREET, STE. 1400
SACRAMENTO, CA 95814

REMITTANCE ADVICE

90-2267/911/1211

13701

THE SUM 265 DOLS 00 CTS

DOLLARS

TO THE ORDER OF

Clerk - Third District Court of Appeal - 128000    265 00

San Joaquin # 293475

U.S. BANK OF CALIFORNIA
SACRAMENTO MAIN OFFICE    SACRAMENTO, CA 95814

⑆013701⑆ ⑆121122676⑆ 153401011496⑆

EISEN & JOHNSTON LAW CORPORATION
890 NINTH STREET, STE. 1400
SACRAMENTO, CA 95814

REMITTANCE ADVICE

90-2267/911/1211

13700

THE SUM 100 DOLS 00 CTS

DOLLARS

TO THE ORDER OF

Clerk - San Joaquin Superior Court - 128001    100 00

Case No. 293475

Nastro v. D'Onofrio

U.S. BANK OF CALIFORNIA
SACRAMENTO MAIN OFFICE    SACRAMENTO, CA 95814

⑆013700⑆ ⑆121122676⑆ 153401011496⑆



E 0000133

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

August 30, 2001

Invoice # 16820


Vincent Nastro v. D'Onofrio


For the period July 21, 2001 through August
20, 2001


### Professional services

|          |     |                                                              | Hours | Amount |
|----------|-----|--------------------------------------------------------------|-------|--------|
| 7/24/01  | JAE | Review draft order denying new trial; email to co-counsel re time to appeal | 0.25  | 75.00  |
| 7/31/01  | JAE | Confer with associate re designation of record               | 0.25  | 75.00  |
| 8/1/01   | FLS | Prepare notice of appeal; check on trial dates.              | 0.50  | 75.00  |
|          | JAE | Confer with Mr. Snowden re notice of appeal, record designation | 0.25  | 75.00  |

E 0000134

New England Propeller Serv, Inc                                    Page    2

Invoice # 16820
1280.01

|  | | Hours | Amount |
|---|---|---|---|
| 8/2/01 FLS | Telephone calls to client re: hearing dates and cost estimate of reporter's transcript. | 0.25 | 37.50 |
| 8/9/01 FLS | Telephone calls to reporters, client re: reporter's transcript dates; prepare designation. | 1.25 | 187.50 |
| 8/10/01 FLS | Telephone calls to client and reporter re: payment of estimate. | 0.25 | 37.50 |
| 8/13/01 FLS | Telephone call to reporter and court clerk re: check for RT payment. | 0.25 | 37.50 |
| | For professional services rendered | 3.25 | $600.00 |
| | Additional charges: | | |
| 8/20/01 | Filing Fees - Clerk, Third District Court of Appeal. | | 265.00 |
| | Filing Fees - Clerk, San Joaquin Superior Court. | | 100.00 |
| | Lexis legal research charges. | | 127.98 |
| | Lexis legal research charges. | | 4.94 |
| | Lexis legal research charges. | | 10.95 |
| | Postage charges. | | 6.25 |
| | Facsimile charges. | | 8.00 |
| | Photocopy charges. | | 6.20 |
| | Total costs | | $529.32 |

New England Propeller Serv, Inc

Invoice # 16820
1280.01

Page    3

|  | Amount |
|---|---|
| Total amount of this bill | $1,129.32 |
| Previous balance | $11,895.17 |
| 8/14/01 Payment check #8844 | ($5,000.00) |
| 8/20/01 Payment from trust account | ($1,370.68) |
| 8/30/01 Payment from Account - | ($1,129.32) |
| Total payments | ($7,500.00) |
| Balance due | $5,524.49 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 2.50 | 150.00 | $375.00 |
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

|  | Amount |
|---|---|
| Previous balance of Client funds | $0.00 |
| 8/14/01 Payment to Account - ck#8843 | $2,500.00 |
| 8/20/01 Withdrawal from Account tranfers to general account to be applied to balance. | ($1,370.68) |
| 8/30/01 Payment from Account - | ($1,129.32) |
| New balance of Client funds | $0.00 |



EISEN & JOHNSTON LAW CORPORATION
P.O. BOX 111
SACRAMENTO, CA 95812-0111

4180

90-2267 811
1211

REMITTANCE ADVICE

THE SUM 2500 DOLS 00 CTS.

