

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:02CV00857(DJS) |
| ARTHUR M. D'ONOFRIO, et. al. | : |
| Defendants. | : June 1, 2004 |

## MOTION OF CONTEMPT FOR VIOLATION OF COURT ORDER

Plaintiff Vincent Nastro ("Nastro") moves that an Order of Contempt be issued against defendants Arthur M. D'Onofrio ("D'Onofrio") and New England Propeller Service, Inc. ("NEPS") for violation of the Court Order for a preliminary injunction filed herein on May 16, 2003. In support of this motion, plaintiff represents as follows:

1. By Order dated May 16, 2003 (the "Order"), the Court ordered, among other items, that NEPS "shall not transfer any funds ... to Arthur M. D'Onofrio ... or for the benefit of Arthur M. D'Onofrio ...."

2. Since the date of the Order, NEPS has paid to Jay-Allen Eisen Law Corporation ("Eisen") the sum of at least $33,348.57 in violation of the Order.

3.  The payments set forth in paragraph 2 were in violation of the Order since they were made by NEPS for the benefit of D'Onofrio for legal fees for the representation of D'Onofrio in that certain action entitled Vincent Nastro v. Arthur M. D'Onofrio, Superior Court of California, County of San Joaquin, Stockton Branch, Case No. 293975 (the "California Litigation"), in that:

    A.  Eisen is counsel of record for D'Onofrio in the California litigation.

    B.  Since prior to the date of Eisen's appearance in the California litigation, D'Onofrio has been the only defendant in the California litigation.

    C.  Examination of all invoices and payments therefore shows that all services rendered by Eisen were rendered on behalf of D'Onofrio.

    D.  Upon information and belief, all of the payments set forth above were ordered by D'Onofrio as president of NEPS.

**WHEREFORE**, Nastro requests that the Court find that Arthur M. D'Onofrio and NEPS are in violation of the Order and that, on account of said violation, the Court further order as follows:

1.  That D'Onofrio and NEPS obtain from Eisen the sum of $33,348.50 and any additional amounts paid by NEPS to Eisen since May 16, 2003, and deposit all such funds with the Clerk of this Court to be held pending a final judgment in this matter;

2.  That the Court order that a receiver be appointed for NEPS to insure future compliance with the Order, with payment for said receiver to be paid for by NEPS;

3.  That Nastro be awarded his attorney's fees in connection with the bringing of this motion; and

4.  That the Court issue such further orders as appropriate under the circumstances.

A Memorandum of Law and affidavit are attached hereto and by reference incorporated herein.

                THE PLAINTIFF
                VINCENT NASTRO

by: _____
     Edwin L. Doernberger
     Saxe, Doernberger & Vita, P.C.
     1952 Whitney Avenue
     Hamden, CT 06517
     Tel. (203) 287-8890
     Fax. (203) 287-8847
     e-mail: eld@sdvlaw.com
     Fed. Bar No. ct05199