# JAY-ALLEN EISEN

Law
Corporation    Appellate, Writ and Motion Practice                    JAY-ALLEN EISEN

                                                    Certified Specialist in Appellate Law
980 Ninth Street, Suite 1900              State Bar of California Board of Legal Specialization
Sacramento, California  95814

916·444·6171 Telephone
916·441·5810 Telecopier


TO      :   Ed Doernberger
FROM    :   Michelle L. Miccichè
RE      :   D'Onofrio
DATE    :   May 7, 2004


Enclosed please find a few more documents that were inadvertently left out of the package that was sent to you on Wednesday.

I apologize for any inconvenience this may have caused.

Thank you.


Enclosure

**EXHIBIT**

D

tabbies'

EB00000001

# DECLARATION OF CUSTODIAN OF RECORDS

I, Michelle L. Micciche, declare as follows:

1.    I am a paralegal for Jay-Allen Eisen Law Corporation in Sacramento, California.  In this capacity, I have access to our clients' billing files.

2.    The documents attached to this declaration are true and correct copies of the complete billing file for Arthur D'Onofrio, representing invoices for services rendered and a history of payments received.  The documents are being produced as they are kept in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is based upon my personal knowledge, and if called as a witness I would so testify.

Executed on May 5, 2004 at Sacramento, California.

MICHELLE L. MICCICHE

EEB000000

LEGAL SERVICES AGREEMENT

1.    This agreement is between you, *NEW ENGLAND PROPELLER SERVICE, INC* ~~U.S. Propeller Service of California, Inc.~~ and Arthur M. D'Onofrio its President and Eisen & Johnston Law Corporation. 

2.    We agree to provide the following legal services: Assist with post-trial proceedings, possible appeal from final judgment Re: *Nastro v. D'Onofrio, et al.*

*If you want us to provide additional services, a new agreement describing those services is required.*

3.    We agree to keep you informed of the status of your matter; to promptly advise you of any new developments that may be important; to return your telephone calls the same day if possible and in no event more than 24 hours after you call us, weekends and holidays excluded; and to respond to your written communications as soon as practicable.

4.    You agree that you are retaining the law firm, rather than a particular attorney, and that attorney services will not necessarily be performed by a particular attorney.

5.    You agree to be truthful and cooperative with us; to keep us informed of any changes in your address or telephone number; to promptly respond to our inquiries; and to make all payments as required by this agreement.

6.    *We cannot guarantee a particular result in your case. You agree that we have made no promises about the outcome and that any opinion we may give you is not a guarantee.*

Fees and costs

7.    *We cannot tell you in advance the total cost of legal services to be provided under this agreement. Unless this agreement expressly provides for a flat rate or a maximum amount of fees and costs that will be charged, you agree that we have made no promises about the total amount of fees and costs you will incur, and that any estimate we may give you is not a guarantee. You further agree that you will pay the full amount of our bill, even if it exceeds any estimate we may have given you. We agree to provide you monthly statements showing all work performed, fees charged and expenses incurred. We encourage you to notify us promptly of any concerns you may have about your account, and to discuss with us any questions you may have about your fees and costs.*

8.    You agree to pay fees for the legal services we provide on the following terms:

(a)    Legal services will be charged at an hourly rate. The rates are stated on the attached Rate Schedule, and are subject to change on thirty (30) days written notice.

(b)    The kinds of services that you will be billed for include, but are not limited to, time spent on the following:

&#10148;    research, drafting, reviewing and editing documents;

&#10148;    telephone calls, letters, memoranda and other communications related to your matter;

Legal Services Agreement
April 12, 2001
Page 2

> conferences among attorneys within the firm or, when appropriate in our opinion, with outside counsel;

> meetings, appearances at court or other proceedings, including time spent waiting or traveling;

> copying and compiling documents to be served or filed in court or other entities;

> word processing and in-house printing.

(c)    You will also be billed for various costs and expenses we incur in providing you legal services under this agreement, including the following:

> fees charged by courts, administrative agencies, court reporters;

> fees charged by expert witnesses, consultants, investigators or process servers;

> long distance telephone calls; facsimile charges; messenger, overnight mail and other delivery fees; postage; photocopying and other reproduction costs;

> Lexis, a computer-based research tool, and other computer services for which we must pay fees to use;

> local travel expenses such as parking; and out-of-town travel expenses such as transportation, meals, lodging and other necessary expenses.

