# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

September 08, 2003

RE:  Vincent Nastro v. D'Onofrio
Invoice # 18716

For the period July 21, 2003 through August 20, 2003

|  |  | Hours | Amount |
|---|---|---|---|
| 7/21/2003 CAR | Telephone conference with Mr. D'Onofrio regarding Nastro's motion to enter judgment. | 0.20 | 36.00 |
| 7/22/2003 CAR | Review motion for entry of judgment; review cases cited by Nastro in support of motion; email to Mr. Eisen regarding thoughts on same; begin drafting opposition. | 2.50 | 450.00 |
| 7/24/2003 CAR | Finish drafting opposition to motion for judgment; finalize same. | 1.50 | 270.00 |
| 7/29/2003 CAR | Telephone conference with Ms. Abdallah's office regarding consolidating motion hearings. | 0.20 | 36.00 |

E 0000031

New England Propeller Serv, Inc

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/30/2003 | JAE | Confer with Ms. Roussos re status of motions; Review briefing on motion to enter separate judgment for compensatory damages | 0.50 | 175.00 |
| | CAR | Research for motions; draft letter to court asking to consolidate hearings; review opposition to motion to restrain plaintiff from collecting fee award; confer with Mr. Eisen regarding same; draft reply to motion to restrain plaintiff from executing fee award. | 3.80 | 684.00 |
| 7/31/2003 | JAE | Review, edit and revise closing points and authorities in support of motion to restrain further collection | 0.80 | 280.00 |
| | CAR | Prepare letter to court with amended opposition brief; prepare amended opposition brief; confer with Mr. Eisen briefly regarding same. | 0.50 | 90.00 |
| 8/1/2003 | CAR | Review/revise letter to court with amended opposition brief; review/revise reply brief regarding motion to restrain plaintiff from executing sanctions order. | 0.50 | 90.00 |
| | MM | Cite checked and proofread Opposition to Motion for Entry of Judgment | 1.00 | 75.00 |
| 8/5/2003 | CAR | Check court calendar for D'Onofrio hearings; telephone conference with court clerk to try to consolidate hearings. | 0.50 | 90.00 |
| 8/6/2003 | JAE | Review file, prep for hearing on motion | 0.30 | 105.00 |

New England Propeller Serv, Inc

Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/6/2003 | CAR | Check tentative ruling of court on motion to enter judgment; telephone conference with Mr. D'Onofrio regarding same; brief conference with Mr. Eisen; preparation for hearing. | 1.00 | 180.00 |
| 8/7/2003 | JAE | Court appearance at San Joaquin Superior re motion for judgment; travel to, from Stockton. Telephone conference with Mr. D'Onofrio re motions, new trial. | 2.50 | 875.00 |
|  | JAE | Telephone conference with Mr. D'Onofrio re motions, new trial | 0.20 | 70.00 |
| 8/13/2003 | CAR | Review supplemental reply brief from Nastro regarding motion to enter judgment. | 0.30 | 54.00 |
| 8/14/2003 | JAE | Review files; prep for closing | 0.30 | 105.00 |
| 8/15/2003 | JAE | Court appearance re motions to restrain execution, vacate judgment; travel to, from San Joaquin superior court; telephone conference with client | 3.20 | 1,120.00 |

For professional services rendered

|  |  |
|---|---|
| | 19.80    $4,785.00 |

Additional Charges :

| 8/20/2003 | Postage charges. |  |
|---|---|---|
| | Photocopy charges. | 6.51 |
| | Facsimile charges. | 18.80 |
| | Total costs | 10.00 |
| | Interest on overdue balance | $35.31 |
| | | $15.64 |

E 0000033

New England Propeller Serv, Inc

Page    4

| | Amount |
|---|---|
| Total amount of this bill | |
| | $4,835.95 |
| Previous balance | |
| | $1,730.41 |
| Balance due | |
| | $6,566.36 |

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Athena Roussos | 11.00 | 180.00 | $1,980.00 |
| JAY-ALLEN EISEN | 7.80 | 350.00 | $2,730.00 |
| MICHELLE MICCICHE | 1.00 | 75.00 | $75.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 4,835.95 | 1,730.41 | 0.00 | 0.00 | 0.00 |

