New England Propeller Serv, Inc

Additional Charges :

Page    2

|  |  | Amount |
|---|---|---|
| 2/20/2003 | Postage charges. | 1.85 |
|  | Photocopy charges. | 1.20 |
|  | Total costs | $3.05 |
|  | Total amount of this bill | $183.05 |
|  | Previous balance | $11,110.30 |
| 2/12/2003 | Payment check #3609. Check No. 3609 | ($5,345.00) |
| 2/14/2003 | Payment check #3732 | ($5,652.56) |
| 2/14/2003 | Payment check # | ($112.74) |
|  | Total payments and adjustments | ($11,110.30) |
|  | Balance due | $183.05 |

Professional Summary

| ame | Hours | Rate | Amount |
|---|---|---|---|
| AY-ALLEN EISEN | 0.60 | 300.00 | $180.00 |

LL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
ONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
HIRTY DAYS PAST DUE

E B 0 0 0 0 0 5 6





(SEN & JOHNSTON

E 00 0000057

002

# Jay-Allen Eisen Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 10, 2003

Invoice # 18099

Vincent Nastro v. D'Onofrio

For the period November 21, 2002 through
December 20, 2002

Additional charges:

| | Amount |
|---|---|
| 11/21/02 Westlaw research charges | 109.85 |
| Total costs | $109.85 |
| Interest on overdue balance | $193.35 |
| Total amount of this bill | $303.20 |
| Previous balance | $16,039.36 |
| Balance due | $16,342.56 |

E 0000058

New England Propeller Serv, Inc

Invoice # 18099                                                    Page    2
1280.01

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 303.20  | 16,039.36 | 0.00  | 0.00    | 0.00     |

E  0000059



E 0000060

# Jay-Allen Eisen Law Corporation
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 28, 2003

Vincent Nastro v. D'Onofrio

Invoice # 18199

For the period December 21, 2002 through Jan*uary 20, 2003

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/20/2003 | JAE | Review notice from court of appeal re oral argument; memo to client re same. | 0.20 | 60.00 |
| | | For professional services rendered | 0.20 | $60.00 |
| | | Interest on overdue balance | | $52.74 |
| | | Total amount of this bill | | $112.74 |
| | | Previous balance | | $16,342.56 |
| 1/20/2003 | | Payment check #3493. Check No. 3493 | | ($5,345.00) |
| | | Total payments and adjustments | | ($5,345.00) |

E█20000061

New England Propeller Serv, Inc

Page     2

_____  Amount

Balance due

$11,110.30

Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JAY-ALLEN EISEN | 0.20 | 300.00 | $60.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 415.94 | 0.00 | 10,694.36 | 0.00 | 0.00 |

E020000062



PAY to the
Order of  Eisen + Johnston Law Corp.    $ 5004.24

Five thousand four 1/24 cus                      Dollars

CITIZENS BANK
Connecticut

For 17830

⑆211170114⑆  ⑈2210029990⑈    2966

---

NEW ENGLAN   ROPELLER SERV, INC   1280.01                     3093
P.O. BOX 244
EAST HADDAM, CT  06423                                          61-7011/2111
                                                                     271
PAY to the
Order of  Eisen + Johnston     Date 11/5/02     $ 5071.25

Five thousand seventy one + 25/100              Dollars

CITIZENS BANK
Connecticut

For 17908

⑆211170114⑆  ⑈2210029990⑈    3093

posted
11-14

---

NEW ENGLAND PR   ELLER SERV, INC                                3213
P.O. BOX 244
EAST HADDAM, CT  06423            1280.01                       61-7011/2111
                                                                     271
PAY to the
Order of  Eisen + Johnston     Date  11-19-02    $ 288.67

Two hundred eighty-eight and 67/100             Dollars

CITIZENS BANK
Connecticut

For 17967

⑆211170114⑆  ⑈2210029990⑈    3213

posted

E  2000063

Jay Allen Eisen Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

November 27, 2002

Invoice # 18031

Vincent Nastro v. D'Onofrio

For the period October 21, 2002 through
November 20, 2002

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 10/21/02 SAG | Research and review case law re premature appeal and dismissal. Read cases re issue and terminating sanctions. Pulled record cite (1446). Research CCP and Evidence Issue re Affidavit/Declaration. | 2.75 | 206.25 |
| 10/22/02 SAG | Research and review case law re premature appeal and dismissal. Research court rules and record | 6.00 | 450.00 |

