New England Propeller Serv, Inc

Invoice # 17739                                                      Page   2
1280.01

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 5/29/02 JAE | Research cases and record re fraud causation | | 3.00 | 900.00 |
| 5/30/02 JAE | Further drafting | | 2.75 | 825.00 |
| JAE | Research re liability of corporate shareholders, officers, directors in fraud cases | | 1.75 | 525.00 |
| 5/31/02 JAE | Telephone conference with Mr. D'Onofrio re theories for brief | | 0.25 | 75.00 |
| 6/3/02 JAE | Research re recovery of payments on behalf of corporation by volunteer | | 2.00 | 600.00 |
| KT | Research voluntary payment as damages, Fraud | | 4.50 | 337.50 |
| 6/4/02 JAE | Further record review re causation of damages issues; Telephone conference with client | | 1.25 | 375.00 |
| KT | Research voluntary payment issues for Appellant's opening Brief | | 5.00 | 375.00 |
| 6/6/02 KT | Research for Appellant's opening Brief | | 3.00 | 225.00 |
| 6/10/02 KT | Research for Appellant's Opening Brief | | 1.50 | 112.50 |
| 6/11/02 JAE | Telephone conference with Mr. Walch | | 0.25 | 75.00 |

E 2 0 0 0 0 0 8 9

New England Propeller Serv, Inc

Invoice # 17739                                                      Page    3
1280.01

| | | Hours | Amount |
|---|---|---|---|
| 6/18/02 JAE | Review clerk's transcript; Review transcripts of settlement conference hearings; Review final settlement | 0.75 | 225.00 |
| 6/19/02 JAE | E-mails to, from Mr. Johannessen re problems with settlement argument | 0.50 | 150.00 |
| 6/20/02 JAE | Compare oral settlement agreement on record in court with final, written settlement; e-mail to Mr. Johannessen re same | 1.50 | 450.00 |

For professional services rendered                    35.50  $7,500.00

Additional charges:

6/20/02 Postage charges.

Photocopy charges.                                                3.06

                                                                 5.00

Total costs

                                                               $8.06

Total amount of this bill

                                                           $7,508.06

Previous balance

6/6/02 Payment check #2054                                 $15,805.94

Balance due                                               ($4,960.96)

                                                          $18,353.04

E B B 0 0 0 0 0 8 7

New England Propeller Serv, Inc

Invoice # 17739                                    Page    4
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 21.50 | 300.00 | $6,450.00 |
| KIMBERLEE TRIPLETT | 14.00 | 75.00 | $1,050.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

EPB0000088

**Jay-Allen Eisen Law Corporation**
P. O. Box 111
Sacramento CA 95812
(916) 444-6171

/ew England Propeller Serv, Inc
. O. Box 244
ast Haddam CT 06423

280.01

ıgust 06, 2003

Ξ:  Vincent Nastro v. D'Onofrio
voice # 18650

For the period June 21, 2003 through July 20, 2003

| | | | Hours | Amount |
|---|---|---|---|---|
| ?3/2003 | CAR | Telephone conference with Mr. Eisenstein regarding information needed for motion to enjoin Nastro from further collection efforts; make revisions to same. | 0.80 | 144.00 |
| 4/2003 | CAR | Additional revisions to motion to enjoin Nastro; voicemail to Mr. Eisenstein to obtain copy of judgment abstract. | 0.60 | 108.00 |
| 5/2003 | SAG | Copy and fax unpublished 3rd District Court of Appeal opinion to Eisenstein. | 0.20 | 15.00 |
| | CAR | Review correspondence from Mr. Eisenstein; review and revise motion for injunction; prepare declaration of Mr. Eisenstein and request for judicial notice; | 1.90 | 342.00 |

