New England Propeller Serv, Inc

Page    2

Invoice # 17113
1280.01

Additional charges:

|  | Amount |
|---|---|
| 12/20/01 Postage charges. | 0.34 |
| AT & T Charges | 0.44 |
| Lexis legal research charges. | 17.46 |
| Total costs | $18.24 |
| Interest on overdue balance | $15.78 |
| Total amount of this bill | $559.02 |
| Previous balance | $5,310.46 |
| 12/4/01 Payment check #151362 | ($209.00) |
| 12/13/01 Payment check #9590 | ($3,407.42) |
| Total payments | ($3,616.42) |
| Balance due | $2,253.06 |

Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 1.75 | 300.00 | $525.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

New England Propeller Serv, Inc                                    Page    3

Invoice # 17113
1280.01

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 559.02  | 1,694.04 | 0.00   | 0.00    | 0.00     |

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT ANGLE TO VIEW.

SUPERIOR COURT MISC DEPOSIT TRUST

| D151362 | 50247 | 91537 | NO. 8 2001 | D 151362 |
| WARRANT NO. | DEPT. NO. | NUMBER | DATE OF ISSUE | |

County of San Joaquin
The Treasurer of San Joaquin County
State of California

THIS WARRANT VOID SIX MONTHS FROM DATE OF ISSUE   11-24
12/10(8)

PAY THIS AMOUNT

$*******209.00

PAY TWO HUNDRED NINE DOLLARS & 00 CENTS

TO THE
ORDER OF

EISEN AND JOHNSTON LAW CORP
PO BOX 111
SACRAMENTO          CA  95812

ADRIAN J. VAN HOUTEN
AUDITOR CONTROLLER

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

October 31, 2001

Invoice # 16964

Vincent Nastro v. D'Onofrio

For the period September 21, 2001 through
October 20, 2001

Professional services

|        |     |                                                                                      | Hours | Amount |
|--------|-----|--------------------------------------------------------------------------------------|-------|--------|
| 9/24/01 | FLS | Work on record on appeal.                                                            | 3.00  | 450.00 |
| 9/25/01 | JAE | Office conference with with Mr. Johannessen, Mr. Snowden re documents for clerk's transcript | 2.00  | 600.00 |
|        | MMJ | Review and research levy on writ of execution.                                       | 1.25  | 375.00 |
| 9/26/01 | MMJ | Finalize research on response to levy.                                               | 0.75  | 225.00 |

E 0000118

New England Propeller Serv, Inc                                    Page    2

Invoice # 16964
1280.01

|          |     |                                                                                              | Hours | Amount   |
|----------|-----|----------------------------------------------------------------------------------------------|-------|----------|
| 10/9/01  | FLS | Telephone call with client re: enforcement of early sanction order.                          | 0.25  | 37.50    |
| 10/15/01 | FLS | Telephone call to superior court clerk and trial counsel re: court file                      | 0.25  | 37.50    |
| 10/17/01 | FLS | Review superior court file in Stockton.                                                      | 5.75  | 862.50   |
|          | JAE | Confer with Mr. Snowden re clerk's transcript documents; telephone conference with Mr. Johannessen | 0.25  | 75.00    |
| 10/18/01 | FLS | Begin prepare designation of record; confer with Mr. Eisen.                                  | 2.00  | 300.00   |
|          | JAE | Telephone conference with Mr. D'Onofrio and Mr. Walsh re efforts to enforce sanctions in Connecticut, ▓▓▓▓▓▓▓ | 0.25  | 75.00    |
| 10/19/01 | JAE | Review documents from Mr. D'Onofrio, Mr. Walsh; Telephone conference with Mr. Johannessen    | 0.50  | 150.00   |

For professional services rendered          16.25 $3,187.50

Additional charges:

10/20/01 Lexis legal research charges.                                        22.81

