UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,                    :  NO.:  3:02CV00857(DJS)
      Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,       :  JUNE 11, 2004
      Defendants.

### DEFENDANT, GOODSPEED AIRPORT DEVELOPMENT CORP.'S NOTICE OF COMPLIANCE WITH PLAINTIFF'S REQUESTS FOR PRODUCTION

Defendant Goodspeed Airport Development Corp., hereby gives notice to the Court that it has on this date complied with the Court's Order dated April 16, 2004, as amended, by responding to the requests for documents.

DEFENDANT, GOODSPEED AIRPORT
DEVELOPMENT CORP.


BY_____
    Nicole D. Dorman
    Federal Bar Number:  ct07030
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT 06119
    Its Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,                    :  NO.:  3:02CV00857(DJS)
     Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,       :  JUNE 11, 2004
     Defendants.

**RESPONSES OF DEFENDANT GOODSPEED AIRPORT**
**DEVELOPMENT CORP. TO PLAINTIFF'S REQUESTS FOR PRODUCTION**

Defendant Goodspeed Airport Development Corp., hereby

complies with the Court's Order dated April 16, 2004, as amended,

as follows:

As to Requests 1 through 28, described in the attached

Schedule A, all documents responsive to these requests, are

available for inspection at Sack, Spector & Karsten, 836

Farmington Avenue, West Hartford, CT.

DEFENDANT, GOODSPEED AIRPORT
DEVELOPMENT CORP.


BY_____
     Nicole D. Dorman
     Federal Bar Number:  ct07030
     Sack, Spector & Karsten
     836 Farmington Avenue
     West Hartford, CT 06119
     Its Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman