```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

VINCENT NASTRO,                        :   NO.:  3:02CV00857(DJS)
     Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,           :   JUNE 11, 2004
     Defendants.
```

### DEFENDANT, EAST COAST PROPELLER SERVICE, INC.'S NOTICE OF COMPLIANCE WITH PLAINTIFF'S REQUESTS FOR PRODUCTION

Defendant East Coast Propeller Service, Inc. hereby gives notice to the Court that it has on this date complied with the Court's Order dated April 16, 2004, as amended, by responding to the requests for documents.

```
                              DEFENDANT, EAST COAST
                              PROPELLER SERVICE, INC.


                         BY_____
                              Nicole D. Dorman
                              Federal Bar Number:  ct07030
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              Her Attorney
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO,<br>    Plaintiff, | : | NO.: 3:02CV00857(DJS) |
| vs. | | |
| ARTHUR M. D'ONOFRIO, ET AL.,<br>    Defendants. | : | JUNE 11, 2004 |

### RESPONSES OF DEFENDANT EAST COAST PROPELLER SERVICE, INC. TO PLAINTIFF'S REQUESTS FOR PRODUCTION

Defendant East Coast Propeller Service, Inc., hereby complies with the Court's Order dated April 16, 2004, as amended, as follows:

As to Requests 1 through 28, described in the attached Schedule A, all documents responsive to these requests, are available for inspection at Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT.

```
                              DEFENDANT, EAST COAST
                              PROPELLER SERVICE, INC.


                          BY_____
                              Nicole D. Dorman
                              Federal Bar Number:  ct07030
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              Her Attorney
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman