```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
```

VINCENT NASTRO,                          :   NO.:  3:02CV00857(DJS)
    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL.,             :   JUNE 11, 2004
    Defendants.

**DEFENDANT, CAROLYN D'ONOFRIO'S NOTICE
OF COMPLIANCE WITH PLAINTIFF'S REQUESTS FOR PRODUCTION**

Defendant Carolyn D'Onofrio hereby gives notice to the Court that she has on this date complied with the Court's Order dated April 16, 2004, as amended, by responding to the modified requests for production.

                        DEFENDANT, CAROLYN D'ONOFRIO

                        BY_____
                          Nicole D. Dorman
                          Federal Bar Number:  ct07030
                          Sack, Spector & Karsten
                          836 Farmington Avenue
                          West Hartford, CT 06119
                          Her Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO,<br>    Plaintiff, | : | NO.: 3:02CV00857(DJS) |
| vs. | | |
| ARTHUR M. D'ONOFRIO, ET AL.,<br>    Defendants. | : | JUNE 11, 2004 |

### RESPONSES OF DEFENDANT CAROLYN D'ONOFRIO
### TO PLAINTIFF'S REQUESTS FOR PRODUCTION

Defendant Carolyn D'Onofrio hereby complies with the Court's Order dated April 16, 2004, as amended, as follows:

1. Any and all tax returns filed by or on behalf of Carolyn D'Onofrio, including supporting materials submitted to the IRS.

**Response:** **Documents responsive to this request are available for inspection at Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT.**

2. All statements of any bank account maintained by Carolyn D'Onofrio. If the accounts are no longer in existence, Carolyn D'Onofrio shall name all banks with which she has maintained an account from January 1, 1995 through the present. If the statements of any bank account are no longer in existence, the statements shall be reproduced at plaintiff's expense.

**Response:    In view of plaintiff's counsel's failure to respond to a request for payment of bank fees associated with this request, as ordered by the Court, documents responsive to this request are not yet available.**

3.   Any documents relating to transfers of assets from Goodspeed Airport Development Corp.; New England Propeller Service, Incorporated; U.S. Propeller Service-North Carolina; U.S. Propeller Service-Florida; U.S. Propeller Service-Connecticut; U.S. Propeller Service-Pennsylvania; U.S. Propeller Service-Oklahoma; Aerocess, Inc.; Prop Care, Inc.; Accuworks, Inc., AIM-Hi, Inc., DIV-ACQ, Inc.; and Real Estate Services of Haddam, Inc.

**Response:    Documents responsive to this request are available for inspection at Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT.**

4.   Any documents relating to any transfer from Arthur D'Onofrio to Carolyn D'Onofrio of property or assets exceeding $1,000.00 in value.

**Response:    Already produced.**

- 2 -

```
                              DEFENDANT, CAROLYN D'ONOFRIO


                              BY_____
                                 Nicole D. Dorman
                                 Federal Bar Number:  ct07030
                                 Sack, Spector & Karsten
                                 836 Farmington Avenue
                                 West Hartford, CT 06119
                                 Her Attorney
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

```
                              _____
                              Nicole D. Dorman
```

- 3 -