FILED

2004 JUN 23 A 10: 44

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,              :   NO.: 3:02CV00857(DJS)
    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, ET AL., :   JUNE 22, 2004
    Defendants.

## MOTION FOR EXTENSION OF TIME

Defendants Arthur M. D'Onofrio and New England Propeller Service, Inc., pursuant to Local Rule of Civil Procedure 7(b), respectfully move for an extension of time of twenty-one (21) days until July 6, 2004, to respond to plaintiff's Motion for Contempt for Violation of Court Order dated June 1, 2004.

This extension is requested in view of recent discussions, initiated by counsel for defendants, relating to potential developments affecting the course and eventual resolution of this litigation. Moreover, a decision recently issued by the Connecticut Supreme Court calls into question the ongoing validity of the orders upon which plaintiff's motion is premised.

In accordance Local Rule 7(b)(3), counsel for defendants spoke with plaintiff's counsel, Edwin Doernberger on June 18

2004 to ascertain his position as to this motion. To date, Attorney Doernberger has not responded to that inquiry.

                                      DEFENDANT, CAROLYN D'ONOFRIO

BY /s/ Nicole D. Dorman
      Nicole D. Dorman
      Federal Bar Number: ct07030
      Sack, Spector & Karsten
      836 Farmington Avenue
      West Hartford, CT 06119
      Her Attorney
      Phone No.: (860)233-8251

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 22nd day of June, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

_____
Nicole D. Dorman

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103