UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO** : |  |
|     Plaintiff |  |
|  |  |
| v. : | CIVIL NO.: 3:02cv857(DJS) |
|  |  |
| **ARTHUR M. D'ONOFRIO, ET AL** : |  |
|     Defendants |  |

### ORDER

The Motion for Extension of Time (Doc. #119) to respond to a motion for contempt is hereby **GRANTED to and including July 6, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __28th__ day of June, 2004.


                                         /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge