FILED

2004 JUL 13 A 11: 28

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,
    Plaintiff,

: NO.: 3:02CV00857(DJS)

vs.

ARTHUR M. D'ONOFRIO, CAROLYN
D'ONOFRIO, ARTHUR A. D'ONOFRIO,
PAUL D'ONOFRIO, NICOLE D'ONOFRIO,
NEW ENGLAND PROPELLER SERVICE OF
CT, INC., DIV-ACQ, INC., ADMW, LLC,
THE CHANA TRUST, THE CONTINENTAL
TRUST COMPANY LIMITED, KLEBAN &
SAMOR, P.C., ELLIOT I. MILLER and
U.S. PROPELLER SERVICE OF CT., INC.,
    Defendants.

: JULY 6, 2004

## AFFIDAVIT OF LAURENCE WALSH

I, Laurence Walsh, do hereby depose and swear that:

1.    I am over the age of eighteen and believe in the obligations of an oath.

2.    I am a certified public accountant employed as a staff accountant by New England Propeller Service, Inc. ("NEPS").

3.    I am thoroughly familiar with the finances of NEPS.

4.    Since at least 1996, NEPS has accrued and paid legal costs incurred by its President, Arthur M. D'Onofrio, principally in defense of an action commenced against him by Vincent Nastro, in California (the California action).

5.  Payment of these expenses was in accordance with Article III, Section 5 of NEPS' corporate bylaws, which provides that "[e]ach director, trustee, officer or employee of the corporation...shall be indemnified and reimbursed for expenses reasonably incurred by him in connection with the defense...of any action...in which he is made a party by reason of his being...a director, trustee, officer or employee of the corporation...."

6.  In addition, the directors/officers of NEPS directed that these legal costs be paid because NEPS and affiliates were owed a significant amount of money by the business that was the subject of the California action.

7.  Payment and accrual of such legal costs and expenses by NEPS has continued to the present.

_____
Laurence Walsh

Subscribed and sworn to before me, this 6th day of July, 2004.

_____
Commissioner of the Superior
Court / Notary Public
My Commission Expires: 10-31-2005

**KAREN GRONHOLM**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT. 31, 2005

- 2 -

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

** TOTAL PAGE.03 **