UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 19 A 11: 58

| | |
|---|---|
| VINCENT NASTRO, | : |
| Plaintiff | : |
| v. | : No. 3:02CV857 (DJS) |
| ARTHUR M. D'ONOFRIO, et al., | : |
| Defendants | : |

### ORDER

Two motions requesting relief pursuant to Rule 45 of the Federal Rules of Civil Procedure are pending before the court in the above-captioned matter. First, defendant's motion to quash (dkt. # 105) subpoenas served upon First National Bank, Citizens Bank of Connecticut, Hartzell Propeller, Inc., and McCauley Propeller Systems is **GRANTED** with respect to the subpoenas served upon First National Bank, Citizens Bank of Connecticut because plaintiff apparently has not complied with the notice requirements of Section 36a-43 of the Connecticut General Statutes. However, the materials sought are within the scope of permissible discovery and may be requested upon proper service pursuant to the statute. Defendants' motion is **DENIED** in all other respects.

Defendants' motion to quash subpoenas nunc pro tunc (dkt. # 108) is **DENIED**. The information sought is neither privileged nor beyond the scope of permissible discovery.

Plaintiff shall serve a copy of this order upon the entities subpoenaed on or before **July 27, 2004**. The subpoenaed entities shall respond on or before **August 10, 2004**.

So ordered this 19th day of July, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE