UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:02CV00857(DJS) |
| ARTHUR M. D'ONOFRIO, et. al. | : |
| Defendants. | : July 19, 2004 |

## MOTION FOR EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR CONTEMPT

Plaintiff Vincent Nastro ("Nastro") hereby moves that the Court schedule an evidentiary hearing on his Motion for Contempt for Violation of Court Order dated June 1, 2004 (the "Motion for Contempt") (No. 113).

In support of this motion, Nastro represents as follows:

1. Nastro filed the Motion for Contempt on June 1, 2004.

2. On or about July 6, 2004, defendants Arthur M. D'Onofrio ("D'Onofrio") and New England Propeller Service, Inc. ("NEPS"), filed an objection to the Motion for Contempt (No. 121).

3. Nastro is filing concurrently herewith his reply memorandum.

4. In their objection to the motion for contempt, D'Onofrio and NEPS raise issues concerning which an evidentiary hearing may be appropriate, including, but not limited to, the following:

2

      a.    Whether the payments made by NEPS to Jay-Allen Eisen, Esq. were made on behalf of D'Onofrio in his capacity as an officer/director of NEPS;

      b.    Whether any obligation of NEPS to indemnify D'Onofrio extends to the payments made by NEPS to Jay-Allen Eisen, Esq.;

      c.    Whether NEPS has an obligation to pay the legal bills submitted by Jay-Allen Eisen, Esq.;and

      d.    Whether the California Litigation involved D'Onofrio individually or in his capacity as an officer/director of NEPS.

**WHEREFORE**, Nastro moves that the Court schedule an evidentiary hearing on the Motion for Contempt.

THE PLAINTIFF
VINCENT NASTRO

BY: *[signature]*
Edwin L. Doernberger
Fed. Bar No. ct05199
Heidi H. Zapp
Fed. Bar No. ct24655
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on July 19, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

_____
Edwin L. Doernberger