UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 22  P 2:44
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| VINCENT NASTRO, | : |
|     Plaintiff | : |
| v. | :   No. 3:02CV857 (DJS) |
| ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, U.S. PROPELLER SERVICE OF CT, INC., NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC, THE CHANA TRUST, THE CONTINENTAL TRUST COMPANY, LIMITED, KLEBAN AND SAMOR, P.C., & ELLIOT I. MILLER, | : |
|     Defendants | : |

### ORDER

Now pending in this action are Nastro's motion for contempt for violation of court order (dkt. # 113), Nastro's motion for a hearing on his contempt motion (dkt. # 124), and Arthur D'Oonofrio and New England Propeller Service, Inc.'s motion to vacate orders of injunction (dkt. # 121).

Defendants' motion to vacate (dkt. # 121) is **DENIED**. The authority cited by defendants, <u>Cahaly v. Benistar Property Exchange Trust Company, Inc.</u>, 268 Conn. 264 (2004), is limited to the construction of Connecticut's prejudgment remedy statutes. As the court has previously stated, Nastro has set forth a cause of action under Connecticut's enactment of the Uniform Fraudulent

Transfer Act ("UFTA") because the California judgment in his favor is a "claim" as that term is defined in Section 52-552b(3) of the Connecticut General Statutes. The precise status of the California award of compensatory damages against D'Onofrio is not dispositive of Nastro's claims in this case because the statute in question expressly provides that a "claim" need not be reduced to a judgment. See Conn. Gen. Stat. § 52-552b(3). Nastro's California judgment therefore satisfies the statutory definition of a "claim," and this conclusion has not been altered by the Connecticut Supreme Court's decision in Cahaly.

Nastro's motion for an evidentiary hearing (dkt. # 124) is **GRANTED. An evidentiary hearing on Nastro's motion for contempt (dkt. # 113) shall be held before the undersigned in the North Courtroom, United States District Court, 450 Main Street, Hartford, Connecticut, at 10:00 on August 24, 2004.** The parties shall file witness and exhibit lists and proposed findings of fact on or before August 17, 2004 at 4:00 p.m.

So ordered this 22nd day of July, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

-2-