UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO, | : |
|     Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:02CV00857(DJS) |
| ARTHUR M. D'ONOFRIO, et. al. | : |
|     Defendants. | : July 26, 2004 |

## NOTICE OF SERVICE

**NOTICE** is hereby given that in compliance with the Court's Order ruled upon by Judge Squatrito dated July 19, 2004, the undersigned counsel for plaintiff Vincent Nastro has mailed a copy of the Order via first class mail, postage pre-paid to Hartzell Propeller, Inc.

THE PLAINTIFF
VINCENT NASTRO

by: _____
Heidi H. Zapp
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
e-mail: hhz@sdvlaw.com
Fed. Bar No. ct24655

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on July 26, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

_____
Heidi H. Zapp