UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | : | CIVIL ACTION<br>NO. 3:02 CV 00857 (DJS) |
| V. | : | |
| ARTHUR M. D'ONOFRIO, et. al. | : | August 17, 2004 |

### PLAINTIFF'S WITNESS AND EXHIBIT LISTS AND
### PROPOSED FINDINGS OF FACT

Pursuant to this Court's Order dated July 22, 2004, the Plaintiff, Vincent Nastro ("Nastro") hereby submits his proposed witness and exhibit lists and proposed findings of fact in preparation for the Evidentiary hearing on Nastro's Motion for Contempt scheduled for August 24, 2004.

**Witnesses:**

Kathy Abdallah – by affidavit

Vincent Nastro – by affidavit

Larry Walsh – to identify the business purpose of New England Propeller Service, Inc.
     paying bills to Attorney Jay-Allen Eisen and the identification of New England Propeller Service, Inc. tax returns.

Ruth Denya – to identify checks, bills, New England Propeller tax returns and
     authorization to pay bills.

**Exhibits:**

1. Bills and checks from Jay-Allen Eisen, Esq. as well as declaration of custodian and copy of subpoena.

2. The last two tax returns of New England Propeller Service, Inc.

3. Documents such as additional checks/cash disbursement journals were subpoenaed from New England Propeller Services of Connecticut, Inc. ("NEPS") to be produced on or before August 10, 2004, to which NEPS objected and Nastro reserves his right to add those documents upon availability.

4. Documents were subpoenaed from Attorney Douglas Smith and subsequently ordered by this Court to be produced on or before August 10, 2004. Such documents have yet to be received and Nastro reserves his right to add those documents upon availability.

5. Documents were subpoenaed from Citizen's bank to be produced on or before August 10, 2004. Such documents have yet to be received and Nastro reserves his right to add those documents upon availability.

**Proposed Finding of Fact:**

1. New England Propeller Service, Inc. has issued checks to Attorney Jay-Allen Eisen on behalf of Arthur D'Onofrio.

2. The issuance of those checks was not for a business purpose but for Attorney Eisen to personally represent Arthur D'Onofrio in a California legal matter.

3. This Court ordered a Preliminary Injunction on May 16, 2003, prohibiting the transfer of any funds, by or on behalf of D'Onofrio involving certain entities including New England Propeller Service, Inc.

4. By issuing such checks to Attorney Eisen after the date of the Court's Order instituting a Preliminary Injunction, New England Propeller Service, Inc. has violated that Order and is in contempt of this Court.

THE PLAINTIFF
VINCENT NASTRO

BY: _/s/ Heidi H. Zapp_
Edwin L. Doernberger
Fed. Bar No. ct05199
Heidi H. Zapp
Fed. Bar No. ct24655
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | : | CIVIL ACTION<br>NO. 3:02 CV 00857 (DJS) |
| V. | : | |
| ARTHUR M. D'ONOFRIO, et.al. | : | August 17, 2004 |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on August 17, 2004:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

_____
Heidi H. Zapp