FILED

2004 AUG 18 P 4: 01

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,                                 :   NO.:  3:02CV00857(DJS)
    Plaintiff,

vs.

ARTHUR M. D'ONOFRIO, CAROLYN
D'ONOFRIO, ARTHUR A. D'ONOFRIO,
PAUL D'ONOFRIO, NICOLE D'ONOFRIO,
NEW ENGLAND PROPELLER SERVICE OF
CT, INC., DIV-ACQ, INC., ADMW, LLC,
THE CHANA TRUST, THE CONTINENTAL
TRUST COMPANY LIMITED, KLEBAN &
SAMOR, P.C., ELLIOT I. MILLER and
U.S. PROPELLER SERVICE OF CT., INC.,   :   AUGUST 18, 2004
    Defendants.

### COMPLIANCE WITH COURT'S ORDER

In accordance with the Court's order of July 22, 2004, relating to the evidentiary hearing to be conducted on plaintiff's motion for contempt, defendants ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC and U.S. PROPELLER SERVICE OF CT., INC. submit their proposed witnesses, exhibits and findings of fact.

**I.    PROPOSED WITNESSES**

    Lawrence Walsh;

Arthur D'Onofrio;

Vincent Nastro.

## II. **PROPOSED EXHIBITS**

New England Propeller Services, Inc., Corporation Bylaws, Article III, Section 5.

New England Propeller Services, Inc., U.S. Corporation Tax Returns, 1997.

New England Propeller Services, Inc., Consolidated Financial Statement, June 30, 1999 and 1998.

New England Propeller Services, Inc., Consolidated Financial Statement, June 30, 1999 and 1998.

New England Propeller Services, Inc., Proof of Claim in re: U.S. Propeller of California bankruptcy proceedings.

## III. **PROPOSED FINDINGS OF FACT**

1. Arthur M D'Onofrio ("D'ONofrio") is President and a director of New England Propeller Services, Inc. ("NEPS").

2. Since at least 1996, NEPS has accrued and paid legal costs incurred by Arthur M. D'Onofrio, principally in defense of a civil action commenced against him in California by Vincent

Nastro ("the California action") and proceedings related to that litigation.

3. The California action relates to disputes arising from Nastro and D'Onofrio's shared ownership of an entity known as U.S. Propeller Services of California, Inc.

4. When the California action was filed, approximately $500,000 net was owed by U.S. Propeller Services of California, Inc. to NEPS principally, as well as to its affiliates.

5. NEPS undertook to indemnify D'Onofrio's legal costs in connection with the California action to protect its interest in recovering the amount owned by U.S. Propeller Services of California, Inc.

6. Payment of these legal expenses was in accordance with Article III, Section 5 of NEPS's corporate bylaws.

7. Payment of these legal expenses was in accordance with Connecticut General Statutes § 33-771.

8. Payments made to, among other attorneys, the Eisen Law Firm were in furtherance of the NEPS undertaking to indemnify D'Onofrio against legal expenses and costs incurred in defense of

the California action and in the related prosecution of the claim of New England Propeller against Nastro and U.S. Propeller.

DEFENDANTS, ARTHUR M.
D'ONOFRIO, CAROLYN D'ONOFRIO,
ARTHUR A. D'ONOFRIO, PAUL
D'ONOFRIO, NICOLE D'ONOFRIO,
NEW ENGLAND PROPELLER SERVICE
OF CT, INC., DIV-ACQ, INC.,
ADMW, LLC and U.S. PROPELLER
SERVICE OF CT., INC.

BY _/s/ Nicole D. Dorman_
Nicole D. Dorman
Federal Bar Number: ct07030
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney
Phone No.: (860)233-8251

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 18th day of August, 2004, to the following counsel of record:

Edwin L. Doernberger, Esquire
Bradford J. Sullivan, Esquire
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Thomas O'Dea, Esquire
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Nicole D. Dorman