UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO,<br>      Plaintiff,<br><br>v.<br><br>ARTHUR M. D'ONOFRIO, CAROLYN<br>D'ONOFRIO, ARTHUR A. D'ONOFRIO,<br>PAUL D'ONOFRIO, NICOLE D'ONOFRIO<br>NEW ENGLAND PROPELLER SERVICE<br>OF CONNECTICUT, INC., DIV-ACQ, INC.,<br>ADMW, LLC, THE CHANA TRUST, THE<br>CONTINENTAL TRUST COMPANY LIMITED,<br>KLEBAN & SAMOR, P.C., ELLIOT I. MILLER,<br>and U.S. PROPELLER SERVICE OF CT., INC.,<br>      Defendants. | CIVIL NO. 3:02 CV 00857 (DJS)<br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 17, 2004 |

**DEFENDANTS' MOTION FOR CLARIFICATION, VACATION AND/OR
MODIFICATION OF INJUNCTIVE ORDERS**

      Defendants ARTHUR M. D'ONOFRIO, JR. ("ARTHUR" and "Debtor"), as Chapter 11 Debtor and Debtor-In-Possession, and NEW ENGLAND PROPELLER SERVICE OF CONNECTICUT, INC. ("NEPS") respectfully move this Court for clarification, vacation and/or *nunc pro tunc* modification of its orders of May 16, 2003, granting plaintiff's motion for preliminary injunction.  In view of the significant and substantial change in the circumstances of this case since entry of those orders, specifically the voluntary bankruptcy petition filed by ARTHUR M. D'ONOFRIO ("D'ONOFRIO"), Case No. 04-33561 (Chapter 11, ASD) and events emanating from that petition, the substantial efforts to effectuate the consensual return of the Chana Trust assets to the Chapter 11 estate, the imminent filing of a Chapter 11 Plan which proposes to reorganize the business affairs of Arthur and NEPS, and other events emanating from that petition, favorable consideration of this motion is warranted.  In the first instance, the

Movants request that the injunction be vacated in its entirety in consideration of the jurisdiction of the Bankruptcy Court over the assets and affairs of the Debtor. The order, as it exists, impedes the bona fide and effective reorganization of the Debtor, satisfaction of various creditor claims and his rehabilitation. Alternatively, the defendants/Debtor and NEPS request:

1. modification and/or clarification of the orders of this Court to permit, <u>nunc pro tunc</u>, payment of the fair and reasonable legal expenses, costs and expert fees of Arthur and/or NEPS related or connected with the California action, related Connecticut actions and the Chapter 11 case.

2. modification of the orders of this Court to permit the defendants to take those actions necessary or reasonably required to: (a) effectuate the return of the Chana Trust assets to the Chapter 11 estate and dissolution of the Chana Trust; (b) administer those assets in a form that may be approved by the United States Bankruptcy Court.

3. modification of the order of this Court to permit the defendants to fund the Chapter 11 Plan and to pay or pledge such assets or property as may be reasonable, required or necessary to effectuate funding of the Plan.

4. modification of the order of this Court to allow and permit NEPS to advance as a proper business expense, or pay to Arthur the equivalent of up to two (2) years of back wages at the rate of $150,000.00 per annum in order to fund the Plan and a prospective salary of not less than $150,000.00 per annum.

The Debtor believes that plenary jurisdiction over the assets of his estate resides in the Bankruptcy Court and that the use and disposition of assets is governed by the provisions of the Bankruptcy Code. This motion is without prejudice to the rights and remedies of the Debtor

before the Bankruptcy Court, but has been brought in recognition of the orders of this Court and the role and dignity of this Court in facilitating the resolution of these matters in the U.S. Bankruptcy Court through the reorganization process.

Notwithstanding the stay of action against the Debtor under 11 U.S.C. §362, the Debtor is not barred from seeking the relief requested herein. The co-defendants have no objection to this motion. The plaintiff has indicated his opposition to the substance of this motion.

This Court's prompt consideration of this motion is requested in light of the imminent filing of the Chapter 11 Plan and certain hearings scheduled in the Bankruptcy Court for November 22 and 23, 2004, concerning the administration of the Chapter 11 case. A hearing, on the record, is respectfully requested.

The defendants believe the granting of the relief herein and the confirmation of a Chapter 11 Plan will substantially resolve or moot the issues raised in these proceedings.

A memorandum of law in support of this motion is attached hereto.

                DEFENDANT NEW ENGLAND PROPELLER
                SERVICE OF CT, INC.
                by its attorneys:

                _____/s/_____
                James J. Tancredi (ct06819)
                DAY BERRY & HOWARD LLP
                CityPlace I
                Hartford, CT 06103
                Phone:  (860) 275-0100
                Fax:    (860) 275-0343
                E-mail:  jjtancredi@dbh.com

                                        ARTHUR M. D'ONOFRIO, JR.
                                        by his attorneys:

                                        _____/s/_____
                                        Raymond C. Bliss, Esq. (ct 07239)
                                        Baker O'Sullivan & Bliss PC
                                        Putnam Park, Suite 100
                                        100 Great Meadow Road
                                        Wethersfield, CT 06109-2371
                                        Phone:   (860) 258-1993
                                        Fax:       (860) 258-1991
                                        Email:    Bliss@boblawyers.com


                                        CONSENT OF CO-DEFENDANTS:
                                        by their attorneys

                                        _____/s/_____
                                        Scott M. Karsten, Esq. (ct05277)
                                        Nicole D. Dorman, Esq. (ct07030)
                                        Sack, Spector & Karsten, LLP
                                        Suite 221
                                        836 Farmington Avenue
                                        West Hartford, CT 06119-1544
                                        Phone:   (860) 233-8251
                                        Fax:       (860) 232-8736
                                        Email:    skarsten@sackspec.com
                                        Email:    ndorman@sackspec.com

## **ORDER**

The foregoing Motion, having been heard by the Court, is hereby ORDERED: GRANTED / DENIED.

Dated at Hartford, Connecticut, this _____ day of November, 2004.

BY THE COURT


_____

Judge/Clerk

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 17th day of November, 2004, to the following counsel of record:

| | |
|---|---|
| Edwin L. Doernberger, Esquire | Thomas O'Dea Esquire |
| Bradford J. Sullivan, Esquire | Halloran & Sage LLP |
| Saxe, Doernberger & Vita, P.C. | 315 Post Road West |
| 1952 Whitney Avenue | Westport, CT  06880 |
| Hamden, CT 06517 | |

                                                __/s/_____
                                                James J. Tancredi