UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR M. D'ONOFRIO; CAROLYN D'ONOFRIO; ARTHUR A. D'ONOFRIO; PAUL D'ONOFRIO; NICOLE D'ONOFRIO; U.S. PROPELLER SERVICE OF CT, INC.; NEW ENGLAND PROPELLER SERVICE OF CT, INC.; DIV-ACQ, INC.; ADMW, LLC; THE CHANA TRUST; THE CONTINENTAL TRUST COMPANY, LIMITED; KLEBAN AND SAMOR, P.C., & ELLIOT I. MILLER,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>3:02-CV-00857 (DJS)<br><br>November 16, 2004<br><br>FILED 2004 NOV 17 A 10:55<br>U.S. DISTRICT COURT<br>HARTFORD, CT. |

## NOTICE OF APPEARANCE

Please enter the appearances of the undersigned counsel, Raymond C. Bliss and Denise R. Polivy, as counsel for defendant Arthur M. D'Onofrio, Jr. in his capacity as debtor and debtor in possession in Bankruptcy Case No. 04-33561 (Chapter 11, ASD), presently pending in the U.S. Bankruptcy Court for the District of Connecticut in New Haven.

Raymond C. Bliss (ct07239)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
bliss@boblawyers.com

Denise R. Polivy (ct19676)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
polivy@boblawyers.com

Date:   November 16, 2004

DEFENDANT, ARTHUR M. D'ONOFRIO, JR.
AS DEBTOR AND DEBTOR IN POSSESSION
IN BANKRUPTCY CASE NO. 04-334561
(CHAPTER 11, ASD)

By_____
Raymond C. Bliss (ct07239)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
bliss@boblawyers.com

By_____
Denise R. Polivy (ct19676)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
polivy@boblawyers.com

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appearance was sent via first-class U.S. mail, postage prepaid, this 16th day of November, 2004, to the following counsel of record:

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Brett Michael Szczesny, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739
*Counsel for Defendants:*   *Chana Trust*
                                  *Continental Trust Company, Ltd.*
                                  *Kleban & Samor, P.C.*
                                  *Elliot I. Miller*

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Michelle N. Holmes, Esq.
Sack Spector and Karsten LLP
836 Farmington Avenue #221
West Hartford, CT 06119-1544
*Counsel for Defendants:*   *Arthur M. D'Onofrio, Jr.*
                                  *Carolyn D'Onofrio*
                                  *Arthur A. D'Onofrio*
                                  *Paul D'Onofrio*
                                  *Nicole D'Onofrio*
                                  *New England Propeller Service, Inc.*
                                  *U.S. Propeller Service of Connecticut, Inc.*
                                  *Div-Acq, Inc.*
                                  *ADMW, LLC*
                                  *East Coast Propeller Service, Inc.*     *(Karsten)*
                                  *Goodspeed Airport Development Corporation*  *(Karsten)*

James J. Tancredi, Esq.
Marjorie Callan Carson, Esq.
Day, Berry & Howard, LLP
185 Asylum Street
Hartford, CT 06103-3499
*Counsel for Defendant:*     *New England Propeller Service, Inc.*


Edwin L. Doernberger, Esq.
Heidi H. Zapp, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
*Counsel for Plaintiff:*     *Vincent Nastro*


_____
Denise R. Polivy