UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT NASTRO,

    Plaintiff

v.

ARTHUR M. D'ONOFRIO; CAROLYN
D'ONOFRIO; ARTHUR A D'ONOFRIO;
PAUL D'ONOFRIO; NICOLE D'ONOFRIO;
U.S. PROPELLER SERVICE OF CT, INC.;
DIV-ACQ, INC.; ADMW, LLC; THE CHANA
TRUST; THE CONTINENTAL TRUST
COMPANY, LIMITED; KLEBAN AND
SAMOR, P.C., and ELLIOT I. MILLER,

    Defendants

CIVIL NO. 3:02-CV-0857 (DJS)

NOVEMBER 17, 2004

### APPEARANCE

Please enter the appearance of **JAMES J. TANCREDI** as attorney for the Defendant **NEW ENGLAND PROPELLER SERVICE OF CT, INC.** in the above-captioned action.

Dated at Hartford, Connecticut this 17th day of November 2004.

James J. Tancredi (ct06819)
DAY BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
Phone: (860) 275-0100
Fax:   (860) 275-0343
E-mail: jjtancredi@dbh.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, to:

Raymond C. Bliss, Esq.
Denise R. Polivy, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

Thomas P. O'Dea Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector & Karsten, LLP
Suite 221
836 Farmington Avenue
West Hartford, CT 06119-1544

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

James J. Tancredi