UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO, Plaintiff, v. ARTHUR M. D'ONOFRIO; CAROLYN D'ONOFRIO; ARTHUR A. D'ONOFRIO; PAUL D'ONOFRIO; NICOLE D'ONOFRIO; U.S. PROPELLER SERVICE OF CT, INC.; NEW ENGLAND PROPELLER SERVICE OF CT, INC.; DIV-ACQ, INC.; ADMW, LLC; THE CHANA TRUST; THE CONTINENTAL TRUST COMPANY, LIMITED; KLEBAN AND SAMOR, P.C., & ELLIOT I. MILLER, Defendants. | CIVIL ACTION NO. 3:02-CV-00857 (DJS) January 21, 2005 |

### REPORT OF REPATRIATION AND RETURN OF TRUST ASSETS

Arthur M. D'Onofrio, Jr., the debtor and debtor in possession in the above-captioned Chapter 11 proceedings (the "Debtor"), by his undersigned counsel, hereby reports that, pursuant to that certain Instrument of Appointment and Termination dated December 23, 2004 and received by the Debtor on or about January 14, 2004, a copy of which is annexed hereto as Exhibit A, the trust located on the Island of Jersey in the Channel Islands known as The CHANA Trust (the "Trust") has been terminated and the Trust assets (the "Assets") have been repatriated and returned to the Debtor's custody. Upon the completion of any additional measures required under nonbankruptcy law, including the law of the Island of Jersey, in order for the interests formerly held by the Trust in the Assets to vest in the Debtor, or upon the determination by Debtor's counsel that no such additional measures are necessary, the Debtor will amend his bankruptcy schedules to reflect that the Assets have been returned and that the Debtor's interests in the Assets are property of the Debtor's estate.

Date: January 21, 2005            D E F E N D A N T ,   A R T H U R   M .   D'ONOFRIO, JR.

AS DEBTOR AND DEBTOR IN POSSESSION
IN BANKRUPTCY CASE NO. 04-334561
(CHAPTER 11, ASD)

By_____
       Raymond C. Bliss ct 07239
       bliss@boblawyers.com
       Denise R. Polivy  ct19676
       polivy@boblawyers.com
       Baker O'Sullivan & Bliss PC
       Putnam Park, Suite 100
       100 Great Meadow Road
       Wethersfield, Connecticut 06109-2371
       Phone:  (860) 258-1993

       Fax:  (860) 258-1991
       His Counsel

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Report of Repatriation and Return of Trust Assets** was sent via first-class U.S. mail, postage prepaid, this 21st day of January 2005, to the following counsel of record:

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Brett Michael Szczesny, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT  06880-4739
*Counsel for Defendants:*
**Chana Continental Trust Company, Ltd.**
**Kleban & Samor, P.C.**
**Elliot I. Miller**

Scott M. Karsten, Esq.

Nicole D. Dorman, Esq.
Michelle N. Holmes, Esq.
Sack Spector and Karsten LLP
836 Farmington Avenue #221
West Hartford, CT  06119-1544
*Counsel for Defendants:*
**Arthur M. D'Onofrio, Jr.**
**Carolyn D'Onofrio**
**Arthur A. D'Onofrio**
**Paul D'Onofrio**
**Nicole D'Onofrio**
**New England Propeller Service, Inc.**
**U.S. Propeller Service of Connecticut, Inc.**
**Div-Acq, Inc.**
**ADMW, LLC**
**East Coast Propeller Service, Inc (Karsten)**
**Goodspeed Airport Development Corp (Karsten)**

James J. Tancredi, Esq.
Marjorie Callan Carson, Esq.
Day, Berry & Howard, LLP
185 Asylum Street
Hartford, CT 06103-3499
*Counsel for Defendant:*
**New England Propeller Service, Inc.**


Edwin L. Doernberger, Esq.
Heidi H. Zapp, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517
*Counsel for Plaintiff:*
**Vincent Nastro**


_____

                                  Raymond C. Bliss