FILED

2005 JAN 26  A 11: 04

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR M. D'ONOFRIO; CAROLYN D'ONOFRIO; ARTHUR A. D'ONOFRIO; PAUL D'ONOFRIO; NICOLE D'ONOFRIO; U.S. PROPELLER SERVICE OF CT, INC.; NEW ENGLAND PROPELLER SERVICE OF CT, INC.; DIV-ACQ, INC.; ADMW, LLC; THE CHANA TRUST; THE CONTINENTAL TRUST COMPANY, LIMITED; KLEBAN AND SAMOR, P.C., and ELLIOT I. MILLER,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:02-CV-00857 (DJS)<br><br><br><br><br><br><br><br><br><br>January 25, 2005 |

### AMENDED REPORT OF REPATRIATION AND RETURN OF TRUST ASSETS

Arthur M. D'Onofrio, Jr. ("D'Onofrio"), by his undersigned counsel, hereby reports that, pursuant to that certain Instrument of Appointment and Termination dated December 23, 2004 and received by D'Onofrio on or about January 14, 2005, a copy of which is annexed hereto as Exhibit A, the trust located on the Island of Jersey in the Channel Islands known as The CHANA Trust (the "Trust") has been terminated and the Trust assets (the "Assets") have been repatriated and returned to D'Onofrio's custody. Upon the completion of any additional measures required under nonbankruptcy law, including the law of the Island of Jersey, in order for the interests

formerly held by the Trust in the Assets to vest in D'Onofrio, or upon the determination by D'Onofrio's counsel that no such additional measures are necessary, D'Onofrio, as debtor and debtor in possession in Bankruptcy Case No. 04-33561 (Chapter 11, ASD), presently pending in the U.S. Bankruptcy Court for the District of Connecticut, will amend his bankruptcy schedules to reflect that the Assets have been returned and that D'Onofrio's interests in the Assets are property of the bankruptcy estate.

Date: January 25, 2005

DEFENDANT, ARTHUR M. D'ONOFRIO, JR.

By _____
Raymond C. Bliss ct07239
bliss@boblawyers.com
Denise R. Polivy ct19676
polivy@boblawyers.com
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, Connecticut 06109-2371
Phone: (860) 258-1993
Fax: (860) 258-1991
His Counsel

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Amended Report of Repatriation and Return of Trust Assets** was sent via first-class U.S. mail, postage prepaid, this 25th day of January 2005, to the following counsel of record:

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Brett Michael Szczesny, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739
*Counsel for Defendants:*
**Chana Continental Trust Company, Ltd.
Kleban & Samor, P.C.
Elliot I. Miller**


Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Michelle N. Holmes, Esq.
Sack Spector and Karsten LLP
836 Farmington Avenue #221
West Hartford, CT 06119-1544
*Counsel for Defendants:*
**Arthur M. D'Onofrio, Jr.
Carolyn D'Onofrio
Arthur A. D'Onofrio
Paul D'Onofrio
Nicole D'Onofrio
New England Propeller Service, Inc.
U.S. Propeller Service of Connecticut, Inc.
Div-Acq, Inc.
ADMW, LLC
East Coast Propeller Service, Inc (Karsten)
Goodspeed Airport Development Corp (Karsten)**

James J. Tancredi, Esq.
Marjorie Callan Carson, Esq.
Day, Berry & Howard, LLP
185 Asylum Street
Hartford, CT 06103-3499
*Counsel for Defendant:*
**New England Propeller Service, Inc.**


Edwin L. Doernberger, Esq.
Heidi H. Zapp, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
*Counsel for Plaintiff:*
**Vincent Nastro**


