UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT NASTRO** : | |
| Plaintiff | |
| v. : | CIVIL NO.: 3:02cv857(DJS) |
| **ARTHUR M. D'ONOFRIO, ET AL** : | |
| Defendants | |

## ORDER OF DISMISSAL

This case shall be **dismissed for administrative purposes without prejudice** to the plaintiffs moving to reopen the case within thirty (30) days of the conclusion of the bankruptcy proceedings or at such time as plaintiffs have obtained permission to proceed. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  8th    day of July, 2005.

                                                /s/DJS
                                                Dominic J. Squatrito
                                                United States District Judge