UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO,<br>    Plaintiff, | : NO.: 3:02CV00857(DJS) |
| vs. | |
| ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC, THE CHANA TRUST, THE CONTINENTAL TRUST COMPANY LIMITED, KLEBAN & SAMOR, P.C., ELLIOT I. MILLER and U.S. PROPELLER SERVICE OF CT., INC.,<br>    Defendants. | : DECEMBER 5, 2005 |

## MOTION TO REOPEN CASE ADMINISTRATIVELY

Vincent Nastro ("Nastro"), Arthur M. D'Onofrio, Jr. ("D'Onofrio") and New England Propeller Service, Inc. ("NEPS") (together, the "Movants"), by their undersigned counsel, respectfully move this Court for an order reopening the above captioned case administratively for the sole purpose of restoring this case to the active docket. In support of this Motion, the Movants respectfully represent as follows:

1. The plaintiff, Nastro, commenced this action on May 16, 2002.

2. On May 16, 2003, the Court entered an order granting Nastro's application for a preliminary injunction enjoining D'Onofrio and NEPS from transferring any monies or assets.

3. Thereafter, on July 29, 2004, D'Onofrio filed a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code, commencing Chapter 11 Case No. 04-33561 (ASD) (the "Bankruptcy Case").

4.      On August 23, 2004, this Court entered an order staying all action in this case against D'Onofrio due to his bankruptcy filing.

5.      On July 8, 2005, this Court closed the case administratively because, pursuant to D. Conn. L. Civ. R. 41(a), there had been no action in the case under the applicable time limitation.

6.      The Movants and Nastro (collectively, the "Parties") agreed to seek a mediated resolution of their disputes in the Bankruptcy Case in January, 2005.

7.      The Parties achieved a settlement (the "Settlement"), executing a term sheet in September, 2005 and a Global Settlement Agreement on or about November 29, 2005.

8.      On motions filed by the Movants, the Bankruptcy Court (Dabrowski, J.), on November 30, 2005:

   a.      approved the Settlement terms;

   b.      granted limited relief from the automatic stay, pursuant to 11 U.S.C. § 362(a), so that the Movants could ask this Court to reopen this action, extinguish the Injunction, and grant such other relief as is needed to effectuate the settlement; and

   c.      dismissed, conditionally, the Bankruptcy Case, with the dismissal to become effective upon joint certification by counsel that the Settlement has closed.

9.      In accordance with the terms of the Settlement and the orders of the Bankruptcy Court, the Movants submit the within Motion asking this Court to reopen this action. The Movants have contemporaneously filed a Motion to Vacate/Modify Injunction Order.

41648942.2 066266-00000
December 5, 2005 3:33 PM

WHEREFORE, the Movants respectfully ask this Court to enter an order reopening this case administratively for the sole purpose of restoring this case to the active docket.

> DEFENDANTS, NEW ENGLAND
> PROPELLER SERVICE, INC.
> by its attorneys:
>
> _____
> James J. Tancredi (ct06819)
> DAY BERRY & HOWARD LLP
> CityPlace I
> Hartford, CT 06103
> Phone: (860)275-0100
> Fax:   (860)275-0343
> E-mail: jtancredi@dbh.com
>
>
> ARTHUR M. D'ONOFRIO, JR.
> by his attorneys:
>
> _____
> Raymond C. Bliss (ct 07239)
> Baker O'Sullivan & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT 06109-2371
> Phone: (860)258-1993
> Fax:   (860)258-1991
> E-mail: Bliss@boblawyers.com

3

PLAINTIFF,
VINCENT NASTRO
by his attorneys:


By: _____
   Edwin L. Doernberger (ct05199)
   Saxe Doernberger & Vita, P.C.
   1952 Whitney Ave.
   Hamden, CT 06517
   Phone: (203) 287-8890
   Fax: (203) 287-8847
E-mail: eld@sdvlaw.com

WHEREFORE, the Movants respectfully ask this Court to enter an order reopening this case administratively for the sole purpose of restoring this case to the active docket.

DEFENDANTS, NEW ENGLAND
PROPELLER SERVICE, INC.
by its attorneys:

_____
James J. Tancredi (ct06819)
DAY BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
Phone: (860)275-0100
Fax:  (860)275-0343
E-mail: jtancredi@dbh.com


ARTHUR M. D'ONOFRIO, JR.
by his attorneys:


_____
Raymond C. Bliss (ct 07239)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone: (860)258-1993
Fax:    (860)258-1991
E-mail: Bliss@boblawyers.com

3

PLAINTIFF,
VINCENT NASTRO
by his attorneys:


By: /s/ Ed L R
    Edwin L. Doernberger (ct05199)
    Saxe Doernberger & Vita, P.C.
    1952 Whitney Ave.
    Hamden, CT 06517
    Phone: (203) 287-8890
    Fax: (203) 287-8847
E-mail: eld@sdvlaw.com

4



UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN

| | |
|---|---|
| In re<br><br>ARTHUR M. D'ONOFRIO, JR.,<br><br>Debtor. | Case No. 04-33561 (ASD)<br><br>Chapter 11 |
| ARTHUR M. D'ONOFRIO, JR.<br>and<br>NEW ENGLAND PROPELLER<br>SERVICE, INC.,<br><br>Movants<br><br>v.<br><br>VINCENT NASTRO,<br><br>Respondent. | RE: Doc. I.D. No. 203 |

