UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | NO.: 3:02CV00857 (DJS) |
| Plaintiff, | | |
| vs. | | |
| ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC, THE CHANA TRUST, THE CONTINENTAL TRUST COMPANY LIMITED, KLEBAN AND SAMOR, P.C., ELLIOT I. MILLER and U.S. PROPELLER SERVICE OF CT., INC., | : | DECEMBER 6, 2005 |
| Defendants. | | |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the 6th day of December, 2005, I have served a copy of the Motion to Reopen Case Administratively and the Motion to Vacate/Modify Injunction Order on the following parties, via U.S. mail, postage prepaid:

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517
    *Counsel to Plaintiff:*
    *Vincent Nastro*

Heidi H. Zapp, Esq.
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517
    *Counsel to Plaintiff:*
    *Vincent Nastro*

Nicole D. Dorman, Esq.
Karsten & Dorman, LLC
29 So. Main St.
West Hartford, CT 06107
>   ***Counsel to Defendants:***
>   ***Arthur M. D'Onofrio***
>   ***Carolyn D'Onofrio***
>   ***Arthur A. D'Onofrio***
>   ***Paul D'Onofrio***
>   ***Nicole D'Onofrio***
>   ***New England Propeller Service, Inc.***
>   ***U.S. Propeller Service of CT, Inc.***
>   ***Div-Acq, Inc.***
>   ***ADMW, LLC***


Scott M. Karsten, Esq.
Karsten & Dorman, LLC
29 So. Main St.
West Hartford, CT 06107
>   ***Counsel to Defendants:***
>   ***Arthur M. D'Onofrio***
>   ***Carolyn D'Onofrio***
>   ***Arthur A. D'Onofrio***
>   ***Paul D'Onofrio***
>   ***Nicole D'Onofrio***
>   ***New England Propeller Service, Inc.***
>   ***U.S. Propeller Service of CT, Inc.***
>   ***Div-Acq, Inc.***
>   ***ADMW, LLC***


James J. Tancredi, Esq.
Day, Berry & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3499
>   ***Counsel to Defendant:***
>   ***New England Propeller Service, Inc.***

Brett Michael Szczesny, Esq.
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
>   ***Counsel to Defendants:***
>   ***Kleban & Samor, P.C.***
>   ***Elliot I. Miller***

Thomas P. O'Dea, Jr., Esq.
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
    ***Counsel to Defendants:***
    ***Kleban & Samor, P.C.***
    ***Elliot I. Miller***

 

/s/ Raymond C. Bliss

Raymond C. Bliss ct07239
Baker O'Sullivan & Bliss PC
Putnam Park
Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone: (860) 258-1993
E-mail: bliss@boblawyers.com