UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO,<br>Plaintiff, | : NO.: 3:02CV00857(DJS) |
| vs. | |
| ARTHUR M. D'ONOFRIO, CAROLYN<br>D'ONOFRIO, ARTHUR A. D'ONOFRIO,<br>PAUL D'ONOFRIO, NICOLE D'ONOFRIO,<br>NEW ENGLAND PROPELLER SERVICE OF<br>CT, INC., DIV-ACQ, INC., ADMW, LLC,<br>THE CHANA TRUST, THE CONTINENTAL<br>TRUST COMPANY LIMITED, KLEBAN &<br>SAMOR, P.C., ELLIOT I. MILLER and<br>U.S. PROPELLER SERVICE OF CT., INC.,<br>Defendants. | : DECEMBER 5, 2005 |

## ORDER VACATING/MODIFYING INJUNCTION ORDER

WHEREAS, on May 16, 2003, this Court entered an order granting plaintiff Vincent Nastro's Application for Preliminary Injunction and Order to Show Cause (the "Injunction Order"), and

WHEREAS, on July 29, 2004, Arthur M. D'Onofrio ("D'Onofrio") filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code, commencing Chapter 11 Case No. 04-33561 (ASD) (the "Bankruptcy Case"), and on August 23, 2004, this Court entered an order staying all actions in this case due to D'Onofrio's bankruptcy filing, and

WHEREAS, the Parties achieved a settlement (the "Settlement"), executing a term sheet in September, 2005 and a Global Settlement Agreement on or about November 29, 2005, and

WHEREAS, included in the terms of the Settlement is the requirement that this case will be reopened, that the Injunction Order will be vacated or modified to allow D'Onofrio and New England Propeller Service, Inc. to effectuate the Settlement, and that all claims against

D'Onofrio, Carolyn D'Onofrio, Arthur A. D'Onofrio, Paul D'Onofrio, Nicole D'Onofrio, New England Propeller Service, Inc., DIV-ACQ, Inc., ADMW, LLC and U.S. Propeller Service of CT, Inc. (the "Settlement Party Defendants") will be dismissed with prejudice by stipulation upon the final closing of the Settlement, and

WHEREAS, on motions filed by the Movants, the Bankruptcy Court (Dabrowski, J.), on November 30, 2005:

    a.    approved the Settlement terms;

    b.    granted limited relief from the automatic stay, pursuant to 11 U.S.C. § 362(a), so that the Movants could ask this Court to reopen this action, modify or vacate the Injunction Order to allow D'Onofrio and NEPS to effectuate the Settlement, and grant such other relief as is needed to effectuate the Settlement; and

    c.    dismissed, conditionally, the Bankruptcy Case, with the dismissal to become effective upon joint certification by counsel that the Settlement has closed.

WHEREAS, the Movants, on December 6, 2005, filed, with this Court, a Motion To Reopen Case Administratively and a Motion to Vacate/Modify Injunction Order, and

WHEREAS, notwithstanding the Court's granting of this Order, the Movants agree that in the event the Settlement does not close, all provisions of the Injunction Order shall immediately be restored and transfers subject to paragraph 2 below shall be of no force and affect, and

WHEREAS, upon the closing of the Settlement, the Movants agree that, in addition to the dismissal of this action as to the Settlement Party Defendants, the Injunction shall be vacated in full, without prejudice to the claims of Nastro against Kleban & Samor, P.C. and Elliot Miller

that he suffered damages as a result of the prior transfers by D'Onofrio of the stock and membership interests in the entities listed to Continental Trust Company Limited as Trustee of the Chana Trust; it is, therefore, hereby

ORDERED that the Motion to Vacate/Modify Injunction Order is hereby GRANTED and that the Injunction Order is now vacated/modified as follows:

1. Paragraph "a" of the Injunction Order is now modified to permit U.S. Propeller Service of CT, Inc., New England Propeller Service, Inc., DIV-ACQ, Inc, and ADMW, LLC to recognize the transfer of stock and membership interest in these entities whose legal title was previously held in the name of The Chana Trust to D'Onofrio;

2. The transfers of any stock or membership interests described in paragraph 1 above are without prejudice to the claim(s) of Nastro that he has suffered damage as a result of the prior transfers by D'Onofrio of the stock and membership interests in the entities listed to Continental Trust Company Limited as Trustee of the Chana Trust; and

3. D'Onofrio, U.S. Propeller Service of CT, Inc., New England Propeller Service, Inc., DIV-ACQ, Inc. and ADMW, LLC are now permitted to transfer funds, assets or interests, either legal or beneficial, or to grant security interests in such funds, assets or interests, to such persons or entities for whom such transfer is necessary to effectuate the Settlement.

Dated at Hartford, Connecticut, this 7th day of December, 2005.

Honorable Dominic J. Squatrito
United States District Court Judge

-3-