UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | CIVIL ACTION NO.: |
| | : | 3:02-cv-00857 DJS |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| ARTHUR M. D'ONOFRIO, ET AL. | : | |
| | : | |
| Defendants | : | DECEMBER 13, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests to withdraw his appearance in the above-captioned case for the reason that the undersigned attorney has left the law firm of Halloran & Sage LLP and no longer represents the defendants. Attorney Thomas O'Dea of Halloran & Sage, LLP has appeared on behalf of the defendants.

WHEREFORE, the undersigned respectfully requests that this Motion be granted.

THE DEFENDANTS:
KLEBAN & SAMOR, P.C. AND
ELLIOT I. MILLER

By: _____
James M. Sconzo, Esq.
Federal Bar No.: ct04571
Jorden Burt LLP
175 Powder Forest Drive #201
Simsbury, CT 06089-9658
Telephone: (860) 392-5012

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Withdraw Appearance has been mailed via First Class Mail on December 12, 2005 to:

Edwin L. Doernberger, Esq.
Heidi H. Zapp, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Denise R. Polivy, Esq.
Baker, O'Sullivan & Bliss, PC
Putnam Park
100 Great Meadow Road #100
Wethersfield, CT 06109-2355

Michelle N. Holmes, Esq.
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

James J. Tancredi, Esq.
Day, Berry & Howard
CityPlace I
185 Asylum Avenue
Hartford, CT 06103-3499

Thomas P. O'Dea, Jr., Esq.
Brett M. Szczesny, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

_____
James M. Sconzo, Esq.

144493_1.DOC