UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | CIVIL ACTION NO.: |
| | : | 3:02-CV-00857 DJS |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| ARTHUR M. D'ONOFRIO, ET AL. | : | |
| | : | |
| Defendants | : | DECEMBER 16, 2005 |

MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests to withdraw her appearance in the above captioned case for the reason that the undersigned attorney has left the law firm of Sack, Spector, & Karsten and no longer represents the defendants.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

THE DEFENDANTS:
KLEBAN & SAMOR, P.C. AND
ELLIOT I. MILLER

By: *Michelle N. Holmes*
Michelle N. Holmes
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
203-596-1091
203-596-1093(fax)
mholmes@mholmeslaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Withdraw Appearance has been mailed via First Class Mail on December 16, 2005 to:

Edwin L. Doenberger, Esq.
Heidi H. Zapp, Esq.
Sax, Doenberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Denise R. Polivy, Esq.
Baker, O'Sullivan & Bliss, PC
Putnam Park
100 Great Meadow Road #100
Wethersfield, CT 06109-2355

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Karstn & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

James J. Tancredi, Esq.
Day, Berry & Howard
CityPlace I
185 Asylum Avenue
Hartford, CT 06103-3499

Thomas P. O'Dea, Jr., Esq.
Brett M. Szczesny, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Michelle N. Holmes, Esq.