UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | CIVIL ACTION NO.: |
| | : | 3:02-CV-00857 DJS |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| ARTHUR M. D'ONOFRIO, ET AL. | : | |
| | : | |
| Defendants | : | DECEMBER 30, 2005 |

MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests to withdraw her appearance as to any and all defendants in the above captioned case for the reason that the undersigned attorney has left the law firm of Sack, Spector, & Karsten and no longer represents the defendants.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

THE DEFENDANTS:


By:_____
Michelle N. Holmes
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
203-596-1091
203-596-1093(fax)
mholmes@mholmeslaw.com