<u>CERTIFICATION</u>

      I hereby certify that a copy of the foregoing Motion To Withdraw Appearance has been mailed via First Class Mail on December 30, 2005 to:

Edwin L. Doenberger, Esq.
Heidi H. Zapp, Esq.
Sax, Doenberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Denise R. Polivy, Esq.
Baker, O'Sullivan & Bliss, PC
Putnam Park
100 Great Meadow Road #100
Wethersfield, CT 06109-2355

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Karstn & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

James J. Tancredi, Esq.
Day, Berry & Howard
CityPlace I
185 Asylum Avenue
Hartford, CT 06103-3499

Thomas P. O'Dea, Jr., Esq.
Brett M. Szczesny, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

 

                                   _____
                                   Michelle N. Holmes, Esq.