UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 3:02CV00857(DJS) |
| | : |
| ARTHUR M. D'ONOFRIO, et. al. | : |
| Defendants. | : January 13, 2006 |

## NOTICE OF DISMISSAL (PARTIAL)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Vincent Nastro hereby gives notice that this action is DISMISSED WITH PREJUDICE as to defendants Arthur M. D'Onofrio, Jr., Carolyn D'Onofrio, Arthur A. D'Onofrio, Paul D'Onofrio, Nicole D'Onofrio, New England Propeller Service, Inc., DIV-ACQ, Inc., ADMW, LLC and U.S. Propeller Services of Connecticut, Inc. only. No answer or motion for summary judgment has been served in this matter.

This matter is still pending as to defendants Kleban & Samor, P.C. and Elliot I. Miller.

THE PLAINTIFF
VINCENT NASTRO

BY: _____
Edwin L. Doernberger
Fed. Bar No. ct05199
Heidi H. Zapp
Fed. Bar No. ct24655
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to the following counsel of record on January 13, 2006:

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Karsten and Dorman, LLC
29 South Main Street
West Hartford, CT 06107

Thomas P. O'Dea, Jr., Esq.
James M. Sconzo, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880-4739

Raymond C. Bliss, Esq.
Denise R. Polivy, Esq.
Baker O'Sullivan & Bliss, P.C.
100 Great Meadow Road
Wethersfield, CT 06109-2355

James J. Tancredi, Esq.
Day Berry & Howard
CityPlace I
185 Asylum Street
Hartford, CT 06103

                                      Edwin L. Doernberger