## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO | : CIVIL ACTION |
| | : NO. 3:02 CV 00857(DJS) |
| V. | : |
| ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC, THE CHANA TRUST, THE CONTINENTAL TRUST COMPANY LIMITED, KLEBAN AND SAMOR, P.C., ELLIOT I. MILLER, U.S. PROPELLER SERVICE OF CT., INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : January 18, 2006 |

### MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6) and Local Rule 7, the defendants, KLEBAN & SAMOR, P.C. and ELLIOT I. MILLER, hereby move this Court to dismiss the plaintiff's claim against them. The plaintiff purportedly has asserted a civil RICO claim against the undersigned defendants in the Fifth Count of his amended complaint. This count fails to state a claim upon which relief can be granted and therefore should be dismissed. In support of this motion, and in accordance with the Local Rules, the undersigned defendants submit an accompanying memorandum of law. This motion and accompanying memorandum of law remain unchanged from the original, filed on June 25, 2003.

WHEREFORE, the undersigned defendants respectfully request that this Court dismiss the plaintiff's claim against them in the Fifth Count of the plaintiff's amended complaint, with prejudice.

THE DEFENDANTS:
KLEBAN & SAMOR, P.C. and ELLIOT I. MILLER

By_____
Thomas P. O'Dea, Jr.
Fed. Bar #ct 10390
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

## CERTIFICATION

    This is to certify that on this 18th day of January, 2006, I hereby mailed a copy of the foregoing to:

Edwin L. Doernberger, Esq.
Bradford J. Sullivan, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden CT 06517

Scott M. Karsten, Esq.
Nicole D. Dorman, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
Thomas P. O'Dea, Jr.

782170v.1