# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VINCENT NASTRO                                           :        CIVIL ACTION NO.
            Plaintiff                                    :        3:02 CV00857(DJS)
                                                         :
VS.                                                      :
                                                         :
ARTHUR M. D'ONOFRIO, CAROLYN                             :
D'ONOFRIO, ARTHUR A. D'ONOFRIO,                          :
PAUL D'ONOFRIO, NICOLE                                   :
D'ONOFRIO, NEW ENGLAND                                   :
PROPELLER SERVICE OF CT. INC.,                           :
DIV-ACQ. INC., ADMW, LLC THE                             :
CHANA TRUST, THE CONTINENTAL                             :
TRUST COMPANY LIMITED, KLEBAN                            :
AND SAMOR, P.C., ELLIOT I. MILLER,                       :
U.S. PROPELLER SERVICE OF                                :
CT., INC.                                                :        FEBRUARY 17, 2006
            Defendants

## MOTION FOR EXTENSION OF TIME TO RESPOND TO FILE A REPLY BRIEF TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

Pursuant to Local Rule 7, the undersigned defendants hereby move for an extension

of seven days within which to file a Reply brief to the plaintiff's Memorandum in Opposition

to Motion to Dismiss dated February 3, 2006. This extension is necessary for counsel to

fully review the Reply brief with his clients and to review the legal impact of the settlement

of the plaintiff's claims against the co-defendants on the plaintiff's claims against the

315 Post Road West                    HALLORAN              Phone (203) 227-2855
Westport, CT 06880                     & SAGE LLP            Fax (203) 227-6992
                                                            Juris No. 412195

undersigned defendants including the undoing of the Chanha trust that is the subject of the instant action. Additional time is necessary to complete that review.

In accordance with Local Rule 7(b), the undersigned has contacted counsel for the plaintiff concerning this motion. Counsel for plaintiff has indicated he has no objection to the requested extension of time.

THE DEFENDANTS,
KLEBAN AND SAMOR, P.C.
AND ELLIOT I. MILLER

By_____
Thomas P. O'Dea, Jr.
Fed. Bar #ct 10390
HALLORAN & SAGE  LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 17th day of February, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Edwin L. Doernberger, Esq.
Bradford J. Sullivan, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden CT 06517

Scott M. Karsten. Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

794990.1(HS-FP)

Thomas P. O'Dea, Jr.

- 3 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195