UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
VINCENT NASTRO                        :    NO. 3:02 CV 00857 (DJS)
                                      :
Individually                          :
              The Plaintiff           :
                                      :
v.                                    :
                                      :
ARTHUR M. D'ONOFRIO, et al            :
                                      :
                                      :
              The Defendants          :
-------------------------------------------------------x    APRIL 5, 2006
```

## APPEARANCE

Please enter the Appearance of Anthony Nuzzo, Jr., Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut, as counsel for the defendants, Elliot I. Miller and Kleban & Samor, P.C.

        THE DEFENDANTS
        Elliot I. Miller and
        Kleban & Samor, P.C.

By _____
    Anthony Nuzzo, Jr.
    Federal Bar No: CT05397
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, Connecticut 06410
    Tel: (203) 250-2000
    Fax: (203) 250-3131
    anuzzo@nuzzo-roberts.com

## CERTIFICATION

      I hereby certify that on April 5, 2006, a true copy of the foregoing Appearance was sent via electronic mail to the court and counsel:

Edwin L. Doernberger, Esq.
Heidi H. Zapp, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

Scott M. Karsten, Esq.
Karsten & Dorman, L.L.C.
29 South Main Street
West Hartford, CT 06107

 

                                  Anthony Nuzzo, Jr.
                                  Federal Bar No: CT05397
                                  NUZZO & ROBERTS, L.L.C.
                                  One Town Center
                                  P.O. Box 747
                                  Cheshire, Connecticut  06410
                                  Tel:  (203) 250-2000
                                  Fax:  (203) 250-3131
                                  anuzzo@nuzzo-roberts.com

\\fp\nuzzo\wp\423002\134\Appearance ANJ 04 05 06.doc