UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO<br>    Plaintiff | CIVIL ACTION NO.<br>3:02 CV00857(DJS) |
| VS. | |
| ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC THE CHANA TRUST, THE CONTINENTAL TRUST COMPANY LIMITED, KLEBAN AND SAMOR, P.C., ELLIOT I. MILLER, U.S. PROPELLER SERVICE OF CT., INC.<br>    Defendants | APRIL 14, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves to withdraw his Appearance on behalf of the defendants, Kleban and Samor, P.C. and Elliot I. Miller, in the above-captioned matter. The defendants will be represented by Anthony Nuzzo, Jr., Esq., Nuzzo & Roberts, LLC, One Town Center, P.O. Box 747, Cheshire, Connecticut 06410, whose Appearance is already on file.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

>THE DEFENDANTS
>KLEBAN AND SAMOR, P.C.
>AND ELLIOT I. MILLER
>
>By **[signature]**
>Thomas P. O'Dea, Jr. of
>HALLORAN & SAGE LLP
>Fed. Bar #ct 10390
>315 Post Road West
>Westport, CT 06880
>(203) 227-2855

HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 14th day of April 2006, I hereby mailed a copy of the foregoing to:

Edwin L. Doernberger, Esq.
Bradford J. Sullivan, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden CT 06517

Scott M. Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
Thomas P. O'Dea, Jr.

819161v1

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195