UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------------------------------x
| | |
|---|---|
| VINCENT NASTRO | : NO. 3:02 CV 00857 (DJS) |
| The Plaintiff | : |
| v. | : |
| ARTHUR M. D'ONOFRIO, et al | : DECEMBER 7, 2006 |
| The Defendants | : |

----------------------------------------------------x

## DEFENDANTS, KLEBAN & SAMOR, P.C. AND ELLIOT I. MILLER'S, MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS AND EXHIBITS PURSUANT TO COURT ORDER DATED NOVEMBER 22, 2006

Pursuant to Local Rule 7(b), the defendants, Kleban & Samor, P.C. and Elliot I. Miller (hereinafter "the lawyer defendants"), request a thirty (30) day extension, or until January 29, 2007, to file supplemental briefs and exhibits pursuant to the Court's order dated November 22, 2006. The lawyer defendants also request an extension of time until February 19, 2007 to file responses and, if necessary, until March 5, 2007 to file reply briefs. In support of this Motion, the lawyer defendants submit the following:

1.    On January 18, 2006, the lawyer defendants, through prior counsel, filed a motion to dismiss the plaintiff's civil RICO claim which had been asserted against them. Thereafter, on February 6, 2006, the plaintiff filed an objection to the lawyer

defendants' motion to dismiss and on February 28, 2006 the lawyer defendants filed their reply.

2. The defendant's motion to dismiss, if granted, would have disposed of all claims asserted by the plaintiff against the lawyer defendants.

3. On April 5, 2006, while the motion to dismiss was pending, the undersigned filed an appearance for the lawyer defendants. Since this date, the undersigned has been monitoring this case for a decision on the lawyer defendants' motion to dismiss.

4. On November 22, 2006 the Court issued an order notifying the parties that the lawyer defendants' motion to dismiss was being converted into a motion for summary judgment. The Court also ordered supplemental briefs and exhibits to be filed by December 29, 2006, responses to those briefs to be filed by January 19, 2007 and, if necessary, reply briefs by February 2, 2007.

5. The lawyer defendants require additional time to evaluate and determine the documentary evidence which would be necessary to support a motion for summary judgment. Additional time is also necessary so that the lawyer defendants can proffer the appropriate evidence to support a motion for summary judgment.

7. Additionally, the individual lawyer defendant has recently retired from the practice of law. It is anticipated that under the circumstances, additional time will be needed so that the undersigned can meet with his clients to prepare the necessary materials for a motion for summary judgment.

8. Counsel for the lawyer defendants has contacted plaintiff's counsel and they have no objection to this motion for extension of time.

9. This is the lawyer defendants' first motion for extension of time with respect to the Court's November 22, 2006 order.

WHEREFORE, the defendant respectfully requests a thirty (30) day extension, or until January 29, 2007, to file supplemental briefs and exhibits pursuant to the Court's order dated November 22, 2006. The lawyer defendants also request an extension of time until February 19, 2007 to file responses and, if necessary, until March 5, 2007 to file reply briefs.

THE DEFENDANTS
Elliot I. Miller and
Kleban & Samor, P.C.

By _____
Anthony Nuzzo, Jr.
Federal Bar No: CT05397
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
Tel: (203) 250-2000
Fax: (203) 250-3131
anuzzo@nuzzo-roberts.com

## CERTIFICATION

This is to certify that on December 7, 2006, a copy of the foregoing Motion for Extension of Time to File Supplemental Briefs and Exhibits was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By _____
Anthony Nuzzo, Jr.
Federal Bar No: CT05397
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
Tel: (203) 250-2000
Fax: (203) 250-3131
anuzzo@nuzzo-roberts.com

\\fp\nuzzo\wp\423002\134\Mot Extenstion of Time 12 07 06.doc