# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
VINCENT NASTRO                    :    NO. 3:02 CV 00857 (DJS)
                                  :
                                  :
              The Plaintiff       :
                                  :
v.                                :
                                  :
ARTHUR M. D'ONOFRIO, et al        :
                            :
                                  :
              The Defendants      :
-------------------------------------------------------x    JANUARY 24, 2007
```

## AFFIDAVIT OF ELLIOT I. MILLER

I, Elliot I. Miller, being duly sworn, hereby depose and say:

1.    I am over the age of eighteen and understand the obligation of an oath.

2.    I am fully familiar with the facts stated herein and make them based upon my own personal knowledge[1].

3.    I am a Connecticut and New York attorney who was of counsel with the law firm of Kleban & Samor, P.C. until I retired from the practice of law in August 2006. My practice concentrated on corporate transactions, and on the trial and management of complex litigation matters, including international corporate financings, domestic venture capital financings primarily for technology-based enterprises, offshore trusts and corporations, corporate securities and tax.

4.    In late-April/early-May 2001, I received a telephone call from a lawyer who advised me that he had referred Mr. Arthur D'Onofrio to me for tax advice related to an off-shore trust that he was establishing.

---

[1] Connecticut Rule of Professional Conduct § 1.6(d) permits a lawyer to reveal confidential information relating to the representation of a client whenever such information is necessary for a lawyer to establish a defense in a civil claim against the lawyer based upon conduct in which the client was involved, or to respond to allegations in any proceeding concerning the lawyer's representation of the client. To the extent any confidential information is disclosed in this affidavit relating to my representation of Mr. D'Onofrio, it is consistent with Rule of Professional Conduct § 1.6(d)

5.    Shortly thereafter, I received a telephone call from Mr. Arthur D'Onofrio. Mr. D'Onofrio advised me that he had been referred to me for tax advice in connection with an off-shore trust that he was establishing for the benefit of his wife and children in Jersey, in the Channel Islands (hereinafter referred to as "the Chana Trust"). I had never spoken with, nor had I ever provided legal advice to, Mr. D'Onofrio before this conversation.

6.    After my initial telephone conversation with Mr. D'Onofrio, I met with Mr. D'Onofrio at my office to discuss some of the tax issues and/or implications surrounding his establishment of the Chana Trust. At this meeting, I referred Mr. D'Onofrio to the Continental Trust Company because in my experience, the Continental Trust Company is more sensitive to United States tax considerations than other Channel Island banks and fiduciary institutions and they are willing to adapt their trust language to accommodate United States tax considerations.

7.    On or about May 11, 2001, Mr. D'Onofrio retained me to give tax advice concerning the provisions of the Chana Trust. A true and accurate copy of the retainer agreement is attached hereto as exhibit A. The scope of my representation was to review the draft trust document and provide advice concerning the estate tax, gift tax and income tax effects of the establishment of the Chana Trust.

8.    After I was retained and as part of my representation of Mr. D'Onofrio, I received a draft copy the Chana Trust. This document was provided to me by the trustee, Continental Trust Company. A true and accurate copy of the email forwarding the draft copy of the Chana Trust is attached hereto as exhibit B.

9.    Neither I nor anyone from Kleban & Samor, P.C. had any involvement in preparing the initial draft copy of The Chana Trust.

10.    Once the draft copy of the Chana Trust was received, both myself and associates at Kleban & Samor, P.C. who worked at my direction and under my supervision reviewed the provisions of the Chana Trust for their potential estate, gift and income tax implications.

11.    After reviewing the initial draft copy of the Chana Trust, an associate at Kleban & Samor, P.C. who worked at my direction and under my supervision prepared a Memorandum which was sent to Mr. D'Onofrio detailing our analysis and advice with respect to the estate, gift and income tax implications of the provisions contained in the draft copy of the Chana Trust. A true and accurate copy of this Memorandum is attached hereto as exhibit C.

12.     After reviewing the initial draft copy of the Chana Trust, the requested revisions were communicated to the trustee, Continental Trust Company. Thereafter, several more drafts of the Chana Trust were provided to Kleban & Samor, P.C. Associates at Kleban & Samor, P.C. who worked at my direction and under my supervision reviewed these revised trust documents and made additional comments from an estate, gift and income tax perspective.

13.     According to the trust document, on or about June 21, 2001, Mr. D'Onofrio executed the Chana Trust in Jersey, in the Channel Islands. Neither I nor anyone from Kleban & Samor, P.C. was present when the Chana Trust was executed.

14.     On or about June 22, 2001, an associate at Kleban & Samor, P.C. who worked at my direction and under my supervision sent to Continental Trust Company a Form SS-4, which is an application for an employer identification number for the Chana Trust. A true and accurate copy of the fax cover sheet accompanying this form is attached hereto as exhibit D.

15.     On or about July 2, 2001, an associate at Kleban & Samor, P.C. who worked at my direction and under my supervision prepared and filed a Form 3520 with the Internal Revenue Services. A true and accurate copy of this form is attached as exhibit E. This document was filed in order to report to the Internal Revenue Services that a foreign trust had been established, as required by law.

16.     On or about July 11, 2001, I forwarded to the trustee, Continental Trust Company, certificates and assignments of Mr. D'Onofrio's stock and membership interests in certain corporations to Continental Trust Company. A true and accurate copy of the letter forwarding this material is attached as exhibit F.

17.     Thereafter, in April 2002, Kleban & Samor, P.C. prepared fiduciary income tax returns for the Chana Trust. A true and accurate copy of this return is attached as exhibit G. A true and accurate copy of the preparation material for this return sent by Kleban & Samor, P.C to Mr. D'Onofrio is attached hereto as exhibit H and true and accurate copies of communications with the trustee and inter-office memoranda concerning the preparation of the return is attached as Exhibit I.

18.     Upon information and belief, on or about December 23, 2004, the Chana Trust was terminated and assets of the trust were repatriated and returned to Mr. D'Onofrio's custody.

19.    My representation of Mr. D'Onofrio consisted solely of giving tax advice and preparing required tax filings.  I did not draft or establish the trust known as the Chana Trust.

