# EXHIBIT F

# Kleban & Samor, P.C.

*Attorneys at Law*

2425 Post Road   P.O. Box 763
Southport, Connecticut 06490
Telephone (203) 255-4646
Facsimile  (203) 259-9617
Email address: info@kleban-samor.com

900 Third Avenue, 13th Floor
New York, NY 10022
Telephone (212) 826-6755
Facsimile  (212) 371-1084

Reply To Southport Office

Elliot I. Miller
(203) 254-8912
E-mail: emiller@kleban-samor.com

July 11, 2001

**Federal Express**
Peter Watts
Continental Financial Services Ltd.
PO Box 829, Charles House
Charles Street
St. Helier Jersey
Channel Islands  JE4 00E

RE:   **THE CHANA TRUST**

Dear Peter:

I am enclosing herein the following items, all of which are dated June 21, 2001:

1. Stock Certificate Number 6 for 50 shares of stock in DIV-ACQ, Inc. issued in the name of The Continental Trust Company Limited as Trustees of The Chana Trust;

2. The original Assignment transferring the shares of DIV-ACQ, Inc. stock to the Trust, signed by Arthur D'onofrio;

3. A copy of Certificate Number 24 for 1,515 shares of stock in New England Propeller Service, Incorporated issued to The Continental Trust Company Limited as Trustees of The Chana Trust. The original of this Certificate is being delivered to the bank which has a lien on the shares, in exchange for the prior certificate, which will be cancelled;

4. A certification that The Continental Trust Company Limited as Trustees of The Chana Trust is the owner of 100 shares of stock of U.S. Propeller Services of Connecticut, Inc.;

5. The original Assignment transferring 100 shares of capital stock of U.S. Propeller Service of Connecticut, Inc. to The Continental Trust Company Limited as Trustees of The Chana Trust;

6. The original Assignment of Interest of Mr. D'onofrio's 50% membership interest in A.D.M.W., L.L.C. to The Continental Trust Company Limited as Trustees of The Chana Trust, consented to by the remaining member of A.D.M.W., L.L.C., Mr. Martin J. Webber.

donofrio\8672\0001\cor\peter watts 071101

K1471

Kleban & Samor, P.C.

Mr. Peter Watts
Page 2
July 11, 2001

Please let me know if there any other questions in connection with the foregoing.

Sincerely yours,

Elliot I. Miller

EIM:mnn
cc:    Arthur M. D'onofrio via fax

bcc:    Christopher Galuppo, Esq.

K1472

# EXHIBIT G

Form **1041**  Department of the Treasury - Internal Revenue Service
**U.S. Income Tax Return for Estates and Trusts**    **2001**    OMB No. 1545-0092

For calendar year 2001 or fiscal year beginning  **June 21**, 2001 and ending **December 31, 2001**

| A | Type of entity: | Name of estate or trust (If a grantor type trust, see page 10 of the instructions.) | C Employer identification number |
|---|---|---|---|
| | ☐ Decedent's estate | THE CHANA TRUST | 98 6052602 |
| | ☐ Simple trust | | D Date entity created |
| | ☐ Complex trust | Name and title of fiduciary | 06/21/2001 |
| | ☒ Grantor type trust | The Continental Trust Company | E Nonexempt charitable and split-interest trusts, check applicable boxes (see page 11 of the instructions): |
| | ☐ Bankruptcy estate-Ch. 7 | Number, street, and room or suite no. (If a P.O. box, see instructions.) | |
| | ☐ Bankruptcy estate-Ch. 11 | P.O. Box 829 | ☐ Described in section 4947(a)(1) |
| | ☐ Pooled income fund | City or town, state, and ZIP code | ☐ Not a private foundation |
| B | Number of Schedules K-1 attached ▶ | St. Helier, Jersey JE4 0UE Channel Isles | ☐ Described in section 4947(a)(2) |

