UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO | : | CIVIL ACTION |
| | : | NO. 3:02 CV 00857 (DJS) |
| | : | |
| V. | : | |
| | : | |
| KLEBAN & SAMOR, P.C. and | : | |
| ELLIOT I. MILLER | : | JULY 26, 2007 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Heidi H. Zapp respectfully requests permission to withdraw her appearance as counsel for Vincent Nastro, plaintiff in the above-captioned matter. As of July 27, 2007, Attorney Zapp is no longer a member of the firm of Saxe Doernberger & Vita, P.C.

BY: _____
Heidi H. Zapp
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Telephone (203)287-8890
Fax No. (203)287-8847
Federal Bar No. ct24655

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Permission to Withdraw Appearance was filed electronically and served via electronic mail by the court on the parties indicated on July 26, 2007.

BY: *Heidi H. Z.*
Heidi H. Zapp
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517
Telephone (203)287-8890
Fax No. (203)287-8847
Federal Bar No. ct24655

Notice was electronically mailed by the court to:

Anthony Nuzzo, Jr.    anuzzo@nuzzo-roberts.com

Scott M. Karsten    skarsten@karstendorman.com