UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT NASTRO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:02CV857 (DJS) |
| | : | |
| ARTHUR M. D'ONOFRIO, CAROLYN, | : | |
| D'ONOFRIO, ARTHUR A. D'ONOFRIO, | : | |
| PAUL D. ONOFRIO, NICOLE D' ONOFRIO, | : | |
| NEW ENGLAND PROPELLER SERVICE, | : | |
| INC., U.S. PROPELLER SERVICE OF CT, | : | |
| INC., DIV-ACQ, INC., ADMW, LLC, THE | : | |
| CHANA TRUST, THE CONTINENTAL | : | |
| TRUST CO. LTD., KLEBAN & SAMOR, | : | |
| P.C., and ELLIOT I. MILLER, | : | |
| | : | |
| Defendants. | : | |

JUDGMENT

This action having come on for consideration of Defendants' Motions for Summary

Judgment **[dkt. # 161]** before the Honorable Dominic J. Squatrito, United States District Judge,

and

The court having considered the motion and the full record of the case including

applicable principles of law, and having filed a Memorandum of Decision and Order **(dkt. # 185)**

granting the defendant's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that Defendant's motion for summary judgment is

granted.  Judgment in favor of Kleban & Samor, P.C. and Elliot I. Miller shall enter on the Fifth

Count of the Amended Complaint.  There are no longer any remaining claims in this case because

the Fifth Count of the Amended Complaint was the only active count when the motion for

summary judgment was filed.

Dated at Hartford, Connecticut, this 31st day of March 2008.


ROBIN D. TABORA, Clerk


By  /s/
Terri Glynn
Deputy Clerk