UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT NASTRO | CIVIL ACTION<br>NO. 3:02 CV 00857 (DJS) |
| V. | |
| ARTHUR M. D'ONOFRIO, CAROLYN D'ONOFRIO, ARTHUR A. D'ONOFRIO, PAUL D'ONOFRIO, NICOLE D'ONOFRIO, NEW ENGLAND PROPELLER SERVICE, INC., U.S. PROPELLER SERVICE OF CT, INC., DIV-ACQ, INC., ADMW, LLC, THE CHANA TRUST, THE CONTINENTAL TRUST COMPANY LIMITED, KLEBAN AND SAMOR, P.C. and ELLIOT I. MILLER | |
| Defendants. | APRIL 28, 2008 |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), the plaintiff Vincent Nastro hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the Judgment in favor of defendants Kleban & Samor, P.C. and Elliot I Miller entered on March 31, 2008, a copy of which is attached hereto.

Said judgment incorporates the Memorandum of Decision and Order dated March 31, 2008 (Docket No. 185) dismissing the Fifth Count of the Amended Complaint and the Memorandum of Decision and Order dated May 16,

2003 (Docket No. 52) dismissing the Third Count of the Complaint.

Dated: April 28, 2008

                           THE PLAINTIFF
                           VINCENT NASTRO

by: _____
     Edwin L. Doernberger
     Fed. Bar No. ct05199
     Dana M. Mango
     Fed. Bar No. ct27372
     Saxe, Doernberger & Vita, P.C.
     1952 Whitney Avenue
     Hamden, CT 06517
     Tel. (203) 287-8890
     Fax. (203) 287-8847

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VINCENT NASTRO,

    Plaintiff,

v.                                            CASE NO. 3:02CV857 (DJS)

ARTHUR M. D'ONOFRIO, CAROLYN,
D'ONOFRIO, ARTHUR A. D'ONOFRIO,
PAUL D. ONOFRIO, NICOLE D' ONOFRIO,
NEW ENGLAND PROPELLER SERVICE,
INC., U.S. PROPELLER SERVICE OF CT,
INC., DIV-ACQ, INC., ADMW, LLC, THE
CHANA TRUST, THE CONTINENTAL
TRUST CO. LTD., KLEBAN & SAMOR,
P.C., and ELLIOT I. MILLER,

    Defendants.

## JUDGMENT

This action having come on for consideration of Defendants' Motions for Summary Judgment **[dkt. # 161]** before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision and Order **(dkt. # 185)** granting the defendant's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that Defendant's motion for summary judgment is granted. Judgment in favor of Kleban & Samor, P.C. and Elliot I. Miller shall enter on the Fifth Count of the Amended Complaint. There are no longer any remaining claims in this case because the Fifth Count of the Amended Complaint was the only active count when the motion for summary judgment was filed.

Dated at Hartford, Connecticut, this 31st day of March 2008.

                                                        ROBIN D. TABORA, Clerk

                                                        By  /s/_____
                                                             Terri Glynn
                                                             Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent electronically and served via first class mail, postage pre-paid, to the following counsel of record on April 28, 2008:

Anthony Nuzzo, Jr. Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. box 747
Cheshire, CT 06410

_____
Edwin L. Doernberger

3