DOLLARS

PAY

DATE

From U.S. BANK
SACRAMENTO, CA 95814

"004180" ⑈121122676⑈ 1534010140069"

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

August 3, 2001

Invoice # 16789

Vincent Nastro v. D'Onofrio

For the period June 21, 2001 through July
20, 2001

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/21/01 | JAE | Research re grounds for new trial motion; Draft notice of intention to move for new trial; e-mail to Mr. Johannessen re grounds for new trial and procedure | 1.50 | 450.00 |
| 6/28/01 | JAE | Office conference with Mr. Johannessen; Telephone conference with client; Telephone conference with Mr. Johannessen; Review pre- and post-trial points and authorities | 2.00 | 600.00 |

New England Propeller Serv, Inc

Page     2

Invoice # 16789
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 6/28/01 JAE | Telephone conference with Mr. D'Onofrio; Telephone conference with Mr. Johannessen; Review trial transcripts | 4.50 | 1,350.00 |
| 6/29/01 JAE | Finish review of trial transcripts; compile transcript notes; Telephone conferences with Mr. Johannessen; Research; begin drafting points and authorities re new trial. | 7.25 | 2,175.00 |
| 7/1/01 JAE | Drafting points and authorities re new trial motion | 6.00 | 1,800.00 |
| 7/2/01 FLS | Prepare exhibits; confer with Mr. Eisen. | 0.75 | 112.50 |
| JAE | Drafting points and authorities re new trial motion; confer with Mr. Johannessen; revisions to points and authorities and final draft | 4.25 | 1,275.00 |
| 7/3/01 JAE | Letter to Judge Smith re setting new trial motion for hearing | 0.25 | 75.00 |
| 7/6/01 JAE | Telephone conference with Mr. D'Onofrio re new trial motion, further proceedings | 0.25 | 75.00 |
| 7/9/01 JAE | E-mail to Mr. Johannessen re material from plaintiff's counsel, scheduling of hearing | 0.25 | 75.00 |

E 0000139

New England Propeller Serv, Inc                                    Page    3

Invoice # 16789
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/10/01 | JAE | Telephone conference with Mr. Johannessen re hearing date for new trial motion, judge's schedule for briefing | 0.25 | 75.00 |
| 7/18/01 | JAE | Drafting reply points and authorities in support of new trial motion | 4.00 | 1,200.00 |
| 7/19/01 | JAE | Revise, edit and finalize reply new trial points and authorities | 2.00 | 600.00 |
| 7/20/01 | JAE | Court appearance re motion for new trial; travel to, from Stockton | 4.50 | 1,350.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 44.50 | $13,237.50 |

Additional charges:

|  |  | Amount |
|---|---|---|
| 7/20/01 | Filing Fees - 7/3/01, Superior Court of California. | 70.53 |
|  | Lexis legal research charges. | 99.19 |
|  | Postage charges. | 4.46 |
|  | Photocopy charges. | 17.70 |
|  | Facsimile charges. | 16.00 |
|  | AT & T Charges | 0.18 |
|  | **Total costs** | **$208.06** |
|  | Total amount of this bill | $13,445.56 |
|  | Previous balance | $3,449.61 |

E 0000140

New England Propeller Serv, Inc

Invoice # 16789
1280.01

Page    4

| | Amount |
|---|---|
| 7/20/01 Receipt of transfer from trust account | ($3,449.61) |
| 8/3/01 Payment from Account - | ($1,550.39) |
| Total payments | ($5,000.00) |
| Balance due | $11,895.17 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 0.75 | 150.00 | $112.50 |
| JAY-ALLEN EISEN | 43.75 | 300.00 | $13,125.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| | | |
|---|---|---|
| | Previous balance of Client funds | $0.00 |
| 7/17/01 | Payment to Account - CK#8637 | $5,000.00 |
| 7/20/01 | Transfer to general account to pay balance due 6/20/01 | ($3,449.61) |
| 8/3/01 | Payment from Account - | ($1,550.39) |
| | New balance of Client funds | $0.00 |