9.    We will not charge you for time spent talking with you about your bill. You agree to tell us within 30 days of receipt if you dispute anything about our bill. Specific questions about your bill should be directed to our Business Manager, Patricia Laubhan, at (916) 784-1368.

10.    We will send you monthly billing statements. Our billing period is from the 21st of one month to the 20th of the following month. All fees are due and payable upon presentation of the statement. We charge an annual interest rate of ten percent (10%) on all accounts that are thirty (30) days past due.

11.    You agree to deposit $5,000 into the Eisen & Johnston Law Corporation trust account. We may require additional deposits to our trust account if the initial deposit is exhausted. A failure to make such further deposits as we may require shall be grounds to terminate this agreement.

12.    You have the right to arbitrate billing disputes through the Sacramento County Bar Association Fee Arbitration Procedures (Business & Professions Code section 6200, et seq.)

13.    You agree that Eisen & Johnston Law Corporation will have a lien against any and all property and or sums of money that may be recovered on your behalf as security for fees and

Legal Services Agreement
April 12, 2001
Page 3

costs owed to us.

14.     Sometimes it is possible to recover attorney fees from the opposing party.  The amount of fees awarded by a court or otherwise recovered may be more or less than the amount you have paid to us.  If the award is less than your total bill, you agree to pay the difference.  If the award is more than your total bill, we will reimburse you for the amount you have paid us, and you agree that we may keep the remainder.

Canceling this agreement

15.     You may cancel this agreement at any time by giving us written notice.  We will stop work on your matter when we receive your notice or as soon as practicable, and will formally withdraw as your counsel of record in any pending action or proceeding.  You agree you will pay for all services provided through the date we receive notice of cancellation, and any further services we must provide to protect your rights prior to the formal withdrawal.

16.     We may cancel this agreement at any time as permitted by the Rules of Professional Conduct of the State Bar of California.

(a)     The circumstances under which we may cancel this agreement include:

➢     you consent;

➢     your conduct makes it unreasonably difficult for us to continue to represent you;

➢     you do not pay for our services or fail to abide by other terms of this agreement.

(b)     If we cancel this agreement, you are obligated to pay a reasonable amount for legal services provided and costs advanced before the cancellation, and for any services after that point that may be necessary to protect your rights prior to our withdrawal from your case.  You agree that any amount in trust at the time of cancellation may be applied to any balance due.

(c)     If we are representing you in a pending action or proceeding, we may request that you sign a withdrawal of attorney.  If you fail or refuse to do so, and we obtain a court order allowing us to withdraw, you agree to pay our reasonable fees and costs incurred in obtaining the court order.

17.     If this agreement is cancelled by you or by us, you are entitled to all of your papers and property in our possession.  On your request, we will release these items to you or to any person you designate in writing.

General provisions

18.     If any part of this agreement is held to be unenforceable for any reason, the remaining parts of this agreement will be severable and enforceable.

E000005

19.     This agreement may be changed only by a writing signed by you and us.

20.     If your account becomes overdue, you agree to pay all costs of collection, including fees or costs that may be charged by our bookkeeping service and/or a collection agency. If any lawsuit, arbitration, or other proceeding results from a dispute between us concerning fees and costs charged or services provided under this agreement, the prevailing party will be entitled to recover reasonable attorney fees and costs incurred, including costs of arbitration and all other proceedings.

21.     We carry Errors and Omissions Insurance coverage as required by the State Bar of California.

22.     This agreement is required by Business & Professions Code section 6148 and is intended to fulfill the requirements of that section.

23.     We are not obligated to provide legal services on your behalf until you have signed and returned this agreement, and deposited the required amount in trust, as described in paragraph 11 above. If, on your request, we provide services on your behalf before you sign and return this agreement and make the required trust deposit, you agree to pay for the services we provide on the terms stated in this agreement.