E820000031

# Jay-Allen Eisen Law Corporation
## P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

August 04, 2003

RE:  Vincent Nastro v. D'Onofrio

Invoice # 18636

For the period June 21, 2003 through July 20, 2003

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/23/2003 | CAR | Telephone conference with Mr. Eisenstein regarding information needed for motion to enjoin Nastro from further collection efforts; make revisions to same. | 0.80 | 144.00 |
| 6/24/2003 | CAR | Additional revisions to motion to enjoin Nastro; voicemail to Mr. Eisenstein to obtain copy of judgment abstract. | 0.60 | 108.00 |
| 6/25/2003 | SAG | Copy and fax unpublished 3rd District Court of Appeal opinion to Eisenstein. | 0.20 | 15.00 |
| | CAR | Review correspondence from Mr. Eisenstein; review and revise motion for injunction; prepare declaration of Mr. Eisenstein and request for judicial notice; | 1.90 | 342.00 |

E0000035

New England Propeller Serv, Inc

Page 2

| | | Hours | Amount |
|---|---|---|---|
| | fax draft of motion and supporting documents to Mr. Eisenstein; attention to reserving hearing date for motion. | | |
| 6/25/2003 JAE | Review, edit and revise motion to enjoin collection | | |
| 6/26/2003 JAE | Telephone conference with Mr. D'Onofrio re denial of review, motion to stop enforcement, motion to vacate judgment | 1.00 | 350.00 |
| 7/2/2003 CAR | Prepare order vacating judgment and letter to judge explaining same. | 0.50 | 175.00 |
| 7/7/2003 CAR | Revise letter to court regarding order vacating judgment; confer with Mr. Eisen regarding possible conflicts of interest with judges and opposing counsel. | 0.70 | 126.00 |
| 7/8/2003 CAR | Revise letter to presiding judge regarding order vacating judgment; finalize same; telephone conference with Judge Humphreys' clerk regarding possible disqualification; prepare letter to Judge Humphreys regarding same. | 0.50 | 90.00 |
| 7/17/2003 CAR | Review motions filed by Nastro; email to Mr. D'Onofrio regarding same; calendar opposition dates. | 0.70 | 126.00 |
| | | 0.80 | 144.00 |

For professional services rendered

7.70    $1,620.00

E 0000036

New England Propeller Serv, Inc

Additional Charges :

Page   3

| | Amount |
|---|---|
| 6/30/2003 Filing Fees-Clerk, San Joaquin County Superior Court | |
| 7/20/2003 Postage charges. | 25.30 |
| Photocopy charges. | 20.21 |
| Facsimile charges. | 54.90 |
| Total costs | 10.00 |
| | $110.41 |
| Interest on overdue balance | $40.30 |
| Total amount of this bill | $1,770.71 |
| Previous balance | $15,649.74 |
| 7/11/2003 Payment check #4638 | ($11,779.03) |
| Total payments and adjustments | ($11,779.03) |
| Balance due | $5,641.42 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Athena Roussos | 6.00 | 180.00 | $1,080.00 |
| JAY-ALLEN EISEN | 1.50 | 350.00 | $525.00 |
| SANTIAGO AVILA-GOMEZ | 0.20 | 75.00 | $15.00 |

E   0000037

New England Propeller Serv, Inc

Page        4

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 1,770.71 | 3,870.71 | 0.00 | 0.00 | 0.00 |

E 0000038

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

June 27, 2003

RE:  Vincent Nastro v. D'Onofrio
Invoice # 18544

For the period May 21, 2003 through June 20, 2003

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/21/2003 | JAE | Review decision from Connecticut court of appeal | 0.30 | 105.00 |
|  | SAG | Research regarding enforcement of California judgment in Connecticut, can it be stayed by an injunction? | 1.80 | 135.00 |
| 5/22/2003 | JAE | Telephone conference with client re Connecticut decision, options possibly available in California | 0.20 | 70.00 |
| 5/27/2003 | JAE | Confer with law clerk re research issues | 0.20 | 70.00 |