E0000064

New England Propeller Serv, Inc

Invoice # 18031                                        Page    2
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
|  | cites in brief.  Continued research into affidavit/declaration evidence issue. |  |  |
| 10/23/02 JAE | Confer with law clerk re issues to research; Review initial results; Telephone conference with client re respondent's brief | 0.75 | 225.00 |
| SAG | Continued research into evidence issue re affidavit/declaration, effect of judicial notice on record and "truth" of record. | 5.00 | 375.00 |
| 10/24/02 JAE | Telephone conference with client and Larry Walsh | 0.25 | 75.00 |
| SAG | Read briefs and prepared analysis of cases and statutes cited. Began checking record cites, Began analysis of Nelson, Shaw and Smith. | 4.00 | 300.00 |
| 10/25/02 SAG | Continued research of derivative action, fraud and causation. | 3.00 | 225.00 |
| 10/29/02 SAG | Writing memo on fraud, causation and derivative actions. | 2.50 | 187.50 |
| 11/1/02 JAE | Review memos from law clerk; Review record references in respondent's brief | 3.00 | 900.00 |

E 0000065

New England Propeller Serv, Inc

Invoice # 18031                                                    Page    3
1280.01

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/3/02 | JAE | Begin Drafting reply brief | 3.75 | 1,125.00 |
| 11/5/02 | JAE | Continue Drafting closing brief | 4.00 | 1,200.00 |
| 11/6/02 | JAE | Drafting reply brief; confer with law clerk re additional issues to research; Telephone conference with Mr. D'Onofrio | 4.75 | 1,425.00 |
| 11/7/02 | JAE | Drafting reply brief | 3.25 | 975.00 |
| 11/8/02 | JAE | Complete first draft of reply brief | 2.75 | 825.00 |
| | SAG | Research constitutionality of punitive damage award absent showing of D's wealth. | 4.75 | 356.25 |
| 11/9/02 | JAE | Editing reply brief | 3.00 | 900.00 |
| 11/10/02 | JAE | Editing, revising and second draft reply brief | 4.75 | 1,425.00 |
| | SAG | Further research constitutionality of punitive damage award absent showing of D's wealth. | 3.50 | 262.50 |
| 11/11/02 | JAE | Edit, revise and third draft reply brief | 5.25 | 1,575.00 |
| 11/12/02 | JAE | Telephone conference with Mr. D'Onofro, Mr. Walsh; Review fax from Mr. Walsh; further revisions to draft | 3.00 | 900.00 |
| | CAR | Review draft closing brief and provide comments on same. | 2.50 | 450.00 |

E B 2 0 0 0 0 0 6 6

New England Propeller Serv, Inc

Page    4

Invoice # 18031
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/13/02 | JAE | Final revisions to draft reply brief; Telephone conference with client; Drafting introduction and conclusion; Review final brief | 2.75 | 825.00 |
|  | SAG | Cite-check legal and record cites, proof reply brief. | 6.75 | 506.25 |
| 11/14/02 | MM | Finalized Appellant's Reply Brief; Table of Contents; Table of Authorities | 2.50 | 187.50 |
|  | SAG | Final cite, record check, verify tables of contents, authorities. | 2.75 | 206.25 |

For professional services rendered

87.25 $16,087.50

Additional charges:

| 10/21/02 | Lexis legal research charges. | 45.36 |
|---|---|---|
| 11/20/02 | Postage charges. | 9.95 |
|  | Binding Charges | 21.25 |
|  | Photocopy charges. | 84.30 |

Total costs

$160.86

Total amount of this bill

$16,248.36

Previous balance

$10,155.16

E B 2 0 0 0 0 0 6 7

New England Propeller Serv, Inc

Page    5

Invoice # 18031
1280.01

| | | Amount |
|---|---|---|
| 10/29/02 Payment check # 2966 | | ($5,004.24) |
| 11/18/02 Payment check #3093 | | ($5,071.25) |
| 11/26/02 Payment check #3213 | | ($288.67) |
| Total payments | | ($10,364.16) |
| Balance due | | $16,039.36 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 41.25 | 300.00 | $12,375.00 |
| MICHELLE MICCICHE | 2.50 | 75.00 | $187.50 |
| Athena Roussos | 2.50 | 180.00 | $450.00 |
| SANTIAGO AVILA-GOMEZ | 41.00 | 75.00 | $3,075.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000068