E 0000089

New England Propeller Serv, Inc

|  | | Page 2 |
| --- | --- | --- |
| | **Hours** | **Amount** |

| | | | Hours | Amount |
| --- | --- | --- | --- | --- |
| 6/25/2003 JAE | fax draft of motion and supporting documents to Mr. Eisenstein; attention to reserving hearing date for motion. | | | |
| 6/26/2003 JAE | Review, edit and revise motion to enjoin collection | 1.00 | 350.00 |
| 7/2/2003 CAR | Telephone conference with Mr. D'Onofrio re denial of review, motion to stop enforcement, motion to vacate judgment | 0.50 | 175.00 |
| 7/7/2003 CAR | Prepare order vacating judgment and letter to judge explaining same. | 0.70 | 126.00 |
| 7/8/2003 CAR | Revise letter to court regarding order vacating judgment; confer with Mr. Eisen regarding possible conflicts of interest with judges and opposing counsel. | 0.50 | 90.00 |
| 7/2003 CAR | Revise letter to presiding judge regarding order vacating judgment; finalize same; telephone conference with Judge Humphreys' clerk regarding possible disqualification; prepare letter to Judge Humphreys regarding same. | 0.70 | 126.00 |
| 7/2003 CAR | Review motions filed by Nastro; email to Mr. D'Onofrio regarding same; calendar opposition dates. | 0.80 | 144.00 |

For professional services rendered

| 7.70 | $1,620.00 |
| --- | --- |

E B 2 0 0 0 0 0 9 0

New England Propeller Serv, Inc

Additional Charges :

Page      3

| | | Amount |
|---|---|---|
| 6/30/2003 | Filing Fees-Clerk, San Joaquin County Superior Court | |
| 7/20/2003 | Postage charges. | 25.30 |
| | Photocopy charges. | 20.21 |
| | Facsimile charges. | 54.90 |
| | Total costs | 10.00 |
| | | $110.41 |
| | Total amount of this bill | |
| | Previous balance | $1,730.41 |
| 7/11/2003 | Payment check #4638 | $15,649.74 |
| 7/30/2003 | Payment check #4784 | ($11,779.03) |
| | | ($3,870.71) |
| | Total payments and adjustments | |
| | | ($15,649.74) |
| | Balance due | |
| | | $1,730.41 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Athena Roussos | 6.00 | 180.00 | $1,080.00 |
| JAY-ALLEN EISEN | 1.50 | 350.00 | $525.00 |
| SANTIAGO AVILA-GOMEZ | 0.20 | 75.00 | $15.00 |

E 0000091

New England Propeller Serv, Inc

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

Page     4

JAY-ALLEN EISEN LAW CORPORATION
980 NINTH STREET, STE. 1900
SACRAMENTO, CALIFORNIA 95814

90-3341/1211

REMITTANCE ADVICE

Filing Fee for motion of Origna

14515

THE SUM 25 DOLS 30 CTS

DOLLAR

TO THE ORDER OF

Clerk, San Joaquin County Superior Court — 1280.01
Case No. 293875

CHECK AMT
25 3

RIVER CITY BANK
2485 NATOMAS PARK DRIVE   SACRAMENTO, CA 95833

⑃THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT. B

⑃"014515"⑃ ⑃121133416⑃:   0811042472⑃"

03   WED 13:51 FAX 916 441 5810          JAY-ALLEN EISEN LAW CORP                    ☑001

Mailed on 6/11/03

LAND PROPELLER SERV, INC     1280.01                    4436
CT 06423                                               81-701/1211

Jay-Allen Eisen Law Corporation          Date  5-30-03
two thousand four hundred fifty-nine and 66/100           2,459.66
ZENS BANK                                          Dollars ⑃
38/

"004436" ⑃121170134⑃: 22400293900⑃"

E☐☐0000093

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

2054

81-7011/2111
271

Date 5/30/02

PAY to the
Order of Eisen & Johnston Law Corp          $ 4960.99

Four thousand nine hundred and gixt 99/100          Dollars

CITIZENS BANK
Connecticut

For INV# 17550

⑈2111701141⑈ 22100250900⑈ 2054

⑈541210032⑈1534010111496⑈

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01

1844

81-7011/2111
271

1280.01    Date 4/29/02

Pay to the
Order of Eisen & Johnston          $ 4018.49

Four thousand eighteen & 49/100 —          Dollars

CITIZENS BANK
Connecticut

For _____

⑈2111701141⑈ 22100259990⑈ 1844

E 0000094

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

May 31, 2002

Invoice # 17616

Vincent Nastro v. D'Onofrio

For the period April 21, 2002 through May
20, 2002

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/23/02 | FLS | Continue RT summary | 2.75 | 412.50 |
| 4/24/02 | FLS | Continue RT summary | 3.25 | 487.50 |
| 4/25/02 | FLS | Continue RT summary; confer with Ms. Johnston re: punitive damages. | 2.75 | 412.50 |
|  | MMJ | Begin researching award of punitive damages. | 1.75 | 525.00 |