Lexis legal research charges.                                        9.97

New England Propeller Serv, Inc                                    Page    3

Invoice # 16964
1280.01

|  |  | Amount |
|---|---|---|
| 10/20/01 | AT & T Charges | 1.66 |
|  | Photocopy charges. | 2.90 |
|  | Postage charges. | 2.16 |
|  | Facsimile charges. | 10.00 |
|  | Fredric Snowden's travels to Stanislaus Superior Court, 10/17/01 and 10/22/01. | 70.42 |
|  | Filing Fees for designation of Clerks transcript, Appeals Clerk, San Joaquin Superior Court. | 100.00 |
|  | Total costs | $219.92 |
|  | Total amount of this bill | $3,407.42 |
|  | Previous balance | $3,572.17 |
| 10/24/01 | Payment check #9310 | ($3,572.17) |
|  | Balance due | $3,407.42 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 11.25 | 150.00 | $1,687.50 |
| JAY-ALLEN EISEN | 3.00 | 300.00 | $900.00 |
| MARIAN M. JOHNSTON | 2.00 | 300.00 | $600.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

November 30, 2001

Invoice # 17042

Vincent Nastro v. D'Onofrio

For the period October 21, 2001 through
November 20, 2001

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/22/01 | FLS | Review superior court file (San Joaquin County) ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | 6.50 | 975.00 |
| 10/23/01 | FLS | Confer with Mr. Eisen re: designation of record; begin draft of CT designation. | 1.75 | 262.50 |
| | JAE | Confer with Mr. Snowden, review documents for clerk's transcript. | 0.50 | 150.00 |
| 0/24/01 | FLS | Continue work on record designation; finish draft designation. | 1.75 | 262.50 |

E 0000121

New England Propeller Serv, Inc

Invoice # 17042                                           Page    2
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/25/01 | FLS | Finalize CT designation. |  |  |
| 11/8/01 | FLS | Research cost of CT counter-designation; confer with Mr. Eisen. | 0.50 | 75.00 |
|  |  |  | 0.25 | 37.50 |
|  | JAE | Review countr-designation; confer with Mr. Snowden. | 0.25 | 75.00 |

For professional services rendered

Additional charges:                                     11.50  $1,837.50

| 11/20/01 | Postage charges. |  |
|---|---|---|
|  | Photocopy charges. | 4.56 |
|  | AT & T Charges | 12.90 |
|  | Federal Express - Appeals Clerk, San Joaquin County Superior Court 10/25/01 | 3.17 |
|  |  | 16.90 |

Total costs

Interest on overdue balance                                $37.53

Total amount of this bill                                  $28.01

Previous balance                                       $1,903.04

                                                       $3,407.42
Balance due

                                                       $5,310.46

New England Propeller Serv, Inc

Page    3

Invoice # 17042
1280.01

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 10.75 | 150.00 | $1,612.50 |
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 1,903.04 | 3,407.42 | 0.00 | 0.00 | 0.00 |

# Eisen & Johnston Law Corporation
## P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

September 28, 2001

Invoice # 16890

Vincent Nastro v. D'Onofrio

For the period August 21, 2001 through
September 20, 2001

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 8/30/01 JAE | Review motion from Nastro to require clerk's transcript; confer with Mr. Snowden | 0.25 | 75.00 |
| 8/31/01 JAE | Telephone conference with Roger Eisenstein re ▟▟▟▟▟▟ Telephone conference with Mr. D'Onofrio; confer with Mr. Snowden re motion for stay of execution | 0.75 | 225.00 |

E 0000124

New England Propeller Serv, Inc                          Page    2

Invoice # 16890
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/4/01 | JAE | Telephone conference with Ms. Abdallah re motion for clerk's transcript | 0.25 | 75.00 |
|  | JAE | Research stay of money judgment ▓▓▓▓▓▓; confer with associate re motion for stay. | 1.25 | 375.00 |
| 9/5/01 | JAE | Further Research re stay ▓▓▓▓▓ ▓▓▓▓ confer with Mr. Snowden re motion to stay enforcement; Telephone conference with Mr. Johannessen re same | 0.50 | 150.00 |
| 9/6/01 | FLS | Research bond waiver; confer with Mr. Eisen | 1.75 | 262.50 |
|  | JAE | Confer with Mr. Snowden re Connecticut enforcement of judgment law; Telephone conference with client re stay, motion objecting to rule 5.1 appendix; Telephone conference with Ms. Abdallah | 1.00 | 300.00 |
| 9/7/01 | FLS | Work on opposition to motion re: 5.1 designation. | 5.00 | 750.00 |
|  | JAE | Telephone conference with Mr. Chang re motion to compel use of clerk's transcript; Telephone conference with Mr. Snowden; draft declaration opposing motion | 1.75 | 525.00 |
| 9/10/01 | FLS | Work on Mr. Eisen's declaration re: motion to use clerk's transcript. | 1.00 | 150.00 |