_____
Raymond C. Bliss

Dated the 23rd day of December 2004

# INSTRUMENT OF APPOINTMENT AND TERMINATION

EXHIBIT A

by

## CONTINENTAL TRUST COMPANY LIMITED

*in relation to*

## THE CHANA TRUST



Advocates Solicitors & Notary Public

P.O. Box 31 • Templar House • Don Road
St. Helier • Jersey • JE4 8NU • C.I.
Telephone: +44 (0) 1534 500300
Facsimile: +44 (0) 1534 500350
E-mail: mail@voisinlaw.com
Website: www.voisinlaw.com

THIS INSTRUMENT OF APPOINTMENT AND TERMINATION is made the 23rd day of December Two Thousand and Four BY CONTINENTAL TRUST COMPANY LIMITED of PO Box 829, Forum House, Grenville Street, St Helier, Jersey, JE4 OUE (the "Trustee").

WHEREAS:

A. This Instrument is supplemental to:

  (i) an instrument dated 21st June 2001 (the "Settlement") made by Arthur D'Onofrio (the "Relevant Beneficiary") of the one part and the Trustee of the other part establishing a settlement known as **THE CHANA SETTLEMENT**; and

  (ii) an instrument of release and indemnity from each of the Relevant Beneficiary, Carolyn D'Onofrio and Nicole D'Onofrio dated 16th November 2004 and an instrument of release and indemnity from Paul D'Onofrio dated 17th November 2004.

B. Pursuant to clause 3(a) of the Settlement the Trustee may during the Trust Period exercise their overriding powers of appointment to apply the Trust Fund to any beneficiary upon such terms as they shall determine in their discretion with the written consent of the Relevant Beneficiary (as Settlor) during his lifetime.

C. The Relevant Beneficiary is a Beneficiary of the Settlement.

D. The property constituting the Trust Fund of the Settlement at the date hereof is set out in the Schedule.

E. Pursuant to clause 1(c)(ii)(D) of the Settlement the Trustee has power to appoint a date to be the end of the Trust Period.

F.  The Trustee is desirous of exercising its aforementioned power to irrevocably appoint that the Trust Period shall determine on the day following the date hereof and to immediately distribute the Trust Fund (as set out in the Schedule hereto) to the Relevant Beneficiary absolutely.

**NOW THIS INSTRUMENT WITNESSES** as follows:

1.  Unless the context otherwise requires words and expressions used herein and defined in the Settlement shall have the same meanings herein as are ascribed to them in the Settlement.

2.  The Trustee hereby irrevocably appoints that the Trust Period shall terminate on the day immediately following the date of this Instrument and pursuant to Clause 3(a) aforesaid and of every and any other power it enabling the Trustee hereby irrevocably determines to hold the Trust Fund to or for the benefit of the Relevant Beneficiary absolutely it being noted that the prior written consent to the exercise of this power has been given by the Relevant Beneficiary pursuant to the Instrument of Indemnity and release referred to in recital (a)(ii) hereof.

3.  The Relevant Beneficiary hereby accepts the transfer of the Trust Fund in full satisfaction of all interests and claims the Relevant Beneficiary may have under or arising from the Settlement and acknowledges that the Relevant Beneficiary has no claim against the Trustee in relation to the performance or non-performance by the Trustee (or the trustees of the Settlement from time to time) of their duties under the Settlement or otherwise in relation to the Settlement.

4.  This Instrument shall be governed by and construed in accordance with the law of the Island of Jersey.

## Schedule

### The Trust Fund

## Chana Trust

## Schedule of Assets appointed to Arthur M. D'Onofrio

50% of A.D.M.W., LLC
50 Shares in DIV – ACQ, Inc
Promissory Note: Arthur M. D'Onofrio US$100,000.00
Promissory Note: New England Propeller Services Inc US$50,000.00
1,515 Shares in New England Propeller Services Inc

IN WITNESS WHEREOF this Instrument has been duly executed the day and year first above written.

THE COMMON SEAL of ) 
THE CONTINENTAL TRUST COMPANY ) 
LIMITED was hereunto affixed in the )
presence of:-

.......................................
Director

.......................................
Director/~~Secretary~~

.19/1994