## ORDER GRANTING MOTION TO APPROVE JOINT STIPULATION FOR LIMITED STAY RELIEF

The Motion to Approve Joint Stipulation for Limited Stay Relief (the "Motion for Limited Stay Relief"), filed by Arthur M. D'Onofrio, Jr., the Debtor and Debtor-in Possession in the above-captioned Chapter 11 proceedings, and New England Propeller Service, Inc., a party-in-interest and co-proponent of the Debtor's Plan of Reorganization, pursuant to Bankruptcy Code § 362(d), having been presented to this Court, and due notice having been given and proper service having been made; and no objection to the relief requested having been filed, it is hereby

1

**ORDERED, ADJUDGED AND DECREED THAT** the Motion to Approve Joint Stipulation for Limited Stay Relief is **GRANTED;** and it is further

**ORDERED, DECREED AND ADJUDGED** that the 10-stay of Fed. R. Bankr. P. Rule 4001(a)(3) is not applicable permitting the immediate enforcement of this order.

Dated: November 30, 2005                                                                 BY THE COURT

                                                                                                    /s/ Albert S. Dabrowski
                                                                                                    Albert S. Dabrowski
                                                                                                    Chief United States Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN

| | |
|---|---|
| In re<br><br>ARTHUR M. D'ONOFRIO, JR.,<br><br>Debtor. | Case No. 04-33561 (ASD)<br><br>Chapter 11 |
| ARTHUR M. D'ONOFRIO, JR.<br>and<br>NEW ENGLAND PROPELLER<br>SERVICE, INC.,<br><br>Movants<br><br>v.<br><br>VINCENT NASTRO,<br><br>Respondent. | November 4, 2005 |

## JOINT STIPULATION FOR LIMITED STAY RELIEF

WHEREAS, Arthur M. D'Onofrio, Jr., the Debtor and Debtor-in Possession (the "Debtor"), on July 29, 2004, filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code, and

WHEREAS, New England Propeller Service, Inc. ("NEPS"), is a party-in-interest and co-proponent of the Debtor's Plan of Reorganization, and

WHEREAS, Vincent Nastro ("V. Nastro") filed a proof of claim asserting $34,898,128.87 in unliquidated claims, and

WHEREAS, upon the Debtor's Chapter 11 filing, contentious litigation quickly ensued between the Debtor, NEPS and V. Nastro within the Debtor's bankruptcy case, including numerous motions, contested matters, claims, counterclaims and adversary proceedings, many of which were tried during hearings held in December 2004, and

WHEREAS, the parties agreed to mediate their disputes before the Honorable Alan H.W. Shiff, which led to an agreed upon settlement of their various claims (the "Settlement"), and

WHEREAS, contemporaneously herewith, the Movants have filed a Motion to Approve Compromise and Settlement of Claims (the "Settlement Motion") requesting that this Court approve the terms of the Settlement, and

WHEREAS, contemporaneously herewith, the Movants have filed a Motion to Approve Compromise and Settlement of Claims (the "Settlement Motion"), asking this Court to approve the terms of the Settlement, and a Motion to Dismiss the Chapter 11 Case, conditioned upon (i) this Court granting the Settlement Motion, and (ii) counsel for the Debtor, NEPS, and V. Nastro filing with this Court, within forty-five (45) days after this Court's entry of an order granting the Settlement Motion, a certification that the Settlement has closed; and

WHEREAS, injunctive orders entered in that certain action captioned <u>Nastro v. D'Onofrio</u>, No. 3:02cv-00857 (DJS) (the "District Court Action) pending in the United States District Court for the District of Connecticut (the "District Court"), may otherwise impede or affect the timing of the Settlement closing and impair the ability of the parties to promptly consummate the Settlement;

The Debtor, NEPS and V. Nastro, through their undersigned counsel, hereby agree and stipulate so that they may proceed with the following actions with respect to the District Court Action and the Injunction:

1. Motion to Reopen the District Court Action and to vacate the Stay of Proceedings;

2. Motion to Vacate/Modify the Injunction to allow the Debtor and NEPS to effectute the Settlement (i.e., sign settlement documents, borrow monies, guarantee indebtedness);

3. Motion to Dismiss, with Prejudice, the District Court Action and all pending motions therein, including the Contempt Motion, as against the Debtor, Carolyn D'Onofrio, Arthur A. D'Onofrio, Paul D'Onofrio, and Nicole D'Onofrio and NEPS; and

4. Motion to seek such other ancillary relief from the District Court as is necessary to effectuate consummation of the Settlement without violating any orders or directives pending in the District Court Action.

COUNSEL TO DEBTOR,
ARTHUR M. D'ONOFRIO, JR.

By: /s/ Raymond C. Bliss
Raymond C. Bliss (ct 07239)
Denise R. Polivy (ct19679)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Rd.
Wethersfield, CT 06109
Phone: (860) 258-1993
Fax: (860) 258-1991
E-mail: bliss@boblawyers.com

COUNSEL TO NEW ENGLAND
PROPELLER SERVICE, INCORPORATED

By: /s/ James J. Tancredi
    James J. Tancredi (ct06819)
    Marjorie Callan Carson (ct25556)
    Day, Berry & Howard LLP
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103-3499
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    E-mail: jtancredi@dbh.com


COUNSEL TO VINCENT NASTRO

By: /s/ Edwin L. Doernberger
    Edwin L. Doernberger (ct05199)
    Saxe Doernberger & Vita, P.C.
    1952 Whitney Ave.
    Hamden, CT 06517
    Phone: (203) 287-8890
    Fax: (203) 287-8847
    E-mail: eld@sdvlaw.com