20.    I was not informed, nor did I have knowledge of, the June 7, 2001 judgment entered against Mr. D'Onofrio in the California action filed in the Superior Court of California in and for the county of San Joaquin, case no. 293975, entitled Nastro v. D'Onofrio, at any time prior to the execution of the Chana Trust.

_____
Elliot I. Miller

Subscribed and sworn to before me, this ___ day of January 2007.

_____
Commissioner of the Superior
Court/Notary Public
My Commission Expires:

PAMELA S. ZIMMITT
Notary Public
My Commission
Expires 2/28/10

\\fp\nuzzo\WP\423002\134\Affidavit Atty Miller.doc

# EXHIBIT A

# ᶜKleban & Samor, P.C.

**Attorneys at Law**
2425 Post Road   P.O. Box 763
Southport, Connecticut 06490
Telephone (203) 255-4646
Facsimile  (203) 259-9617
Email address: info@kleban-samor.com

900 Third Avenue, 13th Floor
New York, NY 10022
Telephone (212) 826-6755
Facsimile  (212) 371-1084

Reply To Southport Office

Elliot I. Miller
(203) 254-8912
E-mail: emiller@kleban-samor.com

May 11, 2001

**PRIVATE AND CONFIDENTIAL**
**Mr. Arthur D'Onofrio**
**New England Propeller Service, Inc.**
**East Haddam Industrial Park**
**East Haddam, CT. 06423**

RE:    Tax Planning for offshore trusts to be established with
         Continental Trust Company

Dear Mr. D'Onofrio:

You have advised us that you are establishing a trust in Jersey, in the Channel Islands, and have requested that we advise you of the tax aspects thereof and assist you in connection with tax planning regarding the same. This letter sets forth our agreement in that regard. We will provide tax advice and planning for you in connection with the establishment of that trust in Jersey, Channel Islands, of which Continental Trust Company will act as trustee.

Although I will be primarily responsible for assisting you in this matter, as warranted by the circumstances, the services of other lawyers, and paralegals of the firm may be utilized in connection with your matter.

You and I have already had a preliminary discussion concerning various tax aspects of the establishment of the trusts, including the federal income tax aspects of the trusts as grantor trusts, gift tax aspects, federal estate tax aspects, and federal reporting requirements (forms, 3520, 3520A, etc.).  In connection with the gift tax aspects, I discussed with you your retention of a special power of appointment, which is not exercisable in favor of yourself, your creditors, your estate or the creditors of your estate; and in connection with the estate tax aspects we discussed the trust constituting a qualified terminable interest in property trust.

eim\prospects\artd'onofrio 051101

K0819

Kleban & Samor, P.C.

May 11, 2001
Page 2

Our charges will be $20,000. We will also bill for all necessary disbursements in connection with your matter. We will receive an advance retainer of $7,500. All of our statements include a charge to cover ordinary miscellaneous out-of-pocket expenses such as copies, telephone calls, postage and supplies. Disbursements in excess of ordinary amounts are itemized and billed separately. We reserve the right to charge interest at 12% per annum on unpaid balances and to decline to continue to represent you, if payment is not received within sixty (60) days of statement date.

Our fee represents a charge for the services rendered by this firm and is not contingent upon successful completion of your matter or the results achieved by you. Our engagement is to provide legal services only to you and we will not provide services to any other person or entity or look to any other person or entity for payment unless we specifically agree to do so in writing.

Pursuant to firm policy, all client files will be automatically destroyed without notice five years after the completion of the matter unless the firm receives a written request for the file from the client at least 30 days prior to the scheduled destruction date. All requests for files must be addressed and forwarded to the firm's Administrator.

Again thank you for engaging us on this matter. Please indicate your acceptance by signing and returning the copy enclosed with your check for $7,500.

Sincerely yours,

Kleban & Samor, P.C.

Elliot I. Miller

ACCEPTED AND APPROVED:

Arthur D'Onofrio                              Date    5-15-01

EIM/mnn
Enclosure

# EXHIBIT B

**To:** Continental Financial Services Limited
**Subject:** RE: D'Onofrio

   Dear Peter:

   Thanks very much. We will be reviewing the trust settlement, particularly with an eye to US tax issues, and will revert to you after we have done so. You may hear directly from Chris Galuppo of this office. Chris is fully familiar with the US tax aspects of international trusts and in fact will be preparing the required US tax filings for the grantor and the trustee.

   I will also forward on to you the details of Mr. D'Onfrio's family and the assets being transferred to the trust shortly.

   Regards,
   Elliot

        -----Original Message-----
        **From:** Continental Financial Services Limited [mailto:peter_watts@confinserv.com]
        **Sent:** Wednesday, May 16, 2001 9:41 AM
        **To:** Elliot Miller
        **Subject:** D'Onofrio

        Herewith the draft Trust Instrument for any comments which you may have.

        Regards.

        Peter L. Watts

# EXHIBIT C

# Kleban & Samor, P.C.

*Attorneys at Law*

2425 Post Road   P.O. Box 763
Southport, Connecticut 06490
Telephone (203) 255-4646
Facsimile  (203) 259-9617
Email address: info@kleban-samor.com

900 Third Avenue, 13th Floor
New York, NY 10022
Telephone (212) 826-6755
Facsimile  (212) 371-1084

Reply To Southport Office



**MEMORANDUM**

via facsimile  860-873-2388

To:     Arthur D'onofrio
From:   Kleban & Samor
Date:   May 21, 2001

Re:     Tax Review of The Chana Trust

You asked us to review the provisions of a draft of The Chana Trust that we received on May 17, 2001 as to the U.S income, estate and gift tax consequences. It is our understanding that you are intending to form The Chana Trust as an irrevocable Jersey Island trust for the benefit of your wife and lineal descendants (children, grandchildren, etc.). The relevant provisions of the trust, as currently drafted, for tax purposes are as follows:

- You and the beneficiaries are U.S. citizens. You are not a beneficiary. The trustee is a foreign entity not subject to U.S. jurisdiction. For these reasons, the trust is commonly known as a "foreign trust".