F Check applicable boxes: ☒ Initial return  ☐ Final return  ☐ Amended return  ☐ Change in fiduciary's name  ☐ Change in fiduciary's address    G Pooled mortgage account: ☐ Bought ☐ Sold  Date:

| Income | | | |
|---|---|---|---|
| 1 | Interest income | 1 | |
| 2 | Ordinary dividends | 2 | |
| 3 | Business income or (loss) (attach Schedule C or C-EZ (Form 1040)) | 3 | |
| 4 | Capital gain or (loss) (attach Schedule D (Form 1041)) | 4 | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. (attach Schedule E (Form 1040)) | 5 | |
| 6 | Farm income or (loss) (attach Schedule F (Form 1040)) | 6 | |
| 7 | Ordinary gain or (loss) (attach Form 4797) | 7 | |
| 8 | Other income. List type and amount | 8 | |
| 9 | Total income. Combine lines 1 through 8 ▶ | 9 | |

| Deductions | | | |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ ☐ | 10 | |
| 11 | Taxes | 11 | |
| 12 | Fiduciary fees | 12 | |
| 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| 14 | Attorney, accountant, and return preparer fees | 14 | |
| 15a | Other deductions not subject to the 2% floor (attach schedule) | 15a | |
| b | Allowable miscellaneous itemized deductions subject to the 2% floor | 15b | |
| 16 | Total. Add lines 10 through 15b | 16 | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9. Enter here and on Schedule B, line 1 ▶ | 17 | |
| 18 | Income distribution deduction (from Schedule B, line 15) (attach Schedules K-1 (Form 1041)) | 18 | |
| 19 | Estate tax deduction (including certain generation-skipping taxes) (attach computation) | 19 | |
| 20 | Exemption | 20 | |
| 21 | Total deductions. Add lines 18 through 20 ▶ | 21 | |

| Tax and Payments | | | |
|---|---|---|---|
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see instructions | 22 | |
| 23 | Total tax (from Schedule G, line 7) | 23 | |
| 24 | Payments: a 2001 estimated tax payments and amount applied from 2000 return | 24a | |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| c | Subtract line 24b from line 24a | 24c | |
| d | Tax paid with extension of time to file: ☐ Form 2758 ☐ Form 8736 ☐ Form 8800 | 24d | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 24e | |
| | Other payments: f Form 2439 ; g Form 4136 ; Total ▶ | 24h | |
| 25 | Total payments. Add lines 24c through 24e, and 24h ▶ | 25 | |
| 26 | Estimated tax penalty (see page 17 of the instructions) | 26 | |
| 27 | Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | |
| 28 | Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | |
| 29 | Amount of line 28 to be: a Credited to 2002 estimated tax ▶ ; b Refunded ▶ | 29 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of fiduciary or officer representing fiduciary  **Richard J.C. Fagan, Director**  Date    EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see page 7)? ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature ▶    Date **04/11/02**  Check if self-employed ☐  Preparer's SSN or PTIN **P00179906**
Firm's name (or yours if self-employed), address, and ZIP code ▶ **Kleban and Samor  2425 Post Road  Southport, CT 06460**
EIN 06 1036926
Phone no. **203-254-8926**

JWA    For Paperwork Reduction Act Notice, see the separate instructions.    Form **1041** (2001)

110601
02-06-02

1

Form 1041 (2001)   THE CHANA TRUST ●                                     98-6052602  Page 2

## Schedule A | Charitable Deduction. Do not complete for a simple trust or a pooled income fund.

| | | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | Charitable deduction. Subtract line 6 from 5. Enter here and on page 1, line 13 | 7 | |

## Schedule B | Income Distribution Deduction

| | | | |
|---|---|---|---|
| 1 | Adjusted total income (see page 18 of the instructions) | 1 | |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 16, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (reduced by any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | Distributable net income (DNI). Combine lines 1 through 6. If zero or less, enter -0- | 7 | |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law | 8 | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions. | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | |
| 15 | Income distribution deduction. Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