E 0000141



NEW ENGLAND PROPELLER SERV. INC.
P.O. BOX 344
EAST HADDAM, CT 06423

Pay to the Order of Eisen & Johnson Law Corp $ 5000

Five Thousand and 00/100 Dollars

CITIZENS BANK
Connecticut

For

1280.01

TRUST

EISEN & JOHNSTON LAW CORPORATION
P.O. BOX 111
SACRAMENTO, CA 95812-0111

4156

90-2267   811
1211

THE SUM 4777 DOLS 74 CTS

DOLLARS

TO THE ORDER OF

Eisen & Johnston Law Corp 1280.01

CHECK AMOUNT
4777 74

1280.01

TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

⑈004156⑈ ⑆121122676⑆ 15340 1011066⑈

E 0000142

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

June 22, 2001

Invoice # 16606

Vincent Nastro v. D'Onofrio

For the period May 21, 2001 through June
20, 2001

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/21/01 | JAE | Review request for statement of decision; Telephone conference with Mr. Johannessen re proposals as to content | 0.25 | 75.00 |
| 5/23/01 | JAE | Telephone conference with Mr. D'Onofrio re new deposition of formerly unavailable witness; Telephone conference with Mr. Johannessen; Review transcripts of trial | 2.25 | 675.00 |

New England Propeller Serv, Inc
Invoice # 16606
1280.01                                                          Page    2

|          |     |                                                                                                      | Hours | Amount   |
|----------|-----|------------------------------------------------------------------------------------------------------|-------|----------|
| 5/24/01  | JAE | Review draft proposals as to statement of decision; Telephone conference with Mr. Johannessen; revise and edit proposals; further Telephone conference with Mr. Mr. Johannessen; Review fax from client | 3.75  | 1,125.00 |
| 5/30/01  | JAE | Telephone conference with Mr. Simpson re Judge Smith's ruling and status of same; Review files; fax materials to Mr. Simpson re Judge Smith ruling; Telephone conference with client | 1.25  | 375.00   |
| 5/31/01  | JAE | Telephone conference with Mr. D'Onofrio on developments in bankruptcy trial, ▉▉▉▉▉ | 0.25  | 75.00    |
| 6/12/01  | JAE | Review judgment; Telephone conference with Mr. Johannessen | 0.25  | 75.00    |
| 6/13/01  | JAE | Telephone conference with Mr. D'Onofrio; Telephone conference with Mr. Johannessen; Research re failure of court to issue proposed statement of decision and allow objections | 1.75  | 525.00   |
| 6/15/01  | JAE | Further research re reversal for denial of right to object to proposed statement of decision; Telephone conference with Mr. Johannessen | 0.50  | 150.00   |
| 6/17/01  | JAE | Draft letter brief to Judge Smith re withdrawal of premature judgment | 0.50  | 150.00   |

New England Propeller Serv, Inc                          Page    3

Invoice # 16606
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 6/18/01 JAE | Office conference with Mr. Johannessen re new trial motion, withdrawal of premature judgment | 0.25 | 75.00 |
| 6/20/01 JAE | Telephone conference with Mr. Johannessen re motion for new trial motion; Telephone conference with Mr. Simpson re bankruptcy trial | 0.25 | 75.00 |
|  | For professional services rendered | 11.25 | $3,375.00 |
|  | Additional charges: |  |  |
| 6/20/01 | AT & T Charges |  | 2.20 |
|  | Lexis legal research charges. |  | 11.01 |
|  | Facsimile charges. |  | 60.00 |
|  | Photocopy charges. |  | 1.40 |
|  | Total costs |  | $74.61 |
|  | Total amount of this bill |  | $3,449.61 |
|  | Previous balance |  | $270.76 |
| 6/14/01 | Payment check #8361 |  | ($270.76) |
|  | Balance due |  | $3,449.61 |

E 0000145

New England Propeller Serv, Inc                                    Page    4

Invoice # 16606
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 11.25 | 300.00 | $3,375.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