Dated:  4/12/01

                            EISEN & JOHNSTON
                            Law Corporation


                            By: _____
                            JAY-ALLEN EISEN

Dated: 4/18/01

                            By: _____
                            ARTHUR M. D'ONOFRIO
                            *PRESIDENT*

*AD*  **CLIENT INITIALS**

NEW ENGLAND PROPELLER SERV, INC.
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

6182

Pay to the order of Jay-Allen Eisen Law Corp

Date 3-24-01

$279.74

Two hundred seventy-nine and 74/100 — — — — Dollars

CITIZENS BANK
Connecticut

1917

⑈006182⑈ ⑆211170114⑆ 2210029990⑈

---

NEW ENGLAND PROPELLER SERV, INC.
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

6027

Pay to the order of Jay-Allen Eisen Law Corp

Date 3-24-01

$2190.00

Two thousand one hundred ninety and 00/100 — — — Dollars

CITIZENS BANK
Connecticut

3961

⑈006027⑈ ⑆211170114⑆ 2210029990⑈

---

NEW ENGLAND PROPELLER SERV, INC.
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

6072

Pay to the order of Jay-Allen Eisen Law Corporation

Date 3-30-01

$3746.00

Three thousand seven hundred forty-six and 00/100 — — — Dollars

CITIZENS BANK
Connecticut

4107

⑈006072⑈ ⑆211170114⑆ 2210029990⑈

E020000007

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

March 30, 2004

RE:  Vincent Nastro v. D'Onofrio

Invoice # 19190

For the period February 21, 2004 through March 20, 2004

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/21/2004 | JAE | Review ex parte request to clarify ruling on production of records | 0.20 | 80.00 |
| 2/23/2004 | JAE | Telephone conference with Mr. Smith re document production order, clarification | 0.20 | 80.00 |
| 3/1/2004 | JAE | Telephone conference with Mr. Smith re result of ex parte hearing, status conference | 0.20 | 80.00 |
| 3/2/2004 | JAE | Review ex parte application for commission to subpoena Connecticut documents; telephone conference with Mr. Smith re same | 0.40 | 160.00 |

E 0000008

New England Propeller Serv, Inc

Page        2

| | | Hours | Amount |
|---|---|---|---|
| 3/2/2004 JAE | Research, drafting arguments re unavailability of commission to issue out-of-state subpoena; e-mail same to Mr. Smith | 2.50 | 1,000.00 |
| 3/4/2004 JAE | Telephone conference with Mr. Smith re ex parte hearing, | 0.20 | 80.00 |
| 3/5/2004 JAE | Telephone conference with Mr. Smith; further research re authority of court to issue commission for trial subpoena to obtain out-of-state documents | 1.30 | 520.00 |
| 3/7/2004 JAE | Research re writ petition challenging order for commission to issue out-of-state subpoenas; begin drafting writ petition | 3.50 | 1,400.00 |
| 3/8/2004 JAE | Telephone conference with client; continue drafting re writ petitoin | 4.00 | 1,600.00 |
| 3/9/2004 JAE | Assemble documents supporting writ petition; telephone conference with Mr. Smith; continue drafting re writ petition | 3.50 | 1,400.00 |
| 3/10/2004 JAE | Drafting writ petition; telephone conference with client, Mr. Karsten re not proceeding with writ petition | 3.00 | 1,200.00 |
| CAR | Confer with Mr. Eisen regarding writ and strategy regarding same. | 0.30 | 60.00 |
| 3/19/2004 SAG | Research regarding Civil Code 3439.07 conflict of laws issue. | 2.00 | 180.00 |
| 3/20/2004 JAE | Review new ex parte request for sauctions, discovery and continuance | 0.20 | 80.00 |

New England Propeller Serv, Inc

Page    3

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 21.50 | $7,920.00 |

Additional Charges :

| | | |
|---|---|---|
| 3/20/2004 Facsimile charges. | | |
| Photocopy charges. | | 131.00 |
| | | 24.80 |
| Total costs | | $155.80 |
| Interest on overdue balance | | $2.45 |
| Total amount of this bill | | $8,078.25 |
| Previous balance | | $5,217.46 |
| 3/9/2004 Payment check #6027 | | ($1,190.25) |
| 3/18/2004 Payment check #6072 | | ($3,747.47) |
| Total payments and adjustments | | ($4,937.72) |
| Balance due | | $8,357.99 |