E 0000039

New England Propeller Serv, Inc

|  |  |  | Page 2 |
|---|---|---|---|
|  |  | Hours | Amount |
| 6/2/2003 CAR | Review procedures for enjoining plaintiff from enforcing judgment out of state; review file. | 3.50 | 630.00 |
| JAE | Telephone conference with client re status of Connecticut proceedings, possible motion in California to stop enforcement of sanctions award; confer with Ms. Roussos | 0.30 | 105.00 |
| 6/5/2003 SAG | Research regarding injunction to prevent Nastro from executing registered California judgment in Connecticut. | 3.60 | 270.00 |
| 6/6/2003 SAG | Continue research into injunction to prevent execution of California judgment. | 4.30 | 322.50 |
| 6/10/2003 SAG | Continue research into injunction to prevent execution of California judgment. | 0.10 | 7.50 |
| 6/12/2003 SAG | Continue research into injunction to prevent execution of California judgment. | 1.00 | 75.00 |
| 6/16/2003 CAR | Draft motion to enjoin Nastro from collecting fee award; legal research for same. | 4.60 | 828.00 |
| 6/17/2003 CAR | Continue drafting motion to enjoin Nastro from collecting fee award; telephone conference with Mr. D'Onofrio; voicemail to Roger Eisenstein; discuss motion with Mr. Eisen. | 3.20 | 576.00 |
| JAE | Review draft motion to enjoin enforcement; Research re court's power to control own processes; Confer with Ms. Roussos re same | 1.20 | 420.00 |

E660000040

New England Propeller Serv, Inc

Page    3

| | | Hours | Amount |
|---|---|---|---|
| 6/19/2003 JAE | Confer with Ms. Roussos re issues in motion to enjoin enforcement in Connecticut of California judgment; telephone conversation with client | 0.40 | 140.00 |
| | For professional services rendered | 24.70 | $3,754.00 |
| | Additional Charges : | | |
| 6/20/2003 | Postage charges. | | 0.37 |
| | Photocopy charges. | | 16.30 |
| | Total costs | | $16.67 |
| | Interest on overdue balance | | $100.04 |
| | Total amount of this bill | | $3,870.71 |
| | Previous balance | | $14,238.69 |
| 6/13/2003 | Payment check #4436 | | ($2,459.66) |
| | Total payments and adjustments | | ($2,459.66) |
| | Balance due | | $15,649.74 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Athena Roussos | 11.30 | 180.00 | $2,034.00 |

E 000004

New England Propeller Serv, Inc

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JAY-ALLEN EISEN | 2.60 | 350.00 | $910.00 |
| SANTIAGO AVILA-GOMEZ | 10.80 | 75.00 | $810.00 |

Page 4

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 3,870.71 | 11,779.03 | 0.00 | 0.00 | 0.00 |

E 0000004?



NEW ENGLAND PROPELLER SER    NC    120.01    4278
P.O. BOX 244
EAST HADDAM, CT  06423

Date  5-7-03

Pay to the
Order of  Jay-Allen Eisen Law Corp    $ 6161.25

Six thousand one hundred sixty one and 25/100    Dollars

CITIZENS BANK
Connecticut

For  #18306

⑆004278⑆  ⑈211170161⑈  221002949①⑆

E██0000043

**Jay-Allen Eisen Law Corporation**
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

May 27, 2003

IN REFERENCE TO: Vincent Nastro v. D'Onofrio
Invoice # 18499

For the period April 21, 2003 through May 20, 2003

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/30/2003 | JAE | Telephone conference with Mr. D'Onofrio | 0.20 | 70.00 |
| 5/6/2003 | JAE | Review court of appeal briefs, petition for rehearing, record; Research re Supreme Court cases on discovery sanctions; begin drafting petition for Review in California Supreme Court | 3.00 | 1,050.00 |
| 5/9/2003 | JAE | Drafting petition for Review in California Supreme Court | 5.00 | 1,750.00 |
| 5/10/2003 | JAE | Drafting petition for Review | 6.00 | 2,100.00 |
| 5/11/2003 | JAE | Drafting petition for Review | 5.00 | 1,750.00 |