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

October 25, 2002

Invoice # 17967


Vincent Nastro v. D'Onofrio


For the period September 21, 2002 through
October 20, 2002


Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/18/02 | JAE | Review respondent's brief, notes re reply, confer with law clerk | 0.75 | 225.00 |
|  |  | For professional services rendered | 0.75 | $225.00 |
|  |  | Additional charges: |  |  |
| 9/21/02 | AT & T Charges |  |  | 23.92 |
|  | Photocopy charges. |  |  | 17.60 |

E 0 0 0 0 0 0 6 9

New England Propeller Serv, Inc

Invoice # 17967                                                    Page    2
1280.01

| | Amount |
|---|---|
| 9/21/02 Postage charges. | |
| | 2.44 |
| Total costs | |
| | $43.96 |
| Interest on overdue balance | |
| | $19.71 |
| Total amount of this bill | |
| | $288.67 |
| Previous balance | |
| | $9,866.49 |
| Balance due | |
| | $10,155.16 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 5,359.92 | 4,795.24 | 0.00 | 0.00 | 0.00 |

E 0000070



P.O. BOX 244
EAST HADDAM, CT 06423

PROPELLER SERV, INC

1280.01

Date 8-28-02
51-7011/2111
271

PAY to the order of  Eisen + Johnston Law Corp $ 12224.05

Twelve thousand two hundred twenty four and 05/100

CITIZENS BANK
Connecticut

For Inv 17762

⑈2111701146⑈ 221002999011⑈ 2682

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

2841

Date 9-24-02
51-7011/2111
271

PAY to the order of  Eisen + Johnston Law $ 12224.04

Twelve thousand thirteen hundred twenty four Dollars

CITIZENS BANK
Connecticut

For 17762

⑈2111701146⑈ 221002999011⑈ 2841

E 0000071

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

October 10, 2002

Invoice # 17908


Vincent Nastro v. D'Onofrio


For the period August 21, 2002 through
September 20, 2002

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/23/02 | MMJ | Research dismissal for failure to pay judgment. | 4.50 | 1,350.00 |
| 9/3/02 | JAE | Review motion to dismiss appeal; Research re cases cited in motion to dismiss | 1.50 | 450.00 |
| 9/5/02 | JAE | Telephone conference with Mr. D'Onofrio re motion to dismiss appeal; confer with Ms. Johnston | 0.75 | 225.00 |

E020000072

New England Propeller Serv, Inc

Invoice # 17908                                                           Page    2
1280.01

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/6/02 | JAE | Confer with law clerk re issues for opposition to dismissal motion; confer with Ms. Johnston | 0.25 | 75.00 |
| | KT | Research Contempt. | 2.00 | 150.00 |
| 9/11/02 | JAE | Confer with Ms. Johnston re motion to dismiss; Telephone conference with Ms. Dorman re declaration; revising draft declaration; Drafting reply to motion to dismiss | 2.25 | 675.00 |
| 9/12/02 | JAE | Further drafting opposition to motion to dismiss appeal; Telephone conferences and e-mails with Roger Eisenstein, Nicole Dorman | 3.50 | 1,050.00 |
| | JAE | Final revisions to opposition to motion to dismiss | 2.50 | 750.00 |
| 9/16/02 | JAE | Final review of opposition to motion to dismiss | 0.25 | 75.00 |
| | MM | Finalized Opposition to Motion to Dismiss Appeal; Points and Authorities; Declarations in Support of Motion; Order | 1.50 | 112.50 |

For professional services rendered                      19.00  $4,912.50

Additional charges:

8/21/02 AT & T Charges

                                                                   17.39

E020000073

New England Propeller Serv, Inc
Invoice # 17908
1280.01

Page    3

| 8/21/02 Postage charges. | Amount |
|---|---|
| Photocopy charges. | 15.55 |
| Facsimile charges. | 50.00 |
| | 18.00 |
| Total costs | $100.94 |
| Interest on overdue balance | $57.81 |
| Total amount of this bill | $5,071.25 |
| Previous balance | $29,243.33 |
| 9/4/02 Payment check #2682 | ($12,224.05) |
| 9/26/02 Payment check #2841 | ($12,224.04) |
| Total payments | ($24,448.09) |
| Balance due | $9,866.49 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 11.00 | 300.00 | $3,300.00 |
| MARIAN M. JOHNSTON | 4.50 | 300.00 | $1,350.00 |
| MICHELLE MICCICHE | 1.50 | 75.00 | $112.50 |
| KIMBERLEE TRIPLETT | 2.00 | 75.00 | $150.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