E0000095

New England Propeller Serv, Inc

Invoice # 17616                                                  Page    2
1280.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/26/02 FLS | Continue work on RT summary | | 2.25 | 337.50 |
| 4/29/02 FLS | Review material sent by Walsh; confer with Mr. Eisen. | | 2.25 | 337.50 |
| 4/30/02 FLS | Telephone call from Walsh; work on request for extension of time. | | 0.75 | 112.50 |
| 5/1/02 MMJ | Research record on punitive damages award. | | 3.75 | 1,125.00 |
| 5/2/02 JAE | Review material from Mr. Walsh; confer with Mr. Snowden; confer with Ms. Johnston re discovery sanction; Research re federal discovery sanction cases | | 2.25 | 675.00 |
| MMJ | Continue research on punitive damages award and begin drafting argument. | | 5.50 | 1,650.00 |
| 5/3/02 FLS | Review punitive damages argument, record citations and cases; confer with Ms. Johnston. | | 2.75 | 412.50 |
| JAE | Review transcript summary to date; confer with Mr. Snowden | | 1.25 | 375.00 |
| 5/7/02 JAE | Review completed transcript summaries; Review transcript re sanctions; Review sanctions motions and oppositions | | 2.25 | 675.00 |
| JAE | Research re ability to impose issue sanctions when discovery responses are produced but tardy | | 2.75 | 825.00 |

E█▉0000096

New England Propeller Serv, Inc

Invoice # 17616                                                    Page    3
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 5/8/02 JAE | Research re burden of proof re damages claimed for fraud | 2.00 | 600.00 |
| 5/10/02 JAE | Further Research re fraud damages | 1.50 | 450.00 |
| 5/15/02 JAE | Telephone conference with client | 0.50 | 150.00 |
| 5/17/02 JAE | Begin drafting opening brief | 2.25 | 675.00 |
| 5/20/02 JAE | Drafting appellant's opening brief | 2.50 | 750.00 |

|  |  | |
|---|---|---|
| For professional services rendered | 45.00 | $10,987.50 |
| Additional charges: | | |
| 5/20/02 Lexis legal research charges. | | 9.83 |
| AT & T Charges | | 0.22 |
| Photocopy charges. | | 6.30 |
| Postage charges. | | 4.56 |
| Total costs | | $20.91 |
| Interest on overdue balance | | $45.57 |
| Total amount of this bill | | $11,053.98 |
| Previous balance | | $8,770.45 |
| 5/7/02 Payment check #1844 | | ($4,018.49) |
| Balance due | | $15,805.94 |

E££0000097

New England Propeller Serv, Inc

Page    4

Invoice # 17616
1280.01

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 16.75 | 150.00 | $2,512.50 |
| JAY-ALLEN EISEN | 17.25 | 300.00 | $5,175.00 |
| MARIAN M. JOHNSTON | 11.00 | 300.00 | $3,300.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 11,053.98 | 4,751.96 | 0.00 | 0.00 | 0.00 |

E 0000098

# Eisen & Johnston Law Corporation
## P.O. Box 111
## Sacramento CA 95812
## (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

April 26, 2002

Invoice # 17550

Vincent Nastro v. D'Onofrio

For the period March 21, 2002 through April
20, 2002

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/1/02 JAE | Further Research re sanctions, punitive damages issues | 3.25 | 975.00 |
| 4/2/02 JAE | Review trial court exhibits; Research re evidence necessary to prove damages in fraud action, out-of-pocket rule | 2.25 | 675.00 |
| 4/4/02 JAE | Further research re discovery sanctions; notes re brief | 2.25 | 675.00 |
| 4/10/02 FLS | Confer with Mr. Eisen re: issues on appeal; begin RT summary. | 4.00 | 600.00 |