E 0000125

New England Propeller Serv, Inc

Page    3

Invoice # 16890
1280.01

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 9/10/01 JAE | Review and revise draft points and authorities and declaration re motion for clerk's transcript | | 1.25 | 375.00 |
| 9/18/01 JAE | Review tentative ruling; Confer with Ms. Johnston; Telephone conference with and memo to Ms. Abdallah and court re appearance; review documents and prepare for court appearance. | | 0.75 | 225.00 |
| 9/19/01 FLS | Research rules for appellant's appendix; confer with Mr. Eisen prior to hearing. | | 0.25 | 37.50 |
| JAE | Travel to, from Stockton; Court appearance re motion to compel use of clerk's transcript; Telephone conference with Mr. Johannessen; confer with Ms. Johnston | | 3.75 | 1,125.00 |
| 9/20/01 JAE | Memo to client re not seeking stay and waiver of bond | | 0.50 | 150.00 |

For professional services rendered

20.00 $4,800.00

Additional charges:

| 9/20/01 AT & T Charges | 5.02 |
|---|---|
| Facsimile charges. | 70.00 |
| Photocopy charges. | 15.30 |
| Postage charges. | 4.57 |

E 0000126

New England Propeller Serv, Inc

Page    4

Invoice # 16890
1280.01

| | Amount |
|---|---|
| 9/20/01 Filing Fees 9/12/01 Superior Court of California | 47.96 |
| Total costs | $142.85 |
| Total amount of this bill | $4,942.85 |
| Previous balance | $5,524.49 |
| 9/4/01 Payment check #9000 | ($5,524.49) |
| 9/28/01 Payment from Account - | ($1,370.68) |
| Total payments | ($6,895.17) |
| Balance due | $3,572.17 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 8.00 | 150.00 | $1,200.00 |
| JAY-ALLEN EISEN | 12.00 | 300.00 | $3,600.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| | |
|---|---|
| Previous balance of Client funds | $0.00 |
| 9/4/01 Payment to Account - ck#9000 | $1,370.68 |
| 9/28/01 Payment from Account - | ($1,370.68) |
| New balance of Client funds | $0.00 |

**EISEN & JOHNSTON LAW CORPORATION**
P.O. BOX 111
SACRAMENTO, CA 95812-0111

REMITTANCE ADVICE

**4195**

90-2267
—————— 811
1211

THE SUM I 370 DOLS 68 CTS

PAY

DATE                TO THE ORDER OF                                    CHECK AMOUNT                    DOLLARS

Eisen & Johnston Law Corp                              370 68

1280.01                                                    TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

⑆004195⑆ ⑆121122676⑆15340101106⑆

E 0000128

EISEN & JOHNSTON LAW CORPORATION
P.O. BOX 111
SACRAMENTO, CA 95812-0111

4186

90-2267/1211 -811

THE SUM **1129** DOLS **32** CTS

DATE ____    TO THE ORDER OF ____    DOLLARS

Eisen & Johnston Law Corp 18500

CHECK AMOUNT
1 129 32
TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

"004186"  ⑆121122676⑆ 1534010 11066"

---

NEW ENGLAND PROPELLER SERV, INC
P.O. BOX 244
EAST HADDAM, CT 06423

1280.01    9000

Date 8-31-01    51-7011/2111 271

Pay to the Order of Eisen & Johnston Law $6895.17
Corp.
Six thousand eight hundred ninety five 17/100

**CITIZENS BANK**
Connecticut

For Inv. 16789

⑆211170114⑆ 2210029990" 9000

---

PAY ____

DATE ____    TO THE ORDER OF ____

Eisen & Johnston Law Corp 18500

CHECK AMOUNT
1 550 39
TRUST ACCOUNT

Security features
Details on back.