- Under the trust terms, you have the right, during your lifetime, to direct the trustee to distribute any amount of trust property to anyone. You may not direct the trustee to distribute trust property to yourself, your estate or your creditors. This is what is known as a "special power of appointment".

### Income Tax Consequences

For U.S. and Connecticut income tax purposes, all income of the trust will be taxable to you. This includes interest income, dividend income, capital gains, and any other kind of income.   You may also be able to utilize the trust's deductions and losses.

The trust is a "foreign trust" for U.S. income tax purposes. IRC Section 679. Since all trust income is taxable to you, you must report all income on your personal tax return.

Kleban & Samor, P.C.

Arthur D'onofrio
May 21, 2001
Page 2 of 3

*Gift Tax Consequences*

Generally, transfers to irrevocable trusts for no consideration are considered "taxable gifts" and subject to U.S. and Connecticut gift tax. If the person establishing the trust and making the transfers retains the right to designate who may receive the trust property (the "special power of appointment"), the gift is considered to be "incomplete" and therefore does not cause a current gift tax. Treas. Reg. 25.2512-2(c).

Under the trust terms, you have retained a special power of appointment with respect to the trust property in The Chana Trust. Therefore, the funding of the trust will not result in a current gift tax. However, each time distributions are made from the trust to the beneficiaries, a gift tax may be imposed depending upon the amount of the gift. This is the case whether you direct the distributions or if the trustees make the distributions on their own (without your consent).

There are certain tax exclusions and exemptions that may be available to you. These may reduce or eliminate the amount of any gift tax.

*Estate Tax Consequences*

All assets remaining in the trust at your death will be subject to U.S. estate tax. This is because you have retained the right to designate who may receive the trust property. IRC Section 2036(a)(2).

If your wife survives you, the trust provides that the remaining trust property will continue for her benefit. Under the terms of the trust, your wife is to receive all of the income during her lifetime. Further, only your wife may receive trust principal during the balance of her lifetime. No other person, including your children, may receive distributions from the trust during your wife's lifetime. (Distributions can be made to your wife and she could then make transfers to your children, subject to any potential gift tax consequences.) This type of trust for your wife is known as a "Marital QTIP Trust".

Because The Chana Trust contains provisions to be a Marital QTIP Trust, if your wife survives you, your estate will be able to deduct the value of the trust property in determining your "taxable estate". This will eliminate any estate tax attributable to the trust property at the time of your death.

Note that if your estate elects the tax benefits of the Marital QTIP Trust, your wife's estate must include any remaining trust property in *her* "taxable estate" and may be required to pay estate taxes on the remaining trust property at the time of her death.

K0488

Kleban & Samor, P.C.

Arthur D'onofrio
May 21, 2001
Page 3 of 3

Further, you should consider whether your estate will need the "Marital QTIP Trust" to avoid paying estate tax. We generally recommend that your estate utilize any "exemptions" that are available and that the trust assets not be part of a "Marital QTIP Trust" unless necessary to avoid estate tax.

For example, rather than a "Marital QTIP Trust", we recommend that the trust for your wife provide for income to her and that she has the right to direct principal distributions from the trust. The trustee could also make trust distributions to your wife. We would also avoid having the remaining trust assets includible in your wife's "taxable estate" when she passes away. This would reduce or eliminate any estate tax for her estate.

### Filing Requirements

The creation of a "foreign trust" causes certain filing requirements. You will need to file within 90 days of the creation of The Chana Trust a statement with the Internal Revenue Service (IRS) that you have created a "foreign trust". There is no specific form for this filing. However, IRS Form 3520 can be adapted to set forth the required information. The form must be filed with the IRS in Philadelphia, PA.

You will also need to file the IRS Form 3520 with your personal U.S. income tax return each year. The trustee of The Chana Trust, The Continental Trust Company Limited, will need to file Form 3520A each year by March 15 (assuming a December 31 trust year end).

Furthermore, as discussed with you, you will need to designate a "U.S. agent". This person is responsible to deal with the IRS on matters concerning the trust. You have indicated that Laurence Walsh will be the U.S. agent.

### Changes of Law and Facts

Our discussion addresses the law as it exists today and does not address any future changes or interpretations of the law. Our discussion addresses the facts as outlined in this letter. Any changes in the law or the facts, including new interpretations of the law, will impact our discussion and our conclusions.

Please call us with any questions you have.

K0489

MEMORY TRANSMISSION REPORT

```
                                   TIME     : MAY-22-01  10:56AM
                                   TEL NUMBER1:
                                   NAME     :
```

| | | |
|---|---|---|
| FILE NUMBER | : | 565 |
| DATE | : | MAY-22 10:54AM |
| TO | : | 18609732388 |
| DOCUMENT PAGES | : | 04 |
| START TIME | : | MAY-22 10:54AM |
| END TIME | : | MAY-22 10:56AM |
| SENT PAGES | : | 04 |
| FILE NUMBER | : 565 | |

*** SUCCESSFUL TX NOTICE ***

## KLEBAN & SAMOR, P.C.
Attorneys at Law
2425 Post Road
P.O. Box 763
Southport, Connecticut 06490
Telephone:    (203) 255-4646
Facsimile:    (203) 259-9617

### TELEFAX TRANSMITTAL

TO:        Arthur D'Onofrio

FAX NO.:   860-873-2388

FROM:      Christopher J. Galuppo

DATE:      May 22, 2001        PAGES: 4, including this cover

If transmission is interrupted or of poor quality, please notify us immediately by calling (203) 254-8943.

MESSAGE:

CONFIDENTIAL

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you

K0490

# KLEBAN & SAMOR, P.C.

Attorneys at Law
2425 Post Road
P.O. Box 763
Southport, Connecticut 06490
Telephone:    (203) 255-4646
Facsimile:    (203) 259-9617

## TELEFAX TRANSMITTAL

TO:        Arthur D'Onofrio

FAX NO.:    860-873-2388

FROM:      Christopher J. Galuppo

DATE:      May 22, 2001        PAGES: 4, including this cover

If transmission is interrupted or of poor quality, please notify us immediately by calling
(203) 254-8943.