## Schedule G | Tax Computation

| | | | |
|---|---|---|---|
| 1 | Tax: a ☐ Tax rate schedule or ☐ Schedule D (Form 1041) | 1a | |
| | b Tax on lump-sum distributions (attach Form 4972) | 1b | |
| | c Alternative minimum tax (from Schedule I, line 39) | 1c | |
| | d Total. Add lines 1a through 1c | ► 1d | |
| 2a | Foreign tax credit (attach Form 1116) | 2a | |
| b | Other nonbusiness credits (attach schedule) | 2b | |
| c | General business credit. Enter here and check which forms are attached: ☐ Form 3800 ☐ Forms (specify) ► | 2c | |
| d | Credit for prior year minimum tax (attach Form 8801) | 2d | |
| 3 | Total credits. Add lines 2a through 2d | ► 3 | |
| 4 | Subtract line 3 from line 1d. If zero or less, enter -0- | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | 6 | |
| 7 | Total tax. Add lines 4 through 6. Enter here and on page 1, line 23 | ► 7 | |

## Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends ► $ | | X |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2001, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See page 21 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ►  Channel Islands | X | |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see page 21 for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here | ► ☐ | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here | ► ☐ | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here | ► ☐ | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions | | X |

Schedule E (Form 1040) 2001    Attachment Sequence No. 13    Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security number |
|---|---|
| THE CHANA TRUST | 98-6052602 |

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.
Real estate professionals must complete line 42 below.

### Part II — Income or Loss From Partnerships and S Corporations
Note: If you report a loss from an at-risk activity, you must check either column (e) or (f) on line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | ADMW, LLC | P | | | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | 8469. | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 8469. | | | |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 8469. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 ( | ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 8469. |

### Part III — Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 ( | ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | | | 38 | |

### Part V — Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
| 40 | Total income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 8469. |
| 41 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

121501
10-23-01    Schedule E (Form 1040) 2001

4

## 2001 Income from Passthroughs

ADMW, LLC
I.D. Number:
Type: Partnership

Activity Information:

ADMW, LLC

Other passive activity

Ordinary income (loss)                                  8469

   Schedule E activity income (loss)             8469

Tax Preference Items:

Depreciation adjustment for post-1986 property              69

**Schedule E** — RECAP OF PASSTHROUGHS - BASIC INFORMATION — 2001

**THE CHANA TRUST**

98-6052602

Schedule K-1 Line Reference: (1065/1120S/1041)

| | Entity No. | Act. No. | Name | 1/1/6a Ordinary Income (Loss) | 2/2/6a Rental Real Estate Inc. (Loss) | 3/3/6a Other Rental Income (Loss) | Passive Activity Loss C/O | AMT Passive Activity Loss C/O | 4a/4a/1 Interest | US Treasury Bond Interest | 4b/4b/2 Dividends | 4c/4c/5a Royalties | 4d/4d/3 Short-Term Capital Gain (Loss) | 4e/4e/4a Net Long-Term Capital Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 1 | 1 | ADMW, LLC | 8469 | | | | | | | | | | |
| Totals | | | | 8469 | | | | | | | | | | |
| Component of: | | | | Schedule E, Page 2, Various | Schedule E, Page 2, Various | Schedule E, Page 2, Various | Form 8582, Line 2c | Form 8582 AMT, Line 2c | 1041, Line 1 | 1041, Line 1 | 1041, Line 2 | Schedule E, Line 4 | Schedule D, Line 3 | Schedule D, Line 8 |

**Schedule K-1 Line Reference: (1065/1120S/1041)**

| Entity No. | Act. No. | 5/7* Guaranteed Payments to Partner | 6/5* Section 1231 Gain (Loss) | Ordinary Gain (Loss) Form 4797 | 7/6/* Other Income | 8/7/* Charitable Contributions | 9/8/* Deductions Related to Portfolio Income (2%) | 10/9/* | 11/10/* Other Deductions | 14d/11a/* Investment Int. Expense | 14b/11b/* Investment Income | 16a/16a/12a AMT Depr Adj on Post '86 Property | *7/0 Minimum Tax Adjustment | **7/12d* Exclusion Items | US Treasury Bond Dividend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | | | 69 | | | |
| Totals | | | | | | | | | | | | 69 | | | |
| Component of: | | Schedule E, Page 2, Various | Form 4797, Line 2 | Form 4797, Form 4797 | Schedule E, Page 2, Various | 1041, Schedule A | 1041, Line 15b | Schedule E, Page 2, Various | | Form 4952, Line 1 | Form 4952, Line 4a | Schedule I, Line 4n | Schedule I, Line 4o | 2001, Form 8801 | 1041, Line 2 |

5.1

* - No specific Schedule K-1 line reference for these amounts.