May 25, 2001

Invoice # 16529


Vincent Nastro v. D'Onofrio


For the period April 21, 2001 through May
20, 2001


Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/27/01 JAE | Office conference with Mr. Johannesen | 1.00 | 300.00 |
| 5/2/01 JAE | Review faxes from client, Mr. Johannessen; Telephone conference with Mr. Johannessen; Telephone conference with client; confer with Ms. Johnston; further Telephone conference with client | 2.50 | 750.00 |
| 5/3/01 FLS | Research judgment as tentative decision; confer with Mr. Eisen. | 2.00 | 300.00 |


E 0000147

New England Propeller Serv, Inc                          Page    2

Invoice # 16529
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/3/01 | JAE | Confer with Mr. Snowden; Telephone conference with client; Telephone conference with Mr. Walsh; Review cases from Mr. Snowden | 1.25 | 375.00 |
| 5/4/01 | JAE | Telephone conference with client; Telephone conference with Mr. Johannessen; further Research re judgment prior to statement of decision; Drafting letter to judge | 1.75 | 525.00 |
| 5/7/01 | FLS | Telephone calls re: costs of reporter's transcript. | 0.25 | 37.50 |
|  | JAE | Telephone conference call with client, Mr. Johannessen | 0.75 | 225.00 |
| 5/8/01 | JAE | Telephone conference with client | 0.25 | 75.00 |
| 5/10/01 | JAE | Review draft of request for statement of decision; e-mail to Mr. Johannessen; Telephone conference with Mr. Johannessen; Review transcript of hearing before Judge Murray on sanctions | 2.50 | 750.00 |
| 5/11/01 | JAE | Further review transcript of sanctions hearing and sanctions order | 1.50 | 450.00 |
| 5/13/01 | JAE | Edit and revise draft request for statement of decision; e-mail memo to Mr. Johannessen re same | 2.50 | 750.00 |
| 5/14/01 | JAE | Review latest draft of request for statement of decision; further revisions; Telephone conferences with and e-mails to, from Mr. Johannessen | 1.50 | 450.00 |

E 0000148

New England Propeller Serv, Inc                                    Page    3

Invoice # 16529
1280.01

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 17.75 | $4,987.50 |
| Additional charges: | | |
| 5/20/01 Facsimile charges. | | 61.00 |
| Total costs | | $61.00 |
| Total amount of this bill | | $5,048.50 |
| 5/25/01 Payment from Account - | | ($4,777.74) |
| Balance due | | $270.76 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 2.25 | 150.00 | $337.50 |
| JAY-ALLEN EISEN | 15.50 | 300.00 | $4,650.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| | | Amount |
|---|---|---|
| Previous balance of Client funds | | $4,777.74 |
| 5/25/01 Payment from Account - | | ($4,777.74) |
| New balance of Client funds | | $0.00 |



NEW ENGLAND PROPELLER SERV. INC
P.O. BOX 244
EAST HADDAM, CT. 06423

8149

Pay to the
Order of Eisen + Johnston                    $ 4000.00

Four thousand dollars and 00/100              Dollars

CITIZENS BANK
Connecticut

For Retainer

⑆211170114⑆ 221002955000 8149

---

NEW ENGLAND PROPELLER SERV. INC
P.O. BOX 244
EAST HADDAM, CT. 06423

7956

Pay    Eisen + Johnston Law Corp    $ 1000.00

one thousand dollars and 00/100              Dollars

CITIZENS BANK
Connecticut
Pro v. Donofrio

For Retainer

⑆211170114⑆ 221002995000 7956

---

EISEN & JOHNSTON LAW CORPORATION
P.O. BOX 111
SACRAMENTO, CA 95812-0111

4143

90-2267
1211    811

PAY

THE SUM 222 DOLS 26 CTS                      DOLLARS

| DATE | TO THE ORDER OF | | | CHECK AMOUNT |
|------|------------------|--|--|--------------|
| 7/2/01 | Eisen & Johnston Law Corp = 1290.01 | | | 222.26 |

TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

E 0000150

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

Arthur D'Onofrio
P. O.Box 244
East Haddam CT 06423

1280.01

April 27, 2001

Invoice # 16444

Vincent Nastro v. D'Onefrio

For the period March 21, 2001 through April
20, 2001

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/28/01 | JAE | Telephone conference with Scott Johannesen re status of D'Onofrio action | 0.25 | 75.00 |
|  | JAE | Telephone conference with Mr. Johannessen re status of matter | 0.25 | 75.00 |
| 3/29/01 | JAE | Telephone conference with client | 0.25 | 68.75 |
|  |  | For professional services rendered | 0.75 | $218.75 |

E 0000151

Arthur D'Onofrio                                        Page    2

Invoice # 16444
1280.01

     Additional charges:

|  |  | Amount |
|---|---|---|
| 4/20/01 | Postage charges. | 1.65 |
|  | Postage charges. | 1.86 |
|  | Total costs | $3.51 |
|  | Total amount of this bill | $222.26 |
| 4/27/01 | Payment from Account - | ($222.26) |
|  | Balance due | $0.00 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 0.25 | 275.00 | $68.75 |
| JAY-ALLEN EISEN | 0.50 | 300.00 | $150.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

|  |  |  |
|---|---|---|
|  | Previous balance of Client funds | $0.00 |
| 4/25/01 | Payment to Account - #7956 | $1,000.00 |
| 4/27/01 | Payment from Account - | ($222.26) |
|  | New balance of Client funds | $777.74 |

E 0000152

## PAYMENTS FROM NEW ENGLAND PROPELLER TO EISEN
### Nastro3

| DOC. NO. | DATE | AMOUNT |
|---|---|---|
| E - 150 | 4/9/2001 | $1,000.00 |
| E - 150 | 5/4/2001 | $4,000.00 |
| E - 142 | 7/11/2001 | $5,000.00 |
| E - 131 | 8/10/2001 | $2,500.00 |
| E - 130 | 8/10/2001 | $5,000.00 |
| E - 129 | 8/31/2001 | $6,895.17 |
| E - 113 | 10/14/2001 | $3,572.17 |
| E - 109 | 1/2/2002 | $1,903.04 |
| E - 106 | 1/28/2002 | $559.02 |
| E - 102 | *2/26/2002 | $1,926.18 |
| E - 102 | *3/27/2002 | $228.92 |
| E - 94 | 4/29/2002 | $4,018.49 |
| E - 94 | 5/30/2002 | $4,960.96 |
| E - 80 | 6/28/2002 | $11,053.98 |
| E - 76 | 7/30/2002 | $7,508.06 |
| E - 71 | 8/28/2002 | $12,224.05 |
| E - 71 | 9/24/2002 | $12,224.04 |
| E - 63 | 10/15/2002 | $5,004.24 |
| E - 63 | 11/5/2002 | $5,071.25 |
| E - 63 | 11/19/2002 | $288.67 |
| E - 60 | 1/9/2003 | $5,345.00 |
| E - 57 | 1/29/2003 | $5,345.00 |
| E - 57 | 2/14/2003 | $5,652.56 |
| E - 57 | 3/4/2003 | $112.74 |
| E - 48 | 3/21/2003 | $183.05 |
| E - 43 | 5/7/2003 | $6,161.25 |
| E - 93 | 5/30/2003 | $2,459.66 |
| E - 30 | 7/2/2003 | $11,779.03 |
| E - 30 | 7/24/2003 | $3,870.71 |
| E - 27 | 9/3/2003 | $1,730.41 |
| E - 23 | 10/8/2003 | $4,835.95 |
| E - 19 | 10/22/2003 | $364.00 |
| E - 15 | 11/25/2003 | $861.99 |
| E - 14 | 12/8/2003 | $1,611.36 |
| E - 7 | 2/24/2004 | $1,790.25 |
| E - 7 | 3/3/2004 | $3,747.47 |
| E - 7 | 3/24/2004 | $297.74 |
| | | |
| | TOTAL | $151,086.41 |

Nastro3.ExcelCharts.Payments.NewEnglandPropeller.Eisen

EXHIBIT

tabbies

C

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on June 1, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

Edwin L. Doernberger