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Athena Roussos | 0.30 | 200.00 | $60.00 |
| JAY-ALLEN EISEN | 19.20 | 400.00 | $7,680.00 |
| SANTIAGO AVILA-GOMEZ | 2.00 | 90.00 | $180.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 8,078.25 | 279.74 | 0.00 | 0.00 | 0.00 |

E020000010

New England Propeller Serv, Inc

Page        4

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000011

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

February 27, 2004

RE:  Vincent Nastro v. D'Onofrio

Invoice # 19117

For the period January 21, 2003 through February 20, 2004

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/30/2004 | JAE | Telephone conference with Mr. Smith re status of motion to compel | 0.10 | 40.00 |
| 2/9/2004 | JAE | Telephone conference with Mr. Smith; review order on motion to compel | 0.20 | 80.00 |
| 2/18/2004 | JAE | Review latest pleadings re discovery motions | 0.20 | 80.00 |
| | | For professional services rendered | 0.50 | $200.00 |

New England Propeller Serv, Inc

Additional Charges :

Page    2

| | Amount |
|---|---|
| 2/20/2004 Photocopy charges. | |
| Facsimile charges. | 1.00 |
| | 28.00 |
| Total costs | |
| Interest on overdue balance | $29.00 |
| | $50.74 |
| Total amount of this bill | |
| Previous balance | $279.74 |
| | $4,937.72 |
| Balance due | |
| | $5,217.46 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 0.50 | 400.00 | $200.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 279.74 | 4,937.72 | 0.00 | 0.00 | 0.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000013

NEW ENGLAND PROPELLER SERV. INC.

1/8/04

E BB0000014

**NEW ENGLAND PROPELLER SERV, INC**
P.O. BOX 244
EAST HADDAM, CT 06423

1280.0

5544

51-7011/2111
271

Date 11-25-03

Pay to the order of Jay-Allen Eisen Law

$ 861.99

Eight hundred sixty-one and 99/100 ———————— Dollars

CITIZENS BANK
Connecticut

For 18824

⑈005544⑈ ⑆211170111⑇ 2210029990⑈

EE0000015

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 27, 2004

RE:  Vincent Nastro v. D'Onofrio
Invoice # 19107

For the period November 12, 2003 through January 20, 2004

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/2003 | JG | Progress Meeting | 0.60 | 81.00 |
| | JG | Review Opposition | 0.50 | 67.50 |
| 1/14/2003 | JG | Research re One-Judgment Rule & Execution | 2.70 | 364.50 |
| 1/17/2003 | JG | Research re One-Judgment Rule & Execution | 4.20 | 567.00 |
| 1/19/2003 | JG | Research re One-Judgment Rule & Execution | 5.10 | 688.50 |
| 1/20/2003 | JG | Draft Memo re research | 8.00 | 1,080.00 |

E█████0000016

New England Propeller Serv, Inc

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/2003 | JG | Progress Meeting | 0.50 | 67.50 |
| 12/22/2003 | JAE | Review deposition notices; e-mail from, to Mr. Karsten, co-counsel re same | 0.20 | 70.00 |
| 1/20/2004 | JAE | Telephone conference with Mr. Smith re latest discovery motion, opposition; review motion; review draft points and authorities, research edit; revise same | 1.50 | 600.00 |

For professional services rendered

|  | 23.30 | $3,586.00 |
|---|---|---|

Additional Charges :

| 1/20/2004 | Photocopy charges. | |
|---|---|---|
| | Postage charges. | 6.20 |
| | Facsimile charges. | 0.37 |
| | Egbok, Inc. | 54.00 |
| | AT & T Charges | 97.40 |
| | AT & T Charges | 2.86 |
| | Total costs | 0.64 |
| | | $161.47 |

| Total amount of this bill | $3,747.47 |
|---|---|
| Previous balance | $2,801.61 |
| 1/8/2004 Payment check #5732 | ($1,611.36) |
| Total payments and adjustments | ($1,611.36) |