E020000044

New England Propeller Serv, Inc

Page    2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 5/12/2003 | JAE | Edit, revise and final draft petition for Review in California Supreme Court | 4.50 | 1,575.00 |
| | MM | Finalized Petition for Review; Table of Contents; Table of Authorities | 4.00 | 300.00 |
| | SAG | Cite-check and proof petition for review; file at court. | 5.60 | 420.00 |
| 5/13/2003 | JAE | Telephone conference with Mr. D'Onofrio re petition for Review; conference call with Connecticut counsel re effect of District Court of Appeal decision vacating punitive damages; initial research and confer with Ms. Roussos re same | 0.80 | 280.00 |
| 5/14/2003 | CAR | Confer with Mr. Eisen regarding legal research needed related to enforcement of judgment; conduct legal research regarding same; prepare research memo. | 5.70 | 1,026.00 |
| 5/15/2003 | JAE | Review draft memo from Ms. Roussos re effect of District Court of Appeal decision on finality and enforceability of judgment; Telephone conference with Connecticut counsel re appeal; Review Connecticut appeal decision; Telephone conference with Mr. D'Onofrio re same | 0.40 | 140.00 |
| | CAR | Review/revise research memo; cite check same; fax to Scott Karsten; send copy of memo to client. | 1.00 | 180.00 |
| 5/16/2003 | CAR | Office conferences with Mr. Eisen and Mr. Avila-Gomez regarding legal authority to file | 0.50 | 90.00 |

E█████0000045

New England Propeller Serv, Inc

Page     3

| | | Hours | Amount |
|---|---|---|---|
| 5/20/2003 JAE | Telephone conference with Mr. D'Onofrio; Research re client's right to enforce award of attorney fees; Telephone conference with Mr. Pearl re same; confer with Ms. Roussos re motion to quash execution | 2.30 | 805.00 |

For professional services rendered

|  | 44.00 | $11,536.00 |
|---|---|---|

Additional Charges :

| 5/20/2003 | Postage charges. | |
|---|---|---|
| | Photocopy charges. | 13.13 |
| | Facsimile charges. | 187.90 |
| | Binding Charges | 12.00 |
| | | 30.00 |

Total costs

$243.03

Total amount of this bill

$11,779.03

Previous balance

$8,620.91

| 5/19/2003 | Payment check #4278 | ($6,161.25) |
|---|---|---|

Total payments and adjustments

($6,161.25)

Balance due

$14,238.69

E B0000046

New England Propeller Serv, Inc

Page    4

## Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Athena Roussos | 7.20 | 180.00 | $1,296.00 |
| JAY-ALLEN EISEN | 27.20 | 350.00 | $9,520.00 |
| MICHELLE MICCICHE | 4.00 | 75.00 | $300.00 |
| SANTIAGO AVILA-GOMEZ | 5.60 | 75.00 | $420.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 5 2 0 0 0 0 0 4 7

General

mailed on
4/3/03

NEW ENGLAND PROPELLER SERV. INC
P. BOX 244
E. HADDAM, CT 06423

1280.01 GENERAL

3969

61-7011/2111
271

Date 3-21-03

Pay to the
Order of Jay Allen Eisen Law Corp                $ 183.05

One hundred eighty-thousand 05/100 ——— Dollars

CITIZENS BANK
Connecticut

MEMO 78240

2 6 6 8 7 0 1 1 6 7   2 2 1 0 0 2 9 9 9 0    3969

POSTED
4/7/03

(K)

DEPOSIT 4/3/03

E020000048

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

May 02, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18381

### For the period March 21, 2003 through April 20, 2003

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/2003 | JAE | Review notice from District Court of Appeal; email to client; Review District Court of Appeal opinion; further email to client, co-counsel | 0.80 | 280.00 |
| 4/2/2003 | JAE | Telephone conference with Mr. D'Onofrio re decision | 0.30 | 105.00 |
| 4/8/2003 | JAE | Telephone conference with Mr. D'Onofrio re rehearing, review and publication; confer with Ms. Roussos re rehearing | 0.30 | 105.00 |
| 4/15/2003 | JAE | Research and notes re petition for rehearing | 1.50 | 525.00 |