FZ0000087

New England Propeller Serv, Inc

Invoice # 17908
1280.01                                                    Page    4

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 5,071.25 | 4,795.24 | 0.00 | 0.00 | 0.00 |

E BB0000075

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

2480

51-7011/21 271

Date 7-30-02

PAY to the order of  Eisen + Johnsten Law Corp  $ 7508.06

Seven thousand five hundred eight and 06/100 Dollars

CITIZENS BANK
Connecticut

For 1739

⑆241170114⑆ 2210029990⑆ 2480

E D B 0 0 0 0 0 7 9

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

August 27, 2002

Invoice # 17830

Vincent Nastro v. D'Onofrio

For the period July 21, 2002 through August 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/21/02 | KT | Cite check, review of AOB | 5.50 | 412.50 |
| | JAE | Final draft appellant's opening brief | 5.00 | 1,500.00 |
| 7/22/02 | JAE | Final revisions to appellant's opening brief; Draft intro and conclusionProof and correct appellant's opening brief, tables | 3.75 | 1,125.00 |
| | KT | Cite check, proof AOB | 6.50 | 487.50 |

E ER0000077

New England Propeller Serv, Inc
Invoice # 17830
1280.01

Page    2

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 7/22/02 | MM | Finalized Appellant's Opening Brief; Table of Contents; Table of Authorities | 2.00 | 150.00 |
| 7/23/02 | JAE | Telephone conference with client | | |
| 8/12/02 | JAE | Telephone conference with Ms. Abdallah re extending respondent's brief -- | 0.25 | 75.00 |
| | | | 0.10 | NO CHARGE |

For professional services rendered

Additional charges:                                    23.10  $3,750.00

| 8/20/02 | MM | Printing & Binding charges - 7/22/02 | |
| | MM | Printing & Binding charges - 7/23/02 | 143.46 |
| | Westlaw Research | | 41.76 |
| | Lexis legal research charges. | | 469.48 |
| | Lexis legal research charges. | | 179.63 |
| | Lexis legal research charges. | | 32.61 |
| | Lexis on-line research charges. | | 71.54 |
| | Photocopy charges. | | 78.95 |
| | Postage charges. | | 6.50 |

Total costs                                                      11.16

Interest on overdue balance                            $1,035.09

Total amount of this bill                                  $219.15

                                                                $5,004.24

E   0000078

New England Propeller Serv, Inc

Invoice # 17830                                                      Page    3
1280.01

|  | Amount |
|---|---|
| Previous balance | $31,747.15 |
| 8/7/02 Payment check #2480 | ($7,508.06) |
| Balance due | $29,243.33 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 9.10 | 300.00 | $2,730.00 |
| MICHELLE MICCICHE | 2.00 | 75.00 | $150.00 |
| KIMBERLEE TRIPLETT | 12.00 | 75.00 | $900.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 5,004.24 | 24,239.09 | 0.00 | 0.00 | 0.00 |

E880000079

NEW ENGLAND PROPELLER SERV, INC    120.01    2287
P.O. BOX 244
EAST HADDAM, CT 06423

Date 6/28/02                              51-7011/2111
                                              271

PAY to the
order of  Eisen + Johnston Law Corp    $ 11,053.98

Eleven thousand fifty - three and 98/100 ____ Dollars

CITIZENS BANK
Connecticut

For 17616

⑆ 211170114⑆ 22100299901⑆  2287

E 0020000080

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

July 25, 2002

Invoice # 17762

Vincent Nastro v. D'Onofrio

For the period June 21, 2002 through July 20, 2002

Professional services

| | | Hours | Amount |
|---|---|---|---|
| 6/25/02 JAE | Drafting opening brief | 2.25 | 675.00 |
| 6/26/02 JAE | Drafting opening brief | 2.75 | 825.00 |
| 6/27/02 JAE | Drafting opening brief | 2.00 | 600.00 |
| 7/2/02 JAE | Drafting sanctions argument | 4.00 | 1,200.00 |
| 7/3/02 JAE | Further drafting sanctions | 3.25 | 975.00 |
| 7/5/02 JAE | Drafting opening brief, fraud issues | 4.00 | 1,200.00 |