E8000000099

New England Propeller Serv, Inc

Invoice # 17550
1280.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/15/02 | FLS | Continue RT summary. | 3.00 | 450.00 |
| 4/16/02 | FLS | Continue RT summary | 2.00 | 300.00 |
| 4/17/02 | FLS | Continue RT summary | 0.50 | 75.00 |
| 4/18/02 | FLS | Continue RT summary | 3.75 | 562.50 |
| 4/19/02 | FLS | Continue RT summary | 4.00 | 600.00 |
| | | For professional services rendered | 25.00 | $4,912.50 |
| | | Additional charges: | | |
| 4/20/02 | | Facsimile charges. | | 7.00 |
| | | UPS, 03/20/02, to Ed Simpson, Simpson & Gigounas | | 41.46 |
| | | Total costs | | $48.46 |
| | | Total amount of this bill | | $4,960.96 |
| | | Previous balance | | $3,809.49 |
| | | Balance due | | $8,770.45 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 17.25 | 150.00 | $2,587.50 |
| JAY-ALLEN EISEN | 7.75 | 300.00 | $2,325.00 |

EBB0000100

New England Propeller Serv, Inc

Invoice # 17550
1280.01

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E00000101



NEW ENGLAND PROPELLER SERV. INC.    1449
P.O. BOX 244
EAST HADDAM, CT 06423

Date 2/26/02

Pay to the
Order of Eisen + Johnston Law Corp    $ 1,926 18

One thousand nine hundred twenty-six 18/100 Dollars

CITIZENS BANK
Connecticut

For 17190

⑆211170114⑆ 2210029990⑈ 1449



NEW ENGLAND PROPELLER SERV. INC.    1647
P.O. BOX 244
EAST HADDAM, CT 06423

Date 3-29-02

Pay to the
Order of Eisen & Johnston Law Corp $

Two hundred twenty eight and 92/100

CITIZENS BANK
Connecticut

For 17340

⑆211170114⑆ 2210029990⑈ 1647

E 0000010?

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

April 2, 2002

Invoice # 17404

Vincent Nastro v. D'Onofrio

For the period February 21, 2002 through
March 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/21/02 | JAE | Review faxes from client, Mr. Simpson | 0.50 | 150.00 |
| | JAE | Telephone conference with client | 0.25 | 75.00 |
| 2/27/02 | FLS | Prepare request for extension of time; draft attorney declaration; telephone call to opposing counsel re: stipulation. | 0.75 | 112.50 |
| 3/5/02 | FLS | Begin review of reporter's transcript and clerk's transcript; confer with Mr. Eisen re: possible issues. | 1.75 | 262.50 |

E 20000103

New England Propeller Serv, Inc

Invoice # 17404                                                   Page    2
1280.01

| | | Hours | Amount |
|---|---|---|---|
| 3/5/02 JAE | Review record; confer with Mr. Snowden re potential issues | 2.25 | 675.00 |
| 3/6/02 FLS | Continue work on summary of reporter's transcript. | 0.75 | 112.50 |
| 3/7/02 FLS | Confer with Mr. Eisen re: issues; continue summary of reporter's transcript. | 3.50 | 525.00 |
| 3/8/02 FLS | Continue review of record and RT summary. | 2.25 | 337.50 |
| JAE | Telephone conference with Mr. D'Onofrio | 0.25 | 75.00 |
| 3/11/02 JAE | Confer with Mr. Snowden re transcript review, sanctions issue; Research re sanctions | 1.50 | 450.00 |
| 3/13/02 JAE | Review trial court pleadings; Research re sanctions issue | 2.25 | 675.00 |
| 3/15/02 JAE | Research re punitive damages | 1.75 | 525.00 |
| | For professional services rendered | 17.75 | $3,975.00 |

Additional charges:

| | | |
|---|---|---|
| 3/20/02 | Lexis legal research charges. | 4.98 |
| | Postage charges. | 1.36 |
| | Photocopy charges. | 6.90 |
| | Facsimile charges. | 19.00 |