U.S. BANK
SACRAMENTO, CA 95814

"004174"  ⑆121122676⑆ 1534010 11066"

---

E 0000129





Trust

**EISEN & JOHNSTON LAW CORPORATION**
880 NINTH STREET, STE. 1400
SACRAMENTO, CA 95814

REMITTANCE ADVICE

Filing Fee for Notice

13701

THE SUM 265 DOLS 00 CTS

DOLLARS

TO THE ORDER OF

Clerk - Third District Court of Appeal - 128.00

San Joaquin # 293975

265 00

U.S. BANK OF CALIFORNIA
SACRAMENTO MAIN OFFICE   SACRAMENTO, CA 95814

⑈013701⑈ ⑈121122676⑈ 15340101496⑈

---

**EISEN & JOHNSTON LAW CORPORATION**
880 NINTH STREET, STE. 1400
SACRAMENTO, CA 95814

REMITTANCE ADVICE

90-2267(911/1211)

13700

THE SUM 100 DOLS 00 CTS

DOLLARS

TO THE ORDER OF

Clerk - San Joaquin Superior Court - 128.00

Case No. 293975

Nastro v. Sonoño

100 00

U.S. BANK OF CALIFORNIA
SACRAMENTO MAIN OFFICE   SACRAMENTO, CA 95814

⑈013700⑈ ⑈121122676⑈ 15340101496⑈

E 0000132



# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

August 30, 2001

Invoice # 16820


Vincent Nastro v. D'Onofrio


For the period July 21, 2001 through August
20, 2001


Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/01 | JAE | Review draft order denying new trial; email to co-counsel re time to appeal | 0.25 | 75.00 |
| 7/31/01 | JAE | Confer with associate re designation of record | 0.25 | 75.00 |
| 8/1/01 | FLS | Prepare notice of appeal; check on trial dates. | 0.50 | 75.00 |
|  | JAE | Confer with Mr. Snowden re notice of appeal, record designation | 0.25 | 75.00 |

E 0000134

New England Propeller Serv, Inc                               Page    2

Invoice # 16820
1280.01

|          |     |                                                                                    | Hours | Amount |
|----------|-----|------------------------------------------------------------------------------------|-------|--------|
| 8/2/01   | FLS | Telephone calls to client re: hearing dates and cost estimate of reporter's transcript. | 0.25  | 37.50  |
| 8/9/01   | FLS | Telephone calls to reporters, client re: reporter's transcript dates; prepare designation. | 1.25  | 187.50 |
| 8/10/01  | FLS | Telephone calls to client and reporter re: payment of estimate. | 0.25  | 37.50  |
| 8/13/01  | FLS | Telephone call to reporter and court clerk re: check for RT payment. | 0.25  | 37.50  |

For professional services rendered                             3.25    $600.00

Additional charges:

| 8/20/01 | Filing Fees - Clerk, Third District Court of Appeal. | 265.00 |
|---------|------------------------------------------------------|--------|
|         | Filing Fees - Clerk, San Joaquin Superior Court.     | 100.00 |
|         | Lexis legal research charges.                        | 127.98 |
|         | Lexis legal research charges.                        | 4.94   |
|         | Lexis legal research charges.                        | 10.95  |
|         | Postage charges.                                     | 6.25   |
|         | Facsimile charges.                                   | 8.00   |
|         | Photocopy charges.                                   | 6.20   |

Total costs                                                           $529.32

New England Propeller Serv, Inc

Page    3

Invoice # 16820
1280.01

|  | Amount |
|---|---|
| Total amount of this bill | $1,129.32 |
| Previous balance | $11,895.17 |
| 8/14/01 Payment check #8844 | ($5,000.00) |
| 8/20/01 Payment from trust account | ($1,370.68) |
| 8/30/01 Payment from Account - | ($1,129.32) |
| Total payments | ($7,500.00) |
| Balance due | $5,524.49 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 2.50 | 150.00 | $375.00 |
| JAY-ALLEN EISEN | 0.75 | 300.00 | $225.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

|  | Amount |
|---|---|
| Previous balance of Client funds | $0.00 |
| 8/14/01 Payment to Account - ck#8843 | $2,500.00 |
| 8/20/01 Withdrawal from Account tranfers to general account to be applied to balance. | ($1,370.68) |
| 8/30/01 Payment from Account - | ($1,129.32) |
| New balance of Client funds | $0.00 |

E 0000136



E 0000137

# Eisen & Johnston Law Corporation
### P.O. Box 111
### Sacramento CA 95812
### (916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