**MESSAGE:**

CONFIDENTIAL

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.

K0491

# EXHIBIT D

**KLEBAN & SAMOR, P.C.**
Attorneys at Law

2425 Post Road
P.O. Box 763
Southport, Connecticut 06490
Telephone:    (203) 255-4646
Facsimile:     (203) 259-9617

## TELEFAX TRANSMITTAL

TO: *Peter Watts*
*Arthur D'onofrio*

FAX NO.:
*0114415349 732843*

FROM: *Chris Galuppo*

DATE: *6/22/01*          PAGES:     (Including Cover Sheet)
*3*

If transmission is interrupted or of poor quality, please notify us immediately by calling (203) 255-4646

MESSAGE: *Dear Peter:*
*Here is the form SS-4 to obtain the employer identification number for The Chana Trust. Please type the information on the blank form, sign it and send it to: IRS Entity Control, Philadelphia, PA 19255.*

CONFIDENTIAL

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.

K1455

# MEMORY TRANSMISSION REPORT

```
TIME      : JUN-22-01  03:02PM
TEL NUMBER1:
NAME      :
```

| | | |
|---|---|---|
| FILE NUMBER | : | 926 |
| DATE | : | JUN-22 03:00PM |
| TO | : | 011441534732843 |
| DOCUMENT PAGES | : | 03 |
| START TIME | : | JUN-22 03:00PM |
| END TIME | : | JUN-22 03:02PM |
| SENT PAGES | : | 03 |

FILE NUMBER    : 926          *** SUCCESSFUL TX NOTICE ***

**KLEBAN & SAMOR, P.C.**
Attorneys at Law

2425 Post Road
P.O. Box 763
Southport, Connecticut 06490
Telephone:    (203) 255-4646
Facsimile:    (203) 259-9617

### TELEFAX TRANSMITTAL

TO: Peter Watts

FAX NO.: 011441534 732843

FROM: Chris Galuppo

DATE: 6/22/01          PAGES: (Including Cover Sheet)  3

If transmission is interrupted or of poor quality, please notify us immediately by calling
(203) 255-4646

MESSAGE: Dear Peter:
Here is the Form SS-4 to obtain the employer identification number for the Chana Trust. Please type the information on the blank form, sign it and send it to: IRS Entity Control, Philadelphia PA 19255

CONFIDENTIAL

The information contained in this facsimile message is attorney privileged and
confidential information intended only for the use of the individual or entity named above. If the
reader of this message is not the intended recipient, you are hereby notified that any use,
dissemination, distribution or reproduction of this communication is strictly prohibited. If you
have received this communication in error, please immediately notify us by telephone. Thank
you.

K1456

Form **SS-4**

(Rev. April 2000)

Department of the Treasury
Internal Revenue Service

## Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.)

► Keep a copy for your records.

EIN

OMB No. 1545-0003

Please type or print clearly.

**1** Name of applicant (legal name) (see instructions)
*The Ghana Trust*

**2** Trade name of business (if different from name on line 1)

**3** Executor, trustee, "care of" name
*Continental Trust Company Limit*

**4a** Mailing address (street address) (room, apt., or suite no.)
*C/o ~~~~ , Charles House*

**4b** City, state, and ZIP code
*St. Helier  Jersey  JE4 0UE*

**5a** Business address (if different from address on lines 4a and 4b)

**5b** City, state, and ZIP code

**6** County and state where principal business is located
*Jersey*

**7** Name of principal officer, general partner, grantor, owner, or trustor—SSN or ITIN may be required (see instructions) ►
*Arthur D'onofrio  - 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 -  Grantor*

**8a** Type of entity (Check only one box.) (see instructions)

Caution: *If applicant is a limited liability company, see the instructions for line 8a.*

☐ Sole proprietor (SSN) _____
☐ Partnership
☐ REMIC
☐ State/local government   ☐ Farmers' cooperative
☐ Church or church-controlled organization
☐ Other nonprofit organization (specify) ► _____
☐ Other (specify) ►

☐ Estate (SSN of decedent) _____
☐ Personal service corp.   ☐ Plan administrator (SSN) _____
☐ National Guard   ☐ Other corporation (specify) ► _____
☒ Trust
☐ Federal government/military _____ (enter GEN if applicable) _____

**8b** If a corporation, name the state or foreign country (if applicable) where incorporated

State

Foreign country

**9** Reason for applying (Check only one box.) (see instructions)
☐ Started new business (specify type) ► _____
☐ Hired employees (Check the box and see line 12.)
☐ Created a pension plan (specify type) ►
☐ Banking purpose (specify purpose) ► _____
☐ Changed type of organization (specify new type) ► _____
☐ Purchased going business
☒ Created a trust (specify type) ► *Foreign - Grantor Trust*
☐ Other (specify) ►

**10** Date business started or acquired (month, day, year) (see instructions)
*6/21/01*

**11** Closing month of accounting year (see instructions)
*December*

**12** First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* . . . . . . . . . . . . . ►

**13** Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* . . . . ►

| Nonagricultural | Agricultural | Household |
|---|---|---|
| O | O | O |

**14** Principal activity (see instructions) ►  *Investments*

**15** Is the principal business activity manufacturing? . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," principal product and raw material used ►

**16** To whom are most of the products or services sold? Please check one box.
☐ Public (retail)   ☐ Other (specify) ►
☐ Business (wholesale)   ☒ N/A

**17a** Has the applicant ever applied for an employer identification number for this or any other business? . . . . ☐ Yes  ☒ No
Note: *If "Yes," please complete lines 17b and 17c.*

**17b** If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ►   Trade name ►

**17c** Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.

| Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN |
|---|---|---|
| | | |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (Please type or print clearly.) ►  *The Continental Trust Company Limited  By: Peter Watts, Trustee*

Business telephone number (include area code)
*(011) (*

Fax telephone number (include area code)
*(011) 44 15 34732843*

Signature ►

Date ►

**Note:** *Do not write below this line. For official use only.*

| Please leave blank ► | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|
| | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

Cat. No. 16055N

Form **SS-4** (Rev. 4-2000)

Form **SS-4**
(Rev. April 2000)
Department of the Treasury
Internal Revenue Service

## Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches,
government agencies, certain individuals, and others. See instructions.)