111351
02-05-02

K0834

 GRANTOR LETTER 

THE CONTINENTAL TRUST COMPANY
P.O. BOX 829
ST. HELIER, JERSEY JE4 OUE CHANNEL ISLES,

Tax Year Ending: 12/31/01

| Grantor Name & Address | Name of Trust |
|---|---|
| Arthur M. D'Onofrio<br>1304 Saybrook Road<br>Haddam, CT   06438 | THE CHANA TRUST |
| Social Security Number:  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 | Employer ID Number: 98-6052602 |

The following income, deductions and credits  are to be reported on the
federal income tax return of the above named grantor, if required.

---

FEDERAL INFORMATION

INCOME

Passive Income (Loss) from Partnerships.................... 8469.
        (Enter on Form 1040, Schedule E, Part II)

DEDUCTIONS

Fiduciary Fee.................................................. 3737.
        (Enter on Form 1040, Schedule A, Line 22)

TAX PREFERENCES

Depreciation Adjustment for Post 1986 Property............. 69.
        (Enter on Form 6251, Line 8)

---

# EXHIBIT H



# KLEBAN & SAMOR, P.C.

Attorneys at Law
2425 Post Road
P.O. Box 763
Southport, Connecticut 06490
Telephone:      (203) 255-4646
Facsimile:      (203) 259-9617

## TELEFAX TRANSMITTAL

TO:              Arthur D'Onofrio

FAX NO.:         (860) 873-2388

FROM:            Jan McGrath

DATE:            April 12, 2002        PAGES: 9, including this cover

If transmission is interrupted or of poor quality, please notify us immediately by calling
(203) 254-8962.

### MESSAGE:

**The Chana Trust**

Grantor Letter

U.S. Income Tax Return for Estates and Trusts (Form 1041)

CONFIDENTIAL

The information contained in this facsimile message is attorney privileged and confidential information intended
only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are
hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you
have received this communication in error, please immediately notify us by telephone. Thank you.

K0836



## TAX DOCKET

CLIENT NAME: _D'Onofrio / Chensa Trust_ TAX YEAR: _2001_

CLIENT #: _____

TELEPHONE #: (H) _____

TELEPHONE #: (B) _____

| | By: | Date |
|---|---|---|
| Client Interview | | |
| Preparation/Run | _JM_ | _04-11-02_ |
| 1st Review | | |
| Revisions Made | | |
| 2nd Review | | |
| Revisions Made | | |
| Tax Review | | |
| Revisions Made/Rerun | | |
| Final Review | | |
| Signed | | |
| Mailed/Delivered | | |

REMARKS: _____

_____

_____

_____

_____

K0837



**REVIEW NOTES**

TO: _____

FROM: _____

DATE: _____

CLIENT: _____


PG.          ISSUE / QUESTION                    RESPONSE

K0838

# 2001 Tax Return(s)

**Prepared for**

THE CHANA TRUST
Client Code: CHANA

**Account Number**     130269
**Release Number**     2001.05030

**Prepared by**

Kleban and Samor
2425 Post Road
Southport, CT
06460

203-254-8926

**Processing**

Date:  04/11/2002
Time:  13:46:09

**Special
Instructions**

**Messages**

**PROSYSTEM**
CCH INCORPORATED *fx*

100071
05-15-01

K0839

01F:CHANA:V1                    Input Listing                    Page    1

---

1, Sheet #1, Entity 1          Box Cnt 13

40: "THE CHANA TRUST",  42: "The Continental Trust Company"
43: "P.O. Box 829",  44: "St. Helier, Jersey JE4 OUE Channel Isles"
49: "Richard J.C. Fagan, Director",  52: "98-6052602",  53: "G",  54:  6/21/01
55: 12/31/01,  56:  6/21/2001,  59: "X",  82: "Y",  83: "Channel Islands"