E B 0000017

New England Propeller Serv, Inc

Page        3

Amount

Balance due

$4,937.72

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | | | |
| JAY-ALLEN EISEN | 1.50 | 400.00 | $600.00 |
| JENNIFER GIBSON | 0.20 | 350.00 | $70.00 |
| | 21.60 | 135.00 | $2,916.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000018

THU 14:54 FAX 916 441 5810

10/30/03

**NEW ENGLAND PROPELLER SERV, INC**
P.O. BOX 244
EAST HADDAM, CT  06423

1280.61

5317

Pay to the order of Jay-Allen Eisen Law Corp.

Date 10-23-03

Three hundred sixty-four and 00/100

$ 364.00

CITIZENS BANK

For 12770

⑆005317⑆ ⑆211207130⑆ 2210025190⑆

# Jay-Allen Eisen Law Corporation
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

December 01, 2003

RE: Vincent Nastro v. D'Onofrio
Invoice # 18889

For the period October 21, 2003 through November 20, 2003

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2003 | JAE | Telephone conference with client re status of enforcement efforts in Connecticut; review fax from Connecticut counsel | 0.30 | 105.00 |
| 10/22/2003 | JAE | E-mail to client, telephone conference with Mr. Johannessen | 0.40 | 140.00 |
| | JAE | Letter to Ms Abdallah | 0.30 | 105.00 |
| 10/23/2003 | JAE | E-mail from, to Mr. Johannessen re discovery orders; e-mail from Mr. Karsten re interest; research; e-mail to Mr. Karsten re interest rate and method of calculation | 1.00 | 350.00 |

E█▊0000020

New England Propeller Serv, Inc

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2003 | JAE | Memo to Ms. Abdallah re correction to letter; e-mail to Mr. Johannessen re same - No charge | 0.30 | NO CHARGE |
| 10/24/2003 | JAE | E-mail to Mr. Karsten, Mr. Johannessen; review material from Mr. Karsten; research; further e-mail to Mr. Karsten re discovery orders | 0.90 | 315.00 |
| 10/27/2003 | JAE | Review e-mail from Mr. Karsten; research re 3d-party discovery rights; e-mail to Mr. Karsten re same | 1.30 | 455.00 |
| 11/5/2003 | JAE | E-mail from, to Mr. Karsten re interest rates and calculation | 0.30 | 105.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 4.80 | $1,575.00 |

Additional Charges :

| | | |
|---|---|---|
| 11/20/2003 | Facsimile charges. | |
| | Photocopy charges. | 27.00 |
| | Postage charges. | 1.20 |
| | | 0.37 |
| | Total costs | $28.57 |
| | Interest on overdue balance | $7.79 |
| | Total amount of this bill | $1,611.36 |
| | Previous balance | $1,225.99 |
| 10/30/2003 | Payment check # 5317 | ($364.00) |

E □■0000021

.c

Page      3

| | Amount |
|---|---|
| ...d adjustments | ($364.00) |
| | $2,473.35 |

Professional Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| | 4.50 | 350.00 | $1,575.00 |
| | 0.30 | 0.00 | $0.00 |

| Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|
| ...1.99 | 0.00 | 0.00 | 0.00 |

...BY THE 10TH OF EACH MONTH.
...RE APPLIED ON BALANCES THAT ARE MORE THAN

E000000022

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 248
EAST HADDAM, CT 06423

1280.01

5247

CITIZENS BANK
Connecticut

⑆005247⑆ ⑆211170114⑆ 2210029990⑆

E█0000023

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

October 29, 2003

RE: Vincent Nastro v. D'Onofrio

Invoice # 18824

For the period September 21, 2003 through October 20, 2003

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/2003 | JAE | Drafting order for payment of sanctions by joint check; telephone conference with Ms. Abdallah; e-mail to client re same | 0.50 | 175.00 |
| 9/24/2003 | JAE | E-mail to to client re status of order for payment of sanctions; telephone conference with Ms. Abdallah; review fax from Ms. Abdallah; further e-mails to client | 0.80 | 280.00 |
| 10/1/2003 | JAE | Telephone conference with client re current developments, status of order on motion for entry of judgement | 0.20 | 70.00 |