E 0000049

New England Propeller Serv, Inc

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/16/2003 | JAE | Drafting petition for rehearing; edit, revise and final draft; Letter to court requesting publication of Parts I and III of opinion | 3.80 | 1,330.00 |
| | SAG | Proof petition for rehearing. | | |
| 4/17/2003 | MM | Finalized Petition for Rehearing; Table of Contents; Table of Authorities | 0.60 | 45.00 |
| | | | 1.00 | 75.00 |

For professional services rendered

8.30    $2,465.00

Additional Charges :

| | | Amount |
|---|---|---|
| 4/20/2003 | Binding Charges | |
| | Photocopy charges. | 20.00 |
| | Total costs | 29.40 |
| | Interest on overdue balance | $49.40 |
| | | $58.00 |
| | Total amount of this bill | |
| | Previous balance | $2,572.40 |
| 4/3/2003 | Payment check #3969. Check No. 3969 | $6,231.56 |
| | Total payments and adjustments | ($183.05) |
| | | ($183.05) |
| | Balance due | |
| | | $8,620.91 |

E020000050

New England Propeller Serv, Inc

Page                              3

## Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JAY-ALLEN EISEN | 6.70 | 350.00 | $2,345.00 |
| MICHELLE MICCICHE | 1.00 | 75.00 | $75.00 |
| SANTIAGO AVILA-GOMEZ | 0.60 | 75.00 | $45.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 2,572.40 | 6,048.51 | 0.00 | 0.00 | 0.00 |

E 0000051

# Jay-Allen Eisen Law Corporation
### P. O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

March 28, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18306

For the period February 21, 2003 through March 20, 2003

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/24/2003 | JAE | Review briefs, begin argument prep | 0.80 | 280.00 |
| 2/25/2003 | KT | Update of cases for oral argument | 1.75 | 131.25 |
| 3/3/2003 | JAE | Review briefs, update research | 2.50 | 875.00 |
| 3/12/2003 | JAE | Review record references, begin digesting briefs | 3.00 | 1,050.00 |
| 3/14/2003 | JAE | Digesting briefs, oral argument preparation | 1.70 | 595.00 |
| 3/18/2003 | JAE | Digesting briefs, checking record | 4.50 | 1,575.00 |

E 0000052

New England Propeller Serv, Inc

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/19/2003 | JAE | Final argument prep; Court appearance in District Court of Appeal re oral argument; e-mail to client | 4.20 | 1,470.00 |
| 3/20/2003 | JAE | Telephone conference with client | 0.20 | 70.00 |
| | JAE | Telephone conference with client re oral argument | 0.20 | 70.00 |
| | SAG | Searched for transcripts on sanctions issues. | 0.60 | 45.00 |

For professional services rendered

Previous balance | 19.45 | $6,161.25

3/4/2003 Payment check #3847. Check No. 3847 | | $183.05

Total payments and adjustments | | ($112.74)

| | ($112.74)

Balance due

| | $6,231.56

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | | | |
| KIMBERLEE TRIPLETT | | | |
| SANTIAGO AVILA-GOMEZ | | | |

*Credited twice 3/4/03 + 2/14/03*

E020000053

New England Propeller Serv, Inc

**Page**    3

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E B  0 0 0 0 0 5 4

# Jay-Allen Eisen Law Corporation
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

February 28, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18240

For the period January 21, 2002 through February 20, 2003

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/21/2003 | JAE | Telephone conference with client re oral argument | 0.10 | 30.00 |
| 1/22/2003 | JAE | Telephone conference with client, Mr. Walsh re oral argument; Telephone conference with trial counsel re same; prepare oral argument request | 0.50 | 150.00 |
| | | For professional services rendered | 0.60 | $180.00 |

E⬛⬛0000055