E0E0000081

New England Propeller Serv, Inc

Invoice # 17762                                                    Page   2
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/6/02 JAE | Drafting appellant's opening brief, sanctions | | 5.00 | 1,500.00 |
| 7/8/02 JAE | Revising and redrafting facts; e-mails to trial counsel, client | | 3.50 | 1,050.00 |
| 7/9/02 JAE | Drafting appellant's opening brief, sanctions and fraud arguments | | 4.00 | 1,200.00 |
| 7/10/02 JAE | Further Drafting appellant's opening brief, fraud argument; e-mail to client, co-counsel | | 4.00 | 1,200.00 |
| KT | Cite check, review of draft AOB | | 6.00 | 450.00 |
| 7/11/02 JAE | Review e-mail from Mr. Johannessen; Telephone conference with Mr. D'Onofrio, Mr. Walsh; Review transcripts for rulings by judge on admissibility of evidence offered by Mr. Johannessen, evidence that corporate records were sent to Nastro before 12/97; Drafting fraud argument | | 4.75 | 1,425.00 |
| KT | Cite check, review of AOB | | 2.00 | 150.00 |
| 7/12/02 JAE | Edit, revise and redrafting punitive damages argument | | 3.25 | 975.00 |
| 7/13/02 JAE | Further Drafting appellant's opening brief, conversion and contribution arguments; edit and revise factual summary, sanctions argument | | 5.00 | 1,500.00 |

E0020000082

New England Propeller Serv, Inc

Invoice # 17762                                                    Page    3
1280.01

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/14/02 | JAE | Edit and revise latest arguments | 3.50 | 1,050.00 |
| 7/15/02 | JAE | Review faxes from Mr. Walsh; Research and Draft addtional sections re evidentiary sanctions, specificity of order to produce documents; revisions to factual summary | 4.50 | 1,350.00 |
| | KT | Cite check, review of AOB | 5.50 | 412.50 |
| 7/16/02 | JAE | Second draft | 4.50 | 1,350.00 |
| | KT | Cite check, review of AOB | 4.75 | 356.25 |
| 7/17/02 | JAE | Telephone conference with client and Mr. Walsh; work on second draft of appellant's opening brief | 2.50 | 750.00 |
| | KT | Cite check, review of AOB | 5.00 | 375.00 |
| 7/18/02 | KT | Cite check, review of AOB | 5.00 | 375.00 |
| 7/19/02 | JAE | Continue second draft; e-mails to client, co-counsel re notes from Mr. Walsh | 3.00 | 900.00 |
| | KT | Cite check, review of AOB | 3.00 | 225.00 |
| 7/20/02 | JAE | Finish second draft; begin third draft | 7.50 | 2,250.00 |

For professional services rendered                   104.50 $24,318.75

E B 0000083

New England Propeller Serv, Inc
Invoice # 17762                                                    Page    4
1280.01

Additional charges:

| | Amount |
|---|---|
| 7/20/02 AT & T Charges | 0.22 |
| Lexis legal research charges. | 53.81 |
| Lexis legal research charges. | 15.24 |
| Lexis legal research charges. | 8.22 |
| Lexis legal research charges. | 16.55 |
| Photocopy charges. | 28.30 |
| Facsimile charges. | 7.00 |
| Total costs | $129.34 |
| Total amount of this bill | $24,448.09 |
| Previous balance | $18,353.04 |
| 7/9/02 Payment check #2287 | ($11,053.98) |
| Balance due | $31,747.15 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 73.25 | 300.00 | $21,975.00 |
| KIMBERLEE TRIPLETT | 31.25 | 75.00 | $2,343.75 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E000000084

**Eisen & Johnston Law Corporation**
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

June 28, 2002

Invoice # 17739

Vincent Nastro v. D'Onofrio

For the period May 21, 2002 through June 20, 2002

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/24/02 | JAE | Drafting factual summary | 2.50 | 750.00 |
| 5/28/02 | JAE | Research transcript re evidence of Nastro personal liability; further drafting | 2.50 | 750.00 |
|  | JAE | Telephone conference with Mr. D'Onofrio; Further research re causation in fraud cause of action | 2.50 | 750.00 |

- E 0000085