E█8█0000104

New England Propeller Serv, Inc

Invoice # 17404                                                      Page    3
1280.01

| | Amount |
|---|---|
| 3/20/02 Federal Express on 2/28/02 from Kroloff, Belcher, Smart | 11.25 |
| Total costs | $43.49 |
| Total amount of this bill | |
| Previous balance | $4,018.49 |
| 3/5/02 Payment check #1449 | $1,946.10 |
| 4/1/02 Payment check #1647 | ($1,926.18) |
| | ($228.92) |
| Total payments | |
| Balance due | ($2,155.10) |
| | $3,809.49 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 9.00 | 150.00 | $1,350.00 |
| JAY-ALLEN EISEN | 8.75 | 300.00 | $2,625.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000105



NEW ENGLAND PR⌐ ⌐LLER SERV, INC    128001    1260
P.O. BOX 244
EAST HADDAM, CT 06423                            61-7011/2111
                                    Date 1/28/02      271

Pay to the
Order of  Eisen & Johnston Law Corp  | $ 559.02

Five Hundred fifty -nine and 02/100 —— Dollars

CITIZENS BANK
Connecticut

For 7113

⑈:211170114⑈: 2210029990⑈    1260

E░░000010░

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

March 1, 2002

Invoice # 17264


Vincent Nastro v. D'Onofrio


For the period January 21, 2001 through
February 20, 2002


      Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/30/02 | JAE | Initial review of transcripts for completeness, confer with Mr. Snowden re potential issues to watch for | 0.75 | 225.00 |
| | For professional services rendered | | 0.75 | $225.00 |

Additional charges:

| | | Amount |
|---|---|---|
| 2/20/02 | AT & T Charges | 3.92 |
| | Total costs | $3.92 |

E▪▪0000107

New England Propeller Serv, Inc

Invoice # 17264                                                    Page    2
1280.01

|  | Amount |
|---|---|
| Total amount of this bill | $228.92 |
| Previous balance | $2,276.20 |
| 2/5/02 Payment check #1260 | ($559.02) |
| Balance due | $1,946.10 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E█0000108



E EB0000109

# Eisen & Johnston Law Corporation

P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 31, 2002

Invoice # 17190

Vincent Nastro v. D'Onofrio

For the period December 21, 2001 through
January 20, 2002

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/21/01 JAE | Review fax from Mr. Eisenstein; Telephone conference with Mr. Eisenstein | | 0.25 | 75.00 |
| 12/26/01 JAE | Research re abstract of judgment; memo to Mr. Eisenstein re same | | 1.25 | 375.00 |
| 1/4/02 JAE | Telephone conference with Mr. Eisenstein re motion to quash execution | | 0.25 | 75.00 |

E 0000110

New England Propeller Serv, Inc

Invoice # 17190                                                    Page    2
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 1/7/02 JAE | Review fax from Mr. Eisenstein re Nastro points and authorities on abstract of judgment and Flannery; Research re abstract of judgment | 1.75 | 525.00 |
| 1/8/02 FLS | Research recall of remittitur; confer with Mr. Eisen. | 0.25 | 37.50 |
| JAE | Further research re abstract of judgment, Flannery; draft memo responding to Nastro supplemental points and authorities | 2.75 | 825.00 |

For professional services rendered

                                                              6.50  $1,912.50

Additional charges:

1/20/02 Facsimile charges.

                                                                    13.00
        Postage charges.
                                                                     0.68

Total costs
                                                                   $13.68

Total amount of this bill
                                                                 $1,926.18
Previous balance
                                                                 $2,253.06
1/16/02 Payment check #1087
                                                                ($1,903.04)
Balance due
                                                                 $2,276.20

E 0000111

New England Propeller Serv, Inc

Invoice # 17190                                                    Page   3
1280.01


## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 0.25 | 150.00 | $37.50 |
| JAY-ALLEN EISEN | 6.25 | 300.00 | $1,875.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

E 0000112





# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

January 3, 2002

Invoice # 17113

Vincent Nastro v. D'Onofrio

For the period November 21, 2001 through
December 20, 2001

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/7/01 | JAE | Review clerk's estimate for transcript; Telephone conference with client re same, status of Connecticut motion to quash enforcemnt of fee motion; Research new Cal Supreme Court decision on attorney's ownership of court-ordered fees; fax to Mr. Eisenstein | 1.75 | 525.00 |
| | | For professional services rendered | 1.75 | $525.00 |

E 0000114