August 3, 2001

Invoice # 16789


Vincent Nastro v. D'Onofrio


For the period June 21, 2001 through July
20, 2001


Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/21/01 | JAE | Research re grounds for new trial motion; Draft notice of intention to move for new trial; e-mail to Mr. Johannessen re grounds for new trial and procedure | 1.50 | 450.00 |
| 6/28/01 | JAE | Office conference with Mr. Johannessen; Telephone conference with client; Telephone conference with Mr. Johannessen; Review pre- and post-trial points and authorities | 2.00 | 600.00 |

New England Propeller Serv, Inc

Page    2

Invoice # 16789
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/28/01 | JAE | Telephone conference with Mr. D'Onofrio; Telephone conference with Mr. Johannessen; Review trial transcripts | 4.50 | 1,350.00 |
| 6/29/01 | JAE | Finish review of trial transcripts; compile transcript notes; Telephone conferences with Mr. Johannessen; Research; begin drafting points and authorities re new trial. | 7.25 | 2,175.00 |
| 7/1/01 | JAE | Drafting points and authorities re new trial motion | 6.00 | 1,800.00 |
| 7/2/01 | FLS | Prepare exhibits; confer with Mr. Eisen. | 0.75 | 112.50 |
|  | JAE | Drafting points and authorities re new trial motion; confer with Mr. Johannessen; revisions to points and authorities and final draft | 4.25 | 1,275.00 |
| 7/3/01 | JAE | Letter to Judge Smith re setting new trial motion for hearing | 0.25 | 75.00 |
| 7/6/01 | JAE | Telephone conference with Mr. D'Onofrio re new trial motion, further proceedings | 0.25 | 75.00 |
| 7/9/01 | JAE | E-mail to Mr. Johannessen re material from plaintiff's counsel, scheduling of hearing | 0.25 | 75.00 |

New England Propeller Serv, Inc                                    Page    3

Invoice # 16789
1280.01

|  |  | Hours | Amount |
|---|---|---|---|
| 7/10/01 JAE | Telephone conference with Mr. Johannessen re hearing date for new trial motion, judge's schedule for briefing | 0.25 | 75.00 |
| 7/18/01 JAE | Drafting reply points and authorities in support of new trial motion | 4.00 | 1,200.00 |
| 7/19/01 JAE | Revise, edit and finalize reply new trial points and authorities | 2.00 | 600.00 |
| 7/20/01 JAE | Court appearance re motion for new trial; travel to, from Stockton | 4.50 | 1,350.00 |
|  | For professional services rendered | 44.50 | $13,237.50 |

Additional charges:

|  |  |  |
|---|---|---|
| 7/20/01 | Filing Fees - 7/3/01, Superior Court of California. |  | 70.53 |
|  | Lexis legal research charges. |  | 99.19 |
|  | Postage charges. |  | 4.46 |
|  | Photocopy charges. |  | 17.70 |
|  | Facsimile charges. |  | 16.00 |
|  | AT & T Charges |  | 0.18 |
|  | Total costs |  | $208.06 |
|  | Total amount of this bill |  | $13,445.56 |
|  | Previous balance |  | $3,449.61 |

E 0000140

New England Propeller Serv, Inc                          Page    4

Invoice # 16789
1280.01

|  |  | Amount |
|---|---|---|
| 7/20/01 | Receipt of transfer from trust account | ($3,449.61) |
| 8/3/01 | Payment from Account - | ($1,550.39) |
|  | Total payments | ($5,000.00) |
|  | Balance due | $11,895.17 |

## Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 0.75 | 150.00 | $112.50 |
| JAY-ALLEN EISEN | 43.75 | 300.00 | $13,125.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

|  | Previous balance of Client funds | $0.00 |
|---|---|---|
| 7/17/01 | Payment to Account - CK#8637 | $5,000.00 |
| 7/20/01 | Transfer to general account to pay balance due 6/20/01 | ($3,449.61) |
| 8/3/01 | Payment from Account - | ($1,550.39) |
|  | New balance of Client funds | $0.00 |

E 0000141



NEW ENGLAND PROPELLER SERV. INC
P.O. BOX 244
EAST HADDAM, CT. 06423

Pay to the
Order of    Eisen & Johnson Law Corp    $  5000

Five Thousand and 00/100    Dollars

CITIZENS BANK
Connecticut

For

1280.01

TRUST

EISEN & JOHNSTON LAW CORPORATION
P.O. BOX 111
SACRAMENTO, CA 95812-0111

| REMIT | ADVICE | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

4156

90-2257
———— 811
1211

THE SUM 4777 DOLS 74 CTS

DOLLARS

| DATE | TO THE ORDER OF | | CHECK AMOUNT |
|---|---|---|---|
| 5/6 | Eisen & Johnson Law Corp  1280.01 | | 4777 74 |