► Keep a copy for your records.

EIN

OMB No. 1545-0003

*(Please type or print clearly.)*

| | |
|---|---|
| 1 | Name of applicant (legal name) (see instructions) |
| 2 | Trade name of business (if different from name on line 1) | 3 Executor, trustee, "care of" name |
| 4a | Mailing address (street address) (room, apt., or suite no.) | 5a Business address (if different from address on lines 4a and 4b) |
| 4b | City, state, and ZIP code | 5b City, state, and ZIP code |
| 6 | County and state where principal business is located |
| 7 | Name of principal officer, general partner, grantor, owner, or trustor—SSN or ITIN may be required (see instructions) ► |

8a Type of entity (Check only one box.) (see instructions)

Caution: *If applicant is a limited liability company, see the instructions for line 8a.*

☐ Sole proprietor (SSN) _____
☐ Partnership            ☐ Personal service corp.
☐ REMIC                 ☐ National Guard
☐ State/local government ☐ Farmers' cooperative
☐ Church or church-controlled organization
☐ Other nonprofit organization (specify) ► _____
☐ Other (specify) ►

☐ Estate (SSN of decedent) _____
☐ Plan administrator (SSN) _____
☐ Other corporation (specify) ► _____
☐ Trust
☐ Federal government/military
_____ (enter GEN if applicable) _____

8b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

9 Reason for applying (Check only one box.) (see instructions)
☐ Started new business (specify type) ► _____
☐ Hired employees (Check the box and see line 12.)
☐ Created a pension plan (specify type) ►
☐ Banking purpose (specify purpose) ► _____
☐ Changed type of organization (specify new type) ► _____
☐ Purchased going business
☐ Created a trust (specify type) ► _____
☐ Other (specify) ►

10 Date business started or acquired (month, day, year) (see instructions) | 11 Closing month of accounting year (see instructions)

12 First date wages or annuities were paid or will be paid (month, day, year). Note: *If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year)* ►

| 13 | Highest number of employees expected in the next 12 months. Note: *If the applicant does not expect to have any employees during the period, enter -0-. (see instructions)* ► | Nonagricultural | Agricultural | Household |
|---|---|---|---|---|

14 Principal activity (see instructions) ►

15 Is the principal business activity manufacturing? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," principal product and raw material used ►

16 To whom are most of the products or services sold? Please check one box. ☐ Business (wholesale)
☐ Public (retail)    ☐ Other (specify) ►                                                   ☐ N/A

17a Has the applicant ever applied for an employer identification number for this or any other business? . . . . ☐ Yes ☐ No
Note: *If "Yes," please complete lines 17b and 17c.*

17b If you checked "Yes" on line 17a, give applicant's legal name and trade name shown on prior application, if different from line 1 or 2 above.
Legal name ►                              Trade name ►

17c Approximate date when and city and state where the application was filed. Enter previous employer identification number if known.
Approximate date when filed (mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete. | Business telephone number (include area code) ( )
| Fax telephone number (include area code) ( )

Name and title (Please type or print clearly.) ►

Signature ►                                                                                 Date ►

**Note:** *Do not write below this line. For official use only.*

| Please leave blank ► | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.       Cat. No. 16055N       Form **SS-4** (Rev. 4-2000)

K1458

# EXHIBIT E

# Kleban & Samor, P.C.

**Attorneys at Law**
2425 Post Road   P.O. Box 763
Southport, Connecticut 06490
Telephone (203) 255-4646
Facsimile  (203) 259-9617
Email address: info@kleban-samor.com

Christopher J. Galuppo
(203) 254-8970
E-mail: cgaluppo@kleban-samor.com

900 Third Avenue, 13th Floor
New York, NY 10022
Telephone (212) 826-6755
Facsimile  (212) 371-1084

Reply To Southport Office

July 2, 2001

**VIA CERTIFIED MAIL  7000 1670 0001 2265 6467**
**RETURN RECEIPT REQUESTED** .

Director of International Operations
Internal Revenue Service
Washington, 25, D.C.  20224

      RE:    **THE CHANA TRUST**
              **IRC SECTION 6048(A) FILING**

Dear Sir or Madam:

    Enclosed please find Form 3520 which incorporates the information that needs to be filed within 90 days of creating a foreign trust required by IRC Section 6048(a).

    If you have any questions, please call me.

                        Sincerely yours,

                        Christopher J. Galuppo

CJG/bab

·K1408

Filed pursuant to IRC Section 6048(a)

Form **3520**

Department of the Treasury
Internal Revenue Service

**Annual Return To Report Transactions With
Foreign Trusts and Receipt of Certain Foreign Gifts**

Instructions are separate.

OMB No. 1545-0159

**2000**

All information must be in English. Show all amounts in U.S. dollars. File a separate Form 3520 for each foreign trust.

For calendar year 2000, or tax year beginning **January 1, 2001** , 2000, ending **December 31, 2001** , 20

**A** Check appropriate box(es): See instructions.    [X] Initial return    [ ] Final return    [ ] Amended return

**B** Check box that applies to U.S. person filing return:    [X] Individual    [ ] Partnership    [ ] Corporation    [ ] Trust    [ ] Executor

Check all applicable boxes:

[X] **(a)** You are a U.S. transferor who, directly or indirectly, transferred money or other property during the current tax year to a foreign trust, or

[ ] **(b)** You held an outstanding obligation of a related foreign trust (or a person related to the trust) issued during the current tax year, that you treated as a "qualified obligation" (defined on page 3 of the instructions) during the current tax year. See the instructions for Part I.