---

A-1, Sheet #1, Entity 1          Box Cnt 2

87: 1869,  88: 1868

---

K-1, Sheet #1, Entity 1          Box Cnt 6

30: 1,  31: "Arthur M. D'Onofrio",  33: "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"
58: "1304 Saybrook Road",  59: "Haddam, CT   06438",  94: 1.0000000

---

O-1, Sheet #1, Entity 1          Box Cnt 4

30: "P",  31: "ADMW, LLC",  50: 1,  57: 8469

---

O-2, Sheet #1, Entity 1          Box Cnt 1

53: 69

K0840

The Continental Trust Company
P.O. Box 829
St. Helier, Jersey JE4 OUE Channel Isles,

Re:  THE CHANA TRUST

The Continental Trust Company:

We have prepared and enclosed your Grantor Trust return for
the year ended December 31, 2001.  The return should be
signed, dated and mailed.

The Federal Form 1041 should be mailed on or before April 15,
2002 to:

                    Internal Revenue Service
                    Philadelphia, PA  19255-0048

No payment is required.

A letter is attached indicating the grantor's share of
income, deductions and credits to be reported on the
grantor's tax return.  This letter should be immediately
forwarded to the grantor.

A copy of the return is enclosed for your files.  We suggest
that you retain this copy indefinitely.

Sincerely,


Kleban and Samor

K0841

The Continental Trust Company
P.O. Box 829
St. Helier, Jersey JE4 OUE Channel Isles,


Re:  THE CHANA TRUST

The Continental Trust Company:

Enclosed are the original and one copy of your 2001 Grantor
Trust returns, as follows...

2001 U.S. GRANTOR TRUST RETURN

The original should be dated, signed and filed in accordance
with the filing instructions.  The copy should be retained
for your records.

Sincerely,



Kleban and Samor

K0842

 **Filing Instructions** 

| Prepared for: | Prepared by: |
|---|---|
| The Continental Trust Company<br>P.O. Box 829<br>St. Helier, Jersey JE4 OUE Channel I | Kleban and Samor<br>2425 Post Road<br>Southport, CT  06460 |

2001 U.S. GRANTOR TRUST RETURN

No payment is required with this return when filed.
The return should be signed and dated.

Mail by April 15, 2002 to:          Internal Revenue Service
                                     Philadelphia, PA  19255-0048

A copy of the grantor letter should be furnished to each grantor.

K0844

 

## CHANA TRUST

### RECEIPTS AND PAYMENTS SCHEDULE

### FOR THE PERIOD 21ST JUNE, 2001 TO 31ST DECEMBER, 2001

|  |  | US$ |
|---|---|---|
| Initial cash from Settlor |  | 2,975.00 |
| Bank interest |  | .75 |
|  |  | US$2,975.75 |

DEDUCT

| Trustees fees | 3,560.62 |  |
| Trustees disbursements | 177.12 | 3,737.74 |
| Deficit as at 31st December, 2001. |  | US$761.99 |

K0845





Income / Expenses

K0846

04/05/2002  12:24   8606445731   LILLIS AND BURNETT :   PAGE  04

OMB No 1545-0099

## Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc

For calendar year 2001 or tax year
beginning _____ 2001, and ending _____ , 20 ___

## 2001

| | |
|---|---|
| Partner's identifying number ▶ 98-6052602 | Partnership's identifying number ▶ 06-1191208 |
| Partner's Name, Address, and ZIP Code          Partner No:       3 | Partnership's Name, Address, and ZIP Code |
| THE CHANA TRUST<br>C/O LAURENCE T. WALSH, AGENT<br>171 HOG HILL ROAD<br>EAST HAMPTON, CT 06424 | ADHW, LLC<br>661 WETHERSFIELD AVENUE<br>HARTFORD, CT 06114 |

**A** This partner is a  ☐ general partner   ☐ limited partner
   ☒ limited liability company member

**B** What type of entity is this partner? ▶ TRUST _____

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's % of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 0.00000 % | 50.00000 % |
| Loss sharing | 0.00000 % | 50.00000 % |
| Ownership of capital | 0.00000 % | 50.00000 % |