E█0000024

New England Propeller Serv, Inc

Page  2

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/7/2003 | JAE | Telephone message from Mr. Johannessen; e-mail to Mr. Johannessen re post-judgment orders, ▬▬▬▬ | 0.20 | 70.00 |
| 10/14/2003 | JAE | Review order for entry of judgment; telephone conference with Mr. Johannessen | 0.20 | 70.00 |
| 10/16/2003 | JAE | Telephone conference with Mr. Johannessen re judgment, order for judgment | 0.20 | 70.00 |
| 10/17/2003 | JAE | Letter to Ms. Abdallah re proposed order for entry of judgment | 0.30 | 105.00 |

For professional services rendered

2.40     $840.00

Additional Charges :

| | | |
|---|---|---|
| 10/20/2003 | Photocopy charges. | 1.70 |
| | Facsimile charges. | 17.00 |
| | Total costs | $18.70 |
| | Interest on overdue balance | $3.29 |
| | Total amount of this bill | $861.99 |
| | Previous balance | $5,199.95 |
| 10/20/2003 | Payment check #5247 | ($4,835.95) |
| | Total payments and adjustments | ($4,835.95) |

E▬▬0000025

New England Propeller Serv, Inc

Page    3

_____ Amount

Balance due

$1,225.99

## Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JAY-ALLEN EISEN | 2.40 | 350.00 | $840.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 861.99 | 364.00 | 0.00 | 0.00 | 0.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E██0000026

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

1280.0

5035

51-7811/2111
271

Pay to the order of _Jay-Allen Eisen Law Corp_     Date _9-3-03_     $ _1730.41_

_One thousand seven hundred thirty and 41/100_ _____ Dollars

CITIZENS BANK
Connecticut

For _Aug 6_

⑈005035⑈ ⑆211170114⑆ 2210029990⑈

E 0000027

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

September 26, 2003

RE:  Vincent Nastro v. D'Onofrio
Invoice # 18770

For the period August 21, 2003 through September 20, 2003

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/8/2003 | CAR | Telephone conference with client regarding status of sanctions order. | 0.20 | 36.00 |
| 9/14/2003 | JAE | Telephone conference with Mr. Johannessen re status of trial; telephone conference with Ms. Abdallah re status of dealings with Cammack | 0.30 | 105.00 |
| 9/20/2003 | JAE | Telephone conversation with Ms. Abdallah, review minute order, draft order for joint payees | 0.60 | 210.00 |
| For professional services rendered | | | 1.10 | $351.00 |

E 0000028

New England Propeller Serv, Inc

Additional Charges :

Page    2

| | Amount |
|---|---|
| 9/20/2003 Facsimile charges. | |
| Total costs | 13.00 |
| | $13.00 |
| Total amount of this bill | |
| Previous balance | $364.00 |
| 9/9/2003 Payment check # 5035 | $6,566.36 |
| Total payments and adjustments | ($1,730.41) |
| | ($1,730.41) |
| Balance due | |
| | $5,199.95 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Athena Roussos | 0.20 | 180.00 | $36.00 |
| JAY-ALLEN EISEN | 0.90 | 350.00 | $315.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E000000029

NEW ENGL. PROPELLER SERV, INC
P.O. BOX 211
EAST HADDAM, CT 06423

1784

Pay to the order of Jay-Allen Eisen Law Corp

Date 7-24-03

$ 3870.71

Three thousand eight hundred seventy and 71/100 Dollars

CITIZENS BANK
Connecticut

For #18544

⑈004784⑈ ⑆211170114⑆ 22100299990⑈

---

NEW ENG___ND PROPELLER SERV INC
P.O. BOX 240
EAST HADDAM, CT 06423

4638

Pay to the order of Jay-Allen Eisen Law Corp.

Date 7-2-03

$ 11779.23

Eleven thousand seven hundred seventy-nine and 23/100 Dollars

CITIZENS BANK
Connecticut

For #8899

⑈004638⑈ ⑆211170114⑆ 22100299990⑈

E[redacted]0000030