1280.01

TRUST ACCOUNT

U.S. BANK
SACRAMENTO, CA 95814

⑈004156⑈ ⑆121122676⑆ 15340 10 11066⑈

E 0000142

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171


New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423


1280.01

June 22, 2001

Invoice # 16606


Vincent Nastro v. D'Onofrio


For the period May 21, 2001 through June
20, 2001


      Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 5/21/01 JAE | Review request for statement of decision; Telephone conference with Mr. Johannessen re proposals as to content | 0.25 | 75.00 |
| 5/23/01 JAE | Telephone conference with Mr. D'Onofrio re new deposition of formerly unavailable witness; Telephone conference with Mr. Johannessen; Review transcripts of trial | 2.25 | 675.00 |

E 0000143

New England Propeller Serv, Inc
Invoice # 16606
1280.01

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/24/01 | JAE | Review draft proposals as to statement of decision; Telephone conference with Mr. Johannessen; revise and edit proposals; further Telephone conference with Mr. Mr. Johannessen; Review fax from client | 3.75 | 1,125.00 |
| 5/30/01 | JAE | Telephone conference with Mr. Simpson re Judge Smith's ruling and status of same; Review files; fax materials to Mr. Simpson re Judge Smith ruling; Telephone conference with client | 1.25 | 375.00 |
| 5/31/01 | JAE | Telephone conference with Mr. D'Onofrio on developments in bankruptcy trial, ████████ | 0.25 | 75.00 |
| 6/12/01 | JAE | Review judgment; Telephone conference with Mr. Johannessen | 0.25 | 75.00 |
| 6/13/01 | JAE | Telephone conference with Mr. D'Onofrio; Telephone conference with Mr. Johannessen; Research re failure of court to issue proposed statement of decision and allow objections | 1.75 | 525.00 |
| 6/15/01 | JAE | Further research re reversal for denial of right to object to proposed statement of decision; Telephone conference with Mr. Johannessen | 0.50 | 150.00 |
| 6/17/01 | JAE | Draft letter brief to Judge Smith re withdrawal of premature judgment | 0.50 | 150.00 |

E 0000144

New England Propeller Serv, Inc                          Page    3

Invoice # 16606
1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/18/01 JAE | Office conference with Mr. Johannessen re new trial motion, withdrawal of premature judgment |  | 0.25 | 75.00 |
| 6/20/01 JAE | Telephone conference with Mr. Johannessen re motion for new trial motion; Telephone conference with Mr. Simpson re bankruptcy trial |  | 0.25 | 75.00 |

| For professional services rendered | 11.25 | $3,375.00 |
|---|---|---|

Additional charges:

| 6/20/01 AT & T Charges |  | 2.20 |
|---|---|---|
| Lexis legal research charges. |  | 11.01 |
| Facsimile charges. |  | 60.00 |
| Photocopy charges. |  | 1.40 |

| Total costs |  | $74.61 |
|---|---|---|

| Total amount of this bill |  | $3,449.61 |
|---|---|---|
| Previous balance |  | $270.76 |
| 6/14/01 Payment check #8361 |  | ($270.76) |
| Balance due |  | $3,449.61 |

New England Propeller Serv, Inc                               Page    4

Invoice # 16606
1280.01

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| JAY-ALLEN EISEN | 11.25 | 300.00 | $3,375.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171

New England Propeller Serv, Inc
P. O. Box 244
East Haddam CT 06423

1280.01

May 25, 2001

Invoice # 16529

Vincent Nastro v. D'Onofrio

For the period April 21, 2001 through May
20, 2001

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/27/01 | JAE | Office conference with Mr. Johannesen | 1.00 | 300.00 |
| 5/2/01 | JAE | Review faxes from client, Mr. Johannessen; Telephone conference with Mr. Johannessen; Telephone conference with client; confer with Ms. Johnston; further Telephone conference with client | 2.50 | 750.00 |
| 5/3/01 | FLS | Research judgment as tentative decision; confer with Mr. Eisen. | 2.00 | 300.00 |