[ ] You are a U.S. owner of all or any portion of a foreign trust at any time during the tax year. See the instructions for Part II.

[ ] **(a)** You are a U.S. person who, during the current tax year, received a distribution from a foreign trust, or **(b)** A related foreign trust held an outstanding obligation issued by you (or a person related to you) during the current tax year that you treated as a "qualified obligation" (defined on page 3 of the instructions) during the current tax year. See the instructions for Part III.

[ ] You are a U.S. person who, during the current tax year, received certain gifts or bequests from a foreign person. See the instructions for Part IV.

Service Center where U.S. person filing this return files its income tax return ▶ Andover, MA

| **1a** Name of U.S. person(s) filing return | **b** Identification number |
|---|---|
| Arthur M. D'Onofrio | 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 |

| **c** Number, street, and room or suite no. (If a P.O. box, see instructions.) | **d** Spouse's identification number (see instr.) |
|---|---|
| 1304 Saybrook Road | |

| **e** City or town | **f** State or province | **g** ZIP or postal code | **h** Country |
|---|---|---|---|
| Haddam | CT | 06438 | USA |

| **2a** Name of foreign trust (if applicable) | **b** Identification number (if any) | **c** Number, street, and room or suite no. |
|---|---|---|
| The Chana Trust | Applied for | Charles House, Charles St |

| **d** City or town | **e** State or province | **f** ZIP or postal code | **g** Country |
|---|---|---|---|
| St. Helier | Jersey | JE40UE | Channel Islands |

**3** For purposes of section 6048(b), did the foreign trust appoint a U.S. agent (defined on page 4 of the instructions) who can provide the IRS with all relevant trust information? ........................................ [X] Yes   [ ] No
If "Yes," complete lines 3a through 3g.

| **3a** Name of U.S. agent | **b** Identification number (if any) | **c** Number, street, and room or suite no. |
|---|---|---|
| Laurence T. Walsh, Sr. | 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 | 171 Hog Hill Road |

| **d** City or town | **e** State or province | **f** ZIP or postal code | **g** Country |
|---|---|---|---|
| East Hampton | CT | 06424 | USA |

| **4a** Name of U.S. decedent (see instr.) | **b** Address | **c** TIN of decedent |
|---|---|---|
| | | |
| **d** Date of death | | **e** EIN of estate |
| | | |

**Part I**    Transfers by U.S. Persons to a Foreign Trust During the Current Tax Year (See instructions on page 5.)

| **5a** Name of trust creator (if different from line 1a) | **b** Address | **c** Identification number (if any) |
|---|---|---|
| | Charles House, Charles St, St. Helier, Jersey, Channel Islands JE40UE | Applied for |

| **6a** Country code of country where trust was created | **b** Country code of country whose law governs the trust | **c** Date trust was created |
|---|---|---|
| JE | JE | 6/21/2001 |

**7a** Will any other person be treated as the owner of the transferred assets after the transfer? ............................. [ ] Yes   [X] No

| **b** Name of other foreign trust owners, if any (a) | Address (b) | Country of residence (c) | Identification number, if any (d) | Relevant code section (e) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Under penalties of perjury, I declare that I have examined this return, including any accompanying reports, schedules, or statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature   Kleban & Samor | Title   Grantor | Date   6-27-01 |
|---|---|---|
| By: | 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 | 7-2-01 |
| Preparer's signature | Preparer's SSN or PTIN | Date |

For Paperwork Reduction Act Notice, see page 10 of the instructions.    Form **3520** (2000)

ISA
STF FED4757F.1

Form 3520 (2000)                                                                                          Page **2**

| **Part I** | *(Continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 8 | Was the transfer a completed gift or bequest? If "Yes," see instructions ...................................... | ☐ Yes | ☒ No |
| 9a | Now or in the future, can any part of the income or corpus of the trust benefit any U.S. beneficiary?....................... | ☒ Yes | ☐ No |
| b | If "No," could the trust be revised or amended to benefit a U.S. beneficiary? .......................................... | ☐ Yes | ☐ No |
| 10 | Will you continue to be treated as the owner of the transferred asset(s) after the transfer? ............................. | ☒ Yes | ☐ No |

## Schedule A — Obligations of a Related Trust (See instructions on page 6.)

| | | Yes | No |
|---|---|---|---|
| 11a | During the current tax year, did you transfer property (including cash) to a related foreign trust in exchange for an obligation of the trust or a person related to the trust? See instructions ...................................................................... | ☐ Yes | ☐ No |
| | If "Yes," complete Schedule A, as applicable. If "No," go to Schedule B. | | |
| b | Was the obligation you received a qualified obligation? ........................................................ | ☐ Yes | ☐ No |
| | If "Yes," complete Schedule A with respect to that obligation. If "No," go to Schedule B. | | |
| | Note: *The FMV of an obligation (column (d)) is -0- unless it is a qualified obligation.* | | |

| Date of transfer giving rise to obligation (a) | Maximum term (b) | Yield to maturity (c) | FMV of obligation (d) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 12 | With respect to each obligation you treated as a "qualified obligation" on line 11b: Do you agree to extend the period of assessment of any income or transfer tax attributable to the transfer and any consequential income tax changes for each year that the obligation is outstanding, to a date 3 years after the maturity date of the obligation? ........................... | ☐ Yes | ☐ No |
| | Note: *Generally, you must answer "Yes," if you checked "Yes" to question 11b.* | | |