**E** IRS Center where partnership filed return:  CINCINNATI, OH

**F** Partner's share of liabilities:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ ____101,490. |
| Other | $ _____ |

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership
as defined in Section 469(k)(2) .............. ☐

**I** Check applicable boxes:   (1) ☐ Final K-1   (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 8,469. | | | 8,469. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | 8,469. | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | | a Interest | 4a | | Schedule B, Part I, line 1 |
| | | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net Section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return |
| **Deductions** | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Schedule A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a | Low-income housing credit | | | |
| | | (1) From Section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | | d Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

Schedule K-1 (Form 1065) 2001

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

K0847

Schedule K-1 (Form 1065) 2001 THE CHANA TRUST                                    98-6052602    Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Invest-ment Interest | 14a Interest expense on investment debts.......................... | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f...... | 14b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 ................... | 14b(2) | | |
| Self-employ-ment | 15a Net earnings (loss) from self-employment .................... | 15a | | Schedule SE, Section A or B |
| | b Gross farming or fishing income ............................ | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income .................................... | 15c | 69 | |
| Adjust-ments and Tax Pref-erence items | 16a Depreciation adjustment on property placed in service after 1986 ....... | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss ...................................... | 16b | | |
| | c Depletion (other than oil and gas) ............................ | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties ...... | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties .. | 16d(2) | | |
| | e Other adjustments & tax preference items (attach sch) ......... | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession . . ▶ _ _ _ _ _ _ _ _ _ | | | |
| | b Gross income from all sources .............................. | 17b | | |
| | c Gross income sourced at partner level ...................... | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive ............................................. | 17d(1) | | |
| | (2) Listed categories (attach schedule) ..................... | 17d(2) | | Form 1116, Part I |
| | (3) General limitation ................................... | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense .................................... | 17e(1) | | |
| | (2) Other ............................................. | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive ............................................. | 17f(1) | | |
| | (2) Listed categories (attach schedule) ..................... | 17f(2) | | |
| | (3) General limitation ................................... | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued . . | 17g | | Form 1116, Part II Form 1116, line 12 |
| | h Reduction in taxes available for credit (attach schedule) ...... | 17h | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| Other | 18a Section 59(e)(2) expenditures:  a Type ▶ _ _ _ _ _ _ _ _ _ _ | 18a | | Form 1040, line 8b |
| | b Amount ................................................. | 18b | | |
| | 19 Tax-exempt interest income ............................. | 19 | | |
| | 20 Other tax-exempt income .............................. | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses ................................ | 21 | | |
| | 22 Distributions of money (cash and marketable securities) ...... | 22 | | |
| | 23 Distributions of property other than money ............... | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From Section 42(j)(5) partnerships ..................... | 24a | | Form 8611, line 8 |
| | b Other than on line 24a ................................ | 24b | | |
| | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |
| Supple-mental Infor-mation | | | | |

K0848

$K - /s$

K0849

# EXHIBIT I

## Jan McGrath

| | |
|---|---|
| **From:** | Janice M. McGrath [jmcgrath@kleban-samor.com] on behalf of Jan McGrath |
| **Sent:** | Tuesday, March 26, 2002 11:04 AM |
| **To:** | 'Peter Watts' |
| **Subject:** | RE: CHANA TRUST |

I will draft an Authorization for Larry Walsh to act as U.S. Agent and send it to you for execution. Larry was listed as the U.S. Agent on the initial Form 3520 that was filed with the Internal Revenue Service.

In regards to the income earned from the entities owned by the Chana Trust  Have you received any K-1s from the LLCs?

-----Original Message-----
From: Peter Watts [mailto:Peter.Watts@confinserv.com]
Sent: Monday, March 25, 2002 6:54 AM
To: jmcgrath@kleban-samor.com
Subject: CHANA TRUST


Dear Jan,

Reference your E-mails of 18th and 19th March, 2002. I have no records whatsoever in my file indicating that Larry Walsh has been appointed as the authorised U.S. Agent. What documents are the Trustees required to execute in this respect or can I just fill in Larry's details at Question 3 on page one of Form 3520A. Please advise soonest.