E 0000147

New England Propeller Serv, Inc                                Page    2

Invoice # 16529

1280.01

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/3/01 | JAE | Confer with Mr. Snowden; Telephone conference with client; Telephone conference with Mr. Walsh; Review cases from Mr. Snowden | 1.25 | 375.00 |
| 5/4/01 | JAE | Telephone conference with client; Telephone conference with Mr. Johannessen; further Research re judgment prior to statement of decision; Drafting letter to judge | 1.75 | 525.00 |
| 5/7/01 | FLS | Telephone calls re: costs of reporter's transcript. | 0.25 | 37.50 |
|  | JAE | Telephone conference call with client, Mr. Johannessen | 0.75 | 225.00 |
| 5/8/01 | JAE | Telephone conference with client | 0.25 | 75.00 |
| 5/10/01 | JAE | Review draft of request for statement of decision; e-mail to Mr. Johannessen; Telephone conference with Mr. Johannessen; Review transcript of hearing before Judge Murray on sanctions | 2.50 | 750.00 |
| 5/11/01 | JAE | Further review transcript of sanctions hearing and sanctions order | 1.50 | 450.00 |
| 5/13/01 | JAE | Edit and revise draft request for statement of decision; e-mail memo to Mr. Johannessen re same | 2.50 | 750.00 |
| 5/14/01 | JAE | Review latest draft of request for statement of decision; further revisions; Telephone conferences with and e-mails to, from Mr. Johannessen | 1.50 | 450.00 |

New England Propeller Serv, Inc                                    Page    3

Invoice # 16529
1280.01

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 17.75 | $4,987.50 |
| Additional charges: | | |
| 5/20/01 Facsimile charges. | | 61.00 |
| Total costs | | $61.00 |
| Total amount of this bill | | $5,048.50 |
| 5/25/01 Payment from Account - | | ($4,777.74) |
| Balance due | | $270.76 |

### Professional summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| FREDERIC L. SNOWDEN | 2.25 | 150.00 | $337.50 |
| JAY-ALLEN EISEN | 15.50 | 300.00 | $4,650.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| | | |
|---|---|---|
| Previous balance of Client funds | | $4,777.74 |
| 5/25/01 Payment from Account - | | ($4,777.74) |
| New balance of Client funds | | $0.00 |



E 0000150

# Eisen & Johnston Law Corporation
P.O. Box 111
Sacramento CA 95812
(916) 444-6171


Arthur D'Onofrio
P. O.Box 244
East Haddam CT 06423


1280.01

April 27, 2001

Invoice # 16444


Vincent Nastro v. D'Onefrio


For the period March 21, 2001 through April
20, 2001


        Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/28/01 | JAE | Telephone conference with Scott Johannesen re status of D'Onofrio action | 0.25 | 75.00 |
| | JAE | Telephone conference with Mr. Johannessen re status of matter | 0.25 | 75.00 |
| 3/29/01 | JAE | Telephone conference with client | 0.25 | 68.75 |
| | | For professional services rendered | 0.75 | $218.75 |

E 0000151

Arthur D'Onofrio                                                 Page    2

Invoice # 16444
1280.01

          Additional charges:

                                                                 Amount

4/20/01 Postage charges.                                           1.65

        Postage charges.                                           1.86

        Total costs                                               $3.51

        Total amount of this bill                               $222.26

4/27/01 Payment from Account -                                 ($222.26)

        Balance due                                               $0.00

                          Professional summary

| Professional | Hours | Rate | Amount |
| --- | --- | --- | --- |
| JAY-ALLEN EISEN | 0.25 | 275.00 | $68.75 |
| JAY-ALLEN EISEN | 0.50 | 300.00 | $150.00 |

ALL STATEMENTS ARE DUE BY THE 10TH OF EACH MONTH.
MONTHLY LATE CHARGES ARE APPLIED ON BALANCES THAT ARE MORE THAN
THIRTY DAYS PAST DUE

| | |
| --- | --- |
| Previous balance of Client funds | $0.00 |
| 4/25/01 Payment to Account - #7956 | $1,000.00 |
| 4/27/01 Payment from Account - | ($222.26) |
| New balance of Client funds | $777.74 |

E 0000152

E 0000153