## Schedule B — Gratuitous Transfers (See instructions on page 6.)

| | | Yes | No |
|---|---|---|---|
| 13 | During the current tax year, did you make any transfers (directly or indirectly) to the trust and receive less than FMV, or no consideration at all, for the property transferred? ...................................................................... | ☒ Yes | ☐ No |
| | If "Yes," complete columns (a) through (i) below and the rest of Schedule B, as applicable. | | |
| | If "No," go to Schedule C. | | |

| Date of transfer (a) | Description of property transferred (b) | FMV of property transferred (c) | U.S. adj. basis of property transferred (d) | Gain recognized at time of transfer (e) | Excess, if any, of column (c) over the sum of columns (d) and (e) (f) | Description of property received, if any (g) | FMV of property received (h) | Excess of column (c) over column (h) (i) |
|---|---|---|---|---|---|---|---|---|
| 6/21/01 | Stock | $525,000 | | 0 | 0.00 | N/A | 0 | 0.00 |
| 6/21/01 | Stock | $100,000 | | 0 | 0.00 | N/A | 0 | 0.00 |
| 6/21/01 | Stock | $ 50,000 | | | 0.00 | | | 0.00 |
| Totals ▶ | | | | | $ 0.00 | | $ | 0.00 |

14  You are required to attach a copy of each sale or loan document entered into in connection with a transfer reported on line 13. If these documents have been attached to a Form 3520 filed within the previous 3 years, attach only relevant updates.

| | | Yes | No | Attached Previously | Year Attached |
|---|---|---|---|---|---|
| | Have you attached a copy of: | | | | |
| a | Sale document? ...................................................... | ☐ | ☐ | ☐ | _____ |
| b | Loan document? ..................................................... | ☐ | ☐ | ☐ | _____ |
| c | Subsequent variances to original sale or loan documents?................................ | ☐ | ☐ | ☐ | _____ |

Sched. B, cont.                                                                    Form **3520** (2000)

| 6/21/01 | LLC Interest $200,000 | 0 | N/A | 0 |
|---|---|---|---|---|

STF FED4757F.2

Form 3520 (2000)                                                                                           Page **3**

| **Part II** | *(Continued)* |
|---|---|

*Note: Complete lines 15 through 18 only if you answered "No" to line 3.*

**15**

| Name of beneficiary (a) | Address of beneficiary (b) | U.S. beneficiary? (c) Yes | U.S. beneficiary? (c) No | Identification number, if any (d) |
|---|---|---|---|---|
| Carolyn D'Onofrio | 1304 Saybrook Rd, Haddam, CT 06438 | X | | 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 |
| Arthur A. D'Onofrio | Same as above | X | | 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 |
| Paul M. D'Onofrio | Same as above | X | | 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 |
| Nicole M. D'Onofrio | Same as above | X | | 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 |

**16**

| Name of trustee (a) | Address of trustee (b) | Identification number, if any (c) |
|---|---|---|
| Continental Trust Company Limited | Charles House, Charles Street St. Helier, Jersey Channel Islands, JE40UE | |

**17**

| Name of other persons with trust powers (a) | Address of other persons with trust powers (b) | Description of powers (c) | Identification number, if any (d) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**18**  If you checked "No" on line 3 (or did not complete lines 3a through 3g) you are required to attach a copy of all trust documents as indicated below. If these documents have been attached to a Form 3520-A filed within the previous 3 years, attach only relevant updates.

| Have you attached a copy of: | Yes | No | Attached Previously | Year Attached |
|---|---|---|---|---|
| a  Summary of all written and oral agreements and understandings relating to the trust? | ☐ | ☐ | ☐ | _____ |
| b  The trust instrument? | ☐ | ☐ | ☐ | _____ |
| c  Memoranda or letters of wishes? | ☐ | ☐ | ☐ | _____ |
| d  Subsequent variances to original trust documents? | ☐ | ☐ | ☐ | _____ |
| e  Trust financial statements? | ☐ | ☐ | ☐ | _____ |
| f  Other trust documents? | ☐ | ☐ | ☐ | _____ |

Form **3520** (2000)

STF FED4757F.3

Form 3520 (2000)                                                                                          Page 4

**Part II   Schedule C — Qualified Obligations Outstanding in the Current Tax Year** (See instructions on page 6.)

19   Did you, at any time during the tax year, hold an outstanding obligation of a related foreign trust (or a person related to the trust)
that you treated as a "qualified obligation" in the current tax year? .............................................. ☐ Yes   ☐ No
If "Yes," complete columns (a) through (e) below.

| Date of original obligation (a) | Tax year qualified obligation first reported (b) | Amount of principal payments made during the tax year (c) | Amount of interest payments made during the tax year (d) | Does the obligation still meet the criteria for a qualified obligation? (e) | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| | | | | | |
| | | | | | |
| | | | | | |

**Part II   U.S. Owner of a Foreign Trust** (See instructions on page 6.)

| 20 | Name of other foreign trust owners, if any (a) | Address (b) | Country of residence (c) | Identification number, if any (d) | Relevant code section (e) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| 21 | Country code of country where foreign trust was created (a) | Country code of country whose law governs the foreign trust (b) | Date foreign trust was created (c) |
|---|---|---|---|
| | | | |

22   Did the foreign trust file Form 3520-A for the current year? ................................................... ☐ Yes   ☐ No
If "Yes," attach the Foreign Grantor Trust Owner Statement you received from the foreign trust. If "No," to the best of your ability,
complete and attach a substitute Form 3520-A for the foreign trust. See page 4 of instructions for information on penalties.

23   Enter the gross value of the portion of the foreign trust that you are treated as owning............................ ▶ $

**Part III   Distributions to a U.S. Person From a Foreign Trust During the Current Tax Year** (See instructions on page 7.)

24   Cash amounts or FMV of property received, directly or indirectly, during the current tax year, from the foreign trust (exclude loans included on line 25).

| Date of distribution (a) | Description of property received (b) | FMV of property received (determined on date of distribution) (c) | Description of property transferred, if any (d) | FMV of property transferred (e) | Excess of column (c) over column (e) (f) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Totals ................................... ▶ | | | | $ | |

Form **3520** (2000)

STF FED4757F.4

K1412

Form 3520 (2000)                      Page **5**

**Part III**    *(Continued)*

25   During the current tax year, did you (or a person related to you) receive a loan from a related foreign trust (including an extension of credit upon the purchase of property from the trust)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

If "Yes," complete columns (a) through (g) below with respect to such loans.