I have asked Larry for values of the four stocks transferred to the Trust.

None of the four stocks paid any income to the Trustees in the calendar year 2001.

Regards.



Peter L. Watts


###############################################################################
This e-mail message has been scanned for Viruses and Content and cleared
by MailMarshal
For more information please visit www.marshalsoftware.com
###############################################################################

1

K0856

 

## Jan McGrath

| | |
|---|---|
| From: | Peter Watts [Peter.Watts@confinserv.com] |
| Sent: | Monday, March 25, 2002 6:54 AM |
| To: | jmcgrath@kleban-samor.com |
| Subject: | CHANA TRUST |

Dear Jan,

Reference your E-mails of 18th and 19th March, 2002.  I have no records whatsoever in my file indicating that Larry Walsh has been appointed as the authorised U.S. Agent.  What documents are the Trustees required to execute in this respect or can I just fill in Larry's details at Question 3 on page one of Form 3520A.  Please advise soonest.

I have asked Larry for values of the four stocks transferred to the Trust.

None of the four stocks paid any income to the Trustees in the calendar year 2001.

Regards.


Peter L. Watts


###########################################################################
This e-mail message has been scanned for Viruses and Content and cleared
by MailMarshal
For more information please visit www.marshalsoftware.com
###########################################################################

1

K0857

## Jan McGrath

| | |
|---|---|
| **From:** | Peter Watts [Peter.Watts@confinserv.com] |
| **Sent:** | Friday, March 08, 2002 6:43 AM |
| **To:** | jmcgrath@kleban-samor.com |
| **Subject:** | CHANA TRUST |



RECEIPTS &
PAYMENTS SCHEDULE T... Dear Jan,

Further to my E-Mail of 4th March, 2002, please find attached the Summary of all Chana Trust receipts and disbursements for the period 21st June, 2001 to 31st December, 2001 inclusive. If there are any points arising please let me know.

As you are aware, the Settlor gifted certain shares into the Chana Trust i.e. 100 shares U.S. Propeller Services of Connecticut Inc, 50 shares DIV-ACQ Inc, 1515 shares New England Propeller Services Inc and a 50% membership interest in A.D.M.W., LLC. Should details of these assets be included in the Form 3520A and if yes, what value should be attributed to them?

Your early response would be appreciated.

Kind regards.

Yours sincerely,


Peter L. Watts

##################################################################################
This e-mail message has been scanned for Viruses and Content and cleared
by MailMarshal
For more information please visit www.marshalsoftware.com
##################################################################################

1

K0858

 

## Jan McGrath

**From:**       Jan McGrath
**Sent:**       Tuesday, April 09, 2002 12:05 PM
**To:**         Elliot Miller
**Subject:**    The Chana Trust

The fiduciary income tax return has not been completed yet because we have not yet received a
K-1 from an LLC (ADMW) that the Trust has an interest in.  Art D'Onofrio expects to have the K-1 by Thursday and will fax
it to me then.  Peter Watts is aware of the delay.

K0859

 

# MEMORANDUM

TO:        File

FROM:      JMM

DATE:      April 9, 2002

SUBJECT:   The Chana Trust

---

I advised Peter that we are not able to complete the fiduciary income tax return until we receive the Schedule K-1 from ADMW. (Per discussion with Art D'Onofrio, this Schedule K-1 will not be available until Thursday (4/11).)

Per discussion with Peter Watts, the TIN for The Chana Trust is 98-6052602. The Trust never maintained more than $10,000 in a foreign bank account, securities account or financial account.

Since Peter will be away, Richard J.C. Fagan will sign on behalf of Continental.

D'Onofrio/Tax Consulting/memo040902

## <u>MEMORANDUM</u>

TO:       File

FROM:     JMM

DATE:     April 2, 2002

SUBJECT:  The Chana Trust

I have spoken with Marty Webber of ADMW (1-860-296-0306). The Schedule K-1 from ADMW will not be available until next week. Marty agreed to fax me a copy as soon as it has been finalized.

D'Onofrio/Tax Consulting/memo040202

K0861

Correspondence
miscellaneous Info

K0862