Note: *The FMV of an obligation (column (f)) is -0- unless it is a "qualified obligation."*

| FMV of loans proceeds (a) | Date of original loan transaction (b) | Maximum term of repayment of obligation (c) | Interest rate of obligation (d) | Is the obligation a "qualified obligation"? (e) Yes | No | FMV of obligation (f) | Amount treated as distribution from the trust (subtract column (f) from column (g)) (g) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | $ | |

26   With respect to each obligation you treated as a "qualified obligation" on line 25: Do you agree to extend the period of assessment of any income or transfer tax attributable to the transaction, and any consequential income tax changes for each year that the obligation is outstanding, to a date 3 years after the maturity date of the obligation? . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

Note: *Generally, you must answer "Yes" if you checked "Yes" in column (e) of line 25.*

27   Total distributions received during the current tax year. Add line 24, column (f), and line 25, column (g) . . . . . . . . . . . . . . . ▶   $

28   Did the trust, at any time during the tax year, hold an outstanding obligation of yours (or a person related to you) that you treated as a "qualified obligation" in the current tax year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

If "Yes," complete columns (a) through (e) below with respect to each obligation.

| Date of original loan transaction (a) | Tax year qualified obligation first reported (b) | Amount of actual principal payments made during the tax year (c) | Amount of actual interest payments made during the tax year (d) | Does the loan still meet the criteria of a qualified obligation? (e) Yes | No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

29   Did you receive a Foreign Grantor Trust Beneficiary Statement from the foreign trust with respect to a distribution? . . . . . . . . . . ☐ Yes   ☐ No

If "Yes," attach the statement and do not complete the remainder of Part III with respect to that distribution.

If "No," complete Schedule A with respect to that distribution.

30   Did you receive a Foreign Nongrantor Trust Beneficiary Statement from the foreign trust with respect to a distribution? . . . . . . . . . ☐ Yes   ☐ No

If "Yes," attach the statement and complete either Schedule A or Schedule B below (see instructions). If "No," complete Schedule A with respect to that distribution.

## Schedule A — Default Calculation of Trust Distributions (See instructions on page 8.)

31   Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

32   Number of years the trust has been a nongrantor trust (see instructions). ▶ _____

33   Enter total distributions received from the foreign trust during the 3 preceding tax years (or the number of years the trust has been a nongrantor trust, if fewer than 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

34   Multiply line 33 by 1.25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

35   Average distribution. Divide line 34 by 3 (or the number of years the trust has been a nongrantor trust, if fewer than 3) and enter the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

36   Amount treated as ordinary income earned in the current year. Enter the smaller of line 31 or line 35 . . . . . . . . . . . . . . . . . . .

37   Amount treated as accumulation distribution. Subtract line 36 from line 31. If -0- or less, enter -0- and do not complete the rest of Part III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

38   Compute applicable number of years of trust. Divide line 32 by 2 and enter here ▶

## Schedule B — Actual Calculation of Trust Distributions (See instructions on page 8.)

39   Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

40   Amount treated as ordinary income in the current tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

41   Amount treated as accumulation distribution. If -0- or less, enter -0- and do not complete Schedule C, Part III . . . . . . . . . . . .

42   Amount treated as capital gains in the current tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

43   Amount treated as distribution from trust corpus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

44   Enter any other distributed amount received from the foreign trust not included on lines 40, 41, 42, and 43 (attach explanation) . . . . . . . .

45   Amount of foreign trust's aggregate undistributed net income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

46   Amount of foreign trust's weighted undistributed net income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

47   Compute applicable number of years of trust. Divide line 46 by line 45 and enter here ▶

Form **3520** (2000)

STF FED4757F.5

Form 3520 (2000)                                                                                          Page **6**

**Part III**    *(Continued)*

### Schedule C — Calculation of Interest Charge (See instructions on page 9.)

| | | |
|---|---|---|
| 48 | Enter accumulation distribution from line 37 or 41, as applicable ..................................... | |
| 49 | Enter tax on total accumulation distribution from line 28 of Form 4970 ................................ | |
| 50 | Enter applicable number of years of foreign trust from line 38 or 47, as applicable (round to nearest half-year). ▶ _____ | |
| 51 | Combined interest rate imposed on the total accumulation distribution. See Table B on page 9 of instructions ........... | |
| 52 | Interest charge. Multiply the amount on line 49 by the combined interest rate on line 51 ........................... | |
| 53 | Tax attributable to accumulated distributions. Add lines 49 and 52. Enter here and as "additional tax" on your income tax return ......................................................................... | |

**Part IV**    **U.S. Recipients of Gifts or Bequests Received During the Current Tax Year From Foreign Persons**
            (See instructions beginning on page 9.)

54  During the current tax year, did you receive more than $100,000 during the tax year that you treated as gifts or bequests from a
    nonresident alien or a foreign estate? See instructions regarding related donors ....................................... ☐ Yes  ☐ No
    If "Yes," complete columns (a) through (c) with respect to each such gift or bequest in excess of $5,000. If more space is
    needed, attach schedule.

| Date of gift or bequest (a) | Description of property received (b) | FMV of property received (c) |
|---|---|---|
| | | |
| | | |
| | | |

Total ............................................................................. ▶ | $

55  During the current tax year, did you receive more than $10,931 that you treated as gifts from a foreign corporation or a foreign
    partnership? See instructions regarding related donors ................................................................ ☐ Yes  ☐ No
    If "Yes," complete columns (a) through (g) with respect to each such gift. If more space is needed, attach schedule.

| Date of gift (a) | Name of donor (b) | Address of donor (c) | Identification number, if any (d) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Check the box that applies to the foreign donor (e) | | Description of property received (f) | FMV of property received (g) |
|---|---|---|---|
| Corporation | Partnership | | |
| | | | |
| | | | |
| | | | |
| | | | |

56  Do you have any reason to believe that the foreign donor, in making any gift or bequest described in lines 54 and 55, was acting
    as a nominee or intermediary for any other person? If "Yes," see instructions. .......................................... ☐ Yes  ☐ No

